**In re Winc, Inc., et al.,**  Lead Case No. 22-11238
   Debtors  Reporting Period: April 1, 2023 through April 30, 2023

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| Receipts |  |  |  |
| Operating receipts | $ - | $ 3,480,938 | $ - |
| Related entity receipts | 13,034 | (13,034) | - |
| Other Receipts | 798 | - | - |
| **Total Receipts** | **$ 13,832** | **$ 3,467,904** | **$ -** |
|  |  |  |  |
| Disbursements |  |  |  |
| Administrative and selling costs | $ (70,544) | $ (3,699,654) | $ - |
| Related entity disbursements | - | - | - |
| Professional fees | - | - | - |
| Taxes | - | - | - |
| Effective date disbursements | - | - | - |
| Other disbursements | - |  | - |
| **Total Disbursements** | **$ (70,544)** | **$ (3,699,654)** | **$ -** |
|  |  |  |  |
| **Net Cash Flow** | **$ (56,712)** | **$ (231,750)** | **$ -** |
|  |  |  |  |
| Cash Rollforward |  |  |  |
| **Beginning Cash Balance - April 1, 2023** | **$ 1,883,099** | **$ 939,542** | **$ -** |
| Net Cash Flow | (56,712) | (231,750) | - |
| **Ending Cash Balance - April 30, 2023** | **$ 1,826,387** | **$ 707,792** | **$ -** |

**In re Winc, Inc., et al.,**   **Lead Case No. 22-11238**
                    Debtors    Reporting Period: April 1, 2023 through April 30, 2023

**BALANCE SHEETS AS OF April 30, 2023**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| Assets |  |  |  |
| Cash and cash equivalents | $ 1,826,387 | $ 707,792 | $ - |
| Accounts receivable | 6,653 | 2,933,435 | - |
| Other receivables | 55,918 | 17,981 | - |
| Inventory | - | 23,143,924 | - |
| Prepaids and other current assets | 1,931,098 | 1,309,616 | - |
| **Total Current Assets** | **$ 3,820,055** | **$ 28,112,747** | **$ -** |
|  |  |  |  |
| Fixed assets | $ - | $ 593,220 | $ - |
| Intangible assets | - | 9,874,410 | - |
| Other assets | 20,071 | 473,229 | - |
| **Total Assets** | **$ 3,840,127** | **$ 39,053,605** | **$ -** |

**In re Winc, Inc., et al.,**  Lead Case No. 22-11238
                    Debtors  Reporting Period: April 1, 2023 through April 30, 2023

**BALANCE SHEETS AS OF April 30, 2023**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| <u>Liabilities</u> | | | |
| Accounts payable | $ - | $ 123,037 | $ - |
| Credit card liability | 1,742,252 | - | - |
| Accrued liabilities | 434,788 | 483,911 | - |
| Intercompany liability due (to)/from | - | - | - |
| Other current liabilities | - | - | - |
| Loans payable | - | - | - |
| Other current liabilities | - | - | - |
| **Total Current Liabilities** | **$ 2,177,039** | **$ 606,948** | **$ -** |
| | | | |
| Long term liabilities | - | - | - |
| | | | |
| **Total Non-Current Liabilities** | **$ -** | **$ -** | **$ -** |
| | | | |
| *Liabilities Subject to Compromise* | | | |
| Accounts payable and other | 125,348,465 | (90,628,010) | - |
| **Liabilities Subject to Compromise Total** | **$ 125,348,465** | **$ (90,628,010)** | **$ -** |
| **Total Liabilities** | **$ 127,525,505** | **$ (90,021,062)** | **$ -** |
| | | | |
| **Total Net Equity** | **$ (123,685,378)** | **$ 129,074,668** | **$ -** |
| | | | |
| **Total Liabilities and Net Equity** | **$ 3,840,127** | **$ 39,053,605** | **$ -** |

**In re Winc, Inc., et al.,**  **Lead Case No. 22-11238**
                Debtors  Reporting Period: April 1, 2023 through April 30, 2023

## INCOME STATEMENTS

| | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| Income from ordinary activities | $ - | $ 3,444,965 | $ - |
| Other income | - | - | - |
| Cost of sales | (18,225) | 1,885,324 | - |
| **Gross Income** | **$ 18,225** | **$ 1,559,641** | **$ -** |
| | | | |
| Marketing expense | $ - | $ 24,585 | $ - |
| Personnel expense | - | 57,909 | - |
| Production and operations expense | - | 107,623 | - |
| General & administrative expense | 213,430 | 249,034 | - |
| Interest | - | 592 | - |
| Reorganization items | - | - | - |
| Other expense | - | - | - |
| **Income Before Tax** | **$ (195,205)** | **$ 1,119,899** | **$ -** |
| | | | |
| Income tax benefit (expense) | $ - | $ - | $ - |
| | | | |
| **Net Income (Loss) for Period** | **$ (195,205)** | **$ 1,119,899** | **$ -** |

**In re Winc, Inc., et al.,**                                              Lead Case No. 22-11238
                        Debtors                          Reporting Period: April 1, 2023 through April 30, 2023

**LISTING OF BANK ACCOUNTS**

| Account Holder | Bank Name | Account Number | End of Period Book Balances (USD) | Opened or Closed During Period |
|---|---|---|---|---|
| Winc, Inc. | Banc of Califoria | x0698 | $ 1,823,887 | No |
| BWSC, LLC | Banc of Califoria | x7078 | $ 707,792 | No |
| Winc, Inc. | Banc of Califoria | x5224 | $ 2,500 | No |