UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                                  Case No. 22-11238-LSS

WINC, INC.,                                Chapter 11

            Debtor.                        Honorable Laurie S. Silverstein

_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

TO:  Clerk of the Court                    Matthew B. Lunn
      US Bankruptcy Court              Young, Conaway, Stargatt & Taylor
      824 Market St.                       The Brandywine Bldg.
      3rd floor                             1000 West St.
      Wilmington, DE  19801           Wilmington,  DE  19801

                                         Epiq Bankruptcy Solutions, LLC
                                         FDR Station
                                         P.O. Box 5115
                                         New York, NY  10150

     PLEASE ENTER THE APPEARANCE of Jeanmarie Miller, Assistant Attorney General, as attorney for the Michigan Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

     Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                           */s/  Jeanmarie Miller*
                                           Jeanmarie Miller   (P44446)
                                           Assistant Attorney General
                                           Cadillac Place, Ste. 10-200
                                           3030 W. Grand Blvd.
                                           Detroit, MI  48202
                                           Telephone:  (313) 456-0140
                                           E-Mail:  MillerJ51@michigan.gov

Dated:  May 31, 2023