UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                                                  Case No. 22-11238-LSS

WINC, INC.,                                                          Chapter 11

          Debtor.                                          Honorable Laurie S. Silverstein
_____/

## PROOF OF SERVICE

The undersigned certifies that on May 31, 2023, a copy of the Notice of Appearance and Request for Service of Notices, was served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

| | |
|---|---|
| Matthew B. Lunn<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg.<br>1000 West St.<br>Wilmington, DE  19801 | Epiq Bankruptcy Solutions, LLC<br>FDR Station<br>P.O. Box 5115<br>New York, NY  10150 |

*/s/ Joslyn Deloach*
Joslyn Deloach
Legal Secretary
Jeanmarie Miller  (P44446)
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
Telephone:  (313) 456-0140
E-mail:  MillerJ51@michigan.gov

Dated:  May 31, 2023