IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*, | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

### ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Court hereby schedules the following omnibus hearing date:

**June 26, 2023 at 2:00 p.m. (ET)**

**Dated: May 31st, 2023**
**Wilmington, Delaware**

*/s/ Laurie Selber Silverstein*
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

30037395.4