## EXHIBIT 2

**Fee Statement**

| Exhibit A | Compensation by Timekeeper for Compensation Period May 1, 2023 through May 31, 2023 |
| --- | --- |
| Exhibit B | Summary of Compensation by Project Category During Compensation Period May 1, 2023 through May 31, 2023 |
| Exhibit C | Detailed Time Description by Timekeeper and Category During Compensation Period May 1, 2023 through May 31, 2023 |

30439252.1

# EXHIBIT A

**Compensation by Timekeeper for Compensation Period**
**May 1, 2023 through May 31, 2023**

| Professional | Title | Hourly Rate Billed in Application | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John Policano | Executive Director | $1,125.00 | 4.3 | $4,837.50 |
| Kevin Pleines | Director | $695.00 | 2.3 | $1,598.50 |
| Chris Walker | Director | $595.00 | 35.9 | $21,360.50 |
| Jaclyn Hill | Support Staff | $215.00 | 2.5 | $537.50 |
| | | | **Total Fees** | **$28,334.00** |

# EXHIBIT B

30439252.1

**Summary of Compensation by Project Category**
**During Compensation Period**
**May 1, 2023 through May 31, 2023**

| | Category | Hours | Fees |
|---|---|---|---|
| A | Operations Analysis and Review | 0.00 | - |
| B | DIP Budget/Credit Agreement and Cash Flow Reporting | 0.90 | $625.50 |
| C | Creditor, Lender, or Equity Holder Inquiries | 0.00 | - |
| D | Calls/Meetings with US Trustee and/or Staff | 0.00 | - |
| E | Calls/Meetings with Company, Board, Counsel and/or Staff | 0.90 | $625.50 |
| F | Statements/Schedules and MORs | 11.50 | $7,160.50 |
| G | Preparation and Review of Bankruptcy Documents and Related Filings | 0.00 | - |
| H | Financial Review and Analysis | 0.00 | - |
| I | Asset Sale Process | 0.00 | - |
| J | Attendance at Court Hearings or Depositions | 0.00 | - |
| K | Employee Management | 0.00 | - |
| L | Case Administration | 17.20 | $11,083.00 |
| M | Calls/Meetings with Lenders and Lender Advisors/Counsel | 0.00 | - |
| N | Analysis and Related Work re: Plan and Exit | 14.50 | $8,839.50 |
| O | Contract Review and Analysis | 0.00 | - |
| P | Calls/Meetings or Response to Inquiries from UCC Advisors | 0.00 | - |

# EXHIBIT C

**Detailed Time Description by Timekeeper and Category During Compensation Period**
**May 1, 2023 through May 31, 2023**

| Professional | Date | Memo | Hours |
|---|---|---|---|
| **B. DIP Budget/Credit Agreement and Cash Flow Reporting** | | | |
| Kevin Pleines | 10-May | Reviewed professional fee escrow account transactions and balance | 0.50 |
| Kevin Pleines | 10-May | Reviewed invoices | 0.20 |
| Kevin Pleines | 11-May | Confirmed updated wiring instructions for administrative expense | 0.20 |
| | | **DIP Budget/Credit Agreement and Cash Flow Reporting Total** | **0.90** |
| **E. Calls/Meetings with Company, Board, Counsel and/or Staff** | | | |
| Kevin Pleines | 8-May | Participated on status call with estate consultant and counsel | 0.50 |
| Kevin Pleines | 19-May | Participated on call with estate consultant | 0.40 |
| | | **Calls/Meetings with Company, Board, Counsel and/or Staff Total** | **0.90** |
| **F. Statements/Schedules and MORs** | | | |
| Chris Walker | 22-May | Prepared initial April Monthly Operating Report updates | 2.10 |
| Chris Walker | 23-May | Prepared updates to Monthly Operating Reports | 1.60 |
| John Policano | 24-May | Reviewed Monthly Operating Reports | 0.60 |
| Chris Walker | 24-May | Prepared updates to Monthly Operating Reports | 1.50 |
| Chris Walker | 24-May | Finalized, reviewed and sent draft Monthly Operating reports for review | 2.80 |
| Chris Walker | 25-May | Prepared updates to April Monthly Operating Reports based on comments received | 2.90 |
| | | **Statements/Schedules and MORs Total** | **11.50** |
| **L. Case Administration** | | | |
| Chris Walker | 8-May | Reviewed and updated professional fee escrow summary | 1.60 |
| John Policano | 10-May | Prepared/reviewed April fee application | 0.70 |
| Jaclyn Hill | 10-May | Prepared April fee application | 2.50 |
| John Policano | 11-May | Prepared/reviewed April fee application | 0.40 |
| Kevin Pleines | 11-May | Reviewed time descriptions for fee app | 0.50 |
| Chris Walker | 12-May | Prepared updates to April fee application | 1.30 |
| Chris Walker | 12-May | Prepared updates to April fee application | 2.10 |
| John Policano | 12-May | Prepared/reviewed April fee application | 1.10 |
| John Policano | 15-May | Reviewed status of interim and monthly fee application payments | 0.40 |
| Chris Walker | 30-May | Prepared initial updates to May fee application | 1.50 |
| Chris Walker | 31-May | Prepared updates to May fee application | 2.10 |
| Chris Walker | 31-May | Prepared updates to May fee application | 2.30 |
| John Policano | 31-May | Reviewed email communications and performed case administration | 0.30 |
| John Policano | 31-May | Commenced preparation of May fee application | 0.40 |
| | | **Case Administration Total** | **17.20** |

**N. Analysis and Related Work re: Plan and Exit**

| | | | |
|---|---|---|---|
| Chris Walker | 4-May | Updated liquidation analysis for comments received and disputed tax analysis | 1.90 |
| Chris Walker | 9-May | Performed review of draft liquidation analysis | 1.20 |
| Chris Walker | 10-May | Performed updates to liquidation analysis based on comments received | 2.30 |
| John Policano | 10-May | Reviewed updated liquidation analysis | 0.40 |
| Chris Walker | 11-May | Prepared updates to liquidation analysis based on comments received | 2.00 |
| Chris Walker | 15-May | Prepared updates to liquidation analysis | 1.90 |
| Chris Walker | 16-May | Prepared updates to liquidation analysis | 2.00 |
| Chris Walker | 30-May | Prepared updates to liquidation analysis based on comments and revised financial information | 2.80 |
| | | **Analysis and Related Work re: Plan and Exit Total** | **14.50** |