**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINC, INC., *et al.*,[1] | ) | Case No. 22-11238 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 375 & 376** |

**CERTIFICATE OF SERVICE**

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 5, 2023, I caused to be served the:

   a. "Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and its Affiliated Debtors," dated June 5, 2023 [Docket No. 375], and

   b. "Debtors' and Official Committee of Unsecured Creditors' Joint Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Joint Chapter 11 Plan on an Interim Basis; (II) Establishing Solicitation and Tabulation Procedures; (III) Approving the Form of Ballot and Solicitation Materials; (IV) Establishing the Voting Record Date; (V) Fixing the Date, Time, and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto; and (VI) Granting Related Relief," dated June 5, 2023 [Docket No. 376],

by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these Chapter 11 Cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Arnold Nguyen*
Arnold Nguyen

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| A.M. SACCULLO LEGAL, LCC | (COUNSEL TO COMMITTE OF UNSECURED CREDITORS) ATTN A. SACCULLO; M. HURFORD; M. AUGUSTINE ESQ. 27 CRIMSON KING DRIVE BEAR DE 19701 |
| ARENTFOX SCHIFF LLP | (COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) ATTN GEORGE P. ANGELICH, ESQ 1301 AVENUE OF THE AMERICAS, 42ND FL NEW YORK NY 10019 |
| ARENTFOX SCHIFF LLP | (COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) ATTN J. KESSELMAN; J. BRITTON ESQ. BOYLSTON STREET, 32ND FL BOSTON MA 02199 |
| ASHBY & GEDDES, P.A. | (CO-COUNSEL TO SUMMERLAND WINE BRANDS, A DBA OF TERRAVANT WINE COMPANY, LLC); ATTN: GREGORY A. TAYLOR, ESQ., 500 DELAWARE AVE., 8TH FLR WILMINGTON DE 19801 |
| BANC OF CALIFORNIA, NA | ATTN MICHAEL BARANOWSKI 3 MACARTHUR PLACE SANTA ANA CA 92707 |
| BUCHALTER | (COUNSEL TO PREPETITION LENDERS) ATTN WILLIAM SCHOENHOLZ & COLIN ROWE 1000 WILSHIRE BLVD, STE 1500 LOS ANGELES CA 90017-1730 |
| COOLEY LLP | (COUNSEL TO DIP LENDERS) ATTN ERIC E WALKER 110 N WACKER DR, STE 4200 CHICAGO IL 60606 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER DE 19904 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| JEANMARIE MILLER, ASST. ATTY GENERAL | (COUNSEL TO MICHIGAN DEPT. OF TREASURY) CADILLAC PLACE, STE. 10-200 DETROIT MI 48202 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| PA DEPARTMENT OF REVENUE | (COUNSEL TO COMMONWEALTH OF PENNNSYLVANIA, DEPT. OF REVENUE); ATTN: CHRISTOS A. KATSAOUNIS PO BOX 281061 HARRISBURG PA 17128-1061 |
| RANCH CANADA DE LOS PINOS | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN DOUGLAS CIRCLE 17772 E. 17TH ST., STE 107 TUSTIN CA 92780 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN BANKRUPTCY DEPARTMENT 200 VESEY ST, STE 400 NEW YORK NY 10281 |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | ATTN BANKRUPTCY DEPARTMENT 1 PENN CTR 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 |
| SECURITIES & EXCHANGE COMMISSION | 100 F ST, NE WASHINGTON DC 20549 |
| TN DEPT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV. P.O. BOX 20207 NASHVILLE TN 37202-0207 |
| US TRUSTEE | ATTN JANE LEAMY 844 KING STREET, STE 2207 WILMINGTON DE 19801 |
| VIN-GLOBAL,LLC | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN DOUGLAS JONES 4501 MANATEE AVE WEST, STE 314 BRADENTON FL 34209 |

**Total Creditor count  21**

**EXHIBIT B**

WINC, INC., *et al*. Case No. 22-11238 (LSS)
Electronic Mail - Master Service List

| Creditor Name | Email |
| --- | --- |
| A.M. SACCULLO LEGAL LLC | AMS@SACCULLOLEGAL.COM; MARK@SACCULLOLEGAL.COM; MEG@SACCULLOLEGAL.COM |
| AKERMAN LLP | LAURA.TAVERAS@AKERMAN.COM; EDUARDO.ESPINOSA@AKERMAN.COM; MARK.LIU@AKERMAN.COM |
| ARENTFOX SCHIFF LLP | GEORGE.ANGELICH@AFSLAW.COM; JUSTIN.KESSELMAN@AFSLAW.COM; JAMES.BRITTON@AFSLAW.COM |
| ASHBY & GEDDES, P.A. | GTAYLOR@ASHBYGEDDES.COM |
| BANC OF CALIFORNIA, N.A. | MICHAEL.BARANOWSKI@BANCOFCAL.COM; LEGAL@BANCOFCAL.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM; JMARTINEZ@BENESCHLAW.COM |
| THE BIFFERATO FRIM, P.A. | CBIFFERATO@TBF.LEGAL |
| BUCHALTER | WSCHOENHOLZ@BUCHALTER.COM; CROWE@BUCHALTER.COM |
| BUCHALTER, A PROFESSIONAL CORP | SCHRISTIANSON@BUCHALTER.COM |
| COOLEY LLP | EWALKER@COOLEY.COM |
| COOLEY LLP | JBROWN@COOLEY.COM |
| DOSHI LEGAL GROUP, P.C. | AMISH@DOSHILEGAL.COM |
| INTERNAL REVENUE SERVICE | MILLIE.H.AGENT@IRS.GOV |
| JEANMARIE MILLER; ASST. ATTY GENERAL | MILLERJ51@MICHIGAN.GOV |
| MARC LESSER | KOTA91302@YAHOO.COM |
| MONZACK MERSKY AND BROWDER, P.A. | RMERSKY@MONLAW.COM |
| MORRIS NICOLS ARSHT & TUNNELL LLP | CMILLER@MORRISNICHOLS.COM; DABBOTT@MORRISNICHOLS.COM |
| PA DEPARTMENT OF REVENUE | RA-occbankruptcy5@state.pa.us |
| PACHULSKI STANG ZIEHL & JONES LLP | RPACHULSKI@PSZJLAW.COM; MLITVAK@PSZJLAW.COM; JONEILL@PSZJLAW.COM |
| PAUL HASTINGS LLP | JUSTINRAWLINS@PAULHASTINGS.COM; COLEHARLAN@PAULHASTINGS.COM |
| RANCH CANADA DE LOS PINOS | DOUG@CIRCLEVISION.COM |
| SECURITIES & EXCHANGE COMMISSION | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMM-NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| TN ATTY GENERAL'S OFFICE, BANKRUPTCY DIVISION | AGBANKDELAWARE@AG.TN.GOV |
| US TRUSTEE | USTRUSTEE.PROGRAM@USDOJ.GOV; JANE.M.LEAMY@USDOJ.COM |
| VIN-GLOBAL, LLC | DJONES@VIN-GLOBAL.NET |