**In re Winc, Inc., et al.,**                                                                       **Lead Case No. 22-11238**
                        Debtors                                          Reporting Period: May 1, 2023 through May 31, 2023

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| **Receipts** | | | |
| Operating receipts | $ - | $ 3,802,341 | $ - |
| Related entity receipts | - | - | - |
| Other Receipts | 20,599 | - | - |
| **Total Receipts** | $ 20,599 | $ 3,802,341 | $ - |
| | | | |
| **Disbursements** | | | |
| Administrative and selling costs | $ (13,279) | $ (3,330,161) | $ - |
| Related entity disbursements | - | - | - |
| Professional fees | - | - | - |
| Taxes | (13,000) | - | - |
| Effective date disbursements | - | - | - |
| Other disbursements | (108,630) | - | - |
| **Total Disbursements** | $ (134,909) | $ (3,330,161) | $ - |
| | | | |
| **Net Cash Flow** | $ (114,310) | $ 472,180 | $ - |
| | | | |
| **Cash Rollforward** | | | |
| **Beginning Cash Balance - May 1, 2023** | $ 1,826,387 | $ 707,792 | $ - |
| Net Cash Flow | (114,310) | 472,180 | - |
| **Ending Cash Balance - May 31, 2023** | $ 1,712,077 | $ 1,179,972 | $ - |

**In re Winc, Inc., et al.,**                                           **Lead Case No. 22-11238**
                       Debtors                                                           **Reporting Period: May 1, 2023 through May 31, 2023**

**BALANCE SHEETS AS OF May 31, 2023**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| **Assets** | | | |
| Cash and cash equivalents | $ 1,712,077 | $ 1,179,972 | $ - |
| Accounts receivable | 6,653 | 3,310,599 | - |
| Other receivables | 55,918 | 53,938 | - |
| Inventory | - | 23,097,993 | - |
| Prepaids and other current assets | 1,811,605 | 1,341,025 | - |
| **Total Current Assets** | **$ 3,586,253** | **$ 28,983,527** | **$ -** |
| | | | |
| Fixed assets | $ - | $ 563,337 | $ - |
| Intangible assets | - | 9,874,410 | - |
| Other assets | 20,071 | 430,283 | - |
| **Total Assets** | **$ 3,606,324** | **$ 39,851,557** | **$ -** |

**In re Winc, Inc., et al.,**
                   Debtors

Lead Case No. 22-11238
Reporting Period: May 1, 2023 through May 31, 2023

**BALANCE SHEETS AS OF May 31, 2023**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| <u>Liabilities</u> | | | |
| Accounts payable | $ - | $ - | $ - |
| Credit card liability | 1,742,252 | - | - |
| Accrued liabilities | 434,788 | 570,588 | - |
| Intercompany liability due (to)/from | - | - | - |
| Other current liabilities | - | - | - |
| Loans payable | - | - | - |
| Other current liabilities | - | - | - |
| **Total Current Liabilities** | **$ 2,177,039** | **$ 570,588** | **$ -** |
| Long term liabilities | - | - | - |
| **Total Non-Current Liabilities** | **$ -** | **$ -** | **$ -** |
| *Liabilities Subject to Compromise* | | | |
| Accounts payable and other | 125,314,062 | (90,554,405) | - |
| **Liabilities Subject to Compromise Total** | **$ 125,314,062** | **$ (90,554,405)** | **$ -** |
| **Total Liabilities** | **$ 127,491,102** | **$ (89,983,816)** | **$ -** |
| **Total Net Equity** | **$ (123,884,777)** | **$ 129,835,373** | **$ -** |
| **Total Liabilities and Net Equity** | **$ 3,606,324** | **$ 39,851,557** | **$ -** |

**In re Winc, Inc., et al.,**  **Lead Case No. 22-11238**
                    Debtors  Reporting Period: May 1, 2023 through May 31, 2023

**INCOME STATEMENTS**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| Income from ordinary activities | $ - | $ 4,078,498 | $ - |
| Other income | - | - | - |
| Cost of sales | (1,740) | 2,770,006 | - |
| **Gross Income** | **$ 1,740** | **$ 1,308,493** | **$ -** |
| Marketing expense | $ - | $ 145,573 | $ - |
| Personnel expense | - | 55,771 | - |
| Production and operations expense | - | 113,805 | - |
| General & administrative expense | 132,894 | 239,995 | - |
| Interest | - | - | - |
| Reorganization items | - | - | - |
| Other expense | - | 34,809 | - |
| **Income Before Tax** | **$ (131,153)** | **$ 718,540** | **$ -** |
| Income tax benefit (expense) | $ (26,000) | $ - | $ - |
| **Net Income (Loss) for Period** | **$ (157,153)** | **$ 718,540** | **$ -** |

**In re Winc, Inc., et al.,**                                                     Lead Case No. 22-11238
                      Debtors                                 Reporting Period: May 1, 2023 through May 31, 2023

**LISTING OF BANK ACCOUNTS**

| Account Holder | Bank Name | Account Number | End of Period Book Balances (USD) | Opened or Closed During Period |
|---|---|---|---|---|
| Winc, Inc. | Banc of Califoria | x0698 | $ 1,709,577 | No |
| BWSC, LLC | Banc of Califoria | x7078 | $ 1,179,972 | No |
| Winc, Inc. | Banc of Califoria | x5224 | $ 2,500 | No |