**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 26, 2023 AT 2:00 P.M. (ET)**

> **THE HEARING WILL BE CONDUCTED IN-PERSON.
> ANY EXCEPTIONS MUST BE APPROVED BY CHAMBERS.  PARTIES MAY
> OBSERVE THE HEARING REMOTELY BY REGISTERING WITH THE ZOOM
> LINK BELOW NO LATER THAN JUNE 26, 2023 AT 8:00 A.M. (ET).**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItc-urqDMuGA4XhY4z92d3z5aV2TjWthY**
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL
> CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**RESOLVED MATTER**

1. Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 369; 5/30/23]

    Related Pleadings:

    a)  Certificate of No Objection [D.I. 384; 6/14/23]

    b)  Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 387; 6/21/23]

    Objection Deadline:    June 13, 2023 at 4:00 p.m. (ET)

    Objections/Informal Responses:    None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A).  The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

Status:    An order has been entered.  No hearing is necessary.

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL**

2. Debtors' and Official Committee of Unsecured Creditors' Joint Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Joint Chapter 11 Plan on an Interim Basis; (II) Establishing Solicitation and Tabulation Procedures; (III) Approving the Form of Ballot and Solicitation Materials; (IV) Establishing the Voting Record Date; (V) Fixing the Date, Time, and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto; and (VI) Granting Related Relief [D.I. 376; 6/5/23]

   Related Pleadings:

   a) Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors [D.I. 375; 6/5/23]

   b) Notice of Filing of (I) Revised Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors; and (II) Blackline Thereof [D.I. 391; 6/22/23]

   c) Certification of Counsel [D.I. 392; 6/22/23]

   Objection Deadline:    June 20, 2023 at 4:00 p.m. (ET)

   Objections/Informal Responses:

   d) Informal Response from the Office of the United States Trustee

   e) Informal Response from the United States Securities and Exchange Commission

   Status:    A revised proposed form of order has been submitted under certification of counsel.  A hearing is necessary only if the Court has questions or concerns.

[*Signature page follows*]

|  |  |
|---|---|
| Dated: June 22, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Joshua B. Brooks (No. 6765)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>        mlunn@ycst.com<br>        amielke@ycst.com<br>        jbrooks@ycst.com<br>        sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

30478101.1