# Exhibit B

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS**

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS**
**APRIL 1, 2023 THROUGH AND INCLUDING MAY 31, 2023**

| Name of Professional | Title/Position | Total Hours | Hourly Billing Rate* | Total Compensation |
|---|---|---|---|---|
| Kevin Clancy | Partner | 4.1 | $995 | $4,079.50 |
| Vinni Toppi | Partner | 0.2 | $995 | $199.00 |
| Molly Jobe | Director | 2.6 | $875 | $2,275.00 |
| Paula Lourenco | Paraprofessional | 39.8 | $300 | $11,940.00 |
|  | **Total** | **46.7** |  | $18,493.50 |
| Carry-Over of Excess Fees-Portion Applied* |  |  |  | $(13,029.00)* |
| Blended Fees After Carry-Over* |  |  |  | $31,522.50 |
|  |  |  |  |  |
|  |  |  |  | **$31,522.50** |
| Capped Blended Rate (All Timekeepers) |  |  | $675.00* |  |
|  |  |  |  |  |
| \* As an accommodation to the Committee, the normal hourly billing rates for CohnReznick LLP and for CohnReznick Capital Markets Securities, LLC are capped at a blended rate of $675 per hour. Due to CohnReznick's capped blended rate of $675 per hour, the 1st monthly statement application reflects a reduction of excess fees of $9,134.50 and the 2nd monthly statement application reflects a reduction of excess fees of $31,684.50, for a total carry over of excess fees in the amount of $40,819.00. A portion of the excess carry-over has been applied to the 3rd and 4th monthly statement applications, leaving an excess fee carry-over balance of $22,997.50. The amount of $13,029.00 has been applied from the excess fee carry-over balance to the combined 5th monthly statement application for the months of April through May 2023. After applying same, the excess fee carry-over balance is $9,968.50 and remains to be used. ||||

*[Remainder of Page Left Intentionally Blank]*