# Exhibit C

## SUMMARY OF ACTIVITY CODE CATEGORY

**SUMMARY BY ACTIVITY CODE CATEGORY**
**APRIL 1, 2023 THROUGH AND INCLUDING MAY 31, 2023**

| Description | Hours | Fees |
|---|---|---|
| Analyze Assets and Liabilities | 1.0 | $935.00 |
| Case Administration (including retention matters) | 2.3 | $944.00 |
| Document Review/Index | 20.9 | $6,270.00 |
| Evaluate Sale of Debtors' Assets/Liquidation | 0.1 | $87.50 |
| Litigation Matters/Attendance at Court | 0.3 | $298.50 |
| Monthly and Interim Fee Applications | 18.9 | 6,990.50 |
| Operating Reports/Results | 1.1 | $986.50 |
| Plan and Disclosure Statement | 1.2 | $1,194.00 |
| Review/Analyze Budget | 0.1 | $87.50 |
| Review/Analyze Historical Information | 0.8 | $700.00 |
| **Services Total:** | **46.7** | **$18,493.50** |

*[Remainder of Page Left Intentionally Blank]*