# Exhibit D

**PROFESSIONAL AND PARAPROFESSIONAL DETAIL BY CATEGORY CODE**

**WINC, INC.,** *et al.*  Page 1
Professional and Paraprofessional Detail by Category Code
April 1, 2023 through and including May 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 04/12/23 | Kevin Clancy | Analyze/Reconcile Claims | Review admin claim schedules. | 0.5 | 995 | 497.50 |
| 04/12/23 | Molly Jobe | Analyze/Reconcile Claims | Review Epiq site for filed admin claims related to post closing admin payables. | 0.3 | 875 | 262.50 |
| 04/12/23 | Molly Jobe | Analyze/Reconcile Claims | Provide filed admin claims that tie to post closing admin payables schedule from RPA to the AFS team. | 0.2 | 875 | 175.00 |
| | | **Analyze/Reconcile Claims Total** | | **1.0** | | **935.00** |
| 04/10/23 | Molly Jobe | Case administration (including retention matters) | Receive and review committee case update. | 0.2 | 875 | 175.00 |
| 04/10/23 | Paula Lourenco | Case administration (including retention matters) | Docket review re: notices, pleadings and filed professionals' monthlies. | 0.2 | 300 | 60.00 |
| 04/11/23 | Paula Lourenco | Case administration (including retention matters) | Emails from/to counsel's office (AF) re: February, March 2023 monthlies and first interim application. | 0.1 | 300 | 30.00 |
| 04/11/23 | Paula Lourenco | Case administration (including retention matters) | Email to counsel re: final CR and CRC's third monthly statement/invoice, supporting documents and notice, CR and CRC's third monthly application, exhibits A-D, updated to reference capped blended rate, and copies to appropriate recipients. | 0.3 | 300 | 90.00 |
| 04/11/23 | Paula Lourenco | Case administration (including retention matters) | Email to counsel re: CR and CRC's fourth monthly statement/invoice and supporting documents through March 31, 2023, copy to appropriate recipients. | 0.2 | 300 | 60.00 |
| 04/13/23 | Paula Lourenco | Case administration (including retention matters) | Emails from/to counsel's office (AF) re: February 2023 monthly statement application and timeline for first interim application. | 0.1 | 300 | 30.00 |
| 04/14/23 | Paula Lourenco | Case administration (including retention matters) | Email to counsel's office re: CR and CRC's first interim application and exhibits A-F, copies to appropriate recipients. | 0.2 | 300 | 60.00 |
| 04/18/23 | Paula Lourenco | Case administration (including retention matters) | Email to counsel's office re: notice, CR and CRC's fourth monthly application, exhibits A-D, copies to appropriate recipients. | 0.2 | 300 | 60.00 |
| 04/18/23 | Paula Lourenco | Case administration (including retention matters) | Docket review re: pleadings, notices; filed CR and CRC's interim application. | 0.2 | 300 | 60.00 |
| 05/19/23 | Kevin Clancy | Case administration (including retention matters) | Review correspondence from counsel re: monthly fee app. | 0.2 | 995 | 199.00 |
| 05/25/23 | Paula Lourenco | Case administration (including retention matters) | Review/prepared final, email to counsel's office re: CR and CRC's fifth monthly statement/invoice and supporting documents, and notice, CR and CRC's fifth monthly application, exhibits A-E, copies to appropriate recipients. | 0.4 | 300 | 120.00 |
| | | **Case administration (including retention matters) Total** | | **2.3** | | **944.00** |
| 04/10/23 | Paula Lourenco | Document Review/Index | Review/analysis, initiated preparation of professionals' spreadsheet for, in support of statement/invoice for UCC. | 0.8 | 300 | 240.00 |

