# **Exhibit E**

**EXPENSE SUMMARY AND DETAIL BY CATEGORY**

**EXPENSE SUMMARY**
**APRIL 1, 2023 THROUGH AND INCLUDING MAY 31, 2023**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Pacer | | $40.10 |
| | **TOTAL EXPENSES** | **$40.10** |

**EXPENSE DETAIL**
**APRIL 1, 2023 THROUGH AND INCLUDING MAY 31, 2023**

| Date | Name | Code | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 04/18/23 | CohnReznick | 891 | Pacer | $40.10 | Background Investigations, Acct# 2571123 - PACER - 4/4/23 - Invoice#2571123-Q12023 - 1/1/23 thru 3/31/23 |
| | | | **Pacer Total** | **$40.10** | |
| | | | **Grand Total** | **$40.10** | |

*[Remainder of Page Left Intentionally Blank]*