## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINC, INC., *et al.*,[1] | ) | Case No. 22-11238 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 388-390** |

### <u>CERTIFICATE OF SERVICE</u>

I, ANDREA SPEELMAN, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 26, 2023, I caused to be served the:

    a.  "Monthly Operating Report," dated June 21, 2023 [Docket No. 388],

    b.  "Monthly Operating Report," *related to Case No. 22-11239*, dated June 21, 2023 [Docket No. 389], and

    c.  "Monthly Operating Report," *related to Case No. 22-11240*, dated June 21, 2023 [Docket No. 390],

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>.

*/s/ Andrea Speelman*
Andrea Speelman

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these Chapter 11 Cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

**EXHIBIT A**

Winc, Inc. - Case No. 22-11238

Email Service List

| Name | Email Address |
|---|---|
| U.S. Trustee | ustrustee.program@usdoj.gov; jane.m.leamy@usdoj.com |
| Counsel to the Committee | george.angelich@afslaw.com; justin.kesselman@afslaw.com; james.britton@afslaw.com; mark@saccullolegal.com |