## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC. *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: August 3, 2023 at 10:00 a.m. (ET)**<br>**Objection Deadline: July 17, 2023 at 4:00 p.m. (ET)** |

## NOTICE OF SECOND INTERIM FEE APPLICATION OF ARENTFOX SCHIFF LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MAY 31, 2023

**PLEASE TAKE NOTICE** that ArentFox Schiff LLP ("ArentFox Schiff or Applicant"), counsel to the Official Committee of Unsecured Creditors (the "Committee") for the above-captioned debtors (the "Debtors") pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 208] (the "Compensation Order") seeking an allowance of fees in the amount of $45,771.00 and reimbursement of expenses in the amount of $0.00, for the period from March 1, 2023 through May 31, 2023  (the "Interim Fee Period").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Compensation Order, objections, if any, to this Interim Fee Application must be filed with the Court and served so as to be **actually received by July 17, 2023, 2023 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that you must also serve a copy of any objection so as to be received by the following parties on or before the Objection Deadline: (i) counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Matthew B. Lunn, Esq. (mlunn@ycst.com) and Allison S. Mielke, Esq. (amielke@ycst.com); (ii) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware, 19801, Attn: Jane Leamy, Esq. (jane.m.leamy@usdoj.gov); (iii) counsel to the Committee: (a) ArentFox Schiff LLP, 1301 Avenue of the Americas, 42nd Floor, Attn: George P. Angelich, Esq. (george.angelich@afslaw.com), and ArentFox Schiff LLP, 800 Boylston Street, 32nd Floor, Boston, MA 02199, Attn: Justin A. Kesselman, Esq. (justin.kesselman@afslaw.com), and James E. Britton, Esq. (james.britton@afslaw.com); and (b) A.M. Saccullo Legal LLC, 27 Crimson King Drive, Bear, Delaware 19701, Attn: Mark Hurford, Esq. (mark@saccullolegal.com); (iv) counsel to the DIP Lender: Cooley LLP, 110 N. Wacker Drive, Suite 4200, Chicago, IL 60606, Attn: Eric E. Walker, Esq. (ewalker@cooley.com), and 55 Hudson Yards, New York, New York 10001, Attn: Joseph Brown, Esq. (jbrown@cooley.com); (v) co-counsel to the DIP Lender: Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

P.O. Box 1347, Wilmington, DE 19899, Attn: Curtis S. Miller, Esq. (cmiller@mnat.com) and Derek C. Abbott, Esq. (dabbott@mnat.com); and (vi) counsel to Banc of California, N.A., as successor-by-merger to Pacific Mercantile Bank (the "Prepetition Secured Lender"), Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067, Attn: Richard M. Pachulski, Esq. (rpachulski@pszj.com) and Maxim B. Litvak, Esq. (mlitvak@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** that if responses or objections are timely filed, served, and received, a hearing to consider this Interim Fee Application will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 on **August 3, 2023 at 10:00 a.m. (prevailing Eastern Time)**. Only those objections made in writing and timely filed and received in accordance with the procedures described herein will be considered by the Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO TIMELY OBJECTIONS TO THIS INTERIM FEE APPLICATION ARE FILED, THE COURT, IN ACCORDANCE WITH THE TERMS OF THE COMPENSATION ORDER, MAY ENTER AN ORDER GRANTING THIS INTERIM FEE APPLICATION WITHOUT A HEARING.**

Dated: June 26, 2023

By:    */s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)
**A.M. SACCULLO LEGAL, LLC**
27 Crimson King Drive
Bear, DE 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: Mark@saccullolegal.com

-and-

AFDOCS:198402281.1

George P. Angelich (*pro hac vice*)
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: George.Angelich@afslaw.com

Justin A. Kesselman *(pro hac vice)*
James E. Britton *(pro hac vice)*
**ARENTFOX SCHIFF LLP**
The Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA 02199
Telephone: (617) 973-6102
Email: Justin.Kesselman@afslaw.com
        James.Britton@afslaw.com

*Counsel for the Official Committee of
Unsecured Creditors*

AFDOCS:198402281.1