# EXHIBIT 2

**MONTHLY FEE APPLICATIONS**



Official Committee of Unsecured Creditors of Winc, Inc., et al
unknown
New York City, NY

| | |
|---|---|
| Invoice Number | 2218660 |
| Invoice Date | 04/20/2023 |
| Client Number | 044409 |

For Professional Services Rendered Through:  March 31, 2023

| No | Reference | Hours | Total |
|---|---|---|---|
| 00002 | Case Management and Operating Reports | 1.00 | 357.50 |
| 00004 | Investigation, Due Diligence and Analysis | 1.00 | 800.00 |
| 00005 | Committee and Debtor Communications, Conference Calls and | 4.70 | 2,904.00 |
| 00011 | Miscellaneous Motions and Objections | 2.70 | 1,656.00 |
| 00013 | Professional Retention | 0.20 | 69.50 |
| 00014 | Fee Applications | 1.50 | 607.50 |
| 00015 | Cash Collateral and DIP Financing | 0.20 | 132.00 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | 19.30 | 15,093.00 |
| | **Totals** | **30.60** | **21,619.50** |

Taxpayer Identification Number:  53-0214923      Due Upon Receipt

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2218660
                                                                                                                          Page 2
April 20, 2023

---

## Time Summary

|  | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Christian M. McBurney | 5.30 | 970.00 | 5,141.00 |
| George P. Angelich | 4.80 | 860.00 | 4,128.00 |
| Justin Kesselman | 13.00 | 660.00 | 8,580.00 |
| **Associate** | | | |
| James E. Britton | 5.00 | 570.00 | 2,850.00 |
| **Blended Rate for Attorneys: $736.62** | | | |
| **Paralegal** | | | |
| Lisa A. Indelicato | 1.70 | 405.00 | 688.50 |
| Alyssa Fiorentino | 0.80 | 290.00 | 232.00 |
| **Totals** | **30.60** | | **21,619.50** |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2218660 |
|---|---|---|
| 00002 | Case Management and Operating Reports | Page 3 |

April 20, 2023

For Professional Services Rendered Through:  March 31, 2023

Re: Case Management and Operating Reports

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 03/02/23 | Alyssa Fiorentino | Review and circulate upcoming dates/deadlines. | 0.10 | 29.00 |
| 03/02/23 | Alyssa Fiorentino | Prepare J. Kesselman hearing registration. | 0.10 | 29.00 |
| 03/06/23 | Alyssa Fiorentino | Review and calendar upcoming dates/deadlines. | 0.10 | 29.00 |
| 03/20/23 | Alyssa Fiorentino | Review and preparation of critical dates & deadline memorandum. | 0.40 | 116.00 |
| 03/30/23 | Lisa A. Indelicato | Correspond with J. Britton regarding calendaring critical dates in case. | 0.10 | 40.50 |
| 03/31/23 | James E. Britton | Review CR summary of January and February MORs (0.2). | 0.20 | 114.00 |
| | | **Fee Total** | **1.00** | **$357.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| James E. Britton | 0.20 | 570.00 | 114.00 |
| Lisa A. Indelicato | 0.10 | 405.00 | 40.50 |
| Alyssa Fiorentino | 0.70 | 290.00 | 203.00 |
| **Timekeeper Summary Total** | **1.00** | | **357.50** |

| | | |
|---|---|---|
| Current Fees | | $357.50 |
| **Subtotal For This Matter** | | $357.50 |

Arent Fox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al      Invoice Number 2218660
00004      Investigation, Due Diligence and Analysis      Page 4
April 20, 2023

---

For Professional Services Rendered Through:  March 31, 2023

Re: Investigation, Due Diligence and Analysis

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 03/20/23 | George P. Angelich | Confer with J. Kesselman and J. Britton re issues for investigation. | 0.70 | 602.00 |
| 03/20/23 | Justin Kesselman | Confer with G Angelich and J Britton re: diligence. | 0.30 | 198.00 |
| | | **Fee Total** | **1.00** | **$800.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| George P. Angelich | 0.70 | 860.00 | 602.00 |
| Justin Kesselman | 0.30 | 660.00 | 198.00 |
| **Timekeeper Summary Total** | **1.00** | | **800.00** |

| | | |
|---|---|---|
| Current Fees | | $800.00 |
| **Subtotal For This Matter** | | $800.00 |

Arentfox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2218660
00005       Committee and Debtor Communications, Conference Calls and                                          Page 5
April 20, 2023

