# EXHIBIT 3

### COMPENSATION BY TIMEKEEPER
### MARCH 1, 2023 THROUGH MAY 31, 2023

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes)[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Christian M. McBurney | Partner since 2015. Member of DC bar since 1988. Member of MD bar since 1996. Real Estate/Tax & Wealth Planning. | $970 | 6.10 | $5,917.00 |
| George P. Angelich | Partner since 2010. Member of PA bar since 2000. Member of DC bar since 2003. Member of NY bar since 2005. Bankruptcy & Financial Restructuring. | $860 | 9.30 | $7,998.00 |
| Justin A. Kesselman | Partner since 2022. Joined firm as an associate in 2013. Member of MA bar since 2013. Bankruptcy and Financial Restructuring. | $660 | 21.300 | $14,058.00 |
| James E. Britton | Joined firm as an associate in 2020. Member of the PA bar since 2018. Member of the MA bar since 2019. Bankruptcy and Financial Restructuring. | $570 | 15.80 | $9,006.00 |

---

[1] Historically, it has been ArentFox Schiff's policy to annually increase its rates on the first of January. See *Supplemental Declaration of George P. Angelich Regarding Customary Annual Rate Increase* [Docket No. 865].

AFDOCS:198402281.1

- 2 -

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes)[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Lisa Indelicato | Senior Bankruptcy Paralegal Specialist. | $405 | 18.20 | $7,371.00 |
| Alyssa Fiorentino | Paralegal. Bankruptcy and Financial Restructuring. | $290 | 4.90 | $1,421.00 |
| **TOTAL** | | | **75.60** | **$45,771.00** |

**Blended Rate (Attorneys Only)**: $704.36[2]

---

[2] The blended rate is weighted based on hours billed during the Interim Fee Period.