# EXHIBIT 4

**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2023 THROUGH MAY 31, 2023**

| Project Category | Hours Billed | Fees Billed |
|---|---|---|
| Petition, Schedules, First Day Orders (01) | 0.00 | $0.00 |
| Case Management and Operating Reports (02) | 2.90 | $1,115.50 |
| Corporate and Business Matters (03) | 0.00 | $0.00 |
| Investigation, Due Diligence, Analysis (04) | 1.00 | $800.00 |
| Committee and Debtor Communications (05) | 9.40 | $6,101.00 |
| Creditor Information Sharing and 1102 Services (06) | 0.00 | $0.00 |
| Creditor Inquiries (07) | 0.70 | $602.00 |
| Sale and Disposition of Assets (08) | 0.90 | $674.00 |
| Asset Analysis and Recovery (09) | 0.00 | $0.00 |
| Claims Administration and Objections (10) | 0.20 | $58.00 |
| Miscellaneous Motions and Objections (11) | 2.80 | $1,722.00 |
| Adversary Proceedings (12) | 0.00 | $0.00 |
| Professional Retention (13) | 3.00 | $1,213.00 |
| Fee Applications (14) | 23.50 | $10,400.50 |
| Cash Collateral and DIP Financing (15) | 0.20 | $132.00 |
| Disclosure Statement and Plan Matters (16) | 31.00 | $22,953.00 |
| Wage Employee Benefits, Severance, Pensions (17) | 0.00 | $0.00 |
| Real Estate (18) | 0.00 | $0.00 |
| Automatic Stay and Section 362 and 363 Matters (19) | 0.00 | $0.00 |
| Equipment Lessors and Non Real Estate Leases (20) | 0.00 | $0.00 |
| Utilities and Regulatory Matters (21) | 0.00 | $0.00 |
| Chapter 5 Litigation, Collection, Investigation (22) | 0.00 | $0.00 |
| Executory Contracts and Related Matters (23) | 0.00 | $0.00 |
| Tax (Federal, State, Local and Corporate) (24) | 0.00 | $0.00 |
| NOL's and Tax Attributes (25) | 0.00 | $0.00 |
| Plan or Restructuring Support Agreement (26) | 0.00 | $0.00 |
| Environmental Matters (27) | 0.00 | $0.00 |
| Debtor Communications/Negotiations (28) | 0.00 | $0.00 |
| Travel (29)[1] | 0.00 | $0.00 |
| **TOTAL** | **75.60** | **$45,771.00** |

---

[1] Time billed for non-working travel is reduced by 50% in accordance with the requirements of Local Rule 2016-2(d)(ix).

AFDOCS:198402281.1