# **EXHIBIT 5**

**EXPENSE SUMMARY**
**MARCH 1, 2023 THROUGH MAY 31, 2023**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
|  |  |  |
| None. |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** |  | **$ 0.00** |