# EXHIBIT A

**A M Saccullo Legal, LLC**

27 Crimson King Drive
Bear, DE  19701 US
302-836-8877
AMS@SacculloLegal.com
www.saccullolegal.com



# INVOICE

**BILL TO**
Official Committee of Unsecured Creditors of Winc Inc

| | | INVOICE | 1714 |
| --- | --- | --- | --- |
| | | DATE | 05/11/2023 |
| | | TERMS | Net 30 |
| | | DUE DATE | 06/10/2023 |

| DATE | NAME | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| | | Billable Time | | | | |
| 04/03/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding question on monthly and interim fee applications; reviewing Interim Compensation Order and drafting response to same. | 0:30 | 565.00 | 282.50 |
| 04/03/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing Third Monthly fee application of RPA (February 2023); reviewing Debtor's Quarterly Notice of Payments made to Ordinary Course Professionals; drafting review for distribution to the Committee regarding same. | 0:30 | 565.00 | 282.50 |
| 04/04/2023 | M. Hurford | BK Claims Administration | Reviewing correspondence from A. Mielke regarding Amass demand and attachment thereto; reviewing correspondence from G. Angelich regarding same | 0:18 | 565.00 | 169.50 |
| 04/05/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing various correspondence from J. Kesselman and A. Mielke regarding Plan documents. | 0:06 | 565.00 | 56.50 |
| 04/05/2023 | M. Hurford | BK Claims Administration | Reviewing analysis from M. Jobe regarding post-petition and pre-close invoices. | 0:12 | 565.00 | 113.00 |
| 04/09/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing pre-bill. | 0:18 | 565.00 | 169.50 |
| 04/11/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing revised Plan and Disclosure Statement from A. Mielke. | 0:48 | 565.00 | 452.00 |
| 04/11/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding Committee fee applications and status. | 0:06 | 565.00 | 56.50 |
| 04/11/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from P. Picado regarding draft CohnReznick fee application; reviewing follow up correspondence from same (x2). | 0:18 | 565.00 | 169.50 |
| 04/12/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding draft AFS Monthly and First Interim. | 0:12 | 565.00 | 113.00 |
| 04/12/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Various/multiple correspondence from Josh Brooks, Allison Mielke, George Angelich regarding hearing date and interim fee applications. | 0:18 | 565.00 | 169.50 |

| Date | Timekeeper | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from P. Picado regarding CohnReznick First Interim Fee Application. | 0:06 | 565.00 | 56.50 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding filing of Interim Fee Applications. | 0:06 | 565.00 | 56.50 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding AFS First Interim and AFS Third Monthly Fee Application. | 0:06 | 565.00 | 56.50 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising CohnReznick February 2023 Monthly Fee Application for filing and service. | 0:48 | 565.00 | 452.00 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from Parcels regarding filing and service of CohnReznick February 2023 Monthly Fee Application. | 0:06 | 565.00 | 56.50 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising AFS First Interim Fee Application for filing and service. | 1:12 | 565.00 | 678.00 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from G. Angelich and J. Britton regarding revisions to and authority to file and serve AFS First Interim Fee Application. | 0:12 | 565.00 | 113.00 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from Parcels regarding filing and service of AFS First Interim Fee Application. | 0:06 | 565.00 | 56.50 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing and revising AMSL February 2023 Monthly Fee Application. | 1:06 | 565.00 | 621.50 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Applications | Correspondence to and from Parcels regarding filing and service of AMSL February 2023 Monthly Fee Application. | 0:06 | 565.00 | 56.50 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising AFS February Monthly Fee Application. | 0:36 | 565.00 | 339.00 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from Parcels regarding filing and service of AFS February Monthly Fee Application. | 0:06 | 565.00 | 56.50 |
| 04/14/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing Interim Fee Applications of YCS&T, RPA and EPIQ; reviewing Supplemental Interim Application of YCS&T. | 0:18 | 565.00 | 169.50 |
| 04/14/2023 | M. Hurford | BK Retention/Fee Applications | Drafting, reviewing and revising First Interim Fee Application of AMSL. | 2:06 | 565.00 | 1,186.50 |
| 04/14/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising First Interim Fee Application of CohnReznick. | 1:36 | 565.00 | 904.00 |
| 04/17/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing pre-bill for March 2023 | 0:12 | 565.00 | 113.00 |
| 04/18/2023 | A. Saccullo | BK Plan & Disclosure Statement | Review revision to plan and disclosure statement | 2:24 | 605.00 | 1,452.00 |
| 04/18/2023 | A. Saccullo | BK Plan & Disclosure Statement | Correspondence with co-counsel regarding plan issues | 0:18 | 605.00 | 181.50 |
| 04/18/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from AMS regarding proposed revisions to Combined Plan and DS and analysis of same. | 0:24 | 565.00 | 226.00 |

