**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 377** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 377

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Sixth Monthly Fee Application of RPA Asset Management Services, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors-in-Possession for the Period From May 1, 2023 Through May 31, 2023* [Docket No. 377] (the "Application") filed on June 6, 2023.

The undersigned further certifies that she has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served by 4:00 p.m. (ET) on June 26, 2023.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 126], the Debtors are now authorized to pay 80% ($22,667.20) of requested interim fees ($28,334.00) and 100% of requested interim expenses ($0.00) on an interim basis without further order of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

30091446.6

| | | |
|---|---|---|
| Dated: | June 27, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

/s/ Allison S. Mielke
Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Allison S. Mielke (No. 5934)
Joshua B. Brooks (No. 6765)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
mlunn@ycst.com
amielke@ycst.com
jbrooks@ycst.com
sborovinskaya@ycst.com

*Counsel to the Debtors and Debtors in Possession*