# **EXHIBIT A**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600                        (302) 571-1253 FAX
TAX I.D. NO. 51-0082644              www.ycst.com

Writer's Direct Dial                 Writer's E-Mail
(302) 571-6646                       mlunn@ycst.com

Winc, Inc.                   Invoice Date:    June 27, 2023
1751 Berkeley Street         Invoice Number:       50043572
Studio 3                     Matter Number:      102647.1001
Santa Monica, CA 90404

Re: Debtor Representation
    Billing Period through May 31, 2023

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 25,688.00 |
| Disbursements | $ | 445.55 |
| Total Due This Invoice | $ | 26,133.55 |

| | | |
|---|---|---|
| Winc, Inc. | Invoice Date: | June 27, 2023 |
| Billing Period through May 31, 2023 | Invoice Number: | 50043572 |
| | Matter Number: | 102647.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/01/23 | AMIEL | Review and revise critical dates calendar | B001 | 0.10 | 68.50 |
| 05/01/23 | TBOLL | Review and update the critical dates calendar | B001 | 0.40 | 142.00 |
| 05/02/23 | AMIEL | Emails with YCST team re: critical dates | B001 | 0.10 | 68.50 |
| 05/02/23 | MLUNN | Review critical deadline memo | B001 | 0.10 | 102.50 |
| 05/02/23 | TBOLL | Update critical dates calendar and circulate same to the working group for review | B001 | 0.20 | 71.00 |
| 05/08/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 05/11/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 05/12/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 05/15/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 05/25/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 05/26/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 05/30/23 | AMIEL | Confer with S. Borovinskaya (multiple) re: case scheduling | B001 | 0.30 | 205.50 |
| 05/30/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 05/31/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 05/11/23 | AMIEL | Review agenda for hearing (.1); emails with court and YCST team re: same (.1) | B002 | 0.20 | 137.00 |
| 05/11/23 | TBOLL | Prepare draft agenda of matters scheduled for hearing on May 16, 2023 | B002 | 0.60 | 213.00 |
| 05/12/23 | AMIEL | Review and revise agenda for hearing | B002 | 0.10 | 68.50 |
| 05/12/23 | MLUNN | Review agenda re: May 16th hearing and correspondence with T. Bollman | B002 | 0.20 | 205.00 |
| 05/12/23 | TBOLL | Review and finalize for filing agenda of matters scheduled for hearing on May 16, 2023 | B002 | 0.50 | 177.50 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | June 27, 2023 |
| Billing Period through May 31, 2023 | | | Invoice Number: | | 50043572 |
| | | | Matter Number: | | 102647.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/12/23 | TBOLL | Prepare and submit to the Court a CNO binder re: agenda of matters scheduled for hearing on May 16, 2023 | B002 | 0.30 | 106.50 |
| 05/15/23 | AMIEL | Emails with T. Bollman re: hearing agenda and review same (.1); emails with M. Hurford re: hearing status (.1) | B002 | 0.20 | 137.00 |
| 05/15/23 | MLUNN | Correspondence re: May 16th hearing | B002 | 0.20 | 205.00 |
