## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | **Ref. Docket No. 409** |

### ORDER APPROVING STIPULATION BY AND AMONG DEBTORS, LOS FIELDS, INC. AND EDWARD FIELD WITH RESPECT TO CLAIM NUMBERS 20548 AND 20549 IN THE CHAPTER 11 CASES

Upon consideration of the stipulation, attached hereto as Exhibit 1 (the "Stipulation"), among the above-captioned affiliated debtors and debtors in possession, Los Fields, Inc. (f/k/a Natural Merchants, Inc.), and Edward Field, and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Stipulation and all of the terms set forth therein are APPROVED and shall have full force and effect of an order entered by the Court with respect thereto.

2.      This Court shall retain jurisdiction with respect to any matters related to or arising from the Stipulation or the implementation of this Order.

Dated: July 7th, 2023
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (3080); BWSC, LLC (0899); and Winc Lost Poet, LLC (6620). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.