IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINC, INC., *et al.*,[1] | ) | Case No. 22-11238 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 402, 403 & 404** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE OF SOLICITATION MATERIALS

I, Emily Young, hereby certify:

1. I am a Senior Consultant of Epiq Corporate Restructuring, LLC ("Epiq"), located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am authorized to submit this certificate on Epiq's behalf. I am over the age of eighteen years and am not a party to the above-captioned action. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

2. Epiq filed the *Certificate of Service of Solicitation Materials* on July 7, 2023 (the "Certificate") [Docket No. 413].

3. The Certificate erroneously omitted reference to service to certain parties whose names and addresses are confidential and therefore were not included on certain exhibits attached to the Certificate.

4. Epiq has prepared this *Supplemental Certificate of Service of Solicitation Materials* to describe service to those confidential parties. See the Certificate for copies of the referenced exhibits described herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these Chapter 11 Cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

1

5. Epiq conducted service of the following materials:

   a. Notice of (I) Interim Approval of Combined Disclosure Statement and Plan; and (II) the Hearing to Consider (A) Final Approval of the Combined Disclosure Statement and Plan as Containing Adequate Information and (B) Confirmation of the Combined Disclosure Statement and Plan (the "**Confirmation Hearing Notice**"), attached as **Exhibit 3** to the Certificate; and

   b. Notice of Non-Voting Status to Holders of Class 1, 2 & 4 Claims & Class 5(a), 5(b) & 5(c) Interests (the "**Notice of Non-Voting Status**"), attached as **Exhibit 4** to the Certificate.

6. On June 29, 2023, true and correct copies of the above documents were served by first class mail as follows:

   a. the Confirmation Hearing Notice and Notice of Non-Voting Status were served on 12 parties whose names and addresses are confidential and therefore were not listed on **Exhibit 8** attached to the Certificate, and 122 parties whose names and addresses are confidential and therefore were not listed on **Exhibit 9** attached to the Certificate; and

   b. the Confirmation Hearing Notice was served on 12 parties whose names and addresses are confidential and therefore were not listed on **Exhibit 12** attached to the Certificate.

*/s/ Emily Young*
Emily Young