**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al*.,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket Nos. 410-411** |

### CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 6, 2023, I caused to be served the:

    a. "Second Interim Fee Application of Young Conaway Stargatt & Taylor, LLP," filed on July 6, 2023 [Docket No. 410], and

    b. "Supplement to Second Interim Fee Application of Young Conaway Stargatt & Taylor, LLP," dated July 6, 2023 [Docket No. 411],

by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                                                        */s/ Andrea Speelman*
                                                                        Andrea Speelman

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER DE 19904 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |

**Total Creditor count  3**

**EXHIBIT B**

WINC, INC., *et al*. Case No. 22-11238 (LSS)
Electronic Mail - Master Service List

| Creditor Name | Email |
|---|---|
| A.M. SACCULLO LEGAL LLC | ams@saccullolegal.com; mark@saccullolegal.com; meg@saccullolegal.com |
| AKERMAN LLP | laura.taveras@akerman.com; eduardo.espinosa@akerman.com; mark.liu@akerman.com |
| ARENTFOX SCHIFF LLP | george.angelich@afslaw.com; justin.kesselman@afslaw.com; james.britton@afslaw.com |
| ASHBY & GEDDES, P.A. | gtaylor@ashbygeddes.com |
| BANC OF CALIFORNIA, N.A. | michael.baranowski@bancofcal.com; legal@bancofcal.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com; jmartinez@beneschlaw.com |
| THE BIFFERATO FIRM, P.A. | cbifferato@tbf.legal |
| BUCHALTER | wschoenholz@buchalter.com; crowe@buchalter.com |
| BUCHALTER, A PROFESSIONAL CORP | schristianson@buchalter.com |
| COOLEY LLP | ewalker@cooley.com |
| COOLEY LLP | jbrown@cooley.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| JEANMARIE MILLER; ASST. ATTY GENERAL | millerj51@michigan.gov |
| MARC LESSER | kota91302@yahoo.com |
| MONZACK MERSKY AND BROWDER, P.A. | rmersky@monlaw.com |
| MORRIS NICOLS ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; dabbott@morrisnichols.com |
| PA DEPARTMENT OF REVENUE | ra-occbankruptcy5@state.pa.us |
| PACHULSKI STANG ZIEHL & JONES LLP | rpachulski@pszjlaw.com; mlitvak@pszjlaw.com; joneill@pszjlaw.com |
| PAUL HASTINGS LLP | justinrawlins@paulhastings.com; coleharlan@paulhastings.com |
| RANCH CANADA DE LOS PINOS | doug@circlevision.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov; bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | secbankruptcy@sec.gov; philadelphia@sec.gov |
| TN ATTY GENERAL'S OFFICE, BANKRUPTCY DIVISION | agbankdelaware@ag.tn.gov |
| US TRUSTEE | ustrustee.program@usdoj.gov; jane.m.leamy@usdoj.com |
| VIN-GLOBAL, LLC | djones@vin-global.net |