# EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

Winc, Inc.
1751 Berkeley Street
Studio 3
Santa Monica, CA 90404

| | |
|---|---|
| Invoice Date: | July 10, 2023 |
| Invoice Number: | 50043964 |
| Matter Number: | 102647.1001 |

Re: Debtor Representation
Billing Period through June 30, 2023

## CURRENT INVOICE

| | | |
|---|---|---|
| Professional Services | $ | 43,901.00 |
| Disbursements | $ | 774.60 |
| Total Due This Invoice | $ | 44,675.60 |

| Winc, Inc. | Invoice Date: | July 10, 2023 |
|---|---|---|
| Billing Period through June 30, 2023 | Invoice Number: | 50043964 |
| | Matter Number: | 102647.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/02/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 06/05/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 06/06/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 06/07/23 | AMIEL | Emails with YCST team re: critical dates and review same | B001 | 0.10 | 68.50 |
| 06/07/23 | JBROO | Review and analyze critical dates calendar | B001 | 0.10 | 50.50 |
| 06/07/23 | MLUNN | Review critical dates memo | B001 | 0.10 | 102.50 |
| 06/07/23 | TBOLL | Review and update the critical dates calendar, and circulate same to the working group for review | B001 | 0.60 | 213.00 |
| 06/08/23 | AMIEL | Emails with C. Brault re: record retention (.1); emails with court and S. Borovinskaya re: scheduling and review COC re: same (.1) | B001 | 0.20 | 137.00 |
| 06/08/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 06/13/23 | AMIEL | Review docket update | B001 | 0.10 | 68.50 |
| 06/13/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 06/14/23 | AMIEL | Emails with YCST team re: weekly meeting | B001 | 0.10 | 68.50 |
| 06/14/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 06/15/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 06/20/23 | AMIEL | Confer with T. Bollman re: case filings and issues | B001 | 0.10 | 68.50 |
| 06/22/23 | AMIEL | Confer with T. Bollman re: case preparation and issues | B001 | 0.10 | 68.50 |
| 06/22/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 06/27/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 06/07/23 | AMIEL | Emails with S. Borovinskaya and court re: scheduling | B002 | 0.10 | 68.50 |

Winc, Inc.                                            Invoice Date:              July 10, 2023
Billing Period through June 30, 2023                 Invoice Number:              50043964
                                                     Matter Number:            102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/08/23 | JBROO | Emails with A. Mielke re: hearing dates | B002 | 0.10 | 50.50 |
| 06/08/23 | TBOLL | Prepare and finalize for filing certification of counsel re: scheduling of omnibus hearing date, and upload related order | B002 | 0.30 | 106.50 |
| 06/20/23 | TBOLL | Prepare draft agenda of matters scheduled for hearing on June 26, 2023 | B002 | 0.30 | 106.50 |
| 06/21/23 | TBOLL | Update draft agenda of mattes scheduled for hearing on June 26, 2023, and circulate same for review | B002 | 0.30 | 106.50 |
| 06/22/23 | TBOLL | Prepare and submit to the Court a hearing binder re: agenda of matters scheduled for hearing on June 26, 2023 | B002 | 0.40 | 142.00 |
| 06/22/23 | TBOLL | Update and finalize for filing agenda of matters scheduled for hearing on June 26, 2023 | B002 | 0.40 | 142.00 |
| 06/23/23 | AMIEL | Confer with T. Bollman re: hearing preparation | B002 | 0.10 | 68.50 |
| 06/23/23 | TBOLL | Assist in preparation of materials for hearing on June 26, 2023 | B002 | 0.80 | 284.00 |
| 06/26/23 | AMIEL | Confer with M. Lunn (multiple) re: solicitation and hearing preparation | B002 | 0.40 | 274.00 |
| 06/26/23 | AMIEL | Emails with court re: scheduling | B002 | 0.10 | 68.50 |
| 06/27/23 | AMIEL | Emails with court re: scheduling | B002 | 0.10 | 68.50 |
| 06/20/23 | AMIEL | Emails with C. Walker re: MORs | B004 | 0.10 | 68.50 |
| 06/21/23 | AMIEL | Review and revise MORs (.4); emails with C. Walker and YCST team re: same (.1); compile and coordinate for filing (.2) | B004 | 0.70 | 479.50 |
| 06/21/23 | TBOLL | Finalize for filing May 2023 MORs | B004 | 0.50 | 177.50 |
| 06/23/23 | SBORO | Draft email to committee re: Rosenstein Henry | B005 | 0.30 | 151.50 |
| 06/02/23 | AMIEL | Emails with C. Brault re: bond compliance (.1); review correspondence re: same (.2) | B006 | 0.30 | 205.50 |
| 06/04/23 | AMIEL | Emails with C. Brault re: bond compliance | B006 | 0.10 | 68.50 |
| 06/06/23 | AMIEL | Emails with C. Brault re: bond requirements | B006 | 0.10 | 68.50 |
| 06/20/23 | AMIEL | Emails with YCST team and C. Brault re: insurance refund | B006 | 0.10 | 68.50 |

