# **EXHIBIT B**

Winc, Inc.  
Billing Period through June 30, 2023

Invoice Date: July 10, 2023  
Invoice Number: 50043964  
Matter Number: 102647.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 06/02/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/05/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/06/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/14/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/20/23 | Federal Express | 1.00 | 33.40 |
| 06/22/23 | Reproduction Charges | 265.00 | 26.50 |
| 06/22/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/22/23 | Delivery / Courier | 1.00 | 15.00 |
| 06/22/23 | Reproduction Charges | 116.00 | 92.80 |
| 06/23/23 | Reproduction Charges | 381.00 | 38.10 |
| 06/23/23 | Reproduction Charges | 678.00 | 542.40 |
| 06/26/23 | Reproduction Charges | 116.00 | 11.60 |
| 06/27/23 | Docket Retrieval / Search | 121.00 | 12.10 |
| 06/27/23 | Reproduction Charges | 14.00 | 1.40 |
| | **Total** | | **$774.60** |

| | |
|---|---|
| Winc, Inc. | Invoice Date: July 10, 2023 |
| Billing Period through June 30, 2023 | Invoice Number: 50043964 |
| | Matter Number: 102647.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Delivery / Courier | 15.00 |
| Docket Retrieval / Search | 13.40 |
| Federal Express | 33.40 |
| Reproduction Charges | 712.80 |
| **Total** | **$774.60** |