**EXHIBIT A**

| Professional/Role | Interim Fee Period/ Docket No. | Total Fees Approved | Total Expenses Approved | Amount of Holdback Fees Approved (20% of Fees) |
|---|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP - *Counsel to the Debtors and Debtors in Possession* | 11/30/22 – 2/28/23 [Docket No. 322] | $958,208.00 | $13,654.95 | $191,641.60 |
| RPA Asset Management Services, LLC – *Financial Advisor to the Debtors and Debtors in Possession* | 11/30/22 – 2/28/23 [Docket No. 322] | $591,871.00 | $7,225.48 | $118,374.20 |
| Epiq Corporate Restructuring, LLC - *Administrative Advisor to the Debtors and Debtors in Possession* | 11/30/22 – 2/28/23 [Docket No. 322] | $18,811.80 | $0.00 | $3,762.36 |

30351528.1