# EXHIBIT 2

## Fee Statement

| **Exhibit A** | Compensation by Timekeeper for Compensation Period June 1, 2023 through June 30, 2023 |
|---|---|
| **Exhibit B** | Summary of Compensation by Project Category During Compensation Period June 1, 2023 through June 30, 2023 |
| **Exhibit C** | Detailed Time Description by Timekeeper and Category During Compensation Period June 1, 2023 through June 30, 2023 |

30566439.2

# EXHIBIT A

**Compensation by Timekeeper for Compensation Period
June 1, 2023 through June 30, 2023**

| Professional | Title | Hourly Rate Billed in Application | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John Policano | Executive Director | $1,125.00 | 0.5 | $562.50 |
| Kevin Pleines | Director | $695.00 | 2.7 | $1,876.50 |
| Chris Walker | Director | $595.00 | 23.3 | $13,863.50 |
| Jaclyn Hill | Support Staff | $215.00 | 2.5 | $537.50 |
| | | | **Total Fees** | **$16,840.00** |

# EXHIBIT B

## Summary of Compensation by Project Category
## During Compensation Period
## June 1, 2023 through June 30, 2023

| Category | | Hours | Fees |
|---|---|---|---|
| A | Operations Analysis and Review | 0.00 | - |
| B | DIP Budget/Credit Agreement and Cash Flow Reporting | 0.00 | - |
| C | Creditor, Lender, or Equity Holder Inquiries | 0.00 | - |
| D | Calls/Meetings with US Trustee and/or Staff | 0.00 | - |
| E | Calls/Meetings with Company, Board, Counsel and/or Staff | 1.50 | $1,042.50 |
| F | Statements/Schedules and MORs | 18.60 | $11,067.00 |
| G | Preparation and Review of Bankruptcy Documents and Related Filings | 0.00 | - |
| H | Financial Review and Analysis | 0.00 | - |
| I | Asset Sale Process | 0.00 | - |
| J | Attendance at Court Hearings or Depositions | 0.00 | - |
| K | Employee Management | 0.00 | - |
| L | Case Administration | 7.70 | $3,896.50 |
| M | Calls/Meetings with Lenders and Lender Advisors/Counsel | 0.00 | - |
| N | Analysis and Related Work re: Plan and Exit | 1.20 | $834.00 |
| O | Contract Review and Analysis | 0.00 | - |
| P | Calls/Meetings or Response to Inquiries from UCC Advisors | 0.00 | - |

30566439.2

# EXHIBIT C

30566439.2

**Detailed Time Description by Timekeeper and Category During Compensation Period**
**June 1, 2023 through June 30, 2023**

| Professional | Date | Memo | Hours |
|---|---|---|---|
| **E. Calls/Meetings with Company, Board, Counsel and/or Staff** | | | |
| Kevin Pleines | 2-Jun | Participated on status call with estate consultant and counsel | 0.5 |
| Kevin Pleines | 16-Jun | Participated on call with estate consultant and counsel | 0.5 |
| Kevin Pleines | 30-Jun | Strategized with estate consultant and counsel | 0.5 |
| | | **Calls/Meetings with Company, Board, Counsel and/or Staff Total** | **1.5** |
| **F. Statements/Schedules and MORs** | | | |
| Chris Walker | 7-Jun | Prepared initial updates for May Monthly Operating Reports | 2.7 |
| Chris Walker | 15-Jun | Prepared updates for May Monthly Operating Reports | 1.8 |
| Chris Walker | 19-Jun | Prepared exhibits for May Monthly Operating Reports | 2.9 |
| Chris Walker | 19-Jun | Reviewed financial data supporting Monthly Operating Reports | 1.2 |
| Chris Walker | 19-Jun | Prepared Monthly Operating Reports professional fee summary | 1.8 |
| Chris Walker | 19-Jun | Prepared final edits, reviewed and sent draft Monthly Operating Reports to counsel | 2.3 |
| Chris Walker | 20-Jun | Prepared updates to May Monthly Operating Reports based on comments received | 3.4 |
| Chris Walker | 20-Jun | Performed final updates; reviewed and sent May Monthly Operating Reports for filing | 2.5 |
| | | **Statements/Schedules and MORs Total** | **18.6** |
| **L. Case Administration** | | | |
| Chris Walker | 5-Jun | Prepared updates to May fee application | 1.5 |
| Jaclyn Hill | 5-Jun | Prepared and reviewed May fee application | 2.5 |
| John Policano | 6-Jun | Performed review and finalized May fee application | 0.5 |
| Chris Walker | 7-Jun | Prepared updates to May fee application | 3.2 |
| | | **Case Administration Total** | **7.7** |
| **N. Analysis and Related Work re: Plan and Exit** | | | |
| Kevin Pleines | 26-Jun | Reviewed license data | 0.2 |
| Kevin Pleines | 26-Jun | Responded to counsel questions related to liquidation analysis | 0.5 |
| Kevin Pleines | 27-Jun | Reviewed forecasts and responded to estate consultant questions related to certain administrative expenses | 0.5 |
| | | **Analysis and Related Work re: Plan and Exit Total** | **1.2** |