# **EXHIBIT B**

# **INVOICE**



Official Committee of Unsecured Creditors of Winc, Inc., et al  
unknown  
New York City, NY

Invoice Number    2243121  
Invoice Date      07/07/2023  
Client Number     044409

For Professional Services Rendered Through:  June 30, 2023

| No | Reference | Hours | Total |
|---|---|---|---|
| 00002 | Case Management and Operating Reports | 0.50 | 179.50 |
| 00005 | Committee and Debtor Communications, Conference Calls and | 5.80 | 4,034.00 |
| 00007 | Creditor Inquiries | 0.20 | 114.00 |
| 00010 | Claims Administration and Objections | 0.60 | 288.00 |
| 00014 | Fee Applications | 10.50 | 4,753.00 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | 18.30 | 12,764.00 |
| | **Totals** | **35.90** | **22,132.50** |

Taxpayer Identification Number:  53-0214923    Due Upon Receipt

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2243121 |
|---|---|---|
| | | Page 2 |

July 07, 2023

## Time Summary

| | Hours | Rate | Value |
|---|---:|---:|---:|
| **Partner** | | | |
| George P. Angelich | 7.70 | 860.00 | 6,622.00 |
| Justin Kesselman | 13.00 | 660.00 | 8,580.00 |
| **Associate** | | | |
| James E. Britton | 5.60 | 570.00 | 3,192.00 |
| **Blended Rate for Attorneys: $699.39** | | | |
| **Paralegal** | | | |
| Lisa A. Indelicato | 8.30 | 405.00 | 3,361.50 |
| Alyssa Fiorentino | 1.30 | 290.00 | 377.00 |
| **Totals** | **35.90** | | **22,132.50** |

ArentFox Schiff LLP
Attorneys at Law

| | | |
|---|---|---|
| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2243121 |
| 00002 | Case Management and Operating Reports | Page 3 |
| July 07, 2023 | | |

For Professional Services Rendered Through:  June 30, 2023

Re: Case Management and Operating Reports

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 06/07/23 | Lisa A. Indelicato | Review docket and update calendar. | 0.10 | 40.50 |
| 06/13/23 | Alyssa Fiorentino | Circulate upcoming dates/deadlines. | 0.10 | 29.00 |
| 06/13/23 | Alyssa Fiorentino | Circulate proposed dates/deadline re: solicitation and confirmation. | 0.10 | 29.00 |
| 06/23/23 | Lisa A. Indelicato | Download and circulate agenda for 6/26 heaing. | 0.10 | 40.50 |
| 06/28/23 | Lisa A. Indelicato | Email A. Fiorentino re calendar updates. | 0.10 | 40.50 |
| | | **Fee Total** | **0.50** | **$179.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Lisa A. Indelicato | 0.30 | 405.00 | 121.50 |
| Alyssa Fiorentino | 0.20 | 290.00 | 58.00 |
| **Timekeeper Summary Total** | **0.50** | | **179.50** |

| | |
|---|---|
| Current Fees | $179.50 |
| **Subtotal For This Matter** | **$179.50** |

Case 22-11238-LSS   Doc 424-3   Filed 07/19/23   Page 5 of 13

ArentFox Schiff LLP
Attorneys at Law

| | | |
|---|---|---|
| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2243121 |
| 00005 | Committee and Debtor Communications, Conference Calls and | Page 4 |
| July 07, 2023 | | |

For Professional Services Rendered Through:  June 30, 2023

Re: Committee and Debtor Communications, Conference Calls and

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 06/01/23 | George P. Angelich | Review draft correspondence to committee about plan process. | 0.30 | 258.00 |
| 06/01/23 | Justin Kesselman | Emails with Debtor's counsel (0.3); emails with Sacculo and CohnReznick re motion and Liquidation Analysis (0.2); prepare email to Committee (1) | 1.50 | 990.00 |
| 06/05/23 | Justin Kesselman | Emails with Debtors' counsel (0.2); confer with CohnReznick re: liquidation analysis (0.2). | 0.40 | 264.00 |
| 06/15/23 | James E. Britton | Correspondence RE: plan requirements (0.2) and phone call with A. Mielke RE: same (0.2); further call with A. Mielke (0.1) and correspondence RE: same (0.1). | 0.60 | 342.00 |
| 06/16/23 | Justin Kesselman | Emails with A. Miellke. | 0.10 | 66.00 |
| 06/21/23 | George P. Angelich | Review committee correspondence and confer with J. Britton. | 0.40 | 344.00 |
| 06/21/23 | Justin Kesselman | Call with FTI (0.7); call with Kirkland and follow-up (0.5); call with J Leamy (0.1); attn to email from Kirkland (0.1); attn to email from FTI (0.1). | 1.50 | 990.00 |
| 06/21/23 | Justin Kesselman | Call and email with A Miellke (0.2); call with J. Leamy (0.1). | 0.30 | 198.00 |
| 06/22/23 | George P. Angelich | Review issues for discussion with CR for update to committee on MORs, and newco. | 0.60 | 516.00 |
| 06/23/23 | Justin Kesselman | attn to emails from A Miellke (.1) | 0.10 | 66.00 |
| | | **Fee Total** | **5.80** | **$4,034.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| George P. Angelich | 1.30 | 860.00 | 1,118.00 |
| Justin Kesselman | 3.90 | 660.00 | 2,574.00 |
| James E. Britton | 0.60 | 570.00 | 342.00 |

