**EXHIBIT C**

**COMPENSATION BY TIMEKEEPER**
**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| George P. Angelich | Partner since 2010. Member of PA bar since 2000. Member of DC bar since 2003. Member of NY bar since 2005. Bankruptcy & Financial Restructuring. | $860 | 7.70 | $6,622.00 |
| Justin A. Kesselman | Partner since 2022. Joined firm as an associate in 2013. Member of MA bar since 2013. Bankruptcy & Financial Restructuring. | $660 | 13.00 | $8,580.00 |
| James E. Britton | Joined firm as an associate in 2020. Member of the PA bar since 2018. Member of the MA bar since 2019. Bankruptcy & Financial Restructuring. | $570 | 5.60 | $3,192.00 |
| Lisa Indelicato | Bankruptcy Senior Paralegal Specialist | $405 | 8.30 | $3,361.50 |
| Alyssa Fiorentino | Paralegal. Bankruptcy and Financial Restructuring. | $290 | 1.30 | $377.00 |
| **TOTAL** | | | **35.90** | **$22,132.50** |

**Blended Rate (Attorneys Only)**: $699.39

AFDOCS:198499503.1