# Exhibit B

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS**

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS**
**SECOND INTERIM FEE APPLICATION**
**MARCH 1, 2023 THROUGH AND INCLUDING MAY 31, 2023**

| Name of Professional | Title/Position | Total Hours | Hourly Billing Rate* | Total Compensation |
|---|---|---|---|---|
| Kevin Clancy | Partner | 5.5 | $995 | $5,472.50 |
| Vinni Toppi | Partner | 2.9 | $995 | $2,885.50 |
| Molly Jobe | Director | 2.8 | $875 | $2,450.00 |
| Lydia Swonke | Senior Associate | 9.0 | $575 | $5,175.00 |
| Paula Lourenco | Paraprofessional | 56.8 | $300 | $17,040.00 |
|  | **Total** | **77.0** |  | **$33,023.00** |
| Carry-Over Reduction of Excess Fees* |  |  |  | $18,952.00* |
| Blended Fees after Carry-Over* |  |  |  | $51,975.00 |
|  |  |  |  |  |
|  |  |  |  | **$51,975.00** |
| Capped Blended Rate (All Timekeepers) |  |  | $675.00* |  |
|  |  |  |  |  |

* As an accommodation to the Committee, the normal hourly billing rates for CohnReznick LLP and for CohnReznick Capital Markets Securities, LLC are capped at a blended rate of $675 per hour. Due to CohnReznick's capped blended rate of $675 per hour, the 1st monthly statement application reflects a reduction of excess fees of $9,134.50 and the 2nd monthly statement application reflects a reduction of excess fees of $31,684.50, for a total carry over of excess fees in the amount of $40,819.00. A portion of the excess carry-over has been applied to the 3rd and 4th monthly statement applications, leaving an excess fee carry-over balance of $22,997.50. The amount of $13,029.00 has been applied from the excess fee carry-over balance to the combined 5th monthly statement application for the months of April through May 2023. After applying same, the excess fee carry-over balance is $9,968.50 and remains to be used.

*[Remainder of Page Left Intentionally Blank]*