# Exhibit C

**SUMMARY OF ACTIVITY CODE CATEGORY**

**SUMMARY BY ACTIVITY CODE CATEGORY**
**SECOND INTERIM FEE APPLICATION**
**MARCH 1, 2023 THROUGH AND INCLUDING MAY 31, 2023**

| Description | Hours | Fees |
|---|---|---|
| Analyze Assets and Liabilities | 1.3 | $1,233.50 |
| Case Administration (including retention matters) | 4.0 | $1,454.00 |
| Document Review/Index | 28.4 | $8,520.00 |
| Evaluate Sale of Debtors' Assets/Liquidation | 0.1 | $87.50 |
| General Telephone Conference | 1.0 | $785.00 |
| Litigation Matters/Attendance at Court | 0.3 | $298.50 |
| Monthly and Interim Fee Applications | 27.9 | $10,524.50 |
| Operating Reports/Results | 11.1 | $7,366.50 |
| Plan and Disclosure Statement | 1.2 | $1,194.00 |
| Prepare/Review Flash Report for Period Ending | 0.5 | $473.50 |
| Review of Proposed Transactions of Debtors | 0.3 | $298.50 |
| Review/Analyze Budget | 0.1 | $87.50 |
| Review/Analyze Historical Information | 0.8 | $700.00 |
| **Services Total:** | **77.0** | **$33,023.00** |

*[Remainder of Page Left Intentionally Blank]*