# Exhibit D

**PROFESSIONAL AND PARAPROFESSIONAL DETAIL BY CATEGORY CODE**

**WINC, INC.,** *et al.*                                                                                                    Page 1

Professional and Paraprofessional Detail by Category Code

March 1, 2023 through and including May 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 03/13/23 | Kevin Clancy | Analyze/Reconcile Claims | Review claims pleadings; UCC update. | 0.3 | 995 | 298.50 |
| 04/12/23 | Kevin Clancy | Analyze/Reconcile Claims | Review admin claim schedules. | 0.5 | 995 | 497.50 |
| 04/12/23 | Molly Jobe | Analyze/Reconcile Claims | Review Epiq site for filed admin claims related to post closing admin payables. | 0.3 | 875 | 262.50 |
| 04/12/23 | Molly Jobe | Analyze/Reconcile Claims | Provide filed admin claims that tie to post closing admin payables schedule from RPA to the AFS team. | 0.2 | 875 | 175.00 |
| | | **Analyze/Reconcile Claims Total** | | **1.3** | | **1,233.50** |
| 03/08/23 | Paula Lourenco | Case administration (including retention matters) | Emails from/to counsel's office re CNO's; docket review re pleadings, notices and filed CNO's. | 0.2 | 300 | 60.00 |
| 03/08/23 | Paula Lourenco | Case administration (including retention matters) | Review/analysis and prepared, finalized first monthly statement for the period through December 31, 2022, per filed CNO. | 0.4 | 300 | 120.00 |
| 03/08/23 | Paula Lourenco | Case administration (including retention matters) | Review/analysis and prepared, finalized second monthly statement for the period January 1, 2023 through January 31, 2023, per filed CNO. | 0.4 | 300 | 120.00 |
| 03/08/23 | Paula Lourenco | Case administration (including retention matters) | Emails from/to partner re: first and second monthly request; review, email to K Pleines (RPA) re: monthly statements and related requested information. | 0.1 | 300 | 30.00 |
| 03/20/23 | Paula Lourenco | Case administration (including retention matters) | Emails from/to counsel's office re February 2023 monthly statement application. | 0.1 | 300 | 30.00 |
| 03/22/23 | Paula Lourenco | Case administration (including retention matters) | Emails to/from J Manning (CRC) re: professionals' detail for February 2023. | 0.1 | 300 | 30.00 |
| 03/23/23 | Paula Lourenco | Case administration (including retention matters) | Email to counsel re: CR and CRC's third monthly statement/invoice and supporting documents through February 28, 2023, copy to appropriate recipients. | 0.2 | 300 | 60.00 |
| 03/24/23 | Paula Lourenco | Case administration (including retention matters) | Email to counsel's office re: notice, CR and CRC's third monthly application, exhibits A-D, copies to appropriate recipients. | 0.2 | 300 | 60.00 |
| 04/10/23 | Molly Jobe | Case administration (including retention matters) | Receive and review committee case update. | 0.2 | 875 | 175.00 |
| 04/10/23 | Paula Lourenco | Case administration (including retention matters) | Docket review re: notices, pleadings and filed professionals' monthlies. | 0.2 | 300 | 60.00 |
| 04/11/23 | Paula Lourenco | Case administration (including retention matters) | Emails from/to counsel's office (AF) re: February, March 2023 monthlies and first interim application. | 0.1 | 300 | 30.00 |
| 04/11/23 | Paula Lourenco | Case administration (including retention matters) | Email to counsel re: final CR and CRC's third monthly statement/invoice, supporting documents and notice, CR and CRC's third monthly application, exhibits A-D, updated to reference capped blended rate, and copies to appropriate recipients. | 0.3 | 300 | 90.00 |

