# EXHIBIT A

**A M Saccullo Legal, LLC**

27 Crimson King Drive
Bear, DE  19701 US
302-836-8877
AMS@SacculloLegal.com
www.saccullolegal.com



# INVOICE

BILL TO
Official Committee of Unsecured Creditors of Winc Inc

| | | | | |
|---|---|---|---|---|
| INVOICE | 1763 |
| DATE | 07/10/2023 |
| TERMS | Net 30 |
| DUE DATE | 08/09/2023 |

| DATE | NAME | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | Billable Time | | | | |
| 06/01/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence (x2) from Justin Kesselman regarding solicitation procedures motion and response to same. | 0:12 | 565.00 | 113.00 |
| 06/01/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence AMS regarding plan supplement and additional correspondence regarding Trust agreement. | 0:06 | 565.00 | 56.50 |
| 06/02/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing solicitation motion and caselaw from Debtors' counsel. | 1:24 | 565.00 | 791.00 |
| 06/08/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from J. Britton regarding report to the Committee with attachment. | 0:12 | 565.00 | 113.00 |
| 06/12/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from G. Angelich regarding fee applications and committee review. | 0:06 | 565.00 | 56.50 |
| 06/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding fee applications and filing of same; response to same. | 0:06 | 565.00 | 56.50 |
| 06/15/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from J. Leamy regarding proposed revisions to solicitation procedures and proposed order. | 0:18 | 565.00 | 169.50 |
| 06/15/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from A. Mielke in response to SEC comments on Combined D/S and Plan. | 0:06 | 565.00 | 56.50 |
| 06/16/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from J. Leamy regarding comments on Plan/DS and related redline. | 0:18 | 565.00 | 169.50 |
| 06/16/2023 | M. Hurford | BK Retention/Fee Applications | Correspondence to AF counsel regarding AMSL Combined Monthly for April and May 2023. | 0:06 | 565.00 | 56.50 |
| 06/16/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing and revising AMSL Combined Monthly for April and May 2023. | 0:48 | 565.00 | 452.00 |
| 06/19/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from JK, A. Mielke and J. Brooks regarding revised order and plan documents. | 0:12 | 565.00 | 113.00 |

| Date | Timekeeper | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/21/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence form JK and A. Miekle regarding revisions to plan and reporting requirements/fees. | 0:06 | 565.00 | 56.50 |
| 06/21/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton to Committee regarding professional fee applications. | 0:06 | 565.00 | 56.50 |
| 06/22/2023 | M. Hurford | BK Case Administration | Reviewing Monthly Operating Reports. | 0:06 | 565.00 | 56.50 |
| 06/23/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from A. Mielke regarding voting report from Epiq and response to same from JK. | 0:12 | 565.00 | 113.00 |
| 06/23/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from G. Angelich and J. Britton regarding filing of fee applications and timing; reviewing and responding to same; correspondence from G. Angelich to A. Mielke regarding same; reviewing correspondence from M. Lunn and A. Mielke regarding same. | 0:18 | 565.00 | 169.50 |
| 06/25/2023 | M. Hurford | BK Plan & Disclosure Statement | Preparing for hearing. | 1:42 | 565.00 | 960.50 |
| 06/25/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising ArentFox Combined Monthly for April and May 2023; correspondence to and from Parcels for filing and service. | 0:30 | 565.00 | 282.50 |
| 06/25/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising CohnReznick Combined Monthly for April and May 2023; correspondence to and from Parcels for filing and service. | 0:30 | 565.00 | 282.50 |
| 06/26/2023 | M. Hurford | BK Plan & Disclosure Statement | Preparing for hearing on Combined D/S and Plan, including meeting with Justin Kesselman. | 2:18 | 565.00 | 1,299.50 |
| 06/26/2023 | M. Hurford | BK Plan & Disclosure Statement | Attending combined hearing on Combined D/S and Plan. | 0:30 | 565.00 | 282.50 |
| 06/26/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing various correspondence from A. Mielke regarding revisions to Plan documents, including correspondence from R. Schepacarter and JK. | 0:24 | 565.00 | 226.00 |
| 06/26/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising ArentFox Interim Fee Application for filing and service. | 0:30 | 565.00 | 282.50 |
| 06/26/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from Parcels regarding ArentFox Interim Fee Application for filing and service. | 0:06 | 565.00 | 56.50 |
| 06/26/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing and revising AMSL Combined April and May 2023 Monthly Fee Application. | 0:24 | 565.00 | 226.00 |
| 06/26/2023 | M. Hurford | BK Retention/Fee Applications | Correspondence to and from Parcels regarding filing and service of AMSL Combined April and May 2023 Monthly Fee Application. | 0:06 | 565.00 | 56.50 |
| 06/27/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing CNO on RPA May Monthly Fee Application; reviewing Order on Combined Plan and DS | 0:06 | 565.00 | 56.50 |
| 06/27/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from Shella B. regarding draft exclusivity motion and review of same. | 0:12 | 565.00 | 113.00 |

| Date | Attorney | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/30/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing May fee application for YCS&T. | 0:06 | 565.00 | 56.50 |
| | | Subtotal: Billable Time | | | | 6,836.50 |

### Billable Expenses

| Date | Description | Amount |
|---|---|---|
| 06/27/2023 | 1 e-filing fee @ $15 each | 15.00 |
| 06/27/2023 | 424 copies @ $0.10 each | 42.40 |
| 06/27/2023 | USPS postage fees for 8 mailings @ $2.22 each | 17.76 |
| 06/27/2023 | 1 e-filing fee @ $15 each | 15.00 |
| 06/27/2023 | 168 copies @ $0.10 each | 16.80 |
| 06/29/2023 | 384 B&W pages printed @ $0.10 each | 38.40 |
| | Subtotal: | 145.36 |

**BALANCE DUE** **$6,981.86**