**In re Winc, Inc., et al.,**  **Lead Case No. 22-11238**
                    Debtors                                    Reporting Period: June 1, 2023 through June 30, 2023

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| Receipts |  |  |  |
| Operating receipts | $ - | $ 3,687,611 | $ - |
| Related entity receipts | - | - | - |
| Other Receipts | 3,907 | - | - |
| **Total Receipts** | **$ 3,907** | **$ 3,687,611** | **$ -** |
|  |  |  |  |
| Disbursements |  |  |  |
| Administrative and selling costs | $ (122,923) | $ (4,045,010) | $ - |
| Related entity disbursements | - | - | - |
| Professional fees | - | - | - |
| Taxes | - | - | - |
| Effective date disbursements | - | - | - |
| Other disbursements | - |  | - |
| **Total Disbursements** | **$ (122,923)** | **$ (4,045,010)** | **$ -** |
|  |  |  |  |
| **Net Cash Flow** | **$ (119,016)** | **$ (357,399)** | **$ -** |
|  |  |  |  |
| Cash Rollforward |  |  |  |
| **Beginning Cash Balance - June 1, 2023** | **$ 1,754,323** | **$ 1,137,726** | **$ -** |
| Net Cash Flow | (119,016) | (357,399) | - |
| **Ending Cash Balance - June 30, 2023** | **$ 1,635,307** | **$ 780,327** | **$ -** |

**In re Winc, Inc., et al.,**  **Lead Case No. 22-11238**
         Debtors  Reporting Period: June 1, 2023 through June 30, 2023

**BALANCE SHEETS AS OF June 30, 2023**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| Assets |  |  |  |
| Cash and cash equivalents | $ 1,635,307 | $ 780,327 | $ - |
| Accounts receivable | 6,653 | 4,540,594 | - |
| Other receivables | 55,918 | 16,572 | - |
| Inventory | - | 22,418,438 | - |
| Prepaids and other current assets | 1,692,007 | 1,199,112 | - |
| **Total Current Assets** | **$ 3,389,885** | **$ 28,955,043** | **$ -** |
|  |  |  |  |
| Fixed assets | $ - | $ 593,582 | $ - |
| Intangible assets | - | - | - |
| Other assets | 20,071 | 365,584 | - |
| **Total Assets** | **$ 3,409,956** | **$ 29,914,209** | **$ -** |

**In re Winc, Inc., et al.,**  Lead Case No. 22-11238
                    Debtors  Reporting Period: June 1, 2023 through June 30, 2023

**BALANCE SHEETS AS OF June 30, 2023**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| Liabilities |  |  |  |
| Accounts payable | $ - | $ - | $ - |
| Credit card liability | 1,742,252 | - | - |
| Accrued liabilities | 434,788 | 820,937 | - |
| Intercompany liability due (to)/from | - | - | - |
| Other current liabilities | - | - | - |
| Loans payable | - | - | - |
| Other current liabilities | - | - | - |
| **Total Current Liabilities** | **$ 2,177,039** | **$ 820,937** | **$ -** |
| Long term liabilities | - | - | - |
| **Total Non-Current Liabilities** | **$ -** | **$ -** | **$ -** |
| *Liabilities Subject to Compromise* |  |  |  |
| Accounts payable and other | 125,285,580 | (101,876,743) | - |
| **Liabilities Subject to Compromise Total** | **$ 125,285,580** | **$ (101,876,743)** | **$ -** |
| **Total Liabilities** | **$ 127,462,619** | **$ (101,055,806)** | **$ -** |
| **Total Net Equity** | **$ (124,052,663)** | **$ 130,970,015** | **$ -** |
| **Total Liabilities and Net Equity** | **$ 3,409,956** | **$ 29,914,209** | **$ -** |

**In re Winc, Inc., et al.,**                                           Lead Case No. 22-11238
                              Debtors                                    Reporting Period: June 1, 2023 through June 30, 2023

## INCOME STATEMENTS

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| Income from ordinary activities | $ - | $ 4,584,953 | $ - |
| Other income | - | - | - |
| Cost of sales | 1,722 | 2,843,428 | - |
| **Gross Income** | **$ (1,722)** | **$ 1,741,526** | **$ -** |
| | | | |
| Marketing expense | $ - | $ 216,211 | $ - |
| Personnel expense | - | 74,725 | - |
| Production and operations expense | - | 159,828 | - |
| General & administrative expense | 208,653 | 167,400 | - |
| Interest | - | 148 | - |
| Reorganization items | - | - | - |
| Other expense | (244) | 20,279 | - |
| **Income Before Tax** | **$ (210,131)** | **$ 1,102,935** | **$ -** |
| | | | |
| Income tax benefit (expense) | $ - | $ - | $ - |
| | | | |
| **Net Income (Loss) for Period** | **$ (210,131)** | **$ 1,102,935** | **$ -** |

**In re Winc, Inc., et al.,**  
                 Debtors

**Lead Case No. 22-11238**  
**Reporting Period: June 1, 2023 through June 30, 2023**

## LISTING OF BANK ACCOUNTS

| Account Holder | Bank Name | Account Number | End of Period Book Balances (USD) | Opened or Closed During Period |
|---|---|---|---|---|
| Winc, Inc. | Banc of Califoria | x0698 | $ 1,632,807 | No |
| BWSC, LLC | Banc of Califoria | x7078 | $ 780,327 | No |
| Winc, Inc. | Banc of Califoria | x5224 | $ 2,500 | No |