**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WINC, INC., *et al.,* | : | Case No. 22-11238 (LSS) |
| | : | |
| | : | **Hearing Date: August 3, 2023, at 10:00 a.m.** |
| Debtors. | : | **Confirmation Obj.: July 28, 2023, at 4:00 p.m.** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 27, 2023 a copy of the OBJECTION BY THE UNITED STATES TO COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF WINC, INC. AND ITS AFFILIATED DEBTORS was served on the following in the manner indicated below:

*Counsel to the Debtors*
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Attn: Matthew B. Lunn, Esq.
Allison S. Mielke, Esq.
Email to: amielke@ycst.com,
mlunn@ycst.com
    -and-
The Office of the United States Trustee for the District of Delaware
844 King Street, Suite 2207, Lockbox 35,
Wilmington, DE, 19801
Attn: Jane M. Leamy, Esq.
Email to: jane.m.leamy@usdoj.gov

*Counsel to the Committee*

ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Attn: George P. Angelich, Esq.
Email to: george.angelich@afslaw.com
    -and-
800 Boylston Street, 32nd Floor
Boston, MA 01299
Attn: Justin A. Kesselman, Esq., James E. Britton, Esq.
Email to: justin.kesselman@afslaw.com,
james.britton@afslaw.com
    -and-
A.M. Saccullo Legal LLC,
27 Crimson King Drive
Bear, DE 19701
Attn: Anthony M. Saccullo, Esq.,
Mark T. Hurford, Esq.
Email to: mark@saccullolegal.com,
ams@saccullolegal.com

    */s/ Montasha Saunders*
    Montasha Saunders
    Legal Assistant