# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Docket Ref. Nos. 61 & 127** |

### NOTICE OF FILING OF DEBTORS'
### SECOND QUARTERLY STATEMENT REGARDING
### PAYMENTS MADE TO ORDINARY COURSE PROFESSIONALS
### FOR SERVICES PROVIDED DURING THE PERIOD FROM
### MARCH 1, 2023 TO AND INCLUDING MAY 31, 2023

**PLEASE TAKE NOTICE** that, on January 4, 2023, the United States Bankruptcy Court for the District of Delaware entered the *Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Waiving Certain Information Requirements of Local Rule 2016-2* [Docket No. 127] (the "OCP Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the OCP Procedures set forth in the OCP Order, the Debtors hereby provide notice that, during the period beginning March 1, 2023 to and including May 31, 2023, the Debtors did not make any payments to any Ordinary Course Professional.

*[Signature page follows]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the OCP Order.

| | |
|---|---|
| Dated: July 31, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Joshua B. Brooks*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Joshua B. Brooks (No. 6765)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>            mlunn@ycst.com<br>            amielke@ycst.com<br>            jbrooks@ycst.com<br>            sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |