**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 403 |

**NOTICE OF FILING OF (I) REVISED COMBINED DISCLOSURE
STATEMENT AND JOINT CHAPTER 11 PLAN OF WINC, INC.
AND ITS AFFILIATED DEBTORS; AND (II) BLACKLINE THEREOF**

**PLEASE TAKE NOTICE** that, on June 27, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed the solicitation version of the *Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors* [Docket No. 403] (as amended, modified, or supplemented from time to time, the "Disclosure Statement and Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have made certain modifications to the Disclosure Statement and Plan, a copy of which is attached hereto as **Exhibit 1** (the "Revised Disclosure Statement and Plan").

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a blackline reflecting the changes made to the Revised Disclosure Statement and Plan is attached hereto as **Exhibit 2**. The Debtors reserve their rights to further amend, supplement, or modify the Revised Disclosure Statement and Plan.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider approval of the Revised Disclosure Statement and Plan is scheduled to be held on **August 3, 2023 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Laurie Selber Silverstein, in the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

[*Signature page follows*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

30484911.2

Dated: August 1, 2023
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Allison S. Mielke*
Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Allison S. Mielke (No. 5934)
Joshua B. Brooks (No. 6765)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
   mlunn@ycst.com
   amielke@ycst.com
   jbrooks@ycst.com
   sborovinskaya@ycst.com

*Counsel to the Debtors and Debtors in Possession*

30484911.2