## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON AUGUST 3, 2023 AT 10:00 A.M. (ET)

**THE HEARING WILL BE CONDUCTED IN-PERSON.
ANY EXCEPTIONS MUST BE APPROVED BY CHAMBERS.  PARTIES MAY
OBSERVE THE HEARING REMOTELY BY REGISTERING WITH THE ZOOM
LINK BELOW NO LATER THAN AUGUST 3, 2023 AT 8:00 A.M. (ET).**

https://debuscourts.zoomgov.com/meeting/register/vJIsduCqrDMqHNya-fn7AT4HLP15u_nJ6cA

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL
CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

## RESOLVED MATTER

1.      Debtors' Second Motion for an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 405; 6/28/23]

    Related Pleadings:

        (a)     Certificate of No Objection [D.I. 419; 7/13/23]

        (b)     Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 420; 7/17/23]

    Objection Deadline:          July 12, 2023 at 4:00 p.m. (ET)

    Objections/Informal Responses:          None.

    Status:          An order has been entered.  No hearing is necessary.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A).  The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL**

2.      Second Interim Fee Requests of Various Professionals [*See* Exhibit 1, attached hereto]

Related Pleadings:

(a)      Certification of Counsel Regarding Proposed Omnibus Order Approving Second Interim Fee Requests of the Debtors' Professionals [D.I. 442; 7/31/23]

(b)      Certification of Counsel Regarding Proposed Omnibus Order Approving First Interim Fee Applications of Professionals for the Official Committee of Unsecured Creditors [D.I. 443; 8/1/23]

Objection Deadline:            Varied per individual applications.

Objections/Informal Responses:      None.

Status:      Proposed forms of order have been submitted under certification of counsel. A hearing is necessary only if the Court has questions or concerns.

**MATTER GOING FORWARD**

3.      Confirmation of Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors [D.I. 403; 6/27/23]

Related Pleadings:

(a)      Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis; (II) Establishing Solicitation and Tabulation Procedures; (III) Approving the Form of Ballot and Solicitation Materials; (IV) Establishing the Voting Record Date; (V) Fixing the Date, Time, and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto; and (VI) Granting Related Relief [D.I. 402; 6/27/23]

(b)      Notice of (I) Interim Approval of Combined Disclosure Statement and Plan; and (II) the Hearing to Consider (A) Final Approval of the Combined Disclosure Statement and Plan as Containing Adequate Information and (B) Confirmation of the Combined Disclosure Statement and Plan [D.I. 404; 6/27/23]

(c)      Notice of Filing of Plan Supplement [D.I. 429; 7/20/23]

(d)      Notice of Filing of Exhibit D to Plan Supplement [D.I. 440; 7/28/23]

(e)     Notice of Filing of (I) Revised Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. Its Affiliated Debtors; and (II) Blackline Thereof [D.I. 444; 8/1/23]

(f)     Declaration of Emily Young of Epiq Corporate Restructuring, LLC Regarding the Solicitation and Tabulation of Ballots Cast on Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors [D.I. 445; 8/1/23]

(g)     Declaration of Carol Brault in Support of Confirmation of the Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors [D.I. 446; 8/1/23]

(h)     Notice of Filing of Proposed Order Confirming the Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors [D.I. 447; 8/1/23]

Objection Deadline:          July 27, 2023 at 4:00 p.m. (ET)

Objections/Informal Responses:

(i)     Objection by the United States to Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors [D.I. 437; 7/27/23]

(j)     Informal comments from the Commonwealth of Pennsylvania, Department of Revenue

Status:     The plan proponents are in discussions with the United States and Commonwealth of Pennsylvania, Department of Revenue to resolve items (i) and (j).  The plan proponents anticipate filing a revised proposed order in advance of the hearing to address the responses received.

*[signature page follows]*

Dated:  August 1, 2023
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Allison S. Mielke*
Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Allison S. Mielke (No. 5934)
Joshua B. Brooks (No. 6765)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mnestor@ycst.com
      mlunn@ycst.com
      amielke@ycst.com
      jbrooks@ycst.com
      sborovinskaya@ycst.com

*Counsel to the Debtors and Debtors in Possession*

30609114.1

# **EXHIBIT 1**

**A.   Young Conaway Stargatt & Taylor, LLP**

1.   Fourth Monthly Application for the Period from March 1, 2023 through March 31, 2023 [D.I. 310; 4/6/23]

2.   Certificate of No Objection [D.I. 338; 4/27/23]

3.   Fifth Monthly Application for the Period from April 1, 2023 through April 30, 2023 [D.I. 364; 5/25/23]

4.   Certificate of No Objection [D.I. 385; 6/15/23]

5.   Sixth Monthly Application for the Period from May 1, 2023 through May 31, 2023 [D.I. 407; 6/30/23]

6.   Certificate of No Objection [D.I. 433; 7/21/23]

7.   Second Interim Fee Application [D.I. 410; 7/6/23]

8.   Supplement to Second Interim Fee Application [D.I. 411; 7/6/23]

**B.   RPA Asset Management Services, LLC**

1.   Fourth Monthly Application for the Period from March 1, 2023 through March 31, 2023 [D.I. 331; 4/21/23]

2.   Certificate of No Objection [D.I. 355; 5/12/23]

3.   Fifth Monthly Application for the Period from April 1, 2023 through April 30, 2023 [D.I. 354; 5/12/23]

4.   Certificate of No Objection [D.I. 374; 6/2/23]

5.   Sixth Monthly Application for the Period from May 1, 2023 through May 31, 2023 [D.I. 377; 6/6/23]

6.   Certificate of No Objection [D.I. 401; 6/27/23]

7.   Second Interim Fee Application [D.I. 410; 7/6/23]

**C.    ArentFox Schiff LLP**

1.    Fourth Monthly Application for the Period from March 1, 2023 through March 31, 2023 [D.I. 340; 4/28/23]

2.    Fifth Monthly Application for the Period from April 1, 2023 through May 31, 2023 [D.I. 395; 6/24/23]

3.    Second Interim Fee Application [D.I. 399; 6/26/23]

30609114.1