**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 403, 444, & 447** |

**NOTICE OF FILING OF REVISED PROPOSED ORDER CONFIRMING
THE COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF
WINC, INC. AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that on August 1, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' proposed *Order Approving and Confirming the Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors* [Docket No. 447] (the "Proposed Confirmation Order") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a revised proposed confirmation order (the "Revised Proposed Confirmation Order"), which resolves informal comments to the Proposed Confirmation Order received from the Commonwealth of Pennsylvania, Department of Revenue and the *Objection by the United States to Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors* [Docket No. 437].

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a blackline reflecting the changes made to the Revised Proposed Confirmation Order is attached hereto as **Exhibit 2**. The Debtors reserve their rights to further amend or modify the Revised Proposed Confirmation Order.

*[Signature page follows]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

30624321.2

| | |
|---|---|
| Dated: August 2, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shella Borovinskaya*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Joshua B. Brooks (No. 6765)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email: mnestor@ycst.com<br>          mlunn@ycst.com<br>          amielke@ycst.com<br>          jbrooks@ycst.com<br>          sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |