**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 3, 2023 AT 10:00 A.M. (ET)**

> **THE HEARING WILL BE CONDUCTED IN-PERSON.**
> **ANY EXCEPTIONS MUST BE APPROVED BY CHAMBERS. PARTIES MAY OBSERVE THE HEARING REMOTELY BY REGISTERING WITH THE ZOOM LINK BELOW NO LATER THAN AUGUST 3, 2023 AT 8:00 A.M. (ET).**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsduCqrDMqHNya-fn7AT4HLP15u_nJ6cA
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**RESOLVED MATTER**

1. Debtors' Second Motion for an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 405; 6/28/23]

    Related Pleadings:

    (a)  Certificate of No Objection [D.I. 419; 7/13/23]

    (b)  Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 420; 7/17/23]

    Objection Deadline:         July 12, 2023 at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

[2] **Amended items appear in bold.**

30624594.1

Objections/Informal Responses: None.

Status: An order has been entered. No hearing is necessary.

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL**

2. Second Interim Fee Requests of Various Professionals [*See* Exhibit 1, attached hereto]

   Related Pleadings:

   (a) Certification of Counsel Regarding Proposed Omnibus Order Approving Second Interim Fee Requests of the Debtors' Professionals [D.I. 442; 7/31/23]

   (b) Certification of Counsel Regarding Proposed Omnibus Order Approving First Interim Fee Applications of Professionals for the Official Committee of Unsecured Creditors [D.I. 443; 8/1/23]

   Objection Deadline: Varied per individual applications.

   Objections/Informal Responses: None.

   Status: Proposed forms of order have been submitted under certification of counsel. A hearing is necessary only if the Court has questions or concerns.

**MATTER GOING FORWARD**

3. Confirmation of Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors [D.I. 403; 6/27/23]

   Related Pleadings:

   (a) Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis; (II) Establishing Solicitation and Tabulation Procedures; (III) Approving the Form of Ballot and Solicitation Materials; (IV) Establishing the Voting Record Date; (V) Fixing the Date, Time, and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto; and (VI) Granting Related Relief [D.I. 402; 6/27/23]

   (b) Notice of (I) Interim Approval of Combined Disclosure Statement and Plan; and (II) the Hearing to Consider (A) Final Approval of the Combined Disclosure Statement and Plan as Containing Adequate Information and (B) Confirmation of the Combined Disclosure Statement and Plan [D.I. 404; 6/27/23]

  (c)  Notice of Filing of Plan Supplement [D.I. 429; 7/20/23]

  (d)  Notice of Filing of Exhibit D to Plan Supplement [D.I. 440; 7/28/23]

  (e)  Notice of Filing of (I) Revised Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors; and (II) Blackline Thereof [D.I. 444; 8/1/23]

  (f)  Declaration of Emily Young of Epiq Corporate Restructuring, LLC Regarding the Solicitation and Tabulation of Ballots Cast on Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors [D.I. 445; 8/1/23]

  (g)  Declaration of Carol Brault in Support of Confirmation of the Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors [D.I. 446; 8/1/23]

  (h)  Notice of Filing of Proposed Order Confirming the Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors [D.I. 447; 8/1/23]

Objection Deadline:  July 27, 2023 at 4:00 p.m. (ET)

Objections/Informal Responses:

  (i)  Objection by the United States to Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors [D.I. 437; 7/27/23]

  (j)  Informal comments from the Commonwealth of Pennsylvania, Department of Revenue

**Additional Pleadings:**

  **(k)**  **Notice of Filing of Revised Proposed Order Confirming the Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors [D.I. 449; 8/2/23]**

Status:  **The Debtors have filed a revised proposed confirmation order, listed as item (k), which resolves the responses listed as items (i) and (j) and as such the United States has withdrawn its objection. The Debtors anticipate presenting the revised proposed confirmation order on a fully consensual basis.**

*[signature page follows]*

| | | |
|---|---|---|
| Dated: | August 2, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Joshua B. Brooks (No. 6765)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>       mlunn@ycst.com<br>       amielke@ycst.com<br>       jbrooks@ycst.com<br>       sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

# EXHIBIT 1

A. **Young Conaway Stargatt & Taylor, LLP**

1. Fourth Monthly Application for the Period from March 1, 2023 through March 31, 2023 [D.I. 310; 4/6/23]

2. Certificate of No Objection [D.I. 338; 4/27/23]

3. Fifth Monthly Application for the Period from April 1, 2023 through April 30, 2023 [D.I. 364; 5/25/23]

4. Certificate of No Objection [D.I. 385; 6/15/23]

5. Sixth Monthly Application for the Period from May 1, 2023 through May 31, 2023 [D.I. 407; 6/30/23]

6. Certificate of No Objection [D.I. 433; 7/21/23]

7. Second Interim Fee Application [D.I. 410; 7/6/23]

8. Supplement to Second Interim Fee Application [D.I. 411; 7/6/23]

B. **RPA Asset Management Services, LLC**

1. Fourth Monthly Application for the Period from March 1, 2023 through March 31, 2023 [D.I. 331; 4/21/23]

2. Certificate of No Objection [D.I. 355; 5/12/23]

3. Fifth Monthly Application for the Period from April 1, 2023 through April 30, 2023 [D.I. 354; 5/12/23]

4. Certificate of No Objection [D.I. 374; 6/2/23]

5. Sixth Monthly Application for the Period from May 1, 2023 through May 31, 2023 [D.I. 377; 6/6/23]

6. Certificate of No Objection [D.I. 401; 6/27/23]

7. Second Interim Fee Application [D.I. 410; 7/6/23]

30624594.1

C.  **ArentFox Schiff LLP**

1. Fourth Monthly Application for the Period from March 1, 2023 through March 31, 2023 [D.I. 340; 4/28/23]

2. Fifth Monthly Application for the Period from April 1, 2023 through May 31, 2023 [D.I. 395; 6/24/23]

3. Second Interim Fee Application [D.I. 399; 6/26/23]

30624594.1