# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.* | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of A.M. Saccullo Legal, LLC, hereby certify that on this date I caused a copy of the foregoing to be served upon the individuals on the attached service list via email, or, where no email is listed, via US regular mail.

Dated: August 2, 2023

/s/ Mark T. Hurford
Mark T. Hurford (DE No. 3299)

Master Service List (as of 07/26/2023 06:00:33)

| NAME | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| A.M. SACCULLO LEGAL, LCC | ATTN A. SACCULLO; M. HURFORD; M. AUGUSTINE ESQ. | 27 CRIMSON KING DRIVE | | BEAR | DE | 19701 | ams@saccullolegal.com; mark@saccullolegal.com; meg@saccullolegal.com |
| AKERMAN LLP | ATTN: LAURA TAVERAS, EDUARDO ESPINOSA, & MARK LIU | 2001 ROSS AVENUE, STE. 3600 | | DALLAS | TX | 75201 | laura.taveras@akerman.com; eduardo.espinosa@akerman.com; mark.liu@akerman.com |
| ARENTFOX SCHIFF LLP | ATTN GEORGE P. ANGELICH, ESQ | 1301 AVENUE OF THE AMERICAS, 42ND FL | | NEW YORK | NY | 10019 | george.angelich@afslaw.com |
| ARENTFOX SCHIFF LLP | ATTN J. KESSELMAN; J. BRITTON ESQ. | BOYLSTON STREET, 32ND FL | | BOSTON | MA | 02199 | justin.kesselman@afslaw.com; james.britton@afslaw.com |
| ASHBY & GEDDES, P.A. | TERRAVANT WINE COMPANY, LLC); ATTN: GREGORY | A. TAYLOR, ESQ., 500 DELAWARE AVE., 8TH FLR | | WILMINGTON | DE | 19801 | gtaylor@ashbygeddes.com |
| BANC OF CALIFORNIA, NA | 3 MACARTHUR PLACE | | | SANTA ANA | CA | 92707 | MICHAEL.BARANOWSKI@BANCOFCAL.COM; LEGAL@BANCOFCAL.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN K. CAPUZZI; J. MARTINEZ | 1313 NORTH MARKET STREET, SUITE 1201 | | WILMINGTON | DE | 19801 | kcapuzzi@beneschlaw.com; jmartinez@beneschlaw.com |
| BUCHALTER | ATTN WILLIAM SCHOENHOLZ & COLIN ROWE | 1000 WILSHIRE BLVD, STE 1500 | | LOS ANGELES | CA | 90017-1730 | WSCHOENHOLZ@BUCHALTER.COM; CROWE@BUCHALTER.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON ESQ. | 425 MARKET ST., STE. 2900 | | SAN FRANCISCO | CA | 94105-3493 | schristianson@buchalter.com |
| COOLEY LLP | ATTN ERIC E WALKER | 110 N WACKER DR, STE 4200 | | CHICAGO | IL | 60606 | EWALKER@COOLEY.COM |
| COOLEY LLP | ATTN ERIC E WALKER | 110 N WACKER DR | | CHICAGO | IL | 60606 | ewalker@cooley.com |
| COOLEY LLP | ATTN JOSEPH W BROWN | 55 HUDSON YARDS | | NEW YORK | NY | 10001 | JBROWN@COOLEY.COM |
| DELAWARE STATE TREASURY | | | | DOVER | DE | 19904 | |
| DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R. DOSHI ESQ. | 1979 MARCUS AVENUE, SUITE 210E | | LAKE SUCCESS | NY | 11042 | amish@doshilegal.com |
| INTERNAL REVENUE SERVICE | 1500 PENNSYLVANIA AVE NW | | | WASHINGTON | DC | 20220 | MILLIE.H.AGENT@IRS.GOV |
| INTERNAL REVENUE SERVICE | | | | PHILADELPHIA | PA | 19101-7346 | MILLIE.H.AGENT@IRS.GOV |
