# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-11238 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 457** |

### NOTICE OF (A) ORDER CONFIRMING THE COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF WINC, INC. AND ITS AFFILIATED DEBTORS AND (B) OCCURRENCE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on August 3, 2023, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. 457] (the "Confirmation Order") confirming the *Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors* (attached as Exhibit A to the Confirmation Order, the "Plan")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that the effective date of the Plan occurred on August 9, 2023.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 12.1 of the Plan, the deadline for filing proofs of claim asserting Claims arising from the rejection of an Executory Contract is September 5, 2023; *provided, however*, that as set forth in the Bar Date Order, proofs of claim for amounts allegedly owed in connection with a rejected executory contract or unexpired leases other than rejection damages must be filed on or before the General Bar Date (or such other Bar Date as may be applicable) which was April 5, 2023.

**PLEASE TAKE FURTHER NOTICE** that except as otherwise provided by the Plan, the Confirmation Order, or any other applicable order of the Bankruptcy Court, all requests for payment of Administrative Claims that accrued after April 5, 2023 at 5:00 p.m. (ET) must be filed with the Bankruptcy Court and served on the Debtors, the Creditor Trustee, and the U.S. Trustee no later than 4:00 p.m. (ET) on September 25, 2023. Holders of Administrative Claims that fail to timely and properly file such proof of Administrative Claim shall result in the Administrative Claim being forever barred and released and the Holder thereof shall be enjoined from commencing or continuing any action, employment of process or act to collect, offset, or recover such Administrative Claim. The Bankruptcy Court shall determine the Allowed amounts of such

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

Professional Fee Claims after notice and a hearing in accordance with the procedures established by the Bankruptcy Code, the Bankruptcy Rules, and prior Bankruptcy Court orders.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 6.1 of the Plan, all applications for payment of Professional Fee Claims must be filed with the Bankruptcy Court no later than 4:00 p.m. (ET) on September 25, 2023.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Post-Effective Date Debtors, the Post-Effective Date Debtor Representative, the Creditor Trustee, and any Holder of a Claim against or Interest in, any Debtor and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holders is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

| | |
|---|---|
| Dated: August 9, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Joshua B. Brooks (No. 6765)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>         mlunn@ycst.com<br>         amielke@ycst.com<br>         jbrooks@ycst.com<br>         sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |