# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE (DELAWARE)

| In re: | | In Proceedings Under: | RECEIVED |
|---|---|---|---|
| BWSC LLC | | Bankruptcy Chapter 11 | AUG 0 8 2023 |
| | Debtor | 22-11239-LSS | LEGAL SERVICES |

Filed: USBC - District of Delaware
Winc, Inc., et al (COR)
22-11238 (LSS)
WNC



0000000015

**ARIZONA DEPARTMENT OF REVENUE'S
WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM**

The Arizona Department of Revenue hereby withdraws its Administrative Expense Claim, dated 07/20/2023, in the amount of $5,000.00  A copy of the claim is attached hereto.

Dated this 08/02/2023

*Lorraine Averitt*
ARIZONA DEPARTMENT OF REVENUE

Bankruptcy and Litigation Section
1600 West Monroe Street
Phoenix, AZ 85007

| United States Bankruptcy Court for Delaware |  |
|---|---|
| Winc, Inc., Claims Processing Center |  |
| c/o Epiq Corporate Restructuring, LLC |  |
| P.O. Box 4419 |  |
| Beaverton, OR 97076-4419 |  |

To submit your form online please go to https://dm.epiq11.com/cases/WNC under "Case Actions."

**RECEIVED**

**AUG 0 8 2023**

**LEGAL SERVICES**

| Name of Debtor: | BWSC, LLC |
| Case Number: | 22-11239 |

☐ Check box if the address on the envelope sent to you by the court needs to be updated. Identify your replacement address in Part 1 (Section 3) below.

For Court Use Only
0000020700
07/20/2023 16:42:59

# Proof of Claim (Official Form 410)                                04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): ARIZONA DEPARTMENT OF REVENUE

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**  ☒ No  ☐ Yes.   From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

ARIZONA DEPARTMENT OF REVENUE
Name
Office of the Arizona Attorney General    2005 N Central Ave, Suite 100
Number     Street
Phoenix              AZ         85004
City               State       ZIP Code
Country (if International): _____
Contact phone: 6025428811
Contact email: BankruptcyUnit@azag.gov

Where should payments to the creditor be sent?
(if different)

Name _____
Number    Street
City     State    ZIP Code
Country (if International): _____
Contact phone: _____
Contact email: _____

**4. Does this claim amend one already filed?**
☒ No
☐ Yes.  Claim number on court claims register (if known) _____
Filed on _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes.  Who made the earlier filing?

## Part 2:    Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☒ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:
0899

**7. How much is the claim?**
$ 5,000.00
Does this amount include interest or other charges?
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Tax Claims
_____

General and Administrative Expense POC Page 1 of 2

| | |
|---|---|
| **9. Is all or part of the claim secured?** | **10. Is this claim based on a lease?** |
| ☑ No | ☑ No |
| ☐ Yes. The claim is secured by a lien on property. | ☐ Yes. Amount necessary to cure any default as of the date of petition. $_____ |
| **Nature of property:** | |
| ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim*. | **11. Is this claim subject to a right of setoff?** |
| ☐ Motor vehicle | ☑ No |
| ☐ Other. Describe: _____ | ☐ Yes. Identify the property: _____ |

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No

☑ Yes. Check one:

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $5,000.00

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507 (a)(____) that applies.   $_____

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed   ☐ Variable

---

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtors within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtors in the ordinary course of such Debtors' business. Attach documentation supporting such claim.   $_____

**14. Is all or part of the claim an administrative expense arising on or after November 30, 2022 through and including January 31, 2023?**

☑ No

☐ Yes. Indicate the amount of your administrative expense claim incurred or arising on or after November 30, 2022 through and including January 31, 2023. Attach documentation supporting such claim.   $_____

---

**Part 3:** **Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  07/20/2023 16:42:59        *Lorraine Averitt*
                   MM / DD / YYYY              Signature

Print the name of the person who is completing and signing this claim:

Name:   Lorraine Averitt
        First name    Middle name    Last name

Title:  Bankruptcy Collector

Company: Arizona Department of Revenue
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1600 W. Monroe 7th Floor
         Number    Street
         Phoenix                          AZ       85007
         City                             State    ZIP Code

Contact Phone: 6027167806       Email: laveritt@azdor.gov

General and Administrative Expense POC Page 2 of 2



# STATE OF ARIZONA - PROOF OF CLAIM FOR ARIZONA DEPARTMENT OF REVENUE

United States Bankruptcy Court for the District of Delaware (Delaware)
Administrative Expenses
**ORIGINAL**

Case Number: 22-11239-LSS
Chapter: Bankruptcy Chapter 11
Taxpayer ID: 46-2430899
Tax Type: TPT
Petition Date: 11/30/2022

In the Matter of: **BWSC LLC**

. The undersigned is the agent of the Arizona Department of Revenue and is authorized to make this proof of claim on its behalf.
. The grounds for the liability are for taxes due under the Arizona Revised Statutes.

| Tax Type | Memo | Period | Tax | Penalty | Interest | Total |
|---|---|---|---|---|---|---|
| TPT | Est. due to non-filing | 05/31/2023 | $5,000.00 | $0.00 | $0.00 | $5,000.00 |
| | | **Amount Due as of this Statement:** | | | | **$5,000.00** |

.ny pleading concerning this Claim must be filed and served on the Arizona Department of Revenue.

ARIZONA DEPARTMENT OF REVENUE

Signed: *Lorraine Averitt*

Dated: 07/20/2023

Lorraine Averitt

ffice of the Arizona Attorney General
l notices, correspondence, pleadings and payments will be sent to the
llowing address:
o: Tax, Bankruptcy and Collection Section
)05 N Central Ave. Suite 100
1oenix, AZ 85004
1one: 602-542-1719

BWSC LLC
Debtor(s)



1155  3300

**ARIZONA DEPARTMENT OF REVENUE**
**1600 WEST MONROE**
**PHOENIX AZ 85007-2650**

PRESORTED FIRST CLASS

US POSTAGE Pitney Bowes

ZIP 85007
02 4W         $ 000.49⁸
0000342982 AUG 03 2023

RECEIVED

AUG 0 8 2023

LEGAL SERVICES

Winc, Inc. Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4419
Beaverton, OR 97076-4419

ERK-ISB    97076