# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINC, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br>(Jointly Administered)<br><br>Related DI No.: 425 |

**CERTIFICATE OF NO OBJECTION REGARDING THE SECOND INTERIM FEE APPLICATION OF COHNREZNICK LLP AS FINANCIAL ADVISORS AND COHNREZNICK CAPITAL MARKETS SECURITIES, LLC AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM MARCH 1, 2023 THROUGH MAY 31, 2023**

The undersigned hereby certifies as follows:

1. On July 19, 2023, CohnReznick LLP ("**CohnReznick**"), as Financial Advisors, and CohnReznick Capital Markets Securities, LLC ("**CRC**"), as investment banker (collectively, "**CohnReznick**"), filed the *Second Interim Fee Application of CohnReznick LLP as Financial Advisors, and CohnReznick Capital Markets Securities, LLC, as investment banker to the Official Committee of Unsecured Creditors for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from March 1, 2023 through May 31, 2023* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware [D.I. 425].

2. Pursuant to the notice filed with the Application, the deadline for objections to the Application was August 8, 2023 at 4:00 pm (ET).

3. As of the date hereof, Mark T. Hurford has reviewed the Court's docket in this case

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

and certifies that no answer, objection, or other responsive pleading to the Application has appeared thereon. In addition, the undersigned have not otherwise received any formal or informal objections to the Application.

Dated: August 23, 2023                     **A.M. SACCULLO LEGAL, LLC**

By: */s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)
27 Crimson King Drive
Bear, DE 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: Mark@saccullolegal.com

-and-

George P. Angelich (*pro hac vice*)
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: George.Angelich@afslaw.com

Justin A. Kesselman *(pro hac vice)*
James E. Britton *(pro hac vice)*
**ARENTFOX SCHIFF LLP**
The Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA 02199
Telephone: (617) 973-6102
Email: Justin.Kesselman@afslaw.com
James.Britton@afslaw.com

*Counsel for the Official Committee of Unsecured Creditors*