## **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 22-11238 (LSS) ) (Jointly Administered) ) |
| WINC, INC. et al,[1] | ) ) **Related DI No.(s):** |
| Debtors. | ) ) |

**ORDER, PURSUANT TO BANKRUPTCY RULES 9006 AND 9027, FURTHER EXTENDING THE PERIOD TO REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452**

Upon consideration of the motion (the "Motion")[2] for the entry of an order, pursuant to Bankruptcy Rules 9006 and 9027, extending the period within which the bankruptcy estates of Winc, Inc. and its affiliates (collectively, "Debtors"), the Creditor Trustee, and/or the Creditor Trust, as applicable, may remove Actions pursuant to 28 U.S.C. § 1452 through and including November 26, 2023; and this Court having found that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and this Court having found that this is a core matter pursuant to 28 U.S.C. § 157(b); and this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of these Chapter 11 Cases and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and this Court having

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). In accordance with Section 9.5 of the Plan, the Debtor Winc Lost Poet, LLC was dissolved as the Effective Date (as defined therein).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

determined that the relief requested in the Motion is in the best interests of the Movants' stakeholders; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.
2. The time period provided by Bankruptcy Rule 9027 for filing notices of removal of claims and causes of action is hereby enlarged through and including January 25, 2024 (the "Removal Deadline").
3. This Order shall be without prejudice to the rights of the Movants to seek further extensions of the Removal Deadline.
4. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.