# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINC, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br>(Jointly Administered)<br><br>**Objection Deadline: September 18, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: September 28, 2023 at 2:30 p.m. (ET)** |

### NOTICE OF SECOND COMBINED INTERIM AND FINAL APPLICATION OF A.M. SACCULLO LEGAL, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH RESPECT TO SERVICES RENDERED AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**PLEASE TAKE NOTICE** that on August 28, 2023, A.M. Saccullo Legal, LLC, co-counsel to the Official Committee of Unsecured Creditors (the "Committee") for the above-captioned debtors (the "Debtors") filed its *Second Combined Interim and Final Application of A.M. Saccullo Legal, LLC, for Allowance of Compensation and Reimbursement of Expenses for Services Rendered as Co-Counsel to the Official Committee of Unsecured Creditors* (the "Application") seeking interim allowance of fees in the amount of $53,445.50 and reimbursement of expenses in the amount of $1,081.38 for the period from March 1, 2023 through August 9, 2023 and final allowance of fees in the amount of $212,614.00 and reimbursement of expenses in the amount of $4,070.55, for the period from December 15, 2022 through August 9, 2023.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must filed on or before **September 18, 2023 at 4:00 p.m** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Court").

**PLEASE TAKE FURTHER NOTICE** that you must also serve a copy of any objection so as to be received by the following parties on or before the Objection Deadline: (i) counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Matthew B. Lunn, Esq. (mlunn@ycst.com) and Allison S. Mielke, Esq. (amielke@ycst.com); (ii) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware, 19801, Attn: Jane Leamy, Esq. (jane.m.leamy@usdoj.gov); (iii) counsel to the Committee: (a) ArentFox Schiff LLP, 1301 Avenue of the Americas, 42nd Floor, Attn: George P. Angelich, Esq. (george.angelich@afslaw.com), and ArentFox Schiff LLP, 800 Boylston Street, 32nd Floor, Boston, MA 02199, Attn: Justin A. Kesselman, Esq. (justin.kesselman@afslaw.com), and James E. Britton, Esq. (james.britton@afslaw.com); and (b) A.M. Saccullo Legal LLC, 27 Crimson King Drive, Bear, Delaware 19701, Attn: Mark Hurford, Esq. (mark@saccullolegal.com); (iv) counsel to the DIP Lender: Cooley LLP, 110 N. Wacker

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

Drive, Suite 4200, Chicago, IL 60606, Attn: Eric E. Walker, Esq. (ewalker@cooley.com), and 55 Hudson Yards, New York, New York 10001, Attn: Joseph Brown, Esq. (jbrown@cooley.com); (v) co-counsel to the DIP Lender: Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, P.O. Box 1347, Wilmington, DE 19899, Attn: Curtis S. Miller, Esq. (cmiller@mnat.com) and Derek C. Abbott, Esq. (dabbott@mnat.com); and (vi) counsel to Banc of California, N.A., as successor-by-merger to Pacific Mercantile Bank, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067, Attn: Richard M. Pachulski, Esq. (rpachulski@pszj.com) and Maxim B. Litvak, Esq. (mlitvak@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** that if responses or objections are timely filed, served, and received, a hearing to consider this Interim Fee Application will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 on **September 28, 2023 at 2:30 p.m. (prevailing Eastern Time)**.  Only those objections made in writing and timely filed and received in accordance with the procedures described herein will be considered by the Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO TIMELY OBJECTIONS TO THIS APPLICATION ARE FILED, THE COURT, IN ACCORDANCE WITH THE TERMS OF THE COMPENSATION ORDER, MAY ENTER AN ORDER GRANTING THIS INTERIM FEE APPLICATION WITHOUT A HEARING.**

Dated: August 28, 2023         By:   */s/ Mark T. Hurford*
                                     Mark T. Hurford (DE No. 3299)
                                     **A.M. SACCULLO LEGAL, LLC**
                                     27 Crimson King Drive
                                     Bear, DE 19701
                                     Telephone: (302) 836-8877
                                     Facsimile: (302) 836-8787
                                     Email: Mark@saccullolegal.com

                                     *Co-Counsel for the Official Committee of Unsecured Creditors*