# EXHIBIT A

**A M Saccullo Legal, LLC**

27 Crimson King Drive
Bear, DE  19701 US
302-836-8877
AMS@SacculloLegal.com
www.saccullolegal.com



# INVOICE

BILL TO

Official Committee of Unsecured Creditors of Winc Inc

| | | |
|---|---|---|
| INVOICE | 1696 | |
| DATE | 04/10/2023 | |
| TERMS | Net 30 | |
| DUE DATE | 05/10/2023 | |

| DATE | NAME | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | Billable Time | | | | |
| 03/01/2023 | D. Squasoni | BK Plan & Disclosure Statement | Attention to draft disclosure statement, plan of liquidation, and liquidating trust agreement, including review and comments on drafts. | 0:24 | 565.00 | 226.00 |
| 03/02/2023 | M. Hurford | BK Litigation | Preparing for and attending hearing. | 0:30 | 565.00 | 282.50 |
| 03/02/2023 | M. Hurford | BK Employee Issues | Reviewing correspondence from A. Mielke regarding consulting invoice for C. Brault. | 0:12 | 565.00 | 113.00 |
| 03/02/2023 | M. Hurford | BK Claims Administration | Various correspondence from A. Mielke and J. Kesselman regarding hearing scheduled. | 0:06 | 565.00 | 56.50 |
| 03/02/2023 | M. Hurford | BK Litigation | Various correspondence Courtroom deputy and Debtors' counsel and lead counsel regarding hearing on Bar Date Motion. | 0:12 | 565.00 | 113.00 |
| 03/03/2023 | M. Hurford | BK Claims Administration | Various correspondence regarding revisions to proposed bar date order. | 0:12 | 565.00 | 113.00 |
| 03/04/2023 | M. Hurford | BK Creditor Communications | Correspondence to J. Leamy regarding Committee status. | 0:06 | 565.00 | 56.50 |
| 03/06/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing Order entered on Canaccord first and final fee application. | 0:06 | 565.00 | 56.50 |
| 03/06/2023 | M. Hurford | BK Executory Contract/Leases | Reviewing correspondence form J. Britton and A. Mielke regarding 365(d) motion. | 0:06 | 565.00 | 56.50 |
| 03/06/2023 | M. Hurford | BK Claims Administration | Reviewing Order entered on Bar Date Motion and related Bar Date Notice. | 0:06 | 565.00 | 56.50 |
| 03/07/2023 | A. Saccullo | BK Claims Administration | Review notice of bar date (as filed) | 0:12 | 605.00 | 121.00 |
| 03/07/2023 | A. Saccullo | BK Plan & Disclosure Statement | Correspondence to working group regarding status of plan and comments to the LTA | 0:06 | 605.00 | 60.50 |
| 03/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising draft CNO for Second Monthly Fee Application of ArentFox (January 2023); reviewing docket regarding same. | 0:06 | 565.00 | 56.50 |
| 03/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising draft CNO for First Monthly Fee Application of ArentFox (December 2022); reviewing docket regarding same. | 0:12 | 565.00 | 113.00 |

| 03/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising draft CNO for First Monthly Fee Application of CohnReznick (December 2022); reviewing docket regarding same. | 0:12 | 565.00 | 113.00 |
| 03/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising draft CNO for First Monthly Fee Application of CohnReznick (January 2023); reviewing docket regarding same. | 0:06 | 565.00 | 56.50 |
| 03/07/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing and revising draft CNO for First Monthly Fee Application of AMSL (December 2022); reviewing docket regarding same. | 0:06 | 565.00 | 56.50 |
| 03/07/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing and revising draft CNO for First Monthly Fee Application of AMSL (January 2023); reviewing docket regarding same. | 0:06 | 565.00 | 56.50 |
| 03/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Various correspondence to and from Parcels regarding filing and service of six CNO's. | 0:12 | 565.00 | 113.00 |
| 03/07/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from J. Kesselman regarding cumulative redline of proposed changes to Plan and D/S. | 1:24 | 565.00 | 791.00 |
| 03/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from CohnReznick representatives regarding their pending fee applications and CNO to be filed. | 0:06 | 565.00 | 56.50 |
| 03/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from ArentFox regarding their pending fee applications and CNO to be filed. | 0:06 | 565.00 | 56.50 |
| 03/08/2023 | M. Hurford | BK Litigation | Reviewing CNO for Debtors' Motion to extend removal periods. | 0:06 | 565.00 | 56.50 |
| 03/08/2023 | M. Hurford | BK Litigation | Reviewing CNO for Debtors' Motion Exclusivity Motion. | 0:06 | 565.00 | 56.50 |
| 03/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing draft CNO for ArentFox First Monthly Fee Application, reviewing docket regarding same. | 0:12 | 565.00 | 113.00 |
| 03/08/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing draft of invoice for February 2023 | 0:18 | 565.00 | 169.50 |
| 03/09/2023 | M. Hurford | BK Executory Contract/Leases | Reviewing CNO on Debtors' motion to extend time to assume or reject leases. | 0:06 | 565.00 | 56.50 |
| 03/09/2023 | M. Hurford | BK Executory Contract/Leases | Reviewing notice of publication of Bar Date. | 0:06 | 565.00 | 56.50 |
| 03/13/2023 | A. Saccullo | BK Court Hearings | Review agenda for this week's hearing | 0:06 | 605.00 | 60.50 |
| 03/13/2023 | A. Saccullo | BK Creditor Communications | Review correspondence to committee regarding status of case and plan | 0:12 | 605.00 | 121.00 |
| 03/13/2023 | M. Hurford | BK Litigation | Correspondence to J. Britton regarding hearing on March 15 | 0:06 | 565.00 | 56.50 |
| 03/14/2023 | M. Hurford | BK Retention/Fee Applications | Correspondence to AMS regarding February Monthly Fee Application. | 0:12 | 565.00 | 113.00 |
| 03/14/2023 | M. Hurford | BK Case Administration | Reviewing correspondence from J. Brooks regarding supplement to OCP list; reviewing same and response to same. | 0:12 | 565.00 | 113.00 |
| 03/14/2023 | M. Hurford | BK Litigation | Reviewing four orders entered and agenda for hearing. | 0:12 | 565.00 | 113.00 |
| 03/16/2023 | A. Saccullo | BK Plan & Disclosure Statement | Prepare for and participate in call with debtors regarding plan structure and issues with original plan structure | 1:12 | 605.00 | 726.00 |

