# **EXHIBIT 3A**

### COMPENSATION BY TIMEKEEPER
### JUNE 1, 2023 THROUGH AUGUST 8, 2023 (INTERIM FEE PERIOD)

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes)[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| George P. Angelich | Partner since 2010. Member of PA bar since 2000. Member of DC bar since 2003. Member of NY bar since 2005. Bankruptcy & Financial Restructuring. | $860 | 42.70 | $36,722.00 |
| Justin A. Kesselman | Partner since 2022. Joined firm as an associate in 2013. Member of MA bar since 2013. Bankruptcy and Financial Restructuring. | $660 | 29.10 | $19,206.00 |
| James E. Britton | Joined firm as an associate in 2020. Member of the PA bar since 2018. Member of the MA bar since 2019. Bankruptcy and Financial Restructuring. | $570 | 44.20 | $25,194.00 |
| Lisa Indelicato | Senior Bankruptcy Paralegal Specialist. | $405 | 13.00 | $5,265.00 |
| Alyssa Fiorentino | Paralegal. Bankruptcy and Financial Restructuring. | $290 | 4.90 | $1,421.00 |
| TOTAL | | | 133.90 | $87,808.00 |

**Blended Rate (Attorneys Only):** $699.33[2]

---

[1] Historically, it has been ArentFox Schiff's policy to annually increase its rates on the first of January. See *Supplemental Declaration of George P. Angelich Regarding Customary Annual Rate Increase* [Docket No. 865].

[2] The blended rate is weighted based on hours billed during the Interim Fee Period.

# EXHIBIT 3B

### COMPENSATION BY TIMEKEEPER
### DECEMBER 15, 2022 THROUGH AUGUST 8, 2023 (FINAL FEE PERIOD)

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes)[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Andrew I. Silfen | Partner since 2003. Member of NY bar since 1987. Bankruptcy & Financial Restructuring Group. | $1,050 | 1.20 | $1,260.00 |
| Christian M. McBurney | Partner since 2015. Member of DC bar since 1988. Member of MD bar since 1996. Real Estate/Tax & Wealth Planning. | $970 | 12.70 | $12,319.00 |
| George P. Angelich | Partner since 2010. Member of PA bar since 2000. Member of DC bar since 2003. Member of NY bar since 2005. Bankruptcy & Financial Restructuring. | $860 | 169.00 | $145,340.00 |
| | | $800 | 29.80 | $23,840.00 |
| Justin A. Kesselman | Partner since 2022. Joined firm as an associate in 2013. Member of MA bar since 2013. Bankruptcy and Financial Restructuring. | $660 | 167.60 | $110,616.00 |
| | | $600 | 74.70 | $44,820.00 |
| James E. Britton | Joined firm as an associate in 2020. Member of the PA bar since 2018. Member of the MA bar since 2019. Bankruptcy and Financial Restructuring. | $570 | 136.50 | $77,805.00 |
| | | $515 | 67.30 | $34,659.50 |
| Anna Mandel | Joined firm as an associate in 2022. Member of the NY bar | $570 | 10.40 | $5,928.00 |

---

[1] Historically, it has been ArentFox Schiff's policy to annually increase its rates on the first of January. See *Supplemental Declaration of George P. Angelich Regarding Customary Annual Rate Increase* [Docket No. 865].

- 2 -

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes)[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| | since 2013. Complex Litigation and Insurance. | $475 | 1.90 | $902.50 |
| Lisa Indelicato | Senior Bankruptcy Paralegal Specialist. | $405 | 53.20 | $21,546.00 |
| | | $380 | 11.30 | $4,294.00 |
| Alyssa Fiorentino | Paralegal. Bankruptcy and Financial Restructuring. | $290 | 27.50 | $7,975.00 |
| | | $265 | 15.10 | $4,001.50 |
| **TOTAL** | | | **778.20** | **$495,306.50** |

**Blended Rate (Attorneys Only)**:  $681.70[2]

---

[2] The blended rate is weighted based on hours billed during the Final Fee Period.