**WINC, INC.,** *et al.* Page 2

Professional and Paraprofessional Detail by Category Code

April 1, 2023 through and including May 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 04/10/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' fees, coding for/in support of CR and CRC's fee statement for the period through March 31, 2023. | 1.3 | 300 | 390.00 |
| 04/10/23 | Paula Lourenco | Document Review/Index | Continued review/analysis/preparation of professionals' fees/code, summaries for all timekeepers through March 31, 2023; emails to K Clancy and V Toppi (CR) re: same. | 1.1 | 300 | 330.00 |
| 04/11/23 | Paula Lourenco | Document Review/Index | Review/analysis, prepared, updated exhibits, one page cover statement; emails to/from K Clancy, to V Toppi (CR) re: fourth monthly statement and supporting documents. | 0.4 | 300 | 120.00 |
| 04/13/23 | Paula Lourenco | Document Review/Index | Review/analysis, preparation of exhibits for, in support of CR and CRC's first interim fee application. | 1.6 | 300 | 480.00 |
| 04/13/23 | Paula Lourenco | Document Review/Index | Continued preparation of exhibits for, and in support of CR and CRC's first interim application for period December 20, 2022 through and including February 28, 2023. | 1.3 | 300 | 390.00 |
| 04/13/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' detail by code, summaries, exhibits for preparation/in support of CR and CRC's first interim fee application. | 0.7 | 300 | 210.00 |
| 04/13/23 | Paula Lourenco | Document Review/Index | Review/analysis of exhibits/updated; continued review/analysis and preparation of CR and CRC's first interim fee application through February 28, 2023. | 1.3 | 300 | 390.00 |
| 04/13/23 | Paula Lourenco | Document Review/Index | Review/analysis and initiated preparation of narrative summaries for each project category in support of interim application. | 1.1 | 300 | 330.00 |
| 04/13/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued review/preparation of narrative summaries for each project category for/in support of first interim fee application through February 28, 2023. | 1.2 | 300 | 360.00 |
| 04/13/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued review/preparation of narrative summaries for each project category for/in support of first interim fee application. | 0.6 | 300 | 180.00 |
| 04/14/23 | Paula Lourenco | Document Review/Index | Review/analysis of application summary sheet, application and exhibits; email to K. Clancy, V. Toppi (CR) re: same attached. | 0.4 | 300 | 120.00 |
| 04/17/23 | Paula Lourenco | Document Review/Index | Review/analysis and prepared narrative summaries for each project category in support of CR and CRC's monthly application for the period ending March 31, 2023. | 1.6 | 300 | 480.00 |
| 04/18/23 | Paula Lourenco | Document Review/Index | Review/analysis, continued preparation of narrative summaries for each project category, for/in support of CR and CRC's fourth monthly application. | 0.8 | 300 | 240.00 |

**WINC, INC.,** *et al.*  Page 3
Professional and Paraprofessional Detail by Category Code
April 1, 2023 through and including May 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 05/22/23 | Paula Lourenco | Document Review/Index | Review/analysis, initiated preparation of professionals' spreadsheet for, in support of statement/invoice for UCC. | 1.1 | 300 | 330.00 |
| 05/22/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' fees, coding for/in support of CR and CRC's fee statement for the period through April 30, 2023. | 1.2 | 300 | 360.00 |
| 05/22/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of supporting documents, summaries/charts for preparation of CR and CRC's fifth monthly statement/invoice. | 0.6 | 300 | 180.00 |
| 05/22/23 | Paula Lourenco | Document Review/Index | Continued review/analysis/preparation of professionals' fees/code, summaries for all timekeepers through April 30, 2023; emails to/from K Clancy, to V Toppi (CR) re: same. | 0.5 | 300 | 150.00 |
| 05/23/23 | Paula Lourenco | Document Review/Index | Emails from/to K Clancy (CR) re: professionals' fees; review/analysis and prepared/updated fee schedule of monthlies, interim and carry-over fees, emails to/from K Clancy (CR) re: work activity calc. | 0.7 | 300 | 210.00 |
| 05/23/23 | Paula Lourenco | Document Review/Index | Emails from/to K Clancy (CR) re: April 2023 monthly statement; review/analysis, prepared, updated professionals' spreadsheet for, in support of statement/invoice for UCC. | 0.3 | 300 | 90.00 |
| 05/24/23 | Paula Lourenco | Document Review/Index | Review/analysis and prepared narrative summaries for each project category in support of CR and CRC's monthly application for the period ending April 30, 2023. | 1.1 | 300 | 330.00 |
| 05/25/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of CohnReznick and CRC's fifth monthly application, exhibits A-E for/in support of the monthly application; emails to/from K Clancy, to V Toppi (CR) re: same, draft final attached. | 1.2 | 300 | 360.00 |
| | | **Document Review/Index Total** | | **20.9** | | **6,270.00** |
| 04/21/23 | Molly Jobe | Evaluate Sale of Debtors' Assets/Liquidation | Update G Angelich (AFS) regarding status of liquidation analysis from RPA. | 0.1 | 875 | 87.50 |
| | | **Evaluate Sale of Debtors' Assets/Liquidation Total** | | **0.1** | | **87.50** |
| 05/12/23 | Kevin Clancy | Litigation Matters/Attendance at Court | Review correspondence from counsel re: hearing. | 0.3 | 995 | 298.50 |
| | | **Litigation Matters/Attendance at Court Total** | | **0.3** | | **298.50** |
| 04/10/23 | Kevin Clancy | Monthly and Interim Fee Applications | Review draft fee app. | 0.5 | 995 | 497.50 |
| 04/13/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and initiated preparation of CR and CRC's first interim fee application cover and application for the interim period from December 20, 2022 through February 28, 2023. | 1.9 | 300 | 570.00 |