---

For Professional Services Rendered Through:  March 31, 2023

Re: Committee and Debtor Communications, Conference Calls and

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 03/02/23 | Justin Kesselman | Call and emails with Court, M Hurford and A. Miellke. | 0.80 | 528.00 |
| 03/03/23 | Justin Kesselman | Emails with A Miellke. | 0.20 | 132.00 |
| 03/07/23 | Justin Kesselman | Attn to email with YCST re bar date materials (0.2) | 0.20 | 132.00 |
| 03/08/23 | James E. Britton | Draft update to committee members (0.3) and correspondence RE: same (0.1). | 0.40 | 228.00 |
| 03/08/23 | Justin Kesselman | Attn to emails with M Hurford. | 0.20 | 132.00 |
| 03/09/23 | Justin Kesselman | Email to YCST re: Plan | 0.10 | 66.00 |
| 03/13/23 | James E. Britton | Correspondence to committee RE: update (0.2); phone call with M. Horford RE: hearing and fee applications (0.3). | 0.50 | 285.00 |
| 03/14/23 | Justin Kesselman | Attn to email and draft from YCST. | 0.20 | 132.00 |
| 03/16/23 | James E. Britton | Phone call with Debtor counsel RE: plan process (0.4). | 0.40 | 228.00 |
| 03/16/23 | Justin Kesselman | Prepare for (0.4) and have call with YCST re plan (0l.3) | 0.70 | 462.00 |
| 03/20/23 | James E. Britton | Correspondence RE: fee applications and dates and deadlines (0.2); phone call with creditor (0.2); phone call RE: confirmation and plan (0.2). | 0.60 | 342.00 |
| 03/28/23 | James E. Britton | Correspondence RE: fee applications and MORS (0.3). | 0.30 | 171.00 |
| 03/29/23 | Justin Kesselman | Email with A Miellke. | 0.10 | 66.00 |
| | | **Fee Total** | **4.70** | **$2,904.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Justin Kesselman | 2.50 | 660.00 | 1,650.00 |
| James E. Britton | 2.20 | 570.00 | 1,254.00 |
| **Timekeeper Summary Total** | **4.70** | | **2,904.00** |

Arent Fox Schiff LLP
Attorneys at Law

044409       Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2218660
00005        Committee and Debtor Communications, Conference Calls and                                        Page 6
April 20, 2023

---

Current Fees                                                    $2,904.00

**Subtotal For This Matter**                                    $2,904.00

Arent Fox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al           Invoice Number 2218660
00011       Miscellaneous Motions and Objections                                                         Page 7
April 20, 2023

---

For Professional Services Rendered Through:  March 31, 2023

Re: Miscellaneous Motions and Objections

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 03/02/23 | James E. Britton | Review revised bar date motion and notice (0.2); review transcript of bar date hearing (0.2); correspondence RE: same (0.2). | 0.60 | 342.00 |
| 03/02/23 | Justin Kesselman | Prepare for (0.5) and attend Bar date hearing (0.3) | 0.80 | 528.00 |
| 03/03/23 | Justin Kesselman | Attn to bar date order | 0.50 | 330.00 |
| 03/06/23 | James E. Britton | Review and analyze motion to extend assumption or rejection deadline (0.3); correspondence RE: same (0.2); review and analyze plan and TSA terms RE: delayed assumption (0.3). | 0.80 | 456.00 |
| | | **Fee Total** | **2.70** | **$1,656.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Justin Kesselman | 1.30 | 660.00 | 858.00 |
| James E. Britton | 1.40 | 570.00 | 798.00 |
| **Timekeeper Summary Total** | **2.70** | | **1,656.00** |

| | | |
|---|---|---|
| Current Fees | | $1,656.00 |
| **Subtotal For This Matter** | | $1,656.00 |

Arentfox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2218660
00013       Professional Retention                                                                                    Page 8
April 20, 2023

---

For Professional Services Rendered Through:  March 31, 2023

Re: Professional Retention

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 03/02/23 | Alyssa Fiorentino | Discussion with Y. Cruz re: retention application. | 0.10 | 29.00 |
| 03/29/23 | Lisa A. Indelicato | Review status of supplemental 2014 search. | 0.10 | 40.50 |
| | | **Fee Total** | **0.20** | **$69.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Lisa A. Indelicato | 0.10 | 405.00 | 40.50 |
| Alyssa Fiorentino | 0.10 | 290.00 | 29.00 |
| **Timekeeper Summary Total** | **0.20** | | **69.50** |

|  |  |
|--|--|
| Current Fees | $69.50 |
| **Subtotal For This Matter** | $69.50 |

Arent Fox Schiff LLP
Attorneys at Law

| | | |
|---|---|---|
| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2218660 |
| 00014 | Fee Applications | Page 9 |
| April 20, 2023 | | |