| Date | Name | Category | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/21/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence with J. Britton regarding submission of March invoices to Committee. | 0:12 | 565.00 | 113.00 |
| 04/21/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing RPA monthly fee application for March 2023. | 0:12 | 565.00 | 113.00 |
| 04/25/2023 | M. Hurford | BK Case Administration | Reviewing three MOR's | 0:06 | 565.00 | 56.50 |
| 04/25/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from J. Kesselman regarding revisions to Combined Plan and DS. | 0:30 | 565.00 | 282.50 |
| 04/26/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from A. Miekle regarding Committee's proposed revisions to Plan. | 0:06 | 565.00 | 56.50 |
| 04/26/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding Committee fee applications and attachments thereto. | 0:12 | 565.00 | 113.00 |
| 04/27/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding coordination of filing and service of monthly fee applications; brief review of attachments and response to same. | 0:12 | 565.00 | 113.00 |
| 04/27/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing CNO filed on YCS&T March Monthly Fee Application. | 0:06 | 565.00 | 56.50 |
| 04/27/2023 | M. Hurford | BK Retention/Fee Applications | Drafting AMSL April Monthly Fee Application and attachments thereto. | 1:48 | 565.00 | 1,017.00 |
| 04/27/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising ArentFox Schiff March 2023 Monthly Fee Application. | 0:54 | 565.00 | 508.50 |
| 04/27/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to lead counsel regarding revisions to ArentFox Schiff March 2023 Monthly Fee Application. | 0:12 | 565.00 | 113.00 |
| 04/27/2023 | M. Hurford | BK Claims Administration | Reviewing notice from EPIQ regarding Bar Date Notice, Bar Date Order; Proof of Claim and Instructions. | 0:12 | 565.00 | 113.00 |
| 04/28/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from James Britton regarding committee response to draft fee applications and invoices and response to same regarding filing of AFS and CR Monthlies. | 0:12 | 565.00 | 113.00 |
| 04/28/2023 | M. Hurford | BK Claims Administration | Reviewing various correspondence from AMS regarding Bar Date Order and related notice received and from G. Angelich and A. Mielke regarding same. | 0:18 | 565.00 | 169.50 |
| 04/28/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing draft AMSL monthly fee application and revising same for filing and service; correspondence to and from Parcels regarding same. | 0:24 | 565.00 | 226.00 |
| 04/28/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Revising draft AFS Monthly fee application for filing and service; correspondence to and from Parcels regarding same. | 0:18 | 565.00 | 169.50 |
| 04/28/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from G. Angelich regarding draft monthly fee application and proposed revisions, authority to file. | 0:06 | 565.00 | 56.50 |

| Date | Attorney | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/28/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising draft CohnReznick fee application for March. | 0:48 | 565.00 | 452.00 |
| 04/28/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from Parcels regarding filing and service of CohnReznick fee application for March. | 0:06 | 565.00 | 56.50 |
| | | Subtotal: Billable Time | | | | 12,764.00 |
| | | Billable Expenses | | | | |
| 04/18/2023 | | | 2 e-filings @ $15 each | | | 30.00 |
| 04/18/2023 | | | 664 copies @ $0.10 each | | | 66.40 |
| 04/18/2023 | | | USPS postage fees for 8 mailings @ $2.94 each | | | 23.52 |
| 04/28/2023 | | | 4 e-filings @ $15 each | | | 60.00 |
| 04/28/2023 | | | 1,464 copies @ $0.10 each | | | 146.40 |
| 04/28/2023 | | | USPS postage fees for 8 mailings @ $9.65 each | | | 77.20 |
| | | Subtotal: | | | | 403.52 |