| 05/15/23 | TBOLL | Prepare and finalize for filing amended agenda of matters scheduled for hearing on May 16, 2023 | B002 | 0.50 | 177.50 |
| 05/30/23 | AMIEL | Review COC for hearing dates and emails with T. Bollman re: same | B002 | 0.10 | 68.50 |
| 05/30/23 | TBOLL | Prepare and finalize for filing certification of counsel re: order scheduling hearing date | B002 | 0.30 | 106.50 |
| 05/22/23 | AMIEL | Emails with C. Walker re: monthly operating reports | B004 | 0.10 | 68.50 |
| 05/24/23 | AMIEL | Emails with C. Walker and C. Brault re: monthly operating reports | B004 | 0.10 | 68.50 |
| 05/25/23 | AMIEL | Emails with C. Walker and C. Brault re: monthly operating reports and related documents (.1); review and revise same (.2) | B004 | 0.30 | 205.50 |
| 05/26/23 | AMIEL | Emails with C. Brault and T. Bollman re: monthly operating reports | B004 | 0.10 | 68.50 |
| 05/26/23 | TBOLL | Update and finalize for filing MORs for April 2023 | B004 | 0.40 | 142.00 |
| 05/24/23 | AMIEL | Emails with C. Brault re: assignment of contract | B005 | 0.10 | 68.50 |
| 05/01/23 | AMIEL | Emails with C. Brault and M. Lunn re: licensing issues | B006 | 0.10 | 68.50 |
| 05/08/23 | AMIEL | Emails with C. Brault and M. Lunn re: trademark assignment (.1); review documents re: same (.2); review transition proceeds analysis (.1) | B006 | 0.40 | 274.00 |
| 05/08/23 | MLUNN | Correspondence with A. Mielke re: IP transfers | B006 | 0.10 | 102.50 |
| 05/17/23 | AMIEL | Emails with C. Brault re: tax audit issues | B006 | 0.10 | 68.50 |
| 05/23/23 | AMIEL | Emails with C. Brault re: financing agreement and revise same | B006 | 0.10 | 68.50 |
| 05/25/23 | AMIEL | Confer with M. Lunn re: financing agreement (.1); emails with C. Brault re: same (.1) | B006 | 0.20 | 137.00 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | June 27, 2023 |
| Billing Period through May 31, 2023 | | | Invoice Number: | | 50043572 |
| | | | Matter Number: | | 102647.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/07/23 | AMIEL | Emails with creditor re: tax issues | B007 | 0.10 | 68.50 |
| 05/08/23 | AMIEL | Emails with YCST team re: claimant inquiry | B007 | 0.10 | 68.50 |
| 05/09/23 | AMIEL | Emails with YCST team and J. Bruno re: claim inquiry | B007 | 0.10 | 68.50 |
| 05/09/23 | AMIEL | Emails with tax creditor and YCST team re: claim | B007 | 0.10 | 68.50 |
| 05/09/23 | SBORO | Review late filed claims register | B007 | 0.30 | 151.50 |
| 05/15/23 | SBORO | Email correspondence with YCST team (3) re: creditor inquiry and email correspondence with creditor re: same | B007 | 0.20 | 101.00 |
| 05/18/23 | SBORO | Review newly filed claims | B007 | 0.10 | 50.50 |
| 05/23/23 | AMIEL | Emails with creditor re: proof of claim | B007 | 0.10 | 68.50 |
| 05/24/23 | SBORO | Review late filed claims and amend claims resolution spreadsheet | B007 | 0.30 | 151.50 |
| 05/31/23 | SBORO | Review claims register for newly filed late claims | B007 | 0.20 | 101.00 |
| 05/04/23 | AMIEL | Emails with K. Pleines and C. Brault re: weekly update meeting | B008 | 0.10 | 68.50 |
| 05/12/23 | AMIEL | Teleconference with K. Pleines and C. Brault re: case issues and update | B008 | 0.30 | 205.50 |