| Winc, Inc. | Invoice Date: | July 10, 2023 |
|---|---|---|
| Billing Period through June 30, 2023 | Invoice Number: | 50043964 |
| | Matter Number: | 102647.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/26/23 | AMIEL | Emails with C. Brault re: TSA update | B006 | 0.10 | 68.50 |
| 06/26/23 | AMIEL | Emails with K. Kirchner and M. Lunn re: sale issues | B006 | 0.10 | 68.50 |
| 06/27/23 | AMIEL | Confer with M. Lunn re: sale and case issues | B006 | 0.60 | 411.00 |
| 06/27/23 | MLUNN | Call with Cooley and AMASS and follow-up re: A. Mielke re: sale of DTC and assignment of delayed assumption agreements | B006 | 0.70 | 717.50 |
| 06/28/23 | AMIEL | Confer with M. Lunn re: asset transfer documents (multiple) | B006 | 0.50 | 342.50 |
| 06/28/23 | AMIEL | Teleconference with M. Lunn and buyer's counsel re: asset transfer (.3); review draft documents re: same (1.2); draft email to buyer's counsel re: same (.2) | B006 | 1.70 | 1,164.50 |
| 06/28/23 | MLUNN | Review assignment and bill of sale issues re: AMASS sale to 3rd party (.4) and call with A. Mielke (.4) re: same | B006 | 0.80 | 820.00 |
| 06/29/23 | AMIEL | Emails with Buyer's counsel re: sale documents (.1); confer with E. Walker re: sale issues (.2) | B006 | 0.30 | 205.50 |
| 06/29/23 | MLUNN | Correspondence with Cooley re: DTC transaction issues | B006 | 0.10 | 102.50 |
| 06/30/23 | AMIEL | Emails with YCST team, board, and buyer's counsel re: sale documents (.7); revise and analyze sale documents (.4); draft board consents for same (.2); draft email correspondence to board re: sale update (.3); confer with B. Smith re: same (.2); confer with M. Lunn re: same (.2) | B006 | 2.00 | 1,370.00 |
| 06/30/23 | AMIEL | Teleconference with buyer's counsel re: sale documents and issues (.4); teleconference with board re: sale documents and issues (.4) | B006 | 0.80 | 548.00 |
| 06/30/23 | MLUNN | Call with Cooley (.3); follow-up calls and correspondence with A. Mielke (.4); review and revise draft bill of sale and assumption agreement (.3) and review revised versions (.5) re: Amass sale of DTC | B006 | 1.50 | 1,537.50 |
| 06/14/23 | SBORO | Review newly filed claims | B007 | 0.50 | 252.50 |
| 06/28/23 | AMIEL | Emails with M. Litvak re: claims issues | B007 | 0.10 | 68.50 |
| 06/29/23 | RLAMB | Conference with A. Mielke regarding claim objections | B007 | 0.30 | 142.50 |