ArentFox Schiff LLP
Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2243121 |
| 00005 | Committee and Debtor Communications, Conference Calls and | Page 5 |
| July 07, 2023 | | |

| Timekeeper | Hours | Rate | Value |
|---|---:|---:|---:|
| **Timekeeper Summary Total** | **5.80** | | **4,034.00** |

| | | |
|---|---|---:|
| | Current Fees | $4,034.00 |
| | **Subtotal For This Matter** | **$4,034.00** |

ArentFox Schiff LLP
Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2243121 |
|---|---|---|
| 00007 | Creditor Inquiries | Page 6 |
| July 07, 2023 | | |

For Professional Services Rendered Through: June 30, 2023

Re: Creditor Inquiries

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 06/07/23 | James E. Britton | Correspondence with creditor (0.2). | 0.20 | 114.00 |
| | | **Fee Total** | **0.20** | **$114.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| James E. Britton | 0.20 | 570.00 | 114.00 |
| **Timekeeper Summary Total** | **0.20** | | **114.00** |

| | | |
|---|---|---|
| | Current Fees | $114.00 |
| | **Subtotal For This Matter** | **$114.00** |

ArentFox Schiff LLP
Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2243121 |
|---|---|---|
| 00010 | Claims Administration and Objections | Page 7 |
| July 07, 2023 | | |

For Professional Services Rendered Through: June 30, 2023

Re: Claims Administration and Objections

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 06/07/23 | Alyssa Fiorentino | Prepare summary of governmental claims. | 0.40 | 116.00 |
| 06/07/23 | George P. Angelich | Review issues claims and summary of claims. | 0.20 | 172.00 |
| | | **Fee Total** | **0.60** | **$288.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| George P. Angelich | 0.20 | 860.00 | 172.00 |
| Alyssa Fiorentino | 0.40 | 290.00 | 116.00 |
| **Timekeeper Summary Total** | **0.60** | | **288.00** |

| | Current Fees | $288.00 |
|---|---|---|
| | **Subtotal For This Matter** | **$288.00** |

ArentFox Schiff LLP
Attorneys at Law

044409   Official Committee of Unsecured Creditors of Winc, Inc., et al   Invoice Number 2243121
00014    Fee Applications                                                  Page 8
July 07, 2023

For Professional Services Rendered Through: June 30, 2023

Re: Fee Applications

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 06/07/23 | Lisa A. Indelicato | Follow up regarding status of April bill. | 0.10 | 40.50 |
| 06/08/23 | Lisa A. Indelicato | Draft fifth monthly fee application of AFS. | 1.60 | 648.00 |
| 06/09/23 | James E. Britton | Correspondence RE: April and May applications (0.2). | 0.20 | 114.00 |
| 06/09/23 | Lisa A. Indelicato | Prepare exhibits for monthly fee application for April 2023. | 1.20 | 486.00 |
| 06/12/23 | James E. Britton | Correspondence RE: fee applications (0.2). | 0.20 | 114.00 |
| 06/12/23 | Lisa A. Indelicato | Discussions with G. Angelich regarding next monthly and interim fee applications (.2). Review interim compensation procedures order (.2). Calculate and calendar deadline to file second interim fee application (.2). | 0.60 | 243.00 |
| 06/13/23 | Lisa A. Indelicato | Prepare combined monthly fee application for April/May 2023. | 1.20 | 486.00 |
| 06/14/23 | James E. Britton | Correspondence RE: fee applications (0.2); review invoices (0.3); review and revise fifth fee application (0.9). | 1.40 | 798.00 |
| 06/14/23 | Lisa A. Indelicato | Draft second interim fee application (1.1); internal discussions regarding same (.2). | 1.30 | 526.50 |
| 06/15/23 | Lisa A. Indelicato | Revise second interim fee application. | 1.20 | 486.00 |
| 06/16/23 | Lisa A. Indelicato | Correspond with G. Angelich regarding second interim fee application. | 0.10 | 40.50 |
| 06/21/23 | George P. Angelich | Review draft interim fee applications. | 0.40 | 344.00 |
| 06/21/23 | James E. Britton | Correspondence RE: fee applications (0.2). | 0.20 | 114.00 |
| 06/21/23 | Lisa A. Indelicato | Revise second interim fee application and circulate with monthly fee statements/invoices for comment. | 0.70 | 283.50 |
| 06/27/23 | Alyssa Fiorentino | Review and circulate upcoming dates/deadlines re: monthly and interim fee applications. | 0.10 | 29.00 |
| | | **Fee Total** | **10.50** | **$4,753.00** |