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 04/11/23 | Paula Lourenco | Case administration (including retention matters) | Email to counsel re: CR and CRC's fourth monthly statement/invoice and supporting documents through March 31, 2023, copy to appropriate recipients. | 0.2 | 300 | 60.00 |
| 04/13/23 | Paula Lourenco | Case administration (including retention matters) | Emails from/to counsel's office (AF) re: February 2023 monthly statement application and timeline for first interim application. | 0.1 | 300 | 30.00 |
| 04/14/23 | Paula Lourenco | Case administration (including retention matters) | Email to counsel's office re: CR and CRC's first interim application and exhibits A-E, copies to appropriate recipients. | 0.2 | 300 | 60.00 |
| 04/18/23 | Paula Lourenco | Case administration (including retention matters) | Email to counsel's office re: notice, CR and CRC's fourth monthly application, exhibits A-D, copies to appropriate recipients. | 0.2 | 300 | 60.00 |
| 04/18/23 | Paula Lourenco | Case administration (including retention matters) | Docket review re: pleadings, notices; filed CR and CRC's interim application. | 0.2 | 300 | 60.00 |
| 05/19/23 | Kevin Clancy | Case administration (including retention matters) | Review correspondence from counsel re: monthly fee app. | 0.2 | 995 | 199.00 |
| 05/25/23 | Paula Lourenco | Case administration (including retention matters) | Review/prepared final, email to counsel's office re: CR and CRC's fifth monthly statement/invoice and supporting documents, and notice, CR and CRC's fifth monthly application, exhibits A-E, copies to appropriate recipients. | 0.4 | 300 | 120.00 |
| | | **Case administration (including retention matters) Total** | | **4.0** | | **1,454.00** |
| 03/22/23 | Paula Lourenco | Document Review/Index | Review/analysis, initiated preparation of professionals' spreadsheet for, in support of statement/invoice for UCC. | 1.9 | 300 | 570.00 |
| 03/23/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' fees for/in preparation of monthly fee statement. | 1.4 | 300 | 420.00 |
| 03/23/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' fees, coding for/in support of CR and CRC's fee statement for the period through February 28, 2023. | 1.6 | 300 | 480.00 |
| 03/23/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' fee schedule, supporting documents for CR/CRC's monthly statement. | 0.6 | 300 | 180.00 |
| 03/23/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of supporting documents, summaries/charts for preparation of CR and CRC's third monthly statement/invoice. | 0.9 | 300 | 270.00 |
| 03/23/23 | Paula Lourenco | Document Review/Index | Continued review/analysis/preparation of professionals' fees/code, summaries for all timekeepers through February 28, 2022; emails to K Clancy and V Toppi (CR) re: same. | 0.9 | 300 | 270.00 |
| 03/23/23 | Paula Lourenco | Document Review/Index | Emails from/to V Toppi, copy K Clancy (CR) re: third monthly statement/invoice, comments; review, prepared/updated exhibits, one page cover statement; emails from/to K Clancy (CR) re: same. | 0.2 | 300 | 60.00 |

**WINC, INC., *et al.*** Page 3

Professional and Paraprofessional Detail by Category Code
March 1, 2023 through and including May 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 04/10/23 | Paula Lourenco | Document Review/Index | Review/analysis, initiated preparation of professionals' spreadsheet for, in support of statement/invoice for UCC. | 0.8 | 300 | 240.00 |
| 04/10/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' fees, coding for/in support of CR and CRC's fee statement for the period through March 31, 2023. | 1.3 | 300 | 390.00 |
| 04/10/23 | Paula Lourenco | Document Review/Index | Continued review/analysis/preparation of professionals' fees/code, summaries for all timekeepers through March 31, 2023; emails to K Clancy and V Toppi (CR) re: same. | 1.1 | 300 | 330.00 |
| 04/11/23 | Paula Lourenco | Document Review/Index | Review/analysis, prepared, updated exhibits, one page cover statement; emails to/from K Clancy, to V Toppi (CR) re: fourth monthly statement and supporting documents. | 0.4 | 300 | 120.00 |
| 04/13/23 | Paula Lourenco | Document Review/Index | Review/analysis, preparation of exhibits for, in support of CR and CRC's first interim fee application. | 1.6 | 300 | 480.00 |
| 04/13/23 | Paula Lourenco | Document Review/Index | Continued preparation of exhibits for, and in support of CR and CRC's first interim application for period December 20, 2022 through and including February 28, 2023. | 1.3 | 300 | 390.00 |
| 04/13/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' detail by code, summaries, exhibits for preparation/in support of CR and CRC's first interim fee application. | 0.7 | 300 | 210.00 |
| 04/13/23 | Paula Lourenco | Document Review/Index | Review/analysis of exhibits/updated; continued review/analysis and preparation of CR and CRC's first interim fee application through February 28, 2023. | 1.3 | 300 | 390.00 |
| 04/13/23 | Paula Lourenco | Document Review/Index | Review/analysis and initiated preparation of narrative summaries for each project category in support of interim application. | 1.1 | 300 | 330.00 |
| 04/13/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued review/preparation of narrative summaries for each project category for/in support of first interim fee application through February 28, 2023. | 1.2 | 300 | 360.00 |
| 04/13/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued review/preparation of narrative summaries for each project category for/in support of first interim fee application. | 0.6 | 300 | 180.00 |
| 04/14/23 | Paula Lourenco | Document Review/Index | Review/analysis of application summary sheet, application and exhibits; email to K. Clancy, V. Toppi (CR) re: same attached. | 0.4 | 300 | 120.00 |
| 04/17/23 | Paula Lourenco | Document Review/Index | Review/analysis and prepared narrative summaries for each project category in support of CR and CRC's monthly application for the period ending March 31, 2023. | 1.6 | 300 | 480.00 |