| JEANMARIE MILLER, ASST. ATTY GENERAL | CADILLAC PLACE, STE. 10-200 | | | DETROIT | MI | 48202 | MillerJ5@michigan.gov |
| MONZACK MERSKY AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY | 1201 N. ORANGE ST., STE. 400 | | WILMINGTON | DE | 19801 | rmersky@monlaw.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN DEREK C ABBOTT; CURTIS S MILLER | 1201 N MARKET ST, 16TH FL | PO BOX 1347 | WILMINTON | DE | 19899-1347 | dabbott@morrisnichols.com; cmiller@morrisnichols.com |
| MORRIS NICOLS ARSHT & TUNNELL LLP | ATTN CURTIS MILLER & DEREK ABBOTT | 1201 N MARKET ST, 16TH FL | PO BOX 1347 | WILMINGTON | DE | 19801 | CMILLER@MORRISNICHOLS.COM; DABBOTT@MORRISNICHOLS.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | LOCKBOX 35 | | | WILMINGTON | DE | 19801 | |
| PA DEPARTMENT OF REVENUE | OF REVENUE); ATTN: CHRISTOS A. KATSAOUNIS | PO BOX 281061 | | HARRISBURG | PA | 17128-1061 | RA-occbankruptcy5@state.pa.us |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M PACHULSKI; MAXIM B LITVAK; JAMES E O'NEILL | 919 N MARKET ST, 17TH FL | PO BOX 8705 | WILMINGTON | DE | 19899-8705 | rpachulski@pszjlaw.com; mlitvak@pszjlaw.com; joneill@pszjlaw.com |
| PAUL HASTINGS LLP | TERRAVANT WINE COMPANY, LLC); ATTN: JUSTIN | RAWLINS ESQ., 1999 AVENUE OF THE STARS, 27TH FLR | | CENTURY CITY | CA | 90067 | justinrawlins@paulhastings.com |
| PAUL HASTINGS LLP | TERRAVANT WINE COMPANY, LLC) | ATTN: COLE HARLAN ESQ.; 200 PARK AVENUE | | NEW YORK | NY | 10166 | coleharlan@paulhastings.com |
| RANCH CANADA DE LOS PINOS | ATTN DOUGLAS CIRCLE | 17772 E. 17TH ST., STE 107 | | TUSTIN | CA | 92780 | doug@circlevision.com |
| SECRETARY OF STATE | FRANCHISE TAX | PO BOX 898 | | DOVER | DE | 19903 | |
| SECURITIES & EXCHANGE COMM-NY OFFICE | 200 VESEY ST, STE 400 | | | NEW YORK | NY | 10281 | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | 1 PENN CTR | 1617 JFK BLVD, STE 520 | | PHILADELPHIA | PA | 19103 | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | | | | WASHINGTON | DC | 20549 | HELP@SEC.GOV |
| THE BIFFERATO FIRM, P.A. | ATTN: IAN CONNOR BIFFERATO | 1007 N. ORANGE ST., 4TH FLOOR | | WILMINGTON | DE | 19801 | cbifferato@tbf.legal |
| TN DEPT OF REVENUE | P.O. BOX 20207 | | | NASHVILLE | TN | 37202-0207 | AGBankDelaware@ag.tn.gov |
| US TRUSTEE | 844 KING STREET, STE 2207 | | | WILMINGTON | DE | 19801 | USTRUSTEE.PROGRAM@USDOJ.GOV; JANE.M.LEAMY@USDOJ.COM |
| VIN-GLOBAL,LLC | ATTN DOUGLAS JONES | 4501 MANATEE AVE WEST, STE 314 | | BRADENTON | FL | 34209 | djones@vin-global.net |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN MICHAEL R NESTOR, MATTHEW B LUNN, ALLISON S | MIELKE, JOSHUA B BROOKS, SHELLA BOROVINSKAYA | RODNEY SQUARE; 1000 NORTH KING STREET | WILMINGTON | DE | 19801 | mlunn@ycst.com; amielke@ycst.com |