| 03/16/2023 | M. Hurford | BK Plan & Disclosure Statement | Telephone discussion with Debtors' counsel and co-counsel regarding Plan and Plan structure; telephone discussion with AMS thereafter. | 0:30 | 565.00 | 282.50 |
|---|---|---|---|---|---|---|
| 03/16/2023 | M. Hurford | BK Plan & Disclosure Statement | Preparing for conference call with Debtors and co-counsel at ArentFox Schiff. | 0:18 | 565.00 | 169.50 |
| 03/16/2023 | M. Hurford | BK Plan & Disclosure Statement | Telephone discussion with AMS regarding Plan and pending issues. | 0:18 | 565.00 | 169.50 |
| 03/16/2023 | M. Hurford | BK Creditor Communications | Reviewing Third Amended Notice of Appointment of Creditors' Committee. | 0:06 | 565.00 | 56.50 |
| 03/16/2023 | D. Squasoni | BK Plan & Disclosure Statement | Preparation and participation in call regarding disclosure statement, plan of liquidation, and liquidating trust agreement. | 0:24 | 565.00 | 226.00 |
| 03/20/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Telephone discussion with James Britton regarding pending matters, including fee applications; correspondence to J. Britton regarding same. | 0:12 | 565.00 | 113.00 |
| 03/20/2023 | M. Hurford | BK Case Administration | Review regarding OCP and Baker Tilly and correspondence to and from Justin Brooks regarding same; reviewing follow up correspondence from J. Brooks with additional information. | 0:18 | 565.00 | 169.50 |
| 03/20/2023 | M. Hurford | BK Case Administration | Reviewing correspondence from G. Angelich regarding Supplemental OCP list. | 0:06 | 565.00 | 56.50 |
| 03/22/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Various correspondence with Committee lead counsel and CohnReznick regarding fee applications and invoices, coordination. | 0:18 | 565.00 | 169.50 |
| 03/22/2023 | M. Hurford | BK Case Administration | Reviewing three MOR's. | 0:12 | 565.00 | 113.00 |
| 03/22/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing Third Monthly of RPA for February 2023. | 0:06 | 565.00 | 56.50 |
| 03/23/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from P. Picado regarding invoice for CR and CRC for February 2023. | 0:12 | 565.00 | 113.00 |
| 03/24/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to J. Britton regarding fee applications of Committee professionals. | 0:06 | 565.00 | 56.50 |
| 03/24/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from P Picado regarding draft fee application for CR and CRC for February 2023. | 0:30 | 565.00 | 282.50 |
| 03/27/2023 | M. Hurford | BK Retention/Fee Applications | Additional review and revisions to Monthly Fee Application, including updating charts. | 0:30 | 565.00 | 282.50 |
| 03/28/2023 | M. Hurford | BK Creditor Communications | Reviewing correspondence from J. Britton regarding status of certain issues and report to committee. | 0:06 | 565.00 | 56.50 |
| 03/30/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing CNO of Young Conaway regarding February monthly fee application. | 0:06 | 565.00 | 56.50 |
| 03/31/2023 | A. Saccullo | BK Creditor Communications | Call with potential creditor regarding bar date order | 0:12 | 605.00 | 121.00 |
| 03/31/2023 | M. Hurford | BK Creditor | Reviewing correspondence from J. Britton | 0:30 | 565.00 | 282.50 |

| | | |
|---|---|---|
| Communications | regarding various pending matters and report to be submitted to Committee; begin review and drafting portion of report | |
| Subtotal: Billable Time | | 7,425.00 |
| Billable Expenses | | |

| | | | |
|---|---|---|---|
| 03/14/2023 | | 6 e-filing fees @ $15 each | 90.00 |
| 03/14/2023 | | 144 photocopies @ $0.10 | 14.40 |
| 03/14/2023 | | USPS postage for 8 mailings @ $1.74 each | 13.92 |
| | Subtotal: | | 118.32 |