# EXHIBIT 4A

### COMPENSATION BY PROJECT CATEGORY
### JUNE 1, 2023 THROUGH AUGUST 8, 2023 (INTERIM FEE PERIOD)

| Project Category | Hours Billed | Fees Billed |
|---|---|---|
| Petition, Schedules, First Day Orders (01) | 0.00 | $0.00 |
| Case Management and Operating Reports (02) | 5.40 | $1,796.00 |
| Corporate and Business Matters (03) | 0.00 | $0.00 |
| Investigation, Due Diligence, Analysis (04) | 0.00 | $0.00 |
| Committee and Debtor Communications (05) | 12.60 | $8,486.00 |
| Creditor Information Sharing and 1102 Services (06) | 0.00 | $0.00 |
| Creditor Inquiries (07) | 0.50 | $312.00 |
| Sale and Disposition of Assets (08) | 0.00 | $0.00 |
| Asset Analysis and Recovery (09) | 0.00 | $0.00 |
| Claims Administration and Objections (10) | 0.60 | $288.00 |
| Miscellaneous Motions and Objections (11) | 0.00 | $0.00 |
| Adversary Proceedings (12) | 0.00 | $0.00 |
| Professional Retention (13) | 0.00 | $0.00 |
| Fee Applications (14) | 16.90 | $8,185.00 |
| Cash Collateral and DIP Financing (15) | 0.00 | $0.00 |
| Disclosure Statement and Plan Matters (16) | 95.70 | $67,149.00 |
| Wage Employee Benefits, Severance, Pensions (17) | 0.00 | $0.00 |
| Real Estate (18) | 0.00 | $0.00 |
| Automatic Stay and Section 362 and 363 Matters (19) | 0.00 | $0.00 |
| Equipment Lessors and Non Real Estate Leases (20) | 0.00 | $0.00 |
| Utilities and Regulatory Matters (21) | 0.00 | $0.00 |
| Chapter 5 Litigation, Collection, Investigation (22) | 0.00 | $0.00 |
| Executory Contracts and Related Matters (23) | 0.00 | $0.00 |
| Tax (Federal, State, Local and Corporate) (24) | 0.70 | $602.00 |
| NOL's and Tax Attributes (25) | 0.00 | $0.00 |
| Plan or Restructuring Support Agreement (26) | 0.00 | $0.00 |
| Environmental Matters (27) | 0.00 | $0.00 |
| Debtor Communications/Negotiations (28) | 0.00 | $0.00 |
| Travel (29)[1] | 1.50 | $990.00 |
| **TOTAL** | **133.90** | **$87,808.00** |

---

[1] Time billed for non-working travel is reduced by 50% in accordance with the requirements of Local Rule 2016-2(d)(ix).

# EXHIBIT 4B

### COMPENSATION BY PROJECT CATEGORY
### DECEMBER 15, 2022 THROUGH AUGUST 8, 2023 (FINAL FEE PERIOD)

| Project Category | Hours Billed | Fees Billed |
|---|---|---|
| Petition, Schedules, First Day Orders (01) | 64.60 | $37,723.50 |
| Case Management and Operating Reports (02) | 19.60 | $9,256.00 |
| Corporate and Business Matters (03) | 0.00 | $0.00 |
| Investigation, Due Diligence, Analysis (04) | 18.20 | $10,918.00 |
| Committee and Debtor Communications (05) | 83.50 | $55,371.00 |
| Creditor Information Sharing and 1102 Services (06) | 0.00 | $0.00 |
| Creditor Inquiries (07) | 1.20 | $914.00 |
| Sale and Disposition of Assets (08) | 197.20 | $141,139.00 |
| Asset Analysis and Recovery (09) | 0.00 | $0.00 |
| Claims Administration and Objections (10) | 6.90 | $4,576.00 |
| Miscellaneous Motions and Objections (11) | 28.80 | $19,556.00 |
| Adversary Proceedings (12) | 0.00 | $0.00 |
| Professional Retention (13) | 65.80 | $27,393.50 |
| Fee Applications (14) | 59.40 | $27,531.00 |
| Cash Collateral and DIP Financing (15) | 35.00 | $22,166.00 |
| Disclosure Statement and Plan Matters (16) | 168.40 | $118,474.00 |
| Wage Employee Benefits, Severance, Pensions (17) | 0.00 | $0.00 |
| Real Estate (18) | 0.00 | $0.00 |
| Automatic Stay and Section 362 and 363 Matters (19) | 0.00 | $0.00 |
| Equipment Lessors and Non Real Estate Leases (20) | 0.00 | $0.00 |
| Utilities and Regulatory Matters (21) | 0.00 | $0.00 |
| Chapter 5 Litigation, Collection, Investigation (22) | 0.00 | $0.00 |
| Executory Contracts and Related Matters (23) | 5.40 | $3,240.50 |
| Tax (Federal, State, Local and Corporate) (24) | 0.70 | $602.00 |
| NOL's and Tax Attributes (25) | 0.00 | $0.00 |
| Plan or Restructuring Support Agreement (26) | 0.00 | $0.00 |
| Environmental Matters (27) | 0.00 | $0.00 |
| Debtor Communications/Negotiations (28) | 19.30 | $13,498.00 |
| Travel (29)[1] | 4.20 | $2,948.00 |
| **TOTAL** | **778.20** | **$495,306.50** |

---

[1] Time billed for non-working travel is reduced by 50% in accordance with the requirements of Local Rule 2016-2(d)(ix).

# **EXHIBIT 5A**

**EXPENSE SUMMARY**
**JUNE 1, 2023 THROUGH AUGUST 8, 2023 (INTERIM FEE PERIOD)**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Other | | $37.50 |
| Out-of-Town Lodging | | $767.70 |
| Out-of-Town Meals | | $131.16 |
| Out-of-Town Transportation | | $1,817.33 |
| **TOTAL** | | **$2,753.69** |

# **EXHIBIT 5B**

**EXPENSE SUMMARY**
**DECEMBER 15, 2022 THROUGH AUGUST 8, 2023 (FINAL FEE PERIOD)**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Other | | $52.30 |
| Out-of-Town Lodging | | $915.70 |
| Out-of-Town Meals | | $170.16 |
| Out-of-Town Transportation | | $3,832.62 |
| Taxicabs | | $42.23 |
| **TOTAL** | | **$5,013.01** |