**WINC, INC.,** *et al.* Page 4

Professional and Paraprofessional Detail by Category Code

April 1, 2023 through and including May 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 04/13/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of first interim fee application of CR as financial advisors and CRC as investment banker to the committee for the period December 20, 2022 through and including February 2023. | 1.4 | 300 | 420.00 |
| 04/14/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of CR and CRC's first interim fee application for the period ending February 28, 2023. | 1.6 | 300 | 480.00 |
| 04/14/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of first interim fee application of CR as financial advisors and CRC as investment banker to the committee through February 28, 2023. | 1.4 | 300 | 420.00 |
| 04/14/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of CR and CRC's first interim fee application for the period December 20, 2022 through and including February 2023. | 1.2 | 300 | 360.00 |
| 04/14/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and prepared K. Clancy's declaration in support of the first interim fee application. | 0.4 | 300 | 120.00 |
| 04/14/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and prepared J. Manning's declaration in support of the first interim fee application. | 0.4 | 300 | 120.00 |
| 04/14/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared Notice to CohnReznick and CRC's first interim fee application. | 0.4 | 300 | 120.00 |
| 04/17/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, preparation of monthly fee application for the period through and including March 31, 2023. | 1.7 | 300 | 510.00 |
| 04/18/23 | Kevin Clancy | Monthly and Interim Fee Applications | Review monthly fee app. | 0.4 | 995 | 398.00 |
| 04/18/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared Notice to CohnReznick and CRC's fourth monthly fee application. | 0.4 | 300 | 120.00 |
| 04/18/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared K. Clancy's declaration in support of CohnReznick and CRC's fourth monthly application for March 2023. | 0.4 | 300 | 120.00 |
| 04/18/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared J. Manning's declaration in support of CohnReznick and CRC's fourth monthly application for March 2023. | 0.4 | 300 | 120.00 |
| 04/18/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of CohnReznick and CRC's fourth monthly application, exhibits A-D for/in support of the monthly application; email to, corresponded with K Clancy, V Toppi (CR) re: same, draft final attached. | 1.6 | 300 | 480.00 |
| 05/23/23 | Kevin Clancy | Monthly and Interim Fee Applications | Address open issues on fee apps/invoices. | 0.5 | 995 | 497.50 |
| 05/23/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, preparation of monthly fee application for the period through and including April 30, 2023. | 1.2 | 300 | 360.00 |

**WINC, INC.,** *et al.*  Page 5
Professional and Paraprofessional Detail by Category Code
April 1, 2023 through and including May 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 05/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of CR and CRC's fifth monthly pleadings for April 2023. | 1.4 | 300 | 420.00 |
| 05/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared Notice to CohnReznick and CRC's fifth monthly fee application. | 0.4 | 300 | 120.00 |
| 05/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared K. Clancy's declaration in support of CohnReznick and CRC's fifth monthly application for April 2023. | 0.4 | 300 | 120.00 |
| 05/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared J. Manning's declaration in support of CohnReznick and CRC's fifth monthly application for April 2023. | 0.4 | 300 | 120.00 |
| 05/26/23 | Kevin Clancy | Monthly and Interim Fee Applications | Review monthly fee apps. | 0.5 | 995 | 497.50 |
| | | **Monthly and Interim Fee Applications Total** | | **18.9** | | **6,990.50** |
| 04/04/23 | Vinni Toppi | Operating Reports/Results | Review email re: vendor payments; exchange emails with counsel re: follow-up | 0.2 | 995 | 199.00 |
| 04/05/23 | Molly Jobe | Operating Reports/Results | Review proposed admin payments by the debtor against critical vendor and AP history and prior approved payments and budget. | 0.4 | 875 | 350.00 |
| 04/05/23 | Molly Jobe | Operating Reports/Results | Communications with V Toppi (CR) regarding debtor's proposed admin payments. | 0.2 | 875 | 175.00 |
| 04/05/23 | Molly Jobe | Operating Reports/Results | Draft communication to AFS team regarding debtor's proposed admin payments and request permission to conduct outreach to RPA for further information. | 0.2 | 875 | 175.00 |
| 04/06/23 | Molly Jobe | Operating Reports/Results | Communications with K Pleines (RPA) regarding admin payables and meeting request. | 0.1 | 875 | 87.50 |
| | | **Operating Reports/Results Total** | | **1.1** | | **986.50** |
| 05/24/23 | Kevin Clancy | Plan and Disclosure Statement | Review updated POR and trust agreement; correspond with counsel. | 1.2 | 995 | 1,194.00 |
| | | **Plan and Disclosure Statement Total** | | **1.2** | | **1,194.00** |
| 05/15/23 | Molly Jobe | Review/Analyze Budget | Follow-ups with RPA regarding status of liquidation budget. | 0.1 | 875 | 87.50 |
| | | **Review/Analyze Budget Total** | | **0.1** | | **87.50** |
| 04/10/23 | Molly Jobe | Review/Analyze Historical Information | Receive and review pre-closing admin payment detail for trade payables provided by K Pleines (RPA). | 0.3 | 875 | 262.50 |
| 04/11/23 | Molly Jobe | Review/Analyze Historical Information | Meeting with K Pleines (RPA) regarding post-closing admin payments. | 0.3 | 875 | 262.50 |
| 04/12/23 | Molly Jobe | Review/Analyze Historical Information | Draft update to AFS regarding admin payment review with RPA and provide underlying detail on trade payable invoicing. | 0.2 | 875 | 175.00 |
| | | **Review/Analyze Historical Information Total** | | **0.8** | | **700.00** |
| | | **Grand Total** | | **46.7** | | **18,493.50** |