For Professional Services Rendered Through:  March 31, 2023

Re: Fee Applications

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 03/15/23 | Lisa A. Indelicato | Prepare fee and expense summary chart. | 1.00 | 405.00 |
| 03/20/23 | Lisa A. Indelicato | Correspond with J. Britton regarding monthly fee statement for February. | 0.10 | 40.50 |
| 03/22/23 | Lisa A. Indelicato | Correspond with J. Britton regarding monthly fee statement. | 0.10 | 40.50 |
| 03/23/23 | Lisa A. Indelicato | Follow up with Y. Cruz regarding February invoice. | 0.10 | 40.50 |
| 03/27/23 | Lisa A. Indelicato | Correspond with J. Britton regarding status of Februray invoice. | 0.10 | 40.50 |
| 03/30/23 | Lisa A. Indelicato | Correspond with J. Britton regarding status of February invoice. | 0.10 | 40.50 |
| | | **Fee Total** | **1.50** | **$607.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Lisa A. Indelicato | 1.50 | 405.00 | 607.50 |
| **Timekeeper Summary Total** | **1.50** | | **607.50** |

| | |
|---|---|
| Current Fees | $607.50 |
| **Subtotal For This Matter** | $607.50 |

Arent Fox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2218660
00015       Cash Collateral and DIP Financing                                                                    Page 10
April 20, 2023

---

For Professional Services Rendered Through:  March 31, 2023

Re: Cash Collateral and DIP Financing

| Date | Timekeeper | Narrative | Hours | Value |
|------|------------|-----------|-------|-------|
| 02/24/23 | Justin Kesselman | Attn to email from M. Litvak re: sale escrowed funds application. | 0.20 | 132.00 |
| | | **Fee Total** | **0.20** | **$132.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Justin Kesselman | 0.20 | 660.00 | 132.00 |
| **Timekeeper Summary Total** | **0.20** | | **132.00** |

| | | |
|---|---|---|
| Current Fees | | $132.00 |
| **Subtotal For This Matter** | | $132.00 |

Arent Fox Schiff LLP
Attorneys at Law

044409     Official Committee of Unsecured Creditors of Winc, Inc., et al          Invoice Number 2218660
00016      Disclosure Statement and Plan Matters and Solicitation                Page 11
April 20, 2023

For Professional Services Rendered Through:  March 31, 2023

Re: Disclosure Statement and Plan Matters and Solicitation

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 03/01/23 | Christian M. McBurney | Review of email questions from J. Kesselman regarding question of leaving refund rights of Winc Inc inside company (.1); prepare questions to J. Kesselman regarding same (.2); prepare and send responses to J. Kesselman (.2); review questions from J. Kesselman regarding keeping Winc Inc. alive in light of post-closing payments (.2); review of purchase and sale agreement and transition agreement (.6); analysis regarding same (.4); prepare email to J. Kesselman regarding same (.4). | 2.10 | 2,037.00 |
| 03/01/23 | Justin Kesselman | Attn to plan and dislcosure statement structure and revisions. | 1.20 | 792.00 |
| 03/03/23 | Christian M. McBurney | Review of five tax questions by J. Kesselman and analysis of same (.4); review of liquidating trust requirements (.2); prepare responses to questions and send to J. Kesselman (.4); review additional question by J. Kesselman and prepare response regarding same (.2). | 1.20 | 1,164.00 |
| 03/03/23 | George P. Angelich | Review issues re plan and trust. | 1.20 | 1,032.00 |
| 03/03/23 | Justin Kesselman | Attn to tax-related issues in plan and confer with C McBurney re the same. | 1.30 | 858.00 |
| 03/06/23 | George P. Angelich | Review issues re contract assumption in context of plan. | 0.40 | 344.00 |
| 03/06/23 | James E. Britton | Review and analyze local counsel comments to plan/DS (0.7) and liquidation trust agreement (0.5). | 1.20 | 684.00 |
| 03/07/23 | Justin Kesselman | Work on revisions to combined plan and disclosure statement. | 3.50 | 2,310.00 |
| 03/08/23 | Christian M. McBurney | Review of revised Plan/Disclosure document addressing tax issues (.6); prepare comments and revisions regarding same and send to J. Kesselman (.6). | 1.20 | 1,164.00 |