| | |
|---|---|
| BALANCE DUE | **$13,167.52** |



**A M Saccullo Legal, LLC**

27 Crimson King Drive
Bear, DE  19701 US
302-836-8877
AMS@SacculloLegal.com
www.saccullolegal.com

# INVOICE

**BILL TO**
Official Committee of Unsecured Creditors of Winc Inc

| | INVOICE | 1746 |
|---|---|---|
| | DATE | 06/12/2023 |
| | TERMS | Net 30 |
| | DUE DATE | 07/12/2023 |

| DATE | NAME | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | Billable Time | | | | |
| 05/05/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to Committee lead counsel and CohnReznick regarding February Monthly fee applications. | 0:06 | 565.00 | 56.50 |
| 05/05/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from G. Angelich and AMS regarding any responses to monthly fee applications. | 0:06 | 565.00 | 56.50 |
| 05/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to Parcels regarding filing and service of three CNO's for Committee professionals (ArentFox, CohnReznick and AMSL). | 0:06 | 565.00 | 56.50 |
| 05/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Drafting CNO for ArentFox Third Monthly and reviewing docket regarding same; drafting CNO for CohnRehznick for Third Monthly and reviewing docket regarding same; correspondence to AFS and CR regarding same. | 0:30 | 565.00 | 282.50 |
| 05/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to Debtors' professionals regarding hearing on Interims and reviewing response to same. | 0:06 | 565.00 | 56.50 |
| 05/09/2023 | M. Hurford | BK Plan & Disclosure Statement | Preparing for meeting with Debtors' counsel regarding draft Plan and Disclosure Statement. | 1:00 | 565.00 | 565.00 |
| 05/09/2023 | M. Hurford | BK Plan & Disclosure Statement | Attending meeting with Debtors' counsel regarding draft Plan and Disclosure Statement. | 0:18 | 565.00 | 169.50 |
| 05/09/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Drafting COC and proposed Omnibus Order for Committee Professionals. | 0:54 | 565.00 | 508.50 |
| 05/09/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Various correspondence to Committee professionals regarding draft COC and proposed order on Interim fee applications; reviewing docket regarding same. | 0:18 | 565.00 | 169.50 |
| 05/09/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing COC and proposed order filed by Debtors regarding First Interim Fee Applications for Debtor professionals. | 0:06 | 565.00 | 56.50 |
| 05/10/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing and revising pre-bill. | 0:18 | 565.00 | 169.50 |