| 05/19/23 | AMIEL | Emails with K. Pleines re: weekly status call | B008 | 0.10 | 68.50 |
| 05/24/23 | AMIEL | Emails with claims agent re: case update and solicitation procedures motion | B008 | 0.10 | 68.50 |
| 05/26/23 | AMIEL | Emails with K. Pleines and C. Brault re: weekly update call | B008 | 0.10 | 68.50 |
| 05/11/23 | AMIEL | Emails with YCST team re: motion to extend deadline to remove actions | B011 | 0.10 | 68.50 |
| 05/12/23 | SBORO | Draft second removal motion | B011 | 0.60 | 303.00 |
| 05/15/23 | SBORO | Review removal motion | B011 | 0.60 | 303.00 |
| 05/24/23 | AMIEL | Emails with M. Lunn re: removal motion | B011 | 0.10 | 68.50 |
| 05/24/23 | MLUNN | Correspondence with A. Mielke re: removal deadline extension | B011 | 0.10 | 102.50 |
| 05/30/23 | AMIEL | Review and revise removal motion and notice (.5); emails with S. Borovinskaya and committee counsel re: same (.2) | B011 | 0.70 | 479.50 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | June 27, 2023 |
| Billing Period through May 31, 2023 | | | Invoice Number: | | 50043572 |
| | | | Matter Number: | | 102647.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/30/23 | MLUNN | Review removal motion | B011 | 0.10 | 102.50 |
| 05/30/23 | SBORO | Review and revise notice re: second removal motion (.1); review removal motion and notice and compile for filing (.2); email correspondence re: second removal motion (.2) | B011 | 0.50 | 252.50 |
| 05/30/23 | TBOLL | Prepare notice (.1) and finalize for filing (.3) second motion to extend the removal deadline | B011 | 0.40 | 142.00 |
| 05/01/23 | AMIEL | Confer with M. Lunn re: plan issues | B012 | 0.60 | 411.00 |
| 05/01/23 | MLUNN | Work with A. Mielke re: plan issues | B012 | 0.60 | 615.00 |
| 05/03/23 | AMIEL | Confer with S. Borovinskaya re: plan research | B012 | 0.20 | 137.00 |
| 05/03/23 | SBORO | Call with A. Mielke re: plan | B012 | 0.20 | 101.00 |
| 05/04/23 | AMIEL | Emails with RPA team re: liquidation analysis (.1); Confer with committee counsel re: plan issues (.3); review plan and comments to same in advance of call with committee counsel (.2); follow up call with M. Lunn re: same (.2); revise plan (.7); follow up emails with YCST team re: same (.1); review corporate org documents re: same (.5) | B012 | 2.10 | 1,438.50 |
| 05/04/23 | MLUNN | Work with A. Mielke re: plan issues | B012 | 0.30 | 307.50 |
| 05/04/23 | SBORO | Research re: plan | B012 | 0.70 | 353.50 |
| 05/05/23 | SBORO | Research re: liquidating plans (1.2); draft email to A. Mielke re: same (.1) | B012 | 1.30 | 656.50 |
| 05/08/23 | AMIEL | Review revised liquidation analysis (.2); emails with M. Lunn re: same (.1) | B012 | 0.30 | 205.50 |
| 05/08/23 | AMIEL | Emails with YCST team and committee counsel re: plan | B012 | 0.10 | 68.50 |
| 05/08/23 | SBORO | Draft email to A. Mielke re: plan | B012 | 0.10 | 50.50 |
| 05/09/23 | AMIEL | Emails with M. Lunn and C. Walker re: liquidation analysis (.1); confer with C. Grear re: plan revisions in advance of call re: same and run blackline for same (.1); emails with committee counsel re: same (.1) | B012 | 0.30 | 205.50 |
| 05/09/23 | CGREA | Telephone conference with A. Mielke re: plan revisions | B012 | 0.10 | 130.00 |