Winc, Inc.
Billing Period through June 30, 2023

Invoice Date:                July 10, 2023
Invoice Number:                50043964
Matter Number:            102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/02/23 | AMIEL | Teleconference with K. Pleines and C. Brault re: case updates | B008 | 0.60 | 411.00 |
| 06/02/23 | AMIEL | Weekly teleconference with K. Pleines and C. Brault re: case updates | B008 | 0.40 | 274.00 |
| 06/16/23 | AMIEL | Teleconference with K. Pleines and C. Brault re: case issues | B008 | 0.40 | 274.00 |
| 06/23/23 | AMIEL | Emails with K. Pleines and C. Brault re: weekly meeting | B008 | 0.10 | 68.50 |
| 06/29/23 | AMIEL | Emails with C. Brault re: case update | B008 | 0.10 | 68.50 |
| 06/30/23 | AMIEL | Weekly teleconference with K. Pleines and C. Brault re: case update and issues | B008 | 0.60 | 411.00 |
| 06/14/23 | AMIEL | Emails with T. Bollman re: removal motion | B011 | 0.10 | 68.50 |
| 06/14/23 | TBOLL | Prepare and finalize for filing certificate of no objection re: second motion to extend the removal deadline (.3), and upload related order (.1) | B011 | 0.40 | 142.00 |
| 06/21/23 | AMIEL | Emails with C. Brault re: document retention | B011 | 0.10 | 68.50 |
| 06/01/23 | AMIEL | Emails with committee counsel and YCST team re: plan documents and case timing | B012 | 0.20 | 137.00 |
| 06/01/23 | AMIEL | Emails with board re: plan and case strategy (.1); review and revise plan (.2) | B012 | 0.30 | 205.50 |
| 06/01/23 | AMIEL | Confer with M. Lunn re: plan process | B012 | 0.10 | 68.50 |
| 06/01/23 | MLUNN | Correspondence with A. Mielke re: plan issues and research same | B012 | 0.50 | 512.50 |
| 06/01/23 | MLUNN | Work with A. Mielke re: liquidation analysis | B012 | 0.10 | 102.50 |
| 06/05/23 | AMIEL | Review and revise solicitation procedures motion, plan, and related documents and coordinate for filing (2.9); emails with board re: same (.2); emails with C. Brault, C. Walker, YCST team, and committee counsel re: same (.5); confer with M. Lunn re: same (.1) | B012 | 3.70 | 2,534.50 |
| 06/05/23 | JBROO | Review and analyze solicitation motion (.6); draft notice of solicitation motion (.2) | B012 | 0.80 | 404.00 |
| 06/05/23 | JBROO | Emails with A. Mielke re: solicitation procedures motion | B012 | 0.20 | 101.00 |
| 06/05/23 | MLUNN | Work with A. Mielke re: finalizing plan and solicitation motion | B012 | 0.40 | 410.00 |

Winc, Inc.                                  Invoice Date:           July 10, 2023
Billing Period through June 30, 2023        Invoice Number:         50043964
                                            Matter Number:          102647.1001

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/05/23 | MLUNN | Review revised Plan and Disclosure Statement and solicitation motion in preparation for filing | B012 | 0.40 | 410.00 |
| 06/05/23 | MLUNN | Correspondence with board re: revised plan and timeline | B012 | 0.20 | 205.00 |
| 06/05/23 | TBOLL | Finalize for filing motion to conditionally approve disclosure statement and approve solicitation procedures | B012 | 0.40 | 142.00 |
| 06/05/23 | TBOLL | Finalize for filing combined plan and disclosure statement | B012 | 0.30 | 106.50 |
| 06/07/23 | AMIEL | Emails with board member re: plan | B012 | 0.10 | 68.50 |
| 06/08/23 | AMIEL | Emails with M. Lunn re: trust agreement | B012 | 0.10 | 68.50 |
| 06/08/23 | MLUNN | Correspondence with A. Mielke re: liquidation trust agreement | B012 | 0.10 | 102.50 |
| 06/14/23 | AMIEL | Emails with SEC counsel re: plan issues | B012 | 0.10 | 68.50 |
| 06/14/23 | MLUNN | Review SEC comments to plan | B012 | 0.10 | 102.50 |
| 06/14/23 | SBORO | Review email from SEC re: plan | B012 | 0.20 | 101.00 |
| 06/15/23 | AMIEL | Confer with J. Leamy re: plan and solicitation issues (.3) emails with J. Leamy re: same (.1) | B012 | 0.40 | 274.00 |
| 06/15/23 | AMIEL | Emails with committee counsel, M. Lunn and SEC re: plan and solicitation issues (.2); confer with SEC counsel re: same (.2); confer with committee counsel re: same (.1) | B012 | 0.50 | 342.50 |
| 06/15/23 | JBROO | Emails with A. Mielke re: revisions to solicitation procedures order | B012 | 0.10 | 50.50 |
| 06/15/23 | MLUNN | Review proposed responses to SEC plan issues and correspondence with A. Mielke re: same | B012 | 0.20 | 205.00 |
| 06/15/23 | MLUNN | Correspondence with A. Mielke re: UCC issues with SEC provisions | B012 | 0.10 | 102.50 |
| 06/16/23 | AMIEL | Emails with YCST team, UST, and committee counsel re: UST comments to solicitation procedures motion and plan (.3); review and revise same (.4) | B012 | 0.70 | 479.50 |
| 06/16/23 | JBROO | Revise and analyze solicitation procedures order and exhibits | B012 | 0.80 | 404.00 |
| 06/16/23 | JBROO | Email from A. Mielke re: comments on solicitation procedures motion | B012 | 0.10 | 50.50 |