ArentFox Schiff LLP
Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2243121 |
| 00014 | Fee Applications | Page 9 |
| July 07, 2023 | | |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---:|---:|---:|
| George P. Angelich | 0.40 | 860.00 | 344.00 |
| James E. Britton | 2.00 | 570.00 | 1,140.00 |
| Lisa A. Indelicato | 8.00 | 405.00 | 3,240.00 |
| Alyssa Fiorentino | 0.10 | 290.00 | 29.00 |
| **Timekeeper Summary Total** | **10.50** | | **4,753.00** |

|  |  |
|---|---:|
| Current Fees | $4,753.00 |
| **Subtotal For This Matter** | **$4,753.00** |

ArentFox Schiff LLP
Attorneys at Law

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2243121 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | Page 10 |
| July 07, 2023 | | |

For Professional Services Rendered Through: June 30, 2023

Re: Disclosure Statement and Plan Matters and Solicitation

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 06/01/23 | George P. Angelich | Review draft solicitation procedures motion (.90); review draft Trust Agreement (1.0). | 1.90 | 1,634.00 |
| 06/01/23 | Justin Kesselman | Review motion for confirmation schedule (0.7); review liquidation analysis (0.5). | 1.20 | 792.00 |
| 06/05/23 | Justin Kesselman | Attn to finalized plan and disclosure statement. | 0.70 | 462.00 |
| 06/07/23 | James E. Britton | Review and analyze solicitation procedures motion (1.2). | 1.20 | 684.00 |
| 06/08/23 | James E. Britton | Draft update RE: soliciation procedures (0.2). | 0.20 | 114.00 |
| 06/15/23 | Justin Kesselman | Review and analyze comments from SEC to plan (0.6) | 0.60 | 396.00 |
| 06/16/23 | James E. Britton | Review and analyze UST comments to soliciation motion (0.2) and plan (0.2) and correspondence RE: same (0.2). | 0.60 | 342.00 |
| 06/16/23 | Justin Kesselman | Review UST comments to plan, order and motion. | 0.80 | 528.00 |
| 06/20/23 | George P. Angelich | Follow up re ERCP. | 0.30 | 258.00 |
| 06/20/23 | George P. Angelich | Attend TMA rooftop event. | 2.60 | 2,236.00 |
| 06/23/23 | Justin Kesselman | Review Winc voting report (0.2). | 0.20 | 132.00 |
| 06/25/23 | Justin Kesselman | Prepare for DS hearing | 1.20 | 792.00 |
| 06/26/23 | James E. Britton | Review and analyze comments to disclosure statement (0.2) and solicitation motion (0.2) and correspondence RE: same (0.2). | 0.60 | 342.00 |
| 06/26/23 | Justin Kesselman | Prepare for and attend disclosure statement hearing (3.5); review revisions to order (0.4). | 3.90 | 2,574.00 |
| 06/27/23 | Alyssa Fiorentino | Review and circulate upcoming dates/deadlines re: solicitation procedures. | 0.50 | 145.00 |
| 06/27/23 | George P. Angelich | Review dates and deadlines for solicitation. | 0.50 | 430.00 |
| 06/28/23 | Alyssa Fiorentino | Email with J. Britton re: solicitation | 0.10 | 29.00 |

| 044409 | Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2243121 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | Page 11 |
| July 07, 2023 | | |

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| | | dates/ballot. | | |
| 06/29/23 | George P. Angelich | Confer with J. Kesselman, M. Jobe and K. Clancy re plan solicitation, condition of newco, and request for information from RPA. | 0.50 | 430.00 |
| 06/30/23 | James E. Britton | Correspondence RE: trust next steps (0.2). | 0.20 | 114.00 |
| 06/30/23 | Justin Kesselman | Attn to creditor trustee candidates (.5) | 0.50 | 330.00 |
| | | **Fee Total** | **18.30** | **$12,764.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| George P. Angelich | 5.80 | 860.00 | 4,988.00 |
| Justin Kesselman | 9.10 | 660.00 | 6,006.00 |
| James E. Britton | 2.80 | 570.00 | 1,596.00 |
| Alyssa Fiorentino | 0.60 | 290.00 | 174.00 |
| **Timekeeper Summary Total** | **18.30** | | **12,764.00** |

| | Current Fees | $12,764.00 |
| | **Subtotal For This Matter** | **$12,764.00** |

ArentFox Schiff LLP<br>Attorneys at Law

| | |
|---|---|
| 044409    Official Committee of Unsecured Creditors of Winc, Inc., et al | Invoice Number 2243121 |
| | Page 12 |
| July 07, 2023 | |

|  |  |
|---|---:|
| Current Fees For All Matters | $22,132.50 |
| **Total Amount Due This Invoice** | **$22,132.50** |