WINC, INC., *et al.*                                                                 Page 4

Professional and Paraprofessional Detail by Category Code
March 1, 2023 through and including May 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 04/18/23 | Paula Lourenco | Document Review/Index | Review/analysis, continued preparation of narrative summaries for each project category, for/in support of CR and CRC's fourth monthly application. | 0.8 | 300 | 240.00 |
| 05/22/23 | Paula Lourenco | Document Review/Index | Review/analysis, initiated preparation of professionals' spreadsheet for, in support of statement/invoice for UCC. | 1.1 | 300 | 330.00 |
| 05/22/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' fees, coding for/in support of CR and CRC's fee statement for the period through April 30, 2023. | 1.2 | 300 | 360.00 |
| 05/22/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of supporting documents, summaries/charts for preparation of CR and CRC's fifth monthly statement/invoice. | 0.6 | 300 | 180.00 |
| 05/22/23 | Paula Lourenco | Document Review/Index | Continued review/analysis/preparation of professionals' fees/code, summaries for all timekeepers through April 30, 2023; emails to/from K Clancy, to V Toppi (CR) re: same. | 0.5 | 300 | 150.00 |
| 05/23/23 | Paula Lourenco | Document Review/Index | Emails from/to K Clancy (CR) re: professionals' fees; review/analysis and prepared/updated fee schedule of monthlies, interim and carry-over fees, emails to/from K Clancy (CR) re: work activity calc. | 0.7 | 300 | 210.00 |
| 05/23/23 | Paula Lourenco | Document Review/Index | Emails from/to K Clancy (CR) re: April 2023 monthly statement; review/analysis, prepared, updated professionals' spreadsheet for, in support of statement/invoice for UCC. | 0.3 | 300 | 90.00 |
| 05/24/23 | Paula Lourenco | Document Review/Index | Review/analysis and prepared narrative summaries for each project category in support of CR and CRC's monthly application for the period ending April 30, 2023. | 1.1 | 300 | 330.00 |
| 05/25/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of CohnReznick and CRC's fifth monthly application, exhibits A-E for/in support of the monthly application; emails to/from K Clancy, to V Toppi (CR) re: same, draft final attached. | 1.2 | 300 | 360.00 |
| | | **Document Review/Index Total** | | **28.4** | | **8,520.00** |
| 04/21/23 | Molly Jobe | Evaluate Sale of Debtors' Assets/Liquidation | Update G Angelich (AFS) regarding status of liquidation analysis from RPA. | 0.1 | 875 | 87.50 |
| | | **Evaluate Sale of Debtors' Assets/Liquidation Total** | | **0.1** | | **87.50** |
| 03/23/23 | Lydia Swonke | General Telephone Conference | Call with V Toppi to discuss tasks for Winc that need to be completed | 0.5 | 575 | 287.50 |
| 03/23/23 | Vinni Toppi | General Telephone Conference | Call with L Swonke to discuss tasks and next steps. | 0.5 | 995 | 497.50 |
| | | **General Telephone Conference Total** | | **1.0** | | **785.00** |
| 05/12/23 | Kevin Clancy | Litigation Matters/Attendance at Court | Review correspondence from counsel re: hearing. | 0.3 | 995 | 298.50 |
| | | **Litigation Matters/Attendance at Court Total** | | **0.3** | | **298.50** |