BALANCE DUE    **$7,543.32**

**A M Saccullo Legal, LLC**

27 Crimson King Drive
Bear, DE  19701 US
302-836-8877
AMS@SacculloLegal.com
www.saccullolegal.com



# INVOICE

BILL TO

Official Committee of Unsecured Creditors of Winc Inc

| | |
|---|---|
| INVOICE | 1714 |
| DATE | 05/11/2023 |
| TERMS | Net 30 |
| DUE DATE | 06/10/2023 |

| DATE | NAME | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | Billable Time | | | | |
| 04/03/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding question on monthly and interim fee applications; reviewing Interim Compensation Order and drafting response to same. | 0:30 | 565.00 | 282.50 |
| 04/03/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing Third Monthly fee application of RPA (February 2023); reviewing Debtor's Quarterly Notice of Payments made to Ordinary Course Professionals; drafting review for distribution to the Committee regarding same. | 0:30 | 565.00 | 282.50 |
| 04/04/2023 | M. Hurford | BK Claims Administration | Reviewing correspondence from A. Mielke regarding Amass demand and attachment thereto; reviewing correspondence from G. Angelich regarding same | 0:18 | 565.00 | 169.50 |
| 04/05/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing various correspondence from J. Kesselman and A. Mielke regarding Plan documents. | 0:06 | 565.00 | 56.50 |
| 04/05/2023 | M. Hurford | BK Claims Administration | Reviewing analysis from M. Jobe regarding post-petition and pre-close invoices. | 0:12 | 565.00 | 113.00 |
| 04/09/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing pre-bill. | 0:18 | 565.00 | 169.50 |
| 04/11/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing revised Plan and Disclosure Statement from A. Mielke. | 0:48 | 565.00 | 452.00 |
| 04/11/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding Committee fee applications and status. | 0:06 | 565.00 | 56.50 |
| 04/11/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from P. Picado regarding draft CohnReznick fee application; reviewing follow up correspondence from same (x2). | 0:18 | 565.00 | 169.50 |
| 04/12/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding draft AFS Monthly and First Interim. | 0:12 | 565.00 | 113.00 |
| 04/12/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Various/multiple correspondence from Josh Brooks, Allison Mielke, George Angelich regarding hearing date and interim fee applications. | 0:18 | 565.00 | 169.50 |

| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from P. Picado regarding CohnReznick First Interim Fee Application. | 0:06 | 565.00 | 56.50 |
|---|---|---|---|---|---|---|
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding filing of Interim Fee Applications. | 0:06 | 565.00 | 56.50 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding AFS First Interim and AFS Third Monthly Fee Application. | 0:06 | 565.00 | 56.50 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising CohnReznick February 2023 Monthly Fee Application for filing and service. | 0:48 | 565.00 | 452.00 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from Parcels regarding filing and service of CohnReznick February 2023 Monthly Fee Application. | 0:06 | 565.00 | 56.50 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising AFS First Interim Fee Application for filing and service. | 1:12 | 565.00 | 678.00 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from G. Angelich and J. Britton regarding revisions to and authority to file and serve AFS First Interim Fee Application. | 0:12 | 565.00 | 113.00 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from Parcels regarding filing and service of AFS First Interim Fee Application. | 0:06 | 565.00 | 56.50 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing and revising AMSL February 2023 Monthly Fee Application. | 1:06 | 565.00 | 621.50 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Applications | Correspondence to and from Parcels regarding filing and service of AMSL February 2023 Monthly Fee Application. | 0:06 | 565.00 | 56.50 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising AFS February Monthly Fee Application. | 0:36 | 565.00 | 339.00 |
| 04/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from Parcels regarding filing and service of AFS February Monthly Fee Application. | 0:06 | 565.00 | 56.50 |
| 04/14/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing Interim Fee Applications of YCS&T, RPA and EPIQ; reviewing Supplemental Interim Application of YCS&T. | 0:18 | 565.00 | 169.50 |
| 04/14/2023 | M. Hurford | BK Retention/Fee Applications | Drafting, reviewing and revising First Interim Fee Application of AMSL. | 2:06 | 565.00 | 1,186.50 |
| 04/14/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising First Interim Fee Application of CohnReznick. | 1:36 | 565.00 | 904.00 |
| 04/17/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing pre-bill for March 2023 | 0:12 | 565.00 | 113.00 |
| 04/18/2023 | A. Saccullo | BK Plan & Disclosure Statement | Review revision to plan and disclosure statement | 2:24 | 605.00 | 1,452.00 |
| 04/18/2023 | A. Saccullo | BK Plan & Disclosure Statement | Correspondence with co-counsel regarding plan issues | 0:18 | 605.00 | 181.50 |
| 04/18/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from AMS regarding proposed revisions to Combined Plan and DS and analysis of same. | 0:24 | 565.00 | 226.00 |

| 04/21/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence with J. Britton regarding submission of March invoices to Committee. | 0:12 | 565.00 | 113.00 |
|---|---|---|---|---|---|---|
| 04/21/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing RPA monthly fee application for March 2023. | 0:12 | 565.00 | 113.00 |
| 04/25/2023 | M. Hurford | BK Case Administration | Reviewing three MOR's | 0:06 | 565.00 | 56.50 |
| 04/25/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from J. Kesselman regarding revisions to Combined Plan and DS. | 0:30 | 565.00 | 282.50 |
| 04/26/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from A. Miekle regarding Committee's proposed revisions to Plan. | 0:06 | 565.00 | 56.50 |
| 04/26/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding Committee fee applications and attachments thereto. | 0:12 | 565.00 | 113.00 |
| 04/27/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding coordination of filing and service of monthly fee applications; brief review of attachments and response to same. | 0:12 | 565.00 | 113.00 |
| 04/27/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing CNO filed on YCS&T March Monthly Fee Application. | 0:06 | 565.00 | 56.50 |
| 04/27/2023 | M. Hurford | BK Retention/Fee Applications | Drafting AMSL April Monthly Fee Application and attachments thereto. | 1:48 | 565.00 | 1,017.00 |
| 04/27/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising ArentFox Schiff March 2023 Monthly Fee Application. | 0:54 | 565.00 | 508.50 |
| 04/27/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to lead counsel regarding revisions to ArentFox Schiff March 2023 Monthly Fee Application. | 0:12 | 565.00 | 113.00 |
| 04/27/2023 | M. Hurford | BK Claims Administration | Reviewing notice from EPIQ regarding Bar Date Notice, Bar Date Order; Proof of Claim and Instructions. | 0:12 | 565.00 | 113.00 |
| 04/28/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from James Britton regarding committee response to draft fee applications and invoices and response to same regarding filing of AFS and CR Monthlies. | 0:12 | 565.00 | 113.00 |
| 04/28/2023 | M. Hurford | BK Claims Administration | Reviewing various correspondence from AMS regarding Bar Date Order and related notice received and from G. Angelich and A. Mielke regarding same. | 0:18 | 565.00 | 169.50 |
| 04/28/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing draft AMSL monthly fee application and revising same for filing and service; correspondence to and from Parcels regarding same. | 0:24 | 565.00 | 226.00 |
| 04/28/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Revising draft AFS Monthly fee application for filing and service; correspondence to and from Parcels regarding same. | 0:18 | 565.00 | 169.50 |
| 04/28/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from G. Angelich regarding draft monthly fee application and proposed revisions, authority to file. | 0:06 | 565.00 | 56.50 |