**WINC, INC., *et al.***
**CohnReznick LLP and CohnReznick Capital Markets Securities, LLC**
**April 1, 2023 through and including May 31, 2023**
**Summary of Professional and Paraprofessional Timekeepers**
**By Activity Code Category**

| Name | Position | Activity Code Category | Hours | Rates* | Fee |
|---|---|---|---|---|---|
| Kevin Clancy | Partner | Analyze/Reconcile Claims | 0.50 | 995 | 497.50 |
| Molly Jobe | Director | Analyze/Reconcile Claims | 0.50 | 875 | 437.50 |
| | | **Activity Subtotal:** | | | **$ 935.00** |
| Kevin Clancy | Partner | Case Administration | 0.20 | 995 | 199.00 |
| Molly Jobe | Director | Case Administration | 0.20 | 875 | 175.00 |
| Paula Lourenco | Paraprofessional | Case Administration | 1.90 | 300 | 570.00 |
| | | **Activity Subtotal:** | | | **$ 944.00** |
| Paula Lourenco | Paraprofessional | Document Review/Index | 20.90 | 300 | 6,270.00 |
| | | **Activity Subtotal:** | | | **$ 6,270.00** |
| Molly Jobe | Director | Evaluate Sale of Debtors' Assets/Liquidation | 0.10 | 875 | 87.50 |
| | | **Activity Subtotal:** | | | **$ 87.50** |
| Kevin Clancy | Partner | Litigation Matters/Attendance at Court | 0.30 | 995 | 298.50 |
| | | **Activity Subtotal:** | | | **$ 298.50** |
| Kevin Clancy | Partner | Monthly and Interim Fee Applications | 1.90 | 995 | 1,890.50 |
| Paula Lourenco | Paraprofessional | Monthly and Interim Fee Applications | 17.00 | 300 | 5,100.00 |
| | | **Activity Subtotal:** | | | **$ 6,990.50** |
| Vinni Toppi | Partner | Operating Reports/Results | 0.20 | 995 | 199.00 |
| Molly Jobe | Director | Operating Reports/Results | 0.90 | 875 | 787.50 |
| | | **Activity Subtotal:** | | | **$ 986.50** |
| Kevin Clancy | Partner | Plan and Disclosure Statement | 1.20 | 995 | 1,194.00 |
| | | **Activity Subtotal:** | | | **$ 1,194.00** |
| Molly Jobe | Director | Review/Analyze Budget | 0.10 | 875 | 87.50 |
| | | **Activity Subtotal:** | | | **$ 87.50** |
| Molly Jobe | Director | Review/Analyze Historical Information | 0.80 | 875 | 700.00 |
| | | **Activity Subtotal:** | | | **$ 700.00** |
| **Grand Total** | | | **46.70** | | **$ 18,493.50** |

*As an accommodation to the Committee, the normal billing rates for CohnReznick LLP and for CohnReznick Capital Markets Securities, LLC are capped at a blended rate of $675 per hour.