ArentFox Schiff LLP
Attorneys at Law

044409    Official Committee of Unsecured Creditors of Winc, Inc., et al      Invoice Number 2218660
00016      Disclosure Statement and Plan Matters and Solicitation      Page 12
April 20, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 03/09/23 | Christian M. McBurney | Emails with J. Kesselman regarding valuation of claims (.2); review additional questions from J. Kesselman for Plan/disclosure discussion and analysis regarding same and prepare answers to same and send them to J. Kesselman (.5). | 0.70 | 679.00 |
| 03/09/23 | George P. Angelich | Follow up re plan tax issues and comments. | 1.30 | 1,118.00 |
| 03/09/23 | Justin Kesselman | Attn to plan/DS revisions. | 2.70 | 1,782.00 |
| 03/16/23 | George P. Angelich | Prepare for and attend conference call with Debtor's counsel re plan. | 1.20 | 1,032.00 |
| 03/20/23 | Christian M. McBurney | Emails with G. Angelich and J. Kesselman regarding ERCP refunds. | 0.10 | 97.00 |
| | | **Fee Total** | **19.30** | **$15,093.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Christian M. McBurney | 5.30 | 970.00 | 5,141.00 |
| George P. Angelich | 4.10 | 860.00 | 3,526.00 |
| Justin Kesselman | 8.70 | 660.00 | 5,742.00 |
| James E. Britton | 1.20 | 570.00 | 684.00 |
| **Timekeeper Summary Total** | **19.30** | | **15,093.00** |

| | | |
|---|---|---|
| Current Fees | | $15,093.00 |
| **Subtotal For This Matter** | | $15,093.00 |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2218660
                                                                                                                      Page 13
April 20, 2023

---

Current Fees For All Matters                                              $21,619.50

**Total Amount Due This Invoice**                                         **$21,619.50**



| | | | |
|---|---|---|---|
| Official Committee of Unsecured Creditors of Winc, Inc., et al unknown<br>New York City, NY | Invoice Number<br>Invoice Date<br>Client Number | 2234557<br>05/31/2023<br>044409 | |

For Professional Services Rendered Through:  April 30, 2023

| No | Reference | Hours | Total |
|---|---|---|---|
| 00002 | Case Management and Operating Reports | 1.10 | 445.50 |
| 00005 | Committee and Debtor Communications, Conference Calls and | 2.50 | 1,745.00 |
| 00007 | Creditor Inquiries | 0.70 | 602.00 |
| 00008 | Sale and Disposition of Assets | 0.90 | 674.00 |
| 00013 | Professional Retention | 2.80 | 1,143.50 |
| 00014 | Fee Applications | 19.60 | 8,755.00 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | 4.50 | 3,310.00 |
| | **Totals** | **32.10** | **16,675.00** |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al

Invoice Number 2234557
Page 2

May 31, 2023

---

### Time Summary

| | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| George P. Angelich | 4.50 | 860.00 | 3,870.00 |
| Justin Kesselman | 4.60 | 660.00 | 3,036.00 |
| **Associate** | | | |
| James E. Britton | 5.40 | 570.00 | 3,078.00 |
| **Blended Rate for Attorneys: $688.55** | | | |
| **Paralegal** | | | |
| Lisa A. Indelicato | 13.80 | 405.00 | 5,589.00 |
| Alyssa Fiorentino | 3.80 | 290.00 | 1,102.00 |
| **Totals** | **32.10** | | **16,675.00** |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Arent Fox Schiff LLP
Attorneys at Law

044409     Official Committee of Unsecured Creditors of Winc, Inc., et al       Invoice Number 2234557
00002      Case Management and Operating Reports                            Page 3
May 31, 2023

For Professional Services Rendered Through:  April 30, 2023

Re: Case Management and Operating Reports

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 04/04/23 | Lisa A. Indelicato | Review docket and calendar critical dates. | 0.60 | 243.00 |
| 04/19/23 | Lisa A. Indelicato | Review docket and calendar critical dates. | 0.50 | 202.50 |
| | | **Fee Total** | **1.10** | **$445.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Lisa A. Indelicato | 1.10 | 405.00 | 445.50 |
| **Timekeeper Summary Total** | **1.10** | | **445.50** |

|  |  |
|--|--|
| Current Fees | $445.50 |
| **Subtotal For This Matter** | $445.50 |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al
00005       Committee and Debtor Communications, Conference Calls and
May 31, 2023

Invoice Number 2234557
Page 4

For Professional Services Rendered Through:  April 30, 2023

Re: Committee and Debtor Communications, Conference Calls and

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 04/03/23 | George P. Angelich | Review draft committee update. | 0.30 | 258.00 |
| 04/03/23 | James E. Britton | Review and analyze filings and invoices (0.2) and draft update to committee RE same (0.3). | 0.50 | 285.00 |
| 04/05/23 | Justin Kesselman | Emails with A. Miellke (0.3), and M. Jobe (.4). | 0.70 | 462.00 |
| 04/11/23 | Justin Kesselman | Attn to email from A Miellke with Plan rev. | 0.30 | 198.00 |
| 04/12/23 | George P. Angelich | Review issues and scheduling of interim fee hearing. | 0.40 | 344.00 |
| 04/25/23 | Justin Kesselman | Email to A Miellke. | 0.20 | 132.00 |
| 04/28/23 | Justin Kesselman | Email from A Mielle | 0.10 | 66.00 |
| | | **Fee Total** | **2.50** | **$1,745.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| George P. Angelich | 0.70 | 860.00 | 602.00 |
| Justin Kesselman | 1.30 | 660.00 | 858.00 |
| James E. Britton | 0.50 | 570.00 | 285.00 |
| **Timekeeper Summary Total** | **2.50** | | **1,745.00** |

| | |
|---|---|
| Current Fees | $1,745.00 |
| **Subtotal For This Matter** | $1,745.00 |