| Date | Timekeeper | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/10/2023 | M. Hurford | BK Court Hearings | Various correspondence with lead counsel regarding omnibus hearing. | 0:18 | 565.00 | 169.50 |
| 05/12/2023 | M. Hurford | BK Court Hearings | Reviewing Agenda for hearing; drafting correspondence to lead counsel regarding same and logistics. | 0:18 | 565.00 | 169.50 |
| 05/12/2023 | M. Hurford | BK Court Hearings | Preparing for hearing. | 0:18 | 565.00 | 169.50 |
| 05/12/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing CNO for fee application of RPA Asset for March Monthly. | 0:06 | 565.00 | 56.50 |
| 05/12/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing 5th Monthly Fee Application of RPA Asset Management for April 2023. | 0:06 | 565.00 | 56.50 |
| 05/15/2023 | M. Hurford | BK Court Hearings | Correspondence to lead counsel regarding hearing for May 16 and status of certain issues. | 0:06 | 565.00 | 56.50 |
| 05/15/2023 | M. Hurford | BK Court Hearings | Correspondence to and from A. Mielke regarding hearing and status; and telephone discussion. | 0:06 | 565.00 | 56.50 |
| 05/15/2023 | M. Hurford | BK Case Administration | Reviewing notice of appearance of Commonwealth of PA. | 0:06 | 565.00 | 56.50 |
| 05/19/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Drafting CNO for ArentFox 4th Monthly Fee Application and correspondence to counsel regarding same; reviewing docket regarding same. | 0:18 | 565.00 | 169.50 |
| 05/19/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Drafting CNO for CohnReznick 4th Monthly Fee Application and correspondence to CR regarding same; reviewing docket regarding same. | 0:12 | 565.00 | 113.00 |
| 05/19/2023 | M. Hurford | BK Retention/Fee Applications | Drafting CNO for AMSL 4th Monthly Fee Application; reviewing docket regarding same. | 0:12 | 565.00 | 113.00 |
| 05/19/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from ArentFox and CohnReznick regarding authority to file CNO's for monthly fee applications. | 0:06 | 565.00 | 56.50 |
| 05/19/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to Parcel's regarding filing and service of three CNO's for Committee professionals fee applications. | 0:06 | 565.00 | 56.50 |
| 05/22/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from Justin Kesselman regarding current draft and Combined Plan and D/S. | 1:24 | 565.00 | 791.00 |
| 05/24/2023 | A. Saccullo | BK Plan & Disclosure Statement | Work on liquidating trust agreement | 0:42 | 605.00 | 423.50 |
| 05/24/2023 | M. Hurford | BK Plan & Disclosure Statement | Review correspondence from K. Clancy regarding Trust agreement. | 0:06 | 565.00 | 56.50 |
| 05/24/2023 | M. Hurford | BK Plan & Disclosure Statement | Review correspondence from J. Kesselman regarding revised trust agreement. | 0:24 | 565.00 | 226.00 |
| 05/24/2023 | M. Hurford | BK Plan & Disclosure Statement | Review correspondence from J. Kesselman to Committee regarding case update and status. | 0:06 | 565.00 | 56.50 |
| 05/25/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing Fifth Monthly Fee Application of YCS&T (April 2023). | 0:12 | 565.00 | 113.00 |
| 05/26/2023 | M. Hurford | BK Case Administration | Reviewing three MOR's. | 0:06 | 565.00 | 56.50 |

| Date | Attorney | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/26/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing Solicitation procedures motion. | 0:30 | 565.00 | 282.50 |
| 05/26/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing revised proposed Trust Agreement. | 0:30 | 565.00 | 282.50 |
| 05/30/2023 | M. Hurford | BK Case Administration | Reviewing as filed of Removal Motion. | 0:06 | 565.00 | 56.50 |
| 05/30/2023 | M. Hurford | BK Case Administration | Various correspondence with JAK and JEB regarding draft removal motion and hearing dates; correspondence to AMS regarding same. | 0:12 | 565.00 | 113.00 |
| 05/30/2023 | M. Hurford | BK Court Hearings | Additional correspondence regarding hearing dates for Plan process. | 0:06 | 565.00 | 56.50 |
| 05/30/2023 | M. Hurford | BK Case Administration | Reviewing multiple correspondence from S. Borovinskaya regarding draft removal motion and scheduling issues; reviewing draft motion. | 0:30 | 565.00 | 282.50 |
| 05/31/2023 | M. Hurford | BK Court Hearings | Reviewing Order entered scheduling hearing. | 0:06 | 565.00 | 56.50 |
| | | Subtotal: Billable Time | | | | 6,299.50 |

| Date | | | Description | | | Amount |
|---|---|---|---|---|---|---|
| | | | Billable Expenses | | | |
| 05/01/2023 | | | 3 E-filing fees @ $15 each | | | 45.00 |
| 05/01/2023 | | | 704 copies @ 0.10 each | | | 70.40 |
| 05/01/2023 | | | 1 USPS postage fee @ $23.52 each | | | 23.52 |
| 05/12/2023 | | | 3 E-filings @ $15 each | | | 45.00 |
| 05/12/2023 | | | 72 copies @ $0.10 each | | | 7.20 |
| 05/12/2023 | | | 9 USPS postage fees @ $1.50 each | | | 13.50 |
| 05/22/2023 | | | 3 E-filing fees @ $15 each | | | 45.00 |
| 05/22/2023 | | | 72 copies @ $0.10 each | | | 7.20 |
| 05/22/2023 | | | 8 USPS postage fees @ $1.50 each | | | 12.00 |
| | | Subtotal: | | | | 268.82 |

BALANCE DUE **$6,568.32**