| | | |
|---|---|---|
| Winc, Inc. | Invoice Date: | June 27, 2023 |
| Billing Period through May 31, 2023 | Invoice Number: | 50043572 |
| | Matter Number: | 102647.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/09/23 | CGREA | Telephone conference with Arent Fox re: plan revision with respect to tax disclosure | B012 | 0.30 | 390.00 |
| 05/09/23 | CGREA | Review and analyze plan revisions re tax disclosure | B012 | 0.50 | 650.00 |
| 05/09/23 | MLUNN | Work with A. Mielke re: liquidation analysis comments and issues | B012 | 0.30 | 307.50 |
| 05/12/23 | AMIEL | Further revise plan and review organizational documents re: same (.5); emails with M. Lunn re: same (.1); review liquidation analysis (.1) and emails with C. Walker re: same (.1) | B012 | 0.80 | 548.00 |
| 05/12/23 | MLUNN | Review revised plan and correspondence with A. Mielke re: same | B012 | 0.40 | 410.00 |
| 05/14/23 | AMIEL | Emails with C. Walker re: liquidation analysis | B012 | 0.10 | 68.50 |
| 05/17/23 | AMIEL | Emails with M. Lunn re: plan revisions (.1); emails with K. Pleines re: liquidation analysis (.1); confer with K. Pleines re: same (.1) | B012 | 0.30 | 205.50 |
| 05/17/23 | MLUNN | Work with A. Mielke re: revised plan (.3); review revised plan and research issues (.7); review revised liquidation analysis (.2) | B012 | 1.20 | 1,230.00 |
| 05/19/23 | AMIEL | Emails with J. Kesselman re: revised plan | B012 | 0.10 | 68.50 |
| 05/24/23 | AMIEL | Emails with committee counsel and J. Brooks re: revised plan and solicitation procedures motion | B012 | 0.10 | 68.50 |
| 05/24/23 | JBROO | Emails with A. Mielke re: updates to solicitation procedures motion | B012 | 0.40 | 202.00 |
| 05/24/23 | MLUNN | Correspondence from J. Kesselman re: plan and solicitation motion | B012 | 0.10 | 102.50 |
| 05/25/23 | AMIEL | Emails with claims agent re: solicitation procedures motion | B012 | 0.10 | 68.50 |
| 05/25/23 | AMIEL | Emails with J. Brooks re: plan and solicitation procedures motion | B012 | 0.10 | 68.50 |
| 05/25/23 | JBROO | Emails with A. Mielke and J. Kesselman re: revised solicitation procedures motion | B012 | 0.10 | 50.50 |
| 05/26/23 | JBROO | Revise and analyze solicitation procedures motion | B012 | 1.10 | 555.50 |
| 05/26/23 | MLUNN | Review revised solicitation procedures motion | B012 | 0.40 | 410.00 |
| 05/30/23 | AMIEL | Emails with claims agent and J. Brooks re: comments to solicitation procedures motion (.1); review same (.1) | B012 | 0.20 | 137.00 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | June 27, 2023 |
| Billing Period through May 31, 2023 | | | Invoice Number: | | 50043572 |
| | | | Matter Number: | | 102647.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/30/23 | AMIEL | Emails with YCST team and committee counsel re: plan issues and pleadings (.3); emails with C. Walker re: revised liquidation analysis (.2); review and analyze same (.2); confer with C. Walker re: same (.1) | B012 | 0.80 | 548.00 |
| 05/30/23 | JBROO | Revise and analyze solicitation procedures motion | B012 | 0.60 | 303.00 |
| 05/30/23 | MLUNN | Review creditor trust agreement and analyze issues | B012 | 1.10 | 1,127.50 |
| 05/30/23 | MLUNN | Review revised solicitation motion | B012 | 0.30 | 307.50 |
| 05/30/23 | MLUNN | Review proposed confirmation timeline and correspondence with A. Mielke re: same | B012 | 0.20 | 205.00 |
| 05/30/23 | SBORO | Email correspondence with Court re: plan-related dates | B012 | 0.20 | 101.00 |
| 05/30/23 | SBORO | Call with A. Mielke re: confirmation dates | B012 | 0.20 | 101.00 |
| 05/09/23 | SBORO | Email correspondence re: creditor inquiry | B013 | 0.10 | 50.50 |