Winc, Inc.  
Billing Period through June 30, 2023

| | Invoice Date: | July 10, 2023 |
| --- | --- | --- |
| | Invoice Number: | 50043964 |
| | Matter Number: | 102647.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
| --- | --- | --- | --- | --- | --- |
| 06/16/23 | JBROO | Emails from A. Mielke re: Notice of Non-Voting Status | B012 | 0.10 | 50.50 |
| 06/16/23 | MLUNN | Review UST issues re: DS order and related correspondence with A. Mielke | B012 | 0.30 | 307.50 |
| 06/19/23 | AMIEL | Review and revise solicitation procedures order and plan (.8); emails with YCST team re: same (.4); confer with UST re: same (.5) | B012 | 1.70 | 1,164.50 |
| 06/19/23 | JBROO | Emails with YCST re: notice of non-voting status | B012 | 0.10 | 50.50 |
| 06/19/23 | JBROO | Emails with YCST team and Committee counsel re: revisions to plan documents | B012 | 0.30 | 151.50 |
| 06/19/23 | MLUNN | Analyze UST plan comments (.3) and correspondence with A. Mielke re: same (.2) | B012 | 0.50 | 512.50 |
| 06/20/23 | AMIEL | Emails with YCST team re: plan comments and issues (.2); review and revise plan re: same (.2); emails with SEC counsel re: plan comments (.1) | B012 | 0.50 | 342.50 |
| 06/20/23 | SBORO | Discuss insurance refund check with C. Brault and A. Mielke | B012 | 0.20 | 101.00 |
| 06/21/23 | AMIEL | Emails with YCST team and committee counsel re: revised plan and order approving solicitation procedures (.2); review and revise plan (.2); confer with committee counsel re: same (.2) | B012 | 0.60 | 411.00 |
| 06/21/23 | MLUNN | Review revised plan and correspondence with A. Mielke re: same | B012 | 0.40 | 410.00 |
| 06/22/23 | AMIEL | Confer with S. Borovinskaya re: DS interim hearing | B012 | 0.20 | 137.00 |
| 06/22/23 | AMIEL | Emails with UST re: plan comments (.1); review and revise same and finalize documents for filing (.3); review COC for same (.1); emails with YCST team re: same (.1) | B012 | 0.60 | 411.00 |
| 06/22/23 | AMIEL | Review and finalize agenda (.1); emails with YCST team re: exclusivity motion (.1); emails with claims agent re: class reports (.1); review and analyze same (.2) | B012 | 0.50 | 342.50 |
| 06/22/23 | JBROO | Draft notice of filing revised combined plan and disclosure statement (.4); draft certification of counsel re: revised disclosure statement order (.3) | B012 | 0.70 | 353.50 |
| 06/22/23 | MLUNN | Correspondence and work with A. Mielke re: Disclosure Statement hearing | B012 | 0.30 | 307.50 |
| 06/22/23 | MLUNN | Review UST comment to revised plan and correspondence with A. Mielke | B012 | 0.10 | 102.50 |