**WINC, INC.,** *et al.* Page 5

Professional and Paraprofessional Detail by Category Code
March 1, 2023 through and including May 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 03/23/23 | Kevin Clancy | Monthly and Interim Fee Applications | Review fee app. | 0.5 | 995 | 497.50 |
| 03/23/23 | Vinni Toppi | Monthly and Interim Fee Applications | Review monthly fee statement and provide comments to P Lourenco | 0.4 | 995 | 398.00 |
| 03/24/23 | Kevin Clancy | Monthly and Interim Fee Applications | Review third fee app. | 0.3 | 995 | 298.50 |
| 03/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, preparation of monthly fee application for the period through and including February 28, 2023. | 1.7 | 300 | 510.00 |
| 03/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of CR and CRC's third monthly pleadings for February 2023. | 0.9 | 300 | 270.00 |
| 03/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and prepared narrative summaries for each project category in support of CR and CRC's monthly application for the period ending February 28, 2023. | 1.5 | 300 | 450.00 |
| 03/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, continued preparation of narrative summaries for each project category, for/in support of CR and CRC's third monthly application. | 1.3 | 300 | 390.00 |
| 03/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared Notice to CohnReznick and CRC's third monthly fee application. | 0.4 | 300 | 120.00 |
| 03/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared K. Clancy's declaration in support of CohnReznick and CRC's third monthly application for February 2023. | 0.4 | 300 | 120.00 |
| 03/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared J. Manning's declaration in support of CohnReznick and CRC's third monthly application for February 2023. | 0.4 | 300 | 120.00 |
| 03/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of CohnReznick and CRC's third monthly application, exhibits A-D for/in support of the monthly application; email to, corresponded with K Clancy, V Toppi (CR) re: same, draft final attached. | 1.2 | 300 | 360.00 |
| 04/10/23 | Kevin Clancy | Monthly and Interim Fee Applications | Review draft fee app. | 0.5 | 995 | 497.50 |
| 04/13/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and initiated preparation of CR and CRC's first interim fee application cover and application for the interim period from December 20, 2022 through February 28, 2023. | 1.9 | 300 | 570.00 |
| 04/13/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of first interim fee application of CR as financial advisors and CRC as investment banker to the committee for the period December 20, 2022 through and including February 2023. | 1.4 | 300 | 420.00 |
| 04/14/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of CR and CRC's first interim fee application for the period ending February 28, 2023. | 1.6 | 300 | 480.00 |

**WINC, INC.,** *et al.*  Page 6

Professional and Paraprofessional Detail by Category Code
March 1, 2023 through and including May 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 04/14/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of first interim fee application of CR as financial advisors and CRC as investment banker to the committee through February 28, 2023. | 1.4 | 300 | 420.00 |
| 04/14/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of CR and CRC's first interim fee application for the period December 20, 2022 through and including February 2023. | 1.2 | 300 | 360.00 |
| 04/14/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and prepared K. Clancy's declaration in support of the first interim fee application. | 0.4 | 300 | 120.00 |
| 04/14/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and prepared J. Manning's declaration in support of the first interim fee application. | 0.4 | 300 | 120.00 |
| 04/14/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared Notice to CohnReznick and CRC's first interim fee application. | 0.4 | 300 | 120.00 |
| 04/17/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, preparation of monthly fee application for the period through and including March 31, 2023. | 1.7 | 300 | 510.00 |
| 04/18/23 | Kevin Clancy | Monthly and Interim Fee Applications | Review monthly fee app. | 0.4 | 995 | 398.00 |
| 04/18/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared Notice to CohnReznick and CRC's fourth monthly fee application. | 0.4 | 300 | 120.00 |
| 04/18/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared K. Clancy's declaration in support of CohnReznick and CRC's fourth monthly application for March 2023. | 0.4 | 300 | 120.00 |
| 04/18/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared J. Manning's declaration in support of CohnReznick and CRC's fourth monthly application for March 2023. | 0.4 | 300 | 120.00 |
| 04/18/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of CohnReznick and CRC's fourth monthly application, exhibits A-D for/in support of the monthly application; email to, corresponded with K Clancy, V Toppi (CR) re: same, draft final attached. | 1.6 | 300 | 480.00 |
| 05/23/23 | Kevin Clancy | Monthly and Interim Fee Applications | Address open issues on fee apps/invoices. | 0.5 | 995 | 497.50 |
| 05/23/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, preparation of monthly fee application for the period through and including April 30, 2023. | 1.2 | 300 | 360.00 |
| 05/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of CR and CRC's fifth monthly pleadings for April 2023. | 1.4 | 300 | 420.00 |
| 05/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared Notice to CohnReznick and CRC's fifth monthly fee application. | 0.4 | 300 | 120.00 |
| 05/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared K. Clancy's declaration in support of CohnReznick and CRC's fifth monthly application for April 2023. | 0.4 | 300 | 120.00 |