| 04/28/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising draft CohnReznick fee application for March. | 0:48 | 565.00 | 452.00 |
|---|---|---|---|---|---|---|
| 04/28/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from Parcels regarding filing and service of CohnReznick fee application for March. | 0:06 | 565.00 | 56.50 |
| | | Subtotal: Billable Time | | | | 12,764.00 |
| | | Billable Expenses | | | | |
| 04/18/2023 | | | 2 e-filings @ $15 each | | | 30.00 |
| 04/18/2023 | | | 664 copies @ $0.10 each | | | 66.40 |
| 04/18/2023 | | | USPS postage fees for 8 mailings @ $2.94 each | | | 23.52 |
| 04/28/2023 | | | 4 e-filings @ $15 each | | | 60.00 |
| 04/28/2023 | | | 1,464 copies @ $0.10 each | | | 146.40 |
| 04/28/2023 | | | USPS postage fees for 8 mailings @ $9.65 each | | | 77.20 |
| | | Subtotal: | | | | 403.52 |

BALANCE DUE      **$13,167.52**

**A M Saccullo Legal, LLC**

27 Crimson King Drive
Bear, DE  19701 US
302-836-8877
AMS@SacculloLegal.com
www.saccullolegal.com



# INVOICE

BILL TO

Official Committee of Unsecured Creditors of Winc Inc

| | | |
|---|---|---|
| INVOICE | 1746 | |
| DATE | 06/12/2023 | |
| TERMS | Net 30 | |
| DUE DATE | 07/12/2023 | |

| DATE | NAME | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|------|---------|-------------|-----|------|--------|
| | | Billable Time | | | | |
| 05/05/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to Committee lead counsel and CohnReznick regarding February Monthly fee applications. | 0:06 | 565.00 | 56.50 |
| 05/05/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from G. Angelich and AMS regarding any responses to monthly fee applications. | 0:06 | 565.00 | 56.50 |
| 05/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to Parcels regarding filing and service of three CNO's for Committee professionals (ArentFox, CohnReznick and AMSL). | 0:06 | 565.00 | 56.50 |
| 05/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Drafting CNO for ArentFox Third Monthly and reviewing docket regarding same; drafting CNO for CohnRehznick for Third Monthly and reviewing docket regarding same; correspondence to AFS and CR regarding same. | 0:30 | 565.00 | 282.50 |
| 05/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to Debtors' professionals regarding hearing on Interims and reviewing response to same. | 0:06 | 565.00 | 56.50 |
| 05/09/2023 | M. Hurford | BK Plan & Disclosure Statement | Preparing for meeting with Debtors' counsel regarding draft Plan and Disclosure Statement. | 1:00 | 565.00 | 565.00 |
| 05/09/2023 | M. Hurford | BK Plan & Disclosure Statement | Attending meeting with Debtors' counsel regarding draft Plan and Disclosure Statement. | 0:18 | 565.00 | 169.50 |
| 05/09/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Drafting COC and proposed Omnibus Order for Committee Professionals. | 0:54 | 565.00 | 508.50 |
| 05/09/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Various correspondence to Committee professionals regarding draft COC and proposed order on Interim fee applications; reviewing docket regarding same. | 0:18 | 565.00 | 169.50 |
| 05/09/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing COC and proposed order filed by Debtors regarding First Interim Fee Applications for Debtor professionals. | 0:06 | 565.00 | 56.50 |
| 05/10/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing and revising pre-bill. | 0:18 | 565.00 | 169.50 |

| 05/10/2023 | M. Hurford | BK Court Hearings | Various correspondence with lead counsel regarding omnibus hearing. | 0:18 | 565.00 | 169.50 |
|---|---|---|---|---|---|---|
| 05/12/2023 | M. Hurford | BK Court Hearings | Reviewing Agenda for hearing; drafting correspondence to lead counsel regarding same and logistics. | 0:18 | 565.00 | 169.50 |
| 05/12/2023 | M. Hurford | BK Court Hearings | Preparing for hearing. | 0:18 | 565.00 | 169.50 |
| 05/12/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing CNO for fee application of RPA Asset for March Monthly. | 0:06 | 565.00 | 56.50 |
| 05/12/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing 5th Monthly Fee Application of RPA Asset Management for April 2023. | 0:06 | 565.00 | 56.50 |
| 05/15/2023 | M. Hurford | BK Court Hearings | Correspondence to lead counsel regarding hearing for May 16 and status of certain issues. | 0:06 | 565.00 | 56.50 |
| 05/15/2023 | M. Hurford | BK Court Hearings | Correspondence to and from A. Mielke regarding hearing and status; and telephone discussion. | 0:06 | 565.00 | 56.50 |
| 05/15/2023 | M. Hurford | BK Case Administration | Reviewing notice of appearance of Commonwealth of PA. | 0:06 | 565.00 | 56.50 |
| 05/19/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Drafting CNO for ArentFox 4th Monthly Fee Application and correspondence to counsel regarding same; reviewing docket regarding same. | 0:18 | 565.00 | 169.50 |
| 05/19/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Drafting CNO for CohnReznick 4th Monthly Fee Application and correspondence to CR regarding same; reviewing docket regarding same. | 0:12 | 565.00 | 113.00 |
| 05/19/2023 | M. Hurford | BK Retention/Fee Applications | Drafting CNO for AMSL 4th Monthly Fee Application; reviewing docket regarding same. | 0:12 | 565.00 | 113.00 |
| 05/19/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from ArentFox and CohnReznick regarding authority to file CNO's for monthly fee applications. | 0:06 | 565.00 | 56.50 |
| 05/19/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to Parcel's regarding filing and service of three CNO's for Committee professionals fee applications. | 0:06 | 565.00 | 56.50 |
| 05/22/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from Justin Kesselman regarding current draft and Combined Plan and D/S. | 1:24 | 565.00 | 791.00 |
| 05/24/2023 | A. Saccullo | BK Plan & Disclosure Statement | Work on liquidating trust agreement | 0:42 | 605.00 | 423.50 |
| 05/24/2023 | M. Hurford | BK Plan & Disclosure Statement | Review correspondence from K. Clancy regarding Trust agreement. | 0:06 | 565.00 | 56.50 |
| 05/24/2023 | M. Hurford | BK Plan & Disclosure Statement | Review correspondence from J. Kesselman regarding revised trust agreement. | 0:24 | 565.00 | 226.00 |
| 05/24/2023 | M. Hurford | BK Plan & Disclosure Statement | Review correspondence from J. Kesselman to Committee regarding case update and status. | 0:06 | 565.00 | 56.50 |
| 05/25/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing Fifth Monthly Fee Application of YCS&T (April 2023). | 0:12 | 565.00 | 113.00 |
| 05/26/2023 | M. Hurford | BK Case Administration | Reviewing three MOR's. | 0:06 | 565.00 | 56.50 |