Arent Fox Schiff LLP
Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2234557 |
| 00007 | Creditor Inquiries | Page 5 |
| May 31, 2023 | | |

For Professional Services Rendered Through:  April 30, 2023

Re: Creditor Inquiries

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 04/28/23 | George P. Angelich | Follow up re Continuum late claim. | 0.70 | 602.00 |
| | | **Fee Total** | **0.70** | **$602.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| George P. Angelich | 0.70 | 860.00 | 602.00 |
| **Timekeeper Summary Total** | **0.70** | | **602.00** |

| | | |
|---|---|---|
| Current Fees | | $602.00 |
| **Subtotal For This Matter** | | $602.00 |

Arent Fox Schiff LLP
Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2234557 |
|--------|---------------------------------------------------------------|------------------------|
| 00008  | Sale and Disposition of Assets                                | Page 6 |

May 31, 2023

For Professional Services Rendered Through:  April 30, 2023

Re: Sale and Disposition of Assets

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 04/04/23 | George P. Angelich | Review postpetition pre-close invoice issue from Amass. | 0.40 | 344.00 |
| 04/05/23 | Justin Kesselman | Review materials related to shifting sale costs. | 0.50 | 330.00 |
| | | **Fee Total** | **0.90** | **$674.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| George P. Angelich | 0.40 | 860.00 | 344.00 |
| Justin Kesselman | 0.50 | 660.00 | 330.00 |
| **Timekeeper Summary Total** | **0.90** | | **674.00** |

| | | |
|--|--|--|
| Current Fees | | $674.00 |
| **Subtotal For This Matter** | | $674.00 |

Arent Fox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2234557
00013       Professional Retention                                                                            Page 7
May 31, 2023

---

For Professional Services Rendered Through:  April 30, 2023

Re: Professional Retention

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 04/06/23 | Alyssa Fiorentino | Teams Meeting re: supplemental declaration (0.4); Preparation of supplemental declaration (1.1). | 1.50 | 435.00 |
| 04/06/23 | George P. Angelich | Review draft supplement. | 0.40 | 344.00 |
| 04/06/23 | Lisa A. Indelicato | Review and revise Supplemental 2014 Declaration (.5); meeting with G. Angelich and A. Fiorentino regarding same (.4). | 0.90 | 364.50 |
| | | **Fee Total** | **2.80** | **$1,143.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| George P. Angelich | 0.40 | 860.00 | 344.00 |
| Lisa A. Indelicato | 0.90 | 405.00 | 364.50 |
| Alyssa Fiorentino | 1.50 | 290.00 | 435.00 |
| **Timekeeper Summary Total** | **2.80** | | **1,143.50** |

| | | |
|--|--|--|
| Current Fees | | $1,143.50 |
| **Subtotal For This Matter** | | $1,143.50 |

ArentFox Schiff LLP
Attorneys at Law

044409     Official Committee of Unsecured Creditors of Winc, Inc., et al     Invoice Number 2234557
00014      Fee Applications     Page 8
May 31, 2023

---

For Professional Services Rendered Through:  April 30, 2023

Re: Fee Applications

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 04/07/23 | Lisa A. Indelicato | Draft third monthly fee application for the month of February (1.6); review February and March invoices for compliance with the guidelines (.7); internal discussions re same (.5); research deadline to file interim fee application (.2); calendar deadlines (.2). | 3.20 | 1,296.00 |
| 04/10/23 | Lisa A. Indelicato | Review March invoice (.2); internal discussions regarding same (.2); update fee summary (.4); review combined info only invoice needed for preparation of fee application (.3); internal discussions regarding same (.5); internal emails regarding payments received (.2); draft and circulate first interim fee application (3.1). | 4.80 | 1,944.00 |
| 04/11/23 | Alyssa Fiorentino | Discussions with J. Britton re: monthly fee application and draft interim fee application. | 0.30 | 87.00 |
| 04/11/23 | James E. Britton | Correspondence RE: preparation of monthly and interim fee applications (0.2); review and analyze invoice for February (0.3) and revise February monthly fee application (0.9); review and analyze draft of first interim fee application (0.5). | 1.90 | 1,083.00 |
| 04/12/23 | Alyssa Fiorentino | Discuss and prepare/finalize third monthly fee application and first interim fee application. | 1.70 | 493.00 |
| 04/12/23 | James E. Britton | Correspondence RE: monthly and interim fee applications (0.2); review and analyze invoice (0.1); phone call with A. Fiorentino RE fee applications (0.2); review fee applications (0.2). | 0.70 | 399.00 |
| 04/13/23 | Alyssa Fiorentino | Discussions with J. Britton re: monthly and interim fee applications. | 0.10 | 29.00 |
| 04/13/23 | James E. Britton | Review and revise fee applications (0.2); correspondence RE: fee applications (0.2). | 0.40 | 228.00 |
| 04/14/23 | Alyssa Fiorentino | Calendar upcoming dates/deadlines re: | 0.10 | 29.00 |