| 05/15/23 | AMIEL | Emails with M. Lunn and S. Borovinskaya re: creditor inquiry | B013 | 0.10 | 68.50 |
| 05/01/23 | AMIEL | Review board minutes (.2); emails with M. Lunn and B. Smith re: same (.1) | B014 | 0.30 | 205.50 |
| 05/01/23 | MLUNN | Review board minutes from multiple meetings and correspondence with A. Mielke | B014 | 0.40 | 410.00 |
| 05/01/23 | MLUNN | Review bond and license issue and related correspondence | B014 | 0.20 | 205.00 |
| 05/03/23 | AMIEL | Emails with board members re: board meeting minutes | B014 | 0.10 | 68.50 |
| 05/25/23 | MLUNN | Call with A. Mielke re: insurance premium financing | B014 | 0.10 | 102.50 |
| 05/01/23 | JBROO | Composed email to A. Mielke, S. Borovinskaya, and T. Bollman re: critical dates calendar; review critical dates calendar | B017 | 0.10 | 50.50 |
| 05/04/23 | TBOLL | Prepare binder re: first interim fee applications | B017 | 1.00 | 355.00 |
| 05/04/23 | TBOLL | Prepare index re: first quarterly fee binder | B017 | 1.00 | 355.00 |
| 05/04/23 | TBOLL | Prepare certification of counsel and related order re: first interim fee applications | B017 | 0.80 | 284.00 |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | June 27, 2023 |
| Billing Period through May 31, 2023 | | | Invoice Number: | | 50043572 |
| | | | Matter Number: | | 102647.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/08/23 | AMIEL | Emails with YCST team re: interim fee application (.1); review COC for same (.1); emails with M. Hurford re: fee application (.1) | B017 | 0.30 | 205.50 |
| 05/08/23 | JBROO | Emails with YCST team re: interim fee applications | B017 | 0.10 | 50.50 |
| 05/08/23 | SBORO | Review COC re: interim fee applications | B017 | 0.40 | 202.00 |
| 05/08/23 | SBORO | Email correspondence (4) with RPA team re: interim fee application | B017 | 0.10 | 50.50 |
| 05/08/23 | TBOLL | Review and circulate draft certification of counsel and order approving first interim fee applications | B017 | 0.20 | 71.00 |
| 05/08/23 | TBOLL | Finalize for filing certification of counsel re: first interim fee order | B017 | 0.30 | 106.50 |
| 05/09/23 | TBOLL | Finalize binder and related index re: first interim fee applications, and submit same to the Court | B017 | 0.80 | 284.00 |
| 05/10/23 | AMIEL | Emails with K. Pleines and D. Willis re: claims agent fees | B017 | 0.10 | 68.50 |
| 05/11/23 | AMIEL | Emails with D. Willis and K. Pleines re: claims agent fees | B017 | 0.10 | 68.50 |
| 05/11/23 | AMIEL | Emails with M. Hurford re: fee application (.1); confer with M. Hurford re: same (.1); confer with T. Bollman re: same (.1); emails with J. Brooks re: OCP objection deadline (.1) | B017 | 0.40 | 274.00 |
| 05/12/23 | AMIEL | Emails with YCST team re: RPA fee application (.1); review same (.2) | B017 | 0.30 | 205.50 |
| 05/12/23 | AMIEL | Confer with J. Brooks re: OCP issues | B017 | 0.10 | 68.50 |
| 05/12/23 | JBROO | Emails with YCST team re: fee application issues | B017 | 0.10 | 50.50 |
| 05/12/23 | JBROO | Review and analyze RPA fee application | B017 | 0.60 | 303.00 |
| 05/12/23 | SBORO | Review CNO re: RPA fourth monthly fee application and email RPA re: same | B017 | 0.20 | 101.00 |
| 05/12/23 | TBOLL | Finalize for filing fifth monthly fee application of RPA | B017 | 0.30 | 106.50 |
| 05/12/23 | TBOLL | Prepare and finalize for filing certificate of no objection re: RPA's fourth monthly fee application | B017 | 0.30 | 106.50 |
| 05/17/23 | AMIEL | Emails with C. Brault and J. Brooks re: OCP retention | B017 | 0.10 | 68.50 |
| 05/22/23 | AMIEL | Emails with C. Brault re: professionals retention | B017 | 0.10 | 68.50 |