Winc, Inc.                                    Invoice Date:              July 10, 2023
Billing Period through June 30, 2023          Invoice Number:            50043964
                                              Matter Number:             102647.1001

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/22/23 | TBOLL | Finalize for filing certification of counsel re: revised proposed solicitation procedures order | B012 | 0.30 | 106.50 |
| 06/22/23 | TBOLL | Finalize for filing notice of revised combined disclosure statement and plan, and blackline thereof | B012 | 0.30 | 106.50 |
| 06/23/23 | AMIEL | Emails with UST re: DS hearing (.1); emails with claims agent re: solicitation logistics (.1); review class report (.1); emails with C. Brault, K. Pleines, and committee counsel re: same (.1) | B012 | 0.40 | 274.00 |
| 06/23/23 | MLUNN | Review draft voting report | B012 | 0.20 | 205.00 |
| 06/25/23 | AMIEL | Review and revise exclusivity motion | B012 | 0.50 | 342.50 |
| 06/25/23 | AMIEL | Review proposed DS order, exhibits, and plan in preparation for interim DS hearing | B012 | 1.00 | 685.00 |
| 06/25/23 | AMIEL | Review and analyze class and tabulation report | B012 | 0.50 | 342.50 |
| 06/25/23 | MLUNN | Review solicitation report and claim issues and related correspondence with A. Mielke | B012 | 0.20 | 205.00 |
| 06/26/23 | AMIEL | Confer with claims agent re: solicitation report and voting (.3); Prepare for and attend (draft outline, confer with committee counsel re: anticipated issues, review pleadings and case law, etc.) interim DS hearing (2.5); revise plan and solicitation order (.6); emails with interested parties re: same (.2); review and revise COC for same and finalize for filing (.2) | B012 | 3.80 | 2,603.00 |
| 06/26/23 | AMIEL | Emails with YCST team, court, committee counsel, and claims agent re: interim approval of combined DS and plan, exhibits and pleadings re: same (1); emails with YCST team re: exclusivity motion (.2); emails with C. Brault re: claims for voting purposes (.1); review and analyze claims for same (.2) | B012 | 1.50 | 1,027.50 |
| 06/26/23 | AMIEL | Review and finalize class report for solicitation (.3); emails with claims agent re: same (.1) | B012 | 0.40 | 274.00 |
| 06/26/23 | DLASK | Finalize for filing certification of counsel regarding disclosure statement order, prepare electronic order for the court | B012 | 0.50 | 182.50 |
| 06/26/23 | DLASK | Draft certification of counsel regarding disclosure statement order | B012 | 0.40 | 146.00 |

Winc, Inc.                                     Invoice Date:            July 10, 2023
Billing Period through June 30, 2023           Invoice Number:            50043964
                                               Matter Number:          102647.1001

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|----------|--------------|-----------------|----------|-----------|------------|
| 06/26/23 | MLUNN | Work with A. Mielke re: preparation for Disclosure Statement and Plan hearing and solicitation issues | B012 | 0.30 | 307.50 |
| 06/26/23 | MLUNN | Review revised Disclosure Statement, Plan and Solicitation Procedures Order and correspondence with A. Mielke re: same | B012 | 0.30 | 307.50 |
| 06/26/23 | MLUNN | Review and provide comments to exclusivity motion | B012 | 0.20 | 205.00 |
| 06/26/23 | SBORO | Revise second exclusivity motion (.4); email to M. Lunn re: same (.1) | B012 | 0.50 | 252.50 |
| 06/27/23 | AMIEL | Revise and finalize solicitation documents (notices, ballot, plan, etc.) for solicitation (.5); emails with claims agent and YCST team re: same (.3); review flash drive memo (.1); emails with M. Litvak re: plan (.1); review and compile for filing exclusivity motion (.1) | B012 | 1.10 | 753.50 |
| 06/27/23 | AMIEL | Review revised exclusivity motion (.1); emails re: same (.1) | B012 | 0.20 | 137.00 |
| 06/27/23 | AMIEL | Emails with claims agent re: solicitation order (.1); confer with claimant's counsel re: claims and voting issues (.1); emails with claimant's counsel re: same (.1); draft email to board re: plan update (.2); emails with board members and M. Lunn re: same (.2); emails with court re: solicitation order (.1) | B012 | 0.80 | 548.00 |
| 06/27/23 | DLASK | Finalize for filing and coordinate service of combined disclosure statement and plan - solicitation version and related notice of confirmation hearing | B012 | 0.70 | 255.50 |
| 06/27/23 | MLUNN | Correspondence from board members and call with A. Mielke re: plan and solicitation | B012 | 0.20 | 205.00 |
| 06/27/23 | MLUNN | Correspondence with A. Mielke re: allowance of claim for voting purposes | B012 | 0.10 | 102.50 |
| 06/27/23 | MLUNN | Review revised exclusivity motion | B012 | 0.10 | 102.50 |
| 06/27/23 | MLUNN | Correspondence with A. Mielke re: board update for approval of disclosure statement and confirmation timeline | B012 | 0.10 | 102.50 |
| 06/27/23 | SBORO | Review and revise exclusivity motion per A. Mielke comments | B012 | 0.30 | 151.50 |
| 06/28/23 | AMIEL | Confer with claims agent re: solicitation | B012 | 0.10 | 68.50 |