**WINC, INC., *et al.*** Page 7
Professional and Paraprofessional Detail by Category Code
March 1, 2023 through and including May 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 05/24/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared J. Manning's declaration in support of CohnReznick and CRC's fifth monthly application for April 2023. | 0.4 | 300 | 120.00 |
| 05/26/23 | Kevin Clancy | Monthly and Interim Fee Applications | Review monthly fee apps. | 0.5 | 995 | 497.50 |
| | | **Monthly and Interim Fee Applications Total** | | **27.9** | | **10,524.50** |
| 03/23/23 | Lydia Swonke | Operating Reports/Results | Review of February's MOR | 2.3 | 575 | 1,322.50 |
| 03/23/23 | Lydia Swonke | Operating Reports/Results | Compiled MOR statements and created consolidated spreadsheet | 2.7 | 575 | 1,552.50 |
| 03/23/23 | Lydia Swonke | Operating Reports/Results | Reviewed and analyzed consolidated MOR statement spreadsheet | 2.0 | 575 | 1,150.00 |
| 03/24/23 | Lydia Swonke | Operating Reports/Results | Compiled observations from review of MOR and created list to inquire with counsel | 1.5 | 575 | 862.50 |
| 03/30/23 | Vinni Toppi | Operating Reports/Results | Review MORs; review summary analysis; prepare committee update slides | 1.3 | 995 | 1,293.50 |
| 03/31/23 | Vinni Toppi | Operating Reports/Results | Finalize committee update deck and circulate | 0.2 | 995 | 199.00 |
| 04/04/23 | Vinni Toppi | Operating Reports/Results | Review email re: vendor payments; exchange emails with counsel re: follow-up | 0.2 | 995 | 199.00 |
| 04/05/23 | Molly Jobe | Operating Reports/Results | Review proposed admin payments by the debtor against critical vendor and AP history and prior approved payments and budget. | 0.4 | 875 | 350.00 |
| 04/05/23 | Molly Jobe | Operating Reports/Results | Communications with V Toppi (CR) regarding debtor's proposed admin payments. | 0.2 | 875 | 175.00 |
| 04/05/23 | Molly Jobe | Operating Reports/Results | Draft communication to AFS team regarding debtor's proposed admin payments and request permission to conduct outreach to RPA for further information. | 0.2 | 875 | 175.00 |
| 04/06/23 | Molly Jobe | Operating Reports/Results | Communications with K Pleines (RPA) regarding admin payables and meeting request. | 0.1 | 875 | 87.50 |
| | | **Operating Reports/Results Total** | | **11.1** | | **7,366.50** |
| 05/24/23 | Kevin Clancy | Plan and Disclosure Statement | Review updated POR and trust agreement; correspond with counsel. | 1.2 | 995 | 1,194.00 |
| | | **Plan and Disclosure Statement Total** | | **1.2** | | **1,194.00** |
| 03/13/23 | Molly Jobe | Prepare/Review Flash Report for Period Ending | Receive and review committee update from J Britton (AF). | 0.2 | 875 | 175.00 |
| 03/30/23 | Kevin Clancy | Prepare/Review Flash Report for Period Ending | Review MOR flash report. | 0.3 | 995 | 298.50 |
| | | **Prepare/Review Flash Report for Period Ending Total** | | **0.5** | | **473.50** |
| 03/22/23 | Vinni Toppi | Review of Proposed Transactions of Debtors | Review MOR's filed by Debtors | 0.3 | 995 | 298.50 |
| | | **Review of Proposed Transactions of Debtors Total** | | **0.3** | | **298.50** |
| 05/15/23 | Molly Jobe | Review/Analyze Budget | Follow-ups with RPA regarding status of liquidation budget. | 0.1 | 875 | 87.50 |
| | | **Review/Analyze Budget Total** | | **0.1** | | **87.50** |

**WINC, INC., *et al.*** Page 8
Professional and Paraprofessional Detail by Category Code
March 1, 2023 through and including May 31, 2023

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 04/10/23 | Molly Jobe | Review/Analyze Historical Information | Receive and review pre-closing admin payment detail for trade payables provided by K Pleines (RPA). | 0.3 | 875 | 262.50 |
| 04/11/23 | Molly Jobe | Review/Analyze Historical Information | Meeting with K Pleines (RPA) regarding post-closing admin payments. | 0.3 | 875 | 262.50 |
| 04/12/23 | Molly Jobe | Review/Analyze Historical Information | Draft update to AFS regarding admin payment review with RPA and provide underlying detail on trade payable invoicing. | 0.2 | 875 | 175.00 |
| | | **Review/Analyze Historical Information Total** | | **0.8** | | **700.00** |
| | | **Grand Total** | | **77.0** | | **33,023.00** |