| 05/26/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing Solicitation procedures motion. | 0:30 | 565.00 | 282.50 |
|---|---|---|---|---|---|---|
| 05/26/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing revised proposed Trust Agreement. | 0:30 | 565.00 | 282.50 |
| 05/30/2023 | M. Hurford | BK Case Administration | Reviewing as filed of Removal Motion. | 0:06 | 565.00 | 56.50 |
| 05/30/2023 | M. Hurford | BK Case Administration | Various correspondence with JAK and JEB regarding draft removal motion and hearing dates; correspondence to AMS regarding same. | 0:12 | 565.00 | 113.00 |
| 05/30/2023 | M. Hurford | BK Court Hearings | Additional correspondence regarding hearing dates for Plan process. | 0:06 | 565.00 | 56.50 |
| 05/30/2023 | M. Hurford | BK Case Administration | Reviewing multiple correspondence from S. Borovinskaya regarding draft removal motion and scheduling issues; reviewing draft motion. | 0:30 | 565.00 | 282.50 |
| 05/31/2023 | M. Hurford | BK Court Hearings | Reviewing Order entered scheduling hearing. | 0:06 | 565.00 | 56.50 |
| | | Subtotal: Billable Time | | | | 6,299.50 |
| | | Billable Expenses | | | | |
| 05/01/2023 | | | 3 E-filing fees @ $15 each | | | 45.00 |
| 05/01/2023 | | | 704 copies @ 0.10 each | | | 70.40 |
| 05/01/2023 | | | 1 USPS postage fee @ $23.52 each | | | 23.52 |
| 05/12/2023 | | | 3 E-filings @ $15 each | | | 45.00 |
| 05/12/2023 | | | 72 copies @ $0.10 each | | | 7.20 |
| 05/12/2023 | | | 9 USPS postage fees @ $1.50 each | | | 13.50 |
| 05/22/2023 | | | 3 E-filing fees @ $15 each | | | 45.00 |
| 05/22/2023 | | | 72 copies @ $0.10 each | | | 7.20 |
| 05/22/2023 | | | 8 USPS postage fees @ $1.50 each | | | 12.00 |
| | | Subtotal: | | | | 268.82 |

BALANCE DUE                                                     **$6,568.32**

**A M Saccullo Legal, LLC**

27 Crimson King Drive
Bear, DE  19701 US
302-836-8877
AMS@SacculloLegal.com
www.saccullolegal.com



# INVOICE

BILL TO

Official Committee of Unsecured Creditors of Winc Inc

| | |
|---|---|
| INVOICE | 1763 |
| DATE | 07/10/2023 |
| TERMS | Net 30 |
| DUE DATE | 08/09/2023 |

| DATE | NAME | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | Billable Time | | | | |
| 06/01/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence (x2) from Justin Kesselman regarding solicitation procedures motion and response to same. | 0:12 | 565.00 | 113.00 |
| 06/01/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence AMS regarding plan supplement and additional correspondence regarding Trust agreement. | 0:06 | 565.00 | 56.50 |
| 06/02/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing solicitation motion and caselaw from Debtors' counsel. | 1:24 | 565.00 | 791.00 |
| 06/08/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from J. Britton regarding report to the Committee with attachment. | 0:12 | 565.00 | 113.00 |
| 06/12/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from G. Angelich regarding fee applications and committee review. | 0:06 | 565.00 | 56.50 |
| 06/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding fee applications and filing of same; response to same. | 0:06 | 565.00 | 56.50 |
| 06/15/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from J. Leamy regarding proposed revisions to solicitation procedures and proposed order. | 0:18 | 565.00 | 169.50 |
| 06/15/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from A. Mielke in response to SEC comments on Combined D/S and Plan. | 0:06 | 565.00 | 56.50 |
| 06/16/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from J. Leamy regarding comments on Plan/DS and related redline. | 0:18 | 565.00 | 169.50 |
| 06/16/2023 | M. Hurford | BK Retention/Fee Applications | Correspondence to AF counsel regarding AMSL Combined Monthly for April and May 2023. | 0:06 | 565.00 | 56.50 |
| 06/16/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing and revising AMSL Combined Monthly for April and May 2023. | 0:48 | 565.00 | 452.00 |
| 06/19/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from JK, A. Mielke and J. Brooks regarding revised order and plan documents. | 0:12 | 565.00 | 113.00 |