Arent Fox Schiff LLP
Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2234557 |
|--------|----------------------------------------------------------------|------------------------|
| 00014  | Fee Applications                                               | Page 9 |

May 31, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|------------|-----------|-------|-------|
| | | monthly and interim fee applications. | | |
| 04/19/23 | Alyssa Fiorentino | Discussions re: March monthly fee application. | 0.10 | 29.00 |
| 04/19/23 | James E. Britton | Review and analyze March invoice (0.2); correspondence RE: invoice and March fee application (0.2). | 0.40 | 228.00 |
| 04/19/23 | Lisa A. Indelicato | Draft monthly fee application for March (2.4); determine status of invoice (.3); review same (.2). | 2.90 | 1,174.50 |
| 04/20/23 | Lisa A. Indelicato | Review revised invoice for March (.1); finish drafting monthly fee application for March (.8). | 0.90 | 364.50 |
| 04/21/23 | James E. Britton | Review and revise March fee application and invoice (0.6); review AMS March invoice (0.2); review CR March invoice (0.2). | 1.00 | 570.00 |
| 04/25/23 | George P. Angelich | Review MORs. | 0.60 | 516.00 |
| 04/26/23 | James E. Britton | Review fee applications and invoices (0.1) and correspondence RE: preparationg and filing of same (0.2). | 0.30 | 171.00 |
| 04/27/23 | James E. Britton | Correspondence RE: fee application filing (0.2). | 0.20 | 114.00 |
| | | **Fee Total** | **19.60** | **$8,755.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| George P. Angelich | 0.60 | 860.00 | 516.00 |
| James E. Britton | 4.90 | 570.00 | 2,793.00 |
| Lisa A. Indelicato | 11.80 | 405.00 | 4,779.00 |
| Alyssa Fiorentino | 2.30 | 290.00 | 667.00 |
| **Timekeeper Summary Total** | **19.60** | | **8,755.00** |

| | | |
|---|---|---|
| Current Fees | | $8,755.00 |
| **Subtotal For This Matter** | | $8,755.00 |

Arentfox Schiff LLP
Attorneys at Law

| | | | |
|---|---|---|---|
| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | | Invoice Number 2234557 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | | Page 10 |
| May 31, 2023 | | | |

For Professional Services Rendered Through:  April 30, 2023

Re: Disclosure Statement and Plan Matters and Solicitation

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 04/14/23 | Justin Kesselman | Review of plan and disclosure statement revisions, and circulate comments. | 1.80 | 1,188.00 |
| 04/25/23 | George P. Angelich | Review draft plan. | 1.70 | 1,462.00 |
| 04/25/23 | Justin Kesselman | Work on comments to Plan and Disclosure statement. | 1.00 | 660.00 |
| | | **Fee Total** | **4.50** | **$3,310.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| George P. Angelich | 1.70 | 860.00 | 1,462.00 |
| Justin Kesselman | 2.80 | 660.00 | 1,848.00 |
| **Timekeeper Summary Total** | **4.50** | | **3,310.00** |

| | | |
|---|---|---|
| | Current Fees | $3,310.00 |
| | **Subtotal For This Matter** | $3,310.00 |

ArentFox Schiff LLP
Attorneys at Law

044409     Official Committee of Unsecured Creditors of Winc, Inc., et al

Invoice Number 2234557
Page 11

May 31, 2023

| | |
|---|---|
| Current Fees For All Matters | $16,675.00 |
| **Total Amount Due This Invoice** | **$16,675.00** |



Official Committee of Unsecured Creditors of Winc, Inc., et al
unknown
New York City, NY

| | |
|---|---|
| Invoice Number | 2235975 |
| Invoice Date | 06/09/2023 |
| Client Number | 044409 |