Winc, Inc.  
Billing Period through May 31, 2023

Invoice Date: June 27, 2023  
Invoice Number: 50043572  
Matter Number: 102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/23/23 | AMIEL | Emails with M. Lunn and T. Bollman re: fee order | B017 | 0.10 | 68.50 |
| 05/23/23 | MLUNN | Correspondence with T. Bollman re: status of interim fee order and review correspondence from chambers | B017 | 0.10 | 102.50 |
| 05/25/23 | TBOLL | Update (.2) and finalize for filing (.4) fifth monthly fee application of YCST | B017 | 0.60 | 213.00 |
| 05/23/23 | MLUNN | Confidentiality review of April fee statement | B018 | 0.20 | 205.00 |
| 05/24/23 | TBOLL | Prepare YCST's fifth monthly fee application | B018 | 0.60 | 213.00 |
| 05/25/23 | AMIEL | Emails with T. Bollman and M. Lunn re: fee application | B018 | 0.10 | 68.50 |
| 05/25/23 | MLUNN | Review April fee application | B018 | 0.20 | 205.00 |
| | | | **Total** | **40.70** | **$25,688.00** |

| | | | | | |
|---|---|---|---|---|---|
| Winc, Inc. | | | Invoice Date: | | June 27, 2023 |
| Billing Period through May 31, 2023 | | | Invoice Number: | | 50043572 |
| | | | Matter Number: | | 102647.1001 |

**Timekeeper Summary**

| **Initials** | **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| AMIEL | Allison S. Mielke | Associate | 13.20 | 685.00 | 9,042.00 |
| CGREA | Craig D. Grear | Partner | 0.90 | 1,300.00 | 1,170.00 |
| JBROO | Joshua Brooks | Associate | 3.10 | 505.00 | 1,565.50 |
| MLUNN | Matthew B. Lunn | Partner | 6.90 | 1,025.00 | 7,072.50 |
| SBORO | Shella Borovinskaya | Associate | 6.30 | 505.00 | 3,181.50 |
| TBOLL | Troy Bollman | Paralegal | 10.30 | 355.00 | 3,656.50 |
| **Total** | | | **40.70** | | **$25,688.00** |

Winc, Inc.  
Billing Period through May 31, 2023

Invoice Date: June 27, 2023  
Invoice Number: 50043572  
Matter Number: 102647.1001

**Task Summary**

**Task Code:B001**         **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.10 | 1,025.00 | 102.50 |
| Allison S. Mielke | Associate | 0.50 | 685.00 | 342.50 |
| Troy Bollman | Paralegal | 1.40 | 355.00 | 497.00 |
| **Total** | | **2.00** | | **942.00** |

**Task Code:B002**         **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.40 | 1,025.00 | 410.00 |
| Allison S. Mielke | Associate | 0.60 | 685.00 | 411.00 |
| Troy Bollman | Paralegal | 2.20 | 355.00 | 781.00 |
| **Total** | | **3.20** | | **1,602.00** |

**Task Code:B004**         **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 0.60 | 685.00 | 411.00 |
| Troy Bollman | Paralegal | 0.40 | 355.00 | 142.00 |
| **Total** | | **1.00** | | **553.00** |

**Task Code:B005**         **Lease/Executory Contract Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 0.10 | 685.00 | 68.50 |
| **Total** | | **0.10** | | **68.50** |

**Task Code:B006**         **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.10 | 1,025.00 | 102.50 |
| Allison S. Mielke | Associate | 0.90 | 685.00 | 616.50 |
| **Total** | | **1.00** | | **719.00** |

**Task Code:B007**         **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 0.50 | 685.00 | 342.50 |
| Shella Borovinskaya | Associate | 1.10 | 505.00 | 555.50 |
| **Total** | | **1.60** | | **898.00** |

Winc, Inc.  
Billing Period through May 31, 2023

Invoice Date: June 27, 2023  
Invoice Number: 50043572  
Matter Number: 102647.1001

**Task Code:B008**  **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 0.70 | 685.00 | 479.50 |
| **Total** | | **0.70** | | **479.50** |