Winc, Inc.
Billing Period through June 30, 2023

Invoice Date:             July 10, 2023
Invoice Number:              50043964
Matter Number:           102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/28/23 | AMIEL | Emails with claimant's counsel re: claim stipulation for voting | B012 | 0.10 | 68.50 |
| 06/28/23 | DLASK | Finalize for filing and coordinate service of motion to extend exclusivity | B012 | 0.40 | 146.00 |
| 06/29/23 | AMIEL | Confer with R. Lamb re: claim stipulation and related documents (.2); review and revise same (.6) | B012 | 0.80 | 548.00 |
| 06/29/23 | AMIEL | Emails with claims agent re: solicitation | B012 | 0.10 | 68.50 |
| 06/29/23 | MLUNN | Review stipulation with Los Fields re: voting amount | B012 | 0.10 | 102.50 |
| 06/29/23 | RLAMB | Draft stipulation re: claim voting and related certification of counsel | B012 | 3.90 | 1,852.50 |
| 06/30/23 | AMIEL | Emails with J. McCauley re: voting stipulation | B012 | 0.10 | 68.50 |
| 06/22/23 | AMIEL | Emails with S. Borovinskaya re: creditor inquiry | B013 | 0.10 | 68.50 |
| 06/28/23 | AMIEL | Confer with S. Borovinskaya re: creditor inquiry | B013 | 0.10 | 68.50 |
| 06/01/23 | MLUNN | Review correspondence from A. Piney re: D&O insurance | B014 | 0.10 | 102.50 |
| 06/15/23 | AMIEL | Emails with J. Brooks re: SEC correspondence | B014 | 0.10 | 68.50 |
| 06/26/23 | AMIEL | Emails with C. Brault re: broker appointment | B014 | 0.10 | 68.50 |
| 06/27/23 | AMIEL | Emails with YCST team re: written consents | B014 | 0.10 | 68.50 |
| 06/28/23 | AMIEL | Emails with board and M. Lunn re: draft consents (.2); draft board consents for broker appointment (.4) | B014 | 0.60 | 411.00 |
| 06/28/23 | MLUNN | Correspondence and call with A. Mielke and correspondence with board members re: authorization procedures | B014 | 0.50 | 512.50 |
| 06/29/23 | AMIEL | Emails with board re: written consent | B014 | 0.10 | 68.50 |
| 06/29/23 | AMIEL | Confer with R. Lamb re: draft written consent (.1); review and revise same (.1) | B014 | 0.20 | 137.00 |
| 06/29/23 | RLAMB | Draft resolutions re: authorized person for Plan and related matters | B014 | 1.20 | 570.00 |
| 06/30/23 | MLUNN | Review board consents re: designation of A. Phinney as authorized person (.1) and correspondence with board re: same (.1) | B014 | 0.20 | 205.00 |
| 06/01/23 | AMIEL | Emails with C. Walker and YCST team re: fee application | B017 | 0.10 | 68.50 |

Winc, Inc.
Billing Period through June 30, 2023

Invoice Date:           July 10, 2023
Invoice Number:       50043964
Matter Number:     102647.1001