**WINC, INC., *et al.*  
CohnReznick LLP and CohnReznick Capital Markets Securities, LLC  
SECOND INTERIM FEE APPLICATION  
March 1, 2023 through and including May 31, 2023  
Summary of Professional and Paraprofessional Timekeepers  
By Activity Code Category**

| Name | Position | Activity Code Category | Hours | Rates* | Fee |
|---|---|---|---|---|---|
| Kevin Clancy | Partner | Analyze/Reconcile Claims | 0.80 | 995 | 796.00 |
| Molly Jobe | Director | Analyze/Reconcile Claims | 0.50 | 875 | 437.50 |
| | | Activity Subtotal: | | | $ 1,233.50 |
| Kevin Clancy | Partner | Case Administration | 0.20 | 995 | 199.00 |
| Molly Jobe | Director | Case Administration | 0.20 | 875 | 175.00 |
| Paula Lourenco | Paraprofessional | Case Administration | 3.60 | 300 | 1,080.00 |
| | | Activity Subtotal: | | | $ 1,454.00 |
| Paula Lourenco | Paraprofessional | Document Review | 28.40 | 300 | 8,520.00 |
| | | Activity Subtotal: | | | $ 8,520.00 |
| Molly Jobe | Director | Evaluate Sale of Debtors' Assets/Liquidation | 0.10 | 875 | 87.50 |
| | | Activity Subtotal: | | | $ 87.50 |
| Vinni Toppi | Partner | General Telephone Conference | 0.50 | 995 | 497.50 |
| Lydia Swonke | Senior Associate | General Telephone Conference | 0.50 | 575 | 287.50 |
| | | Activity Subtotal: | | | $ 785.00 |
| Kevin Clancy | Partner | Litigation Matters/Attendance at Court | 0.30 | 995 | 298.50 |
| | | Activity Subtotal: | | | $ 298.50 |
| Kevin Clancy | Partner | Monthly and Interim Fee Applications | 2.70 | 995 | 2,686.50 |
| Vinni Toppi | Partner | Monthly and Interim Fee Applications | 0.40 | 995 | 398.00 |
| Paula Lourenco | Paraprofessional | Monthly and Interim Fee Applications | 24.80 | 300 | 7,440.00 |
| | | Activity Subtotal: | | | $ 10,524.50 |
| Kevin Clancy | Partner | Operating Reports/Results | 1.70 | 995 | 1,691.50 |
| Vinni Toppi | Partner | Operating Reports/Results | 0.90 | 875 | 787.50 |
| Lydia Swonke | Senior Associate | Operating Reports/Results | 8.50 | 575 | 4,887.50 |
| | | Activity Subtotal: | | | $ 7,366.50 |
| Kevin Clancy | Partner | Plan and Disclosure Statement | 1.20 | 995 | 1,194.00 |
| | | Activity Subtotal: | | | $ 1,194.00 |
| Kevin Clancy | Partner | Prepare/Review Flash Report for Period Ending | 0.30 | 995 | 298.50 |
| Molly Jobe | Director | Prepare/Review Flash Report for Period Ending | 0.20 | 875 | 175.00 |
| | | Activity Subtotal: | | | $ 473.50 |
| Vinni Toppi | Partner | Review of Proposed Transactions of Debtors | 0.30 | 995 | 298.50 |
| | | Activity Subtotal: | | | $ 298.50 |
| Molly Jobe | Director | Review/Analyze Budget | 0.10 | 875 | 87.50 |
| | | Activity Subtotal: | | | $ 87.50 |
| Molly Jobe | Director | Review/Analyze Historical Information | 0.80 | 875 | 700.00 |
| | | Activity Subtotal: | | | $ 700.00 |

| | | **WINC, INC.,** *et al.* **CohnReznick LLP and CohnReznick Capital Markets Securities, LLC SECOND INTERIM FEE APPLICATION March 1, 2023 through and including May 31, 2023 Summary of Professional and Paraprofessional Timekeepers By Activity Code Category** | | | |
|---|---|---|---|---|---|
| **Name** | **Position** | **Activity Code Category** | **Hours** | **Rates*** | **Fee** |
| | | | | | |
| **Grand Total** | | | **77.00** | | **$ 33,023.00** |
| | | | | | |
| *As an accommodation to the Committee, the normal billing rates for CohnReznick LLP and for CohnReznick Capital Markets Securities, LLC are capped at a blended rate of $675 per hour. | | | | | |