| 06/21/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence form JK and A. Miekle regarding revisions to plan and reporting requirements/fees. | 0:06 | 565.00 | 56.50 |
|---|---|---|---|---|---|---|
| 06/21/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton to Committee regarding professional fee applications. | 0:06 | 565.00 | 56.50 |
| 06/22/2023 | M. Hurford | BK Case Administration | Reviewing Monthly Operating Reports. | 0:06 | 565.00 | 56.50 |
| 06/23/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from A. Mielke regarding voting report from Epiq and response to same from JK. | 0:12 | 565.00 | 113.00 |
| 06/23/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from G. Angelich and J. Britton regarding filing of fee applications and timing; reviewing and responding to same; correspondence from G. Angelich to A. Mielke regarding same; reviewing correspondence from M. Lunn and A. Mielke regarding same. | 0:18 | 565.00 | 169.50 |
| 06/25/2023 | M. Hurford | BK Plan & Disclosure Statement | Preparing for hearing. | 1:42 | 565.00 | 960.50 |
| 06/25/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising ArentFox Combined Monthly for April and May 2023; correspondence to and from Parcels for filing and service. | 0:30 | 565.00 | 282.50 |
| 06/25/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising CohnReznick Combined Monthly for April and May 2023; correspondence to and from Parcels for filing and service. | 0:30 | 565.00 | 282.50 |
| 06/26/2023 | M. Hurford | BK Plan & Disclosure Statement | Preparing for hearing on Combined D/S and Plan, including meeting with Justin Kesselman. | 2:18 | 565.00 | 1,299.50 |
| 06/26/2023 | M. Hurford | BK Plan & Disclosure Statement | Attending combined hearing on Combined D/S and Plan. | 0:30 | 565.00 | 282.50 |
| 06/26/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing various correspondence from A. Mielke regarding revisions to Plan documents, including correspondence from R. Schepacarter and JK. | 0:24 | 565.00 | 226.00 |
| 06/26/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising ArentFox Interim Fee Application for filing and service. | 0:30 | 565.00 | 282.50 |
| 06/26/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from Parcels regarding ArentFox Interim Fee Application for filing and service. | 0:06 | 565.00 | 56.50 |
| 06/26/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing and revising AMSL Combined April and May 2023 Monthly Fee Application. | 0:24 | 565.00 | 226.00 |
| 06/26/2023 | M. Hurford | BK Retention/Fee Applications | Correspondence to and from Parcels regarding filing and service of AMSL Combined April and May 2023 Monthly Fee Application. | 0:06 | 565.00 | 56.50 |
| 06/27/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing CNO on RPA May Monthly Fee Application; reviewing Order on Combined Plan and DS | 0:06 | 565.00 | 56.50 |
| 06/27/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from Shella B. regarding draft exclusivity motion and review of same. | 0:12 | 565.00 | 113.00 |

| 06/30/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing May fee application for YCS&T. | 0:06 | 565.00 | 56.50 |
|---|---|---|---|---|---|---|
| | | Subtotal: Billable Time | | | | 6,836.50 |
| | | Billable Expenses | | | | |
| 06/27/2023 | | | 1 e-filing fee @ $15 each | | | 15.00 |
| 06/27/2023 | | | 424 copies @ $0.10 each | | | 42.40 |
| 06/27/2023 | | | USPS postage fees for 8 mailings @ $2.22 each | | | 17.76 |
| 06/27/2023 | | | 1 e-filing fee @ $15 each | | | 15.00 |
| 06/27/2023 | | | 168 copies @ $0.10 each | | | 16.80 |
| 06/29/2023 | | | 384 B&W pages printed @ $0.10 each | | | 38.40 |
| | | Subtotal: | | | | 145.36 |

BALANCE DUE                    **$6,981.86**

**A M Saccullo Legal, LLC**

27 Crimson King Drive
Bear, DE  19701 US
302-836-8877
AMS@SacculloLegal.com
www.saccullolegal.com



# INVOICE

BILL TO

Official Committee of Unsecured Creditors of Winc Inc

| | |
|---|---|
| INVOICE | 1792 |
| DATE | 08/14/2023 |
| TERMS | Net 30 |
| DUE DATE | 09/13/2023 |

| DATE | NAME | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | Billable Time | | | | |
| 07/05/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from PPL regarding CR invoice and fee application | 0:06 | 565.00 | 56.50 |
| 07/06/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing Supplement of YCS&T | 0:12 | 565.00 | 113.00 |
| 07/06/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing Second Interim of Debtors' professionals. | 0:12 | 565.00 | 113.00 |
| 07/06/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from J. Britton and A. Mielke regarding claim issues and voting. | 0:06 | 565.00 | 56.50 |
| 07/07/2023 | M. Hurford | BK Creditor Communications | Reviewing correspondence from G. Angelich to Committee regarding Plan. | 0:06 | 565.00 | 56.50 |
| 07/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from LLP regarding CR invoice and fee application. | 0:06 | 565.00 | 56.50 |
| 07/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing order approving stipulation between Debtors and Fields claimants | 0:06 | 565.00 | 56.50 |
| 07/11/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from PPL to AFS team regarding CohnReznick June monthly and brief review of same. | 0:12 | 565.00 | 113.00 |
| 07/13/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing CNO for Debtors' second motion to extend exclusivity. | 0:06 | 565.00 | 56.50 |
| 07/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing YCS&T 7th Monthly fee application. | 0:12 | 565.00 | 113.00 |
| 07/13/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from PPL too AFS team regarding CohnReznick 2nd Interim and brief review of same. | 0:12 | 565.00 | 113.00 |
| 07/13/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing and revising draft invoice. | 0:18 | 565.00 | 169.50 |
| 07/14/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to AFS team regarding CohnReznick Interim for March through May 2023. | 0:06 | 565.00 | 56.50 |
| 07/14/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to AFS team regarding Committee review of invoices for monthly fee applications. | 0:06 | 565.00 | 56.50 |