For Professional Services Rendered Through:  May 31, 2023

| No | Reference | Hours | Total |
|---|---|---|---|
| 00002 | Case Management and Operating Reports | 0.80 | 312.50 |
| 00005 | Committee and Debtor Communications, Conference Calls and | 2.20 | 1,452.00 |
| 00010 | Claims Administration and Objections | 0.20 | 58.00 |
| 00011 | Miscellaneous Motions and Objections | 0.10 | 66.00 |
| 00014 | Fee Applications | 2.40 | 1,038.00 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | 7.20 | 4,550.00 |
| | **Totals** | **12.90** | **7,476.50** |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al

Invoice Number 2235975
Page 2

June 09, 2023

---

### Time Summary

|  | Hours | Rate | Value |
|---|---|---|---|
| **Partner** |  |  |  |
| Christian M. McBurney | 0.80 | 970.00 | 776.00 |
| Justin Kesselman | 3.70 | 660.00 | 2,442.00 |
| **Associate** |  |  |  |
| James E. Britton | 5.40 | 570.00 | 3,078.00 |
| **Blended Rate for Attorneys: $635.96** |  |  |  |
| **Paralegal** |  |  |  |
| Lisa A. Indelicato | 2.70 | 405.00 | 1,093.50 |
| Alyssa Fiorentino | 0.30 | 290.00 | 87.00 |
| **Totals** | **12.90** |  | **7,476.50** |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Arent Fox Schiff LLP
Attorneys at Law

044409       Official Committee of Unsecured Creditors of Winc, Inc., et al              Invoice Number 2235975
00002        Case Management and Operating Reports                                        Page 3
June 09, 2023

---

For Professional Services Rendered Through:  May 31, 2023

Re: Case Management and Operating Reports

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 05/03/23 | Lisa A. Indelicato | Review docket and calendar critical dates. | 0.20 | 81.00 |
| 05/12/23 | Lisa A. Indelicato | Review docket and register J. Kesselman for hearing on May 16, 2023 and calendar. | 0.30 | 121.50 |
| 05/15/23 | Lisa A. Indelicato | Review docket and remove calendar 5/16 hearing from calendar (.1); internal discussions re same (.1). | 0.20 | 81.00 |
| 05/31/23 | Alyssa Fiorentino | Review and circulate upcoming dates/deadlines. | 0.10 | 29.00 |
| | | **Fee Total** | **0.80** | **$312.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Lisa A. Indelicato | 0.70 | 405.00 | 283.50 |
| Alyssa Fiorentino | 0.10 | 290.00 | 29.00 |
| **Timekeeper Summary Total** | **0.80** | | **312.50** |

| | | |
|---|---|---|
| Current Fees | | $312.50 |
| **Subtotal For This Matter** | | $312.50 |

Arent Fox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al      Invoice Number 2235975
00005      Committee and Debtor Communications, Conference Calls and      Page 4
June 09, 2023

For Professional Services Rendered Through:  May 31, 2023

Re: Committee and Debtor Communications, Conference Calls and

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 05/08/23 | Justin Kesselman | Email with debtor's counsel. | 0.10 | 66.00 |
| 05/09/23 | Justin Kesselman | Prepare for and have call with Debtors re trust/tax language (.8), follow up email to YCST re same (0,1) | 0.90 | 594.00 |
| 05/15/23 | Justin Kesselman | Attn to email from Cohn Reznick re liquidation analysis; attn to email re cancellation of hearing., | 0.20 | 132.00 |
| 05/20/23 | Justin Kesselman | Emails re plan and trust agreement (0.2). | 0.20 | 132.00 |
| 05/24/23 | Justin Kesselman | Email to Committee (0.3)l; email to debtor's counsel (0.1) | 0.40 | 264.00 |
| 05/26/23 | Justin Kesselman | Emails with Debtor (.1) and Committee (0.1) professionals. | 0.20 | 132.00 |
| 05/30/23 | Justin Kesselman | Emails with Debtor's counsel; attn to extension motion. | 0.20 | 132.00 |
| | | **Fee Total** | **2.20** | **$1,452.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Justin Kesselman | 2.20 | 660.00 | 1,452.00 |
| **Timekeeper Summary Total** | **2.20** | | **1,452.00** |

| | | |
|---|---|---|
| Current Fees | | $1,452.00 |
| **Subtotal For This Matter** | | $1,452.00 |

Arent Fox Schiff LLP
Attorneys at Law

044409       Official Committee of Unsecured Creditors of Winc, Inc., et al                 Invoice Number 2235975
00010        Claims Administration and Objections                                                              Page 5
June 09, 2023

---

For Professional Services Rendered Through:  May 31, 2023

Re: Claims Administration and Objections

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 05/31/23 | Alyssa Fiorentino | Review of governmental claims. | 0.20 | 58.00 |
| | | **Fee Total** | **0.20** | **$58.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Alyssa Fiorentino | 0.20 | 290.00 | 58.00 |
| **Timekeeper Summary Total** | **0.20** | | **58.00** |

| | |
|---|---|
| Current Fees | $58.00 |
| **Subtotal For This Matter** | $58.00 |