**Task Code:B011**  **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.20 | 1,025.00 | 205.00 |
| Allison S. Mielke | Associate | 0.90 | 685.00 | 616.50 |
| Shella Borovinskaya | Associate | 1.70 | 505.00 | 858.50 |
| Troy Bollman | Paralegal | 0.40 | 355.00 | 142.00 |
| **Total** | | **3.20** | | **1,822.00** |

**Task Code:B012**  **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Craig D. Grear | Partner | 0.90 | 1,300.00 | 1,170.00 |
| Matthew B. Lunn | Partner | 4.90 | 1,025.00 | 5,022.50 |
| Allison S. Mielke | Associate | 6.20 | 685.00 | 4,247.00 |
| Joshua Brooks | Associate | 2.20 | 505.00 | 1,111.00 |
| Shella Borovinskaya | Associate | 2.70 | 505.00 | 1,363.50 |
| **Total** | | **16.90** | | **12,914.00** |

**Task Code:B013**  **Creditor Inquiries**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 0.10 | 685.00 | 68.50 |
| Shella Borovinskaya | Associate | 0.10 | 505.00 | 50.50 |
| **Total** | | **0.20** | | **119.00** |

**Task Code:B014**  **General Corporate Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.70 | 1,025.00 | 717.50 |
| Allison S. Mielke | Associate | 0.40 | 685.00 | 274.00 |
| **Total** | | **1.10** | | **991.50** |

| Winc, Inc. | Invoice Date: | June 27, 2023 |
| --- | --- | --- |
| Billing Period through May 31, 2023 | Invoice Number: | 50043572 |
| | Matter Number: | 102647.1001 |

**Task Code:B017**  **Retention of Professionals/Fee Issues**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.10 | 1,025.00 | 102.50 |
| Allison S. Mielke | Associate | 1.60 | 685.00 | 1,096.00 |
| Joshua Brooks | Associate | 0.90 | 505.00 | 454.50 |
| Shella Borovinskaya | Associate | 0.70 | 505.00 | 353.50 |
| Troy Bollman | Paralegal | 5.30 | 355.00 | 1,881.50 |
| **Total** | | **8.60** | | **3,888.00** |

**Task Code:B018**  **Fee Application Preparation**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.40 | 1,025.00 | 410.00 |
| Allison S. Mielke | Associate | 0.10 | 685.00 | 68.50 |
| Troy Bollman | Paralegal | 0.60 | 355.00 | 213.00 |
| **Total** | | **1.10** | | **691.50** |

# EXHIBIT B

| | | | |
|---|---|---|---|
| Winc, Inc. | | Invoice Date: | June 27, 2023 |
| Billing Period through May 31, 2023 | | Invoice Number: | 50043572 |
| | | Matter Number: | 102647.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 05/04/23 | Reproduction Charges | 926.00 | 92.60 |
| 05/04/23 | Docket Retrieval / Search | 23.00 | 2.30 |
| 05/08/23 | Deposition/Transcript | 1.00 | 311.75 |
| 05/08/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/09/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/09/23 | Delivery / Courier | 1.00 | 15.00 |
| 05/09/23 | Reproduction Charges | 6.00 | 0.60 |
| 05/11/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/11/23 | Reproduction Charges | 13.00 | 1.30 |
| 05/12/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/12/23 | Delivery / Courier | 1.00 | 15.00 |
| 05/23/23 | Reproduction Charges | 16.00 | 1.60 |
| 05/30/23 | Reproduction Charges | 26.00 | 2.60 |
| 05/30/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/31/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| | **Total** | | **$445.55** |

Winc, Inc.  
Billing Period through May 31, 2023

Invoice Date: June 27, 2023  
Invoice Number: 50043572  
Matter Number: 102647.1001

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| Delivery / Courier | 30.00 |
| Deposition/Transcript | 311.75 |
| Docket Retrieval / Search | 5.10 |
| Reproduction Charges | 98.70 |
| **Total** | **$445.55** |