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/02/23 | AMIEL | Emails with T. Bollman re: CNO for fee application and review same | B017 | 0.10 | 68.50 |
| 06/02/23 | TBOLL | Prepare and finalize for filing certificate of no objection re: RPA's fifth monthly fee application | B017 | 0.30 | 106.50 |
| 06/06/23 | AMIEL | Emails with C. Walker re: fee application (.1); review same (.1) | B017 | 0.20 | 137.00 |
| 06/06/23 | JBROO | Revise and analyze RPA fee application | B017 | 0.40 | 202.00 |
| 06/06/23 | TBOLL | Finalize for filing sixth monthly fee application of RPA | B017 | 0.30 | 106.50 |
| 06/08/23 | AMIEL | Emails with A. Vicari re: OCP retention | B017 | 0.10 | 68.50 |
| 06/15/23 | AMIEL | Emails with YCST team re: fee application | B017 | 0.10 | 68.50 |
| 06/15/23 | TBOLL | Prepare and finalize for filing certificate of no objection re: fifth monthly fee application of YCST | B017 | 0.30 | 106.50 |
| 06/16/23 | AMIEL | Emails with C. Brault re: OCP retention and issues | B017 | 0.10 | 68.50 |
| 06/23/23 | AMIEL | Emails with committee counsel and M. Lunn re: interim fee orders | B017 | 0.10 | 68.50 |
| 06/23/23 | TBOLL | Prepare draft certificate of no objection re: sixth monthly fee application of RPA | B017 | 0.10 | 35.50 |
| 06/27/23 | AMIEL | Emails with RPA team re: fee applications (.1); emails with M. Lunn re: interim fee application (.1) | B017 | 0.20 | 137.00 |
| 06/27/23 | DLASK | Finalize for filing certificate of no objection for RPA's fee application | B017 | 0.30 | 109.50 |
| 06/30/23 | AMIEL | Emails with YCST team re: fee application | B017 | 0.10 | 68.50 |
| 06/30/23 | DLASK | Finalize for filing and coordinate service of Young COnaway's 6th fee application | B017 | 0.30 | 109.50 |
| 06/27/23 | MLUNN | Confidentiality review of May fee statement in preparation for submission | B018 | 0.20 | 205.00 |
| 06/30/23 | DLASK | Prepare Young Conaway's 6th fee application | B018 | 1.00 | 365.00 |
| 06/30/23 | MLUNN | Review YCST May fee application | B018 | 0.10 | 102.50 |
| | | | **Total** | **67.60** | **$43,901.00** |

| Winc, Inc. | Invoice Date: | July 10, 2023 |
| Billing Period through June 30, 2023 | Invoice Number: | 50043964 |
| | Matter Number: | 102647.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|----------|------|------------------|-------|------|--------|
| AMIEL | Allison S. Mielke | Associate | 35.70 | 685.00 | 24,454.50 |
| DLASK | Debbie Laskin | Paralegal | 3.80 | 365.00 | 1,387.00 |
| JBROO | Joshua Brooks | Associate | 3.80 | 505.00 | 1,919.00 |
| MLUNN | Matthew B. Lunn | Partner | 9.80 | 1,025.00 | 10,045.00 |
| RLAMB | Rebecca L. Lamb | Associate | 5.40 | 475.00 | 2,565.00 |
| SBORO | Shella Borovinskaya | Associate | 2.00 | 505.00 | 1,010.00 |
| TBOLL | Troy Bollman | Paralegal | 7.10 | 355.00 | 2,520.50 |
| **Total** | | | **67.60** | | **$43,901.00** |

| Winc, Inc. | Invoice Date: | July 10, 2023 |
|---|---|---|
| Billing Period through June 30, 2023 | Invoice Number: | 50043964 |
| | Matter Number: | 102647.1001 |

**Task Summary**

**Task Code:B001** — **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.10 | 1,025.00 | 102.50 |
| Allison S. Mielke | Associate | 0.70 | 685.00 | 479.50 |
| Joshua Brooks | Associate | 0.10 | 505.00 | 50.50 |
| Debbie Laskin | Paralegal | 0.20 | 365.00 | 73.00 |
| Troy Bollman | Paralegal | 1.40 | 355.00 | 497.00 |
| **Total** | | **2.50** | | **1,202.50** |