| 07/17/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from G. Angelich to Committee. | 0:06 | 565.00 | 56.50 |
|---|---|---|---|---|---|---|
| 07/17/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Multiple correspondence to and from Judge's Chambers regarding interim order on fees; correspondence from A. Mielke regarding same | 0:18 | 565.00 | 169.50 |
| 07/17/2023 | M. Hurford | BK Litigation | Reviewing order entered on exclusivity motion | 0:06 | 565.00 | 56.50 |
| 07/17/2023 | M. Hurford | BK Creditor Communications | Reviewing correspondence from J. Britton to Committee with attachments. | 0:12 | 565.00 | 113.00 |
| 07/18/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from J. Britton regarding fee applications. | 0:06 | 565.00 | 56.50 |
| 07/18/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing 7th Monthly Fee Application of RPA asset management for June 2023. | 0:12 | 565.00 | 113.00 |
| 07/19/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising Interim fee application of CohnReznick with attachments thereto. | 0:54 | 565.00 | 508.50 |
| 07/19/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Drafting Notice and revising COS for Monthly fee application of CohnReznick. | 0:18 | 565.00 | 169.50 |
| 07/19/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Correspondence to and from Parcels regarding filing and service of Monthly fee application of CohnReznick. | 0:06 | 565.00 | 56.50 |
| 07/19/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising monthly fee application of ArentFox for filing and service. | 0:24 | 565.00 | 226.00 |
| 07/19/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Revising COS for monthly fee application of ArentFox; correspondence to and from Parcels regarding filing and service of same. | 0:12 | 565.00 | 113.00 |
| 07/19/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing correspondence from George A. and K. Clancy regarding Interim fee applications and status. | 0:06 | 565.00 | 56.50 |
| 07/20/2023 | M. Hurford | BK Plan & Disclosure Statement | Telephone discussions with J. Kesselman regarding Plan documents (two calls). | 0:12 | 565.00 | 113.00 |
| 07/20/2023 | M. Hurford | BK Plan & Disclosure Statement | Telephone discussions with M. Augustine regarding plan documents; telephone discussions with AMS (x2) regarding Plan documents. | 0:12 | 565.00 | 113.00 |
| 07/20/2023 | M. Hurford | BK Plan & Disclosure Statement | Follow up telephone discussions with M. Augustine regarding plan documents. | 0:18 | 565.00 | 169.50 |
| 07/20/2023 | M. Hurford | BK Plan & Disclosure Statement | Legal research regarding possible Plan issues. | 2:00 | 565.00 | 1,130.00 |
| 07/20/2023 | M. Hurford | BK Plan & Disclosure Statement | Various correspondence to and form J. Britton, J. Kesselman and A. Mielke regarding Plan documents. | 0:12 | 565.00 | 113.00 |
| 07/20/2023 | M. Augustine | BK Plan & Disclosure Statement | Discuss/research retained causes of action with MH | 0:42 | 525.00 | 367.50 |
| 07/20/2023 | M. Augustine | BK Plan & Disclosure Statement | Review and comment on plan supplement and related issues | 2:18 | 525.00 | 1,207.50 |

| 07/21/2023 | M. Hurford | BK Case Administration | Reviewing three MOR's. | 0:12 | 565.00 | 113.00 |
|---|---|---|---|---|---|---|
| 07/21/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing as filed of Plan documents. | 0:30 | 565.00 | 282.50 |
| 07/21/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing and revising monthly fee application for June 2023. | 0:48 | 565.00 | 452.00 |
| 07/21/2023 | M. Hurford | BK Retention/Fee Applications | Multiple correspondence to and from Parcels regarding filing and service of fee application. | 0:12 | 565.00 | 113.00 |
| 07/25/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Various correspondence to and from G. Angelich and J. Britton regarding interim fee applications. | 0:12 | 565.00 | 113.00 |
| 07/25/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Telephone discussion with A. Mielke regarding Interim Fee Applications. | 0:06 | 565.00 | 56.50 |
| 07/27/2023 | A. Saccullo | BK Plan & Disclosure Statement | Work on plan confirmation and SEC issues | 1:06 | 605.00 | 665.50 |
| 07/27/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from A Mielke regarding tabulation report. | 0:06 | 565.00 | 56.50 |
| 07/27/2023 | M. Hurford | BK Plan & Disclosure Statement | Various correspondence regarding objection from US DOJ and path forward. | 0:12 | 565.00 | 113.00 |
| 07/27/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing objection of US DOJ regarding tax issues. | 0:18 | 565.00 | 169.50 |
| 07/27/2023 | M. Hurford | BK Plan & Disclosure Statement | Various correspondence from lead counsel and K. Clancy regarding preparing for the Plan hearing and the effective date. | 0:18 | 565.00 | 169.50 |
| 07/27/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing revised Plan | 0:48 | 565.00 | 452.00 |
| 07/27/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing email string from G. Angelich regarding SEC and Plan documents. | 0:12 | 565.00 | 113.00 |
| 07/28/2023 | A. Saccullo | BK Plan & Disclosure Statement | Attention to plan confirmation issues | 0:18 | 605.00 | 181.50 |
| 07/28/2023 | M. Hurford | BK Plan & Disclosure Statement | Correspondence regarding hearing; preparing for Plan hearing. | 0:24 | 565.00 | 226.00 |
| 07/28/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing revised draft proposed confirmation order. | 0:48 | 565.00 | 452.00 |
| 07/31/2023 | A. Saccullo | BK Plan & Disclosure Statement | Confirmation hearing preparations | 1:12 | 605.00 | 726.00 |
| 07/31/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Revising COC regarding AFS Second Interim; reviewing docket regarding same; correspondence to and from G. Angelich and J. Britton regarding same. | 0:30 | 565.00 | 282.50 |