Arent Fox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al          Invoice Number 2235975
00011      Miscellaneous Motions and Objections                                                      Page 6
June 09, 2023

---

For Professional Services Rendered Through:  May 31, 2023

Re: Miscellaneous Motions and Objections

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 05/12/23 | Justin Kesselman | Attn to hearing status update. | 0.10 | 66.00 |
| | | **Fee Total** | **0.10** | **$66.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Justin Kesselman | 0.10 | 660.00 | 66.00 |
| **Timekeeper Summary Total** | **0.10** | | **66.00** |

| | |
|---|---|
| Current Fees | $66.00 |
| **Subtotal For This Matter** | $66.00 |

Arent Fox Schiff LLP
Attorneys at Law

044409       Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2235975
00014        Fee Applications                                                                                      Page 7
June 09, 2023

---

For Professional Services Rendered Through:  May 31, 2023

Re: Fee Applications

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 05/09/23 | James E. Britton | Review and analyze proposed omnibus order. | 0.20 | 114.00 |
| 05/09/23 | Lisa A. Indelicato | Follow up regarding status of April invoice. | 0.10 | 40.50 |
| 05/10/23 | James E. Britton | Correspondence RE: interim fee application and hearing. | 0.20 | 114.00 |
| 05/26/23 | Lisa A. Indelicato | Correspond with J. Britton regarding April fee application. | 0.10 | 40.50 |
| 05/30/23 | Lisa A. Indelicato | Draft fifth monthly fee application (1.5); discuss same with J Britton (.1); follow up regarding status of incoice (.1). | 1.70 | 688.50 |
| 05/31/23 | Lisa A. Indelicato | Internal discussions regarding April invoice. | 0.10 | 40.50 |
| | | **Fee Total** | **2.40** | **$1,038.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| James E. Britton | 0.40 | 570.00 | 228.00 |
| Lisa A. Indelicato | 2.00 | 405.00 | 810.00 |
| **Timekeeper Summary Total** | **2.40** | | **1,038.00** |

| | |
|---|---|
| Current Fees | $1,038.00 |
| **Subtotal For This Matter** | $1,038.00 |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                    Invoice Number 2235975
00016      Disclosure Statement and Plan Matters and Solicitation                                                    Page 8
June 09, 2023

---

For Professional Services Rendered Through:  May 31, 2023

Re: Disclosure Statement and Plan Matters and Solicitation

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 05/09/23 | Christian M. McBurney | Review of tax revisions to plan tax disclosure; email to J. Kesselman regarding same; Zoom meeting with client teams (including from Young Conaway) regarding tax disclosure. | 0.80 | 776.00 |
| 05/09/23 | Justin Kesselman | Conf. with C. McBurney re tax provisions in plan | 0.30 | 198.00 |
| 05/24/23 | James E. Britton | Review and analyze revisions to plan (0.4); review and revise trust agreement (1.8); correspondence RE: plan and liquidation trust agreement (0.2); review trust agreement comments (0.2). | 2.60 | 1,482.00 |
| 05/24/23 | Justin Kesselman | Attn to plan and trust provisions with Sacculo and Clancy. | 0.30 | 198.00 |
| 05/25/23 | Justin Kesselman | Attn to Trust agreement. | 0.30 | 198.00 |
| 05/26/23 | James E. Britton | Further review and revise LTA (1.5) and correspondence RE: same (0.2). | 1.70 | 969.00 |
| 05/26/23 | Justin Kesselman | Attn to trust agreement revisions. | 0.50 | 330.00 |
| 05/28/23 | James E. Britton | Review and analyze solicitation motion and proposed order. | 0.50 | 285.00 |
| 05/30/23 | James E. Britton | Correspondence RE: hearing scheduling. | 0.20 | 114.00 |
| | | **Fee Total** | **7.20** | **$4,550.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Christian M. McBurney | 0.80 | 970.00 | 776.00 |
| Justin Kesselman | 1.40 | 660.00 | 924.00 |
| James E. Britton | 5.00 | 570.00 | 2,850.00 |
| **Timekeeper Summary Total** | **7.20** | | **4,550.00** |

|  |  |
|--|--|
| Current Fees | $4,550.00 |
| **Subtotal For This Matter** | $4,550.00 |

ArentFox Schiff LLP
Attorneys at Law

044409      Official Committee of Unsecured Creditors of Winc, Inc., et al                Invoice Number 2235975
                                                                                                                      Page 9

June 09, 2023

---

Current Fees For All Matters                                                  $7,476.50

**Total Amount Due This Invoice**                                             **$7,476.50**