**Task Code:B002** — **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 0.80 | 685.00 | 548.00 |
| Joshua Brooks | Associate | 0.10 | 505.00 | 50.50 |
| Troy Bollman | Paralegal | 2.50 | 355.00 | 887.50 |
| **Total** | | **3.40** | | **1,486.00** |

**Task Code:B004** — **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 0.80 | 685.00 | 548.00 |
| Troy Bollman | Paralegal | 0.50 | 355.00 | 177.50 |
| **Total** | | **1.30** | | **725.50** |

**Task Code:B005** — **Lease/Executory Contract Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Shella Borovinskaya | Associate | 0.30 | 505.00 | 151.50 |
| **Total** | | **0.30** | | **151.50** |

**Task Code:B006** — **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 3.10 | 1,025.00 | 3,177.50 |
| Allison S. Mielke | Associate | 6.70 | 685.00 | 4,589.50 |
| **Total** | | **9.80** | | **7,767.00** |

**Task Code:B007** — **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 0.10 | 685.00 | 68.50 |
| Rebecca L. Lamb | Associate | 0.30 | 475.00 | 142.50 |
| Shella Borovinskaya | Associate | 0.50 | 505.00 | 252.50 |
| **Total** | | **0.90** | | **463.50** |

| Winc, Inc. | Invoice Date: | July 10, 2023 |
|---|---|---|
| Billing Period through June 30, 2023 | Invoice Number: | 50043964 |
| | Matter Number: | 102647.1001 |

**Task Code:B008**  **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 2.20 | 685.00 | 1,507.00 |
| **Total** | | **2.20** | | **1,507.00** |

**Task Code:B011**  **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 0.20 | 685.00 | 137.00 |
| Troy Bollman | Paralegal | 0.40 | 355.00 | 142.00 |
| **Total** | | **0.60** | | **279.00** |

**Task Code:B012**  **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 5.50 | 1,025.00 | 5,637.50 |
| Allison S. Mielke | Associate | 21.70 | 685.00 | 14,864.50 |
| Joshua Brooks | Associate | 3.20 | 505.00 | 1,616.00 |
| Rebecca L. Lamb | Associate | 3.90 | 475.00 | 1,852.50 |
| Shella Borovinskaya | Associate | 1.20 | 505.00 | 606.00 |
| Debbie Laskin | Paralegal | 2.00 | 365.00 | 730.00 |
| Troy Bollman | Paralegal | 1.30 | 355.00 | 461.50 |
| **Total** | | **38.80** | | **25,768.00** |

**Task Code:B013**  **Creditor Inquiries**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 0.20 | 685.00 | 137.00 |
| **Total** | | **0.20** | | **137.00** |

**Task Code:B014**  **General Corporate Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.80 | 1,025.00 | 820.00 |
| Allison S. Mielke | Associate | 1.20 | 685.00 | 822.00 |
| Rebecca L. Lamb | Associate | 1.20 | 475.00 | 570.00 |
| **Total** | | **3.20** | | **2,212.00** |

| Winc, Inc. | | Invoice Date: | July 10, 2023 |
| Billing Period through June 30, 2023 | | Invoice Number: | 50043964 |
| | | Matter Number: | 102647.1001 |

### Task Code:B017          Retention of Professionals/Fee Issues

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|----------|----------------------|-----------|----------|------------|
| Allison S. Mielke | Associate | 1.10 | 685.00 | 753.50 |
| Joshua Brooks | Associate | 0.40 | 505.00 | 202.00 |
| Debbie Laskin | Paralegal | 0.60 | 365.00 | 219.00 |
| Troy Bollman | Paralegal | 1.00 | 355.00 | 355.00 |
| **Total** | | **3.10** | | **1,529.50** |

### Task Code:B018          Fee Application Preparation

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|----------|----------------------|-----------|----------|------------|
| Matthew B. Lunn | Partner | 0.30 | 1,025.00 | 307.50 |
| Debbie Laskin | Paralegal | 1.00 | 365.00 | 365.00 |
| **Total** | | **1.30** | | **672.50** |