| 07/31/2023 | M. Hurford | BK Plan & Disclosure Statement | Various correspondence regarding tax objections and possible resolution, | 0:24 | 565.00 | 226.00 |
|---|---|---|---|---|---|---|
| 07/31/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing revised documents resolving plan objections and revisions to Plan related documents. | 1:12 | 565.00 | 678.00 |
| | | Subtotal: Billable Time | | | | 11,736.00 |
| | | Billable Expenses | | | | |
| 07/20/2023 | | | 2 e-filings at $15 each | | | 30.00 |
| 07/20/2023 | | | 688 copies @ $0.10 each | | | 68.80 |
| 07/20/2023 | | | USPS postage for 8 mailings @ $3.03 each | | | 24.24 |
| 07/20/2023 | | | 1 e-filing @ $15 each | | | 15.00 |
| 07/20/2023 | | | Postage for 1 USPS mailing @ $7.32 each | | | 7.32 |
| | | Subtotal: | | | | 145.36 |

BALANCE DUE **$11,881.36**

**A M Saccullo Legal, LLC**

27 Crimson King Drive
Bear, DE  19701 US
302-836-8877
AMS@SacculloLegal.com
www.saccullolegal.com



# INVOICE

BILL TO

Official Committee of Unsecured Creditors of Winc Inc

| | |
|---|---|
| INVOICE | 1804 |
| DATE | 08/27/2023 |
| TERMS | Net 30 |
| DUE DATE | 09/26/2023 |

| DATE | NAME | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/01/2023 | A. Saccullo | BK Plan & Disclosure Statement | Call with debtor counsel regarding confirmation hearing | 0:30 | 605.00 | 302.50 |
| 08/01/2023 | A. Saccullo | BK Plan & Disclosure Statement | Attention to confirmation issues | 1:06 | 605.00 | 665.50 |
| 08/01/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing and revising COC and draft proposed order for ArentFox second interim fee application. | 0:30 | 565.00 | 282.50 |
| 08/01/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from A. Mielke regarding resolution of PA Dept. of Revenue objection and revisions to Plan regarding same. | 0:30 | 565.00 | 282.50 |
| 08/01/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Drafting correspondence to AFS team regarding draft COC and proposed order on Interim fee application and explanation of timing and hearing and reviewing responses to same from J. Britton and G. Angelich | 0:12 | 565.00 | 113.00 |
| 08/01/2023 | M. Hurford | BK Court Hearings | Correspondence with G. Angelich regarding Plan Confirmation Hearing. | 0:06 | 565.00 | 56.50 |
| 08/01/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing revised Plan and related documents. | 1:48 | 565.00 | 1,017.00 |
| 08/02/2023 | M. Hurford | BK Plan & Disclosure Statement | Telephone discussions (x2) with Justin regarding hearing preparations. | 0:18 | 565.00 | 169.50 |
| 08/02/2023 | M. Hurford | BK Plan & Disclosure Statement | Telephone discussions (x2) with AMS regarding Plan Confirmation hearing preparations. | 0:30 | 565.00 | 282.50 |
| 08/02/2023 | M. Hurford | BK Court Hearings | Correspondence to and from George Angelich regarding Plan Confirmation hearing and logistics. | 0:12 | 565.00 | 113.00 |
| 08/02/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing and revising draft Committee statement in support of Plan Confirmation. | 0:36 | 565.00 | 339.00 |
| 08/02/2023 | M. Hurford | BK Plan & Disclosure Statement | Various correspondence with lead counsel regarding draft Committee statement in support of Plan Confirmation. | 0:18 | 565.00 | 169.50 |

| Date | Timekeeper | Matter | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/02/2023 | M. Hurford | BK Plan & Disclosure Statement | Correspondence to and from Parcels regarding service of Committee's statement in support of Plan Confirmation. | 0:06 | 565.00 | 56.50 |
| 08/02/2023 | M. Hurford | BK Plan & Disclosure Statement | Preparing for hearing. | 3:06 | 565.00 | 1,751.50 |
| 08/03/2023 | A. Saccullo | BK Plan & Disclosure Statement | Prepare for and attend confirmation hearing | 0:42 | 605.00 | 423.50 |
| 08/03/2023 | A. Saccullo | BK Plan & Disclosure Statement | Attention to conditions precedent to plan effective daye | 1:18 | 605.00 | 786.50 |
| 08/07/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from G. Angelich regarding work to be completed for Effective Date and status. | 0:06 | 565.00 | 56.50 |
| 08/07/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from J. Britton, B. Ryniker and B. Ayers regarding D&O policies and related. | 0:12 | 565.00 | 113.00 |
| 08/08/2023 | A. Saccullo | BK Plan & Disclosure Statement | Attention to conditions precedent to effective date | 1:12 | 605.00 | 726.00 |
| 08/08/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing correspondence from AMS and G. Angelich regarding effective date work and information needed. | 0:12 | 565.00 | 113.00 |
| 08/08/2023 | M. Hurford | BK Plan & Disclosure Statement | Review and prepare information for effective date, including reviewing Confirmation Order. | 0:36 | 565.00 | 339.00 |
| 08/08/2023 | M. Hurford | BK Plan & Disclosure Statement | Various correspondence with counsel to the Trust and counsel to the Debtor rep and YCS&T regarding effective date and post-effective date hearing. | 0:12 | 565.00 | 113.00 |
| 08/08/2023 | M. Hurford | BK Plan & Disclosure Statement | Reviewing sources and uses information. | 0:12 | 565.00 | 113.00 |

BALANCE DUE                                                                **$8,384.50**