**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WINC, INC. *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br>(Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I, Mark T. Hurford, of A.M. Saccullo Legal, LLC, hereby certify that on this date I caused a copy of the foregoing to be served upon the individuals listed below via US regular mail:

Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street,
Wilmington, Delaware 19801
Attn: Matthew B. Lunn, Esq. and
Allison S. Mielke, Esq.

Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, Delaware, 19801,
Attn: Jane Leamy, Esq.

ArentFox Schiff LLP
800 Boylston Street, 32nd Floor
Boston, MA 02199
Attn: George P. Angelich, Esq., Justin A.
Kesselman, Esq., and James E. Britton, Esq.

A.M. Saccullo Legal LLC
27 Crimson King Drive
Bear, Delaware 19701
Attn: Mark Hurford, Esq.

Cooley LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Attn: Eric E. Walker, Esq.

Cooley LLP
55 Hudson Yards
New York, New York 10001
Attn: Joseph Brown, Esq.

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Attn: Curtis S. Miller, Esq. and
Derek C. Abbott, Esq.

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Attn: Richard M. Pachulski, Esq. and
Maxim B. Litvak, Esq.

In addition, I hereby certify that hereby certify that on this date I caused a copy of only the Notice of Application to be served upon the individuals on the attached service list via email, or, where no email is listed, via US regular mail.

Dated: August 28, 2023

                                        */s/ Mark T. Hurford*
                                        Mark T. Hurford (DE No. 3299)

Master Service List

| NAME | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|
| A.M. SACCULLO LEGAL, LCC | ATTN A. SACCULLO; M. HURFORD; M. AUGUSTINE ESQ. | 27 CRIMSON KING DRIVE | BEAR | DE | 19701 | ams@saccullolegal.com; mark@saccullolegal.com; meg@saccullolegal.com |
| AKERMAN LLP | ATTN: LAURA TAVERAS, EDUARDO ESPINOSA, & MARK LIU | 2001 ROSS AVENUE, STE. 3600 | DALLAS | TX | 75201 | laura.taveras@akerman.com;eduardo.espinosa@akerman.com; mark.liu@akerman.com |
| ARENTFOX SCHIFF LLP | ATTN GEORGE P. ANGELICH, ESQ | 1301 AVENUE OF THE AMERICAS, 42ND FL | NEW YORK | NY | 10019 | george.angelich@afslaw.com |
| ARENTFOX SCHIFF LLP | ATTN J. KESSELMAN; J. BRITTON ESQ. | BOYLSTON STREET, 32ND FL | BOSTON | MA | 02199 | justin.kesselman@afslaw.com; james.britton@afslaw.com |
| ASHBY & GEDDES, P.A. | TERRAVANT WINE COMPANY, LLC); ATTN: GREGORY | A. TAYLOR, ESQ., 500 DELAWARE AVE., 8TH FLR | WILMINGTON | DE | 19801 | gtaylor@ashbygeddes.com |
| BANC OF CALIFORNIA, NA | ATTN MICHAEL BARANOWSKI | 3 MACARTHUR PLACE | SANTA ANA | CA | 92707 | MICHAEL.BARANOWSKI@BANCOFCAL.COM;LEGAL@BANCOFCAL.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN K. CAPUZZI; J. MARTINEZ | 1313 NORTH MARKET STREET, SUITE 1201 | WILMINGTON | DE | 19801 | kcapuzzi@beneschlaw.com;jmartinez@beneschlaw.com |
| BUCHALTER | ATTN WILLIAM SCHOENHOLZ & COLIN ROWE | 1000 WILSHIRE BLVD, STE 1500 | LOS ANGELES | CA | 90017-1730 | WSCHOENHOLZ@BUCHALTER.COM;CROWE@BUCHALTER.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON ESQ. | 425 MARKET ST., STE. 2900 | SAN FRANCISCO | CA | 94105-3493 | schristianson@buchalter.com |
| COOLEY LLP | ATTN ERIC E WALKER | 110 N WACKER DR, STE 4200 | CHICAGO | IL | 60606 | EWALKER@COOLEY.COM |
| COOLEY LLP | ATTN ERIC E WALKER | 110 N WACKER DR | CHICAGO | IL | 60606 | ewalker@cooley.com |
| COOLEY LLP | ATTN JOSEPH W BROWN | 55 HUDSON YARDS | NEW YORK | NY | 10001 | JBROWN@COOLEY.COM |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 | | DOVER | DE | 19904 | |
| DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R. DOSHI ESQ. | 1979 MARCUS AVENUE, SUITE 210E | LAKE SUCCESS | NY | 11042 | amish@doshilegal.com |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY | 1500 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20220 | MILLIE.H.AGENT@IRS.GOV |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | MILLIE.H.AGENT@IRS.GOV |
| JEANMARIE MILLER, ASST. ATTY GENERAL | CADILLAC PLACE, STE. 10-200 | | DETROIT | MI | 48202 | MillerJ5@michigan.gov |
| MONZACK MERSKY AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY | 1201 N. ORANGE ST., STE. 400 | WILMINGTON | DE | 19801 | rmersky@monlaw.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN DEREK C ABBOTT; CURTIS S MILLER | 1201 N MARKET ST, 16TH FL; PO BOX 1347 | WILMINTON | DE | 19899-1347 | dabbott@morrisnichols.com; cmiller@morrisnichols.com |
| MORRIS NICOLS ARSHT & TUNNELL LLP | ATTN CURTIS MILLER & DEREK ABBOTT | 1201 N MARKET ST, 16TH FL; PO BOX 1347 | WILMINGTON | DE | 19801 | CMILLER@MORRISNICHOLS.COM;DABBOTT@MORRISNICHOLS.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | |
| PA DEPARTMENT OF REVENUE | ATTN: CHRISTOS A. KATSAOUNIS | PO BOX 281061 | HARRISBURG | PA | 17128-1061 | RA-occbankruptcy5@state.pa.us |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M PACHULSKI; MAXIM B LITVAK; JAMES E O'NEILL | 919 N MARKET ST, 17TH FL; PO BOX 8705 | WILMINGTON | DE | 19899-8705 | rpachulski@pszjlaw.com;mlitvak@pszjlaw.com;joneill@pszjlaw.com |
| PAUL HASTINGS LLP | TERRAVANT WINE COMPANY, LLC ATTN: JUSTIN RAWLINS ESQ., | 1999 AVENUE OF THE STARS, 27TH FLR | CENTURY CITY | CA | 90067 | justinrawlins@paulhastings.com |
| PAUL HASTINGS LLP | TERRAVANT WINE COMPANY, LLC ATTN: COLE HARLAN ESQ. | 200 PARK AVENUE | NEW YORK | NY | 10166 | coleharlan@paulhastings.com |
| RANCH CANADA DE LOS PINOS | ATTN DOUGLAS CIRCLE | 17772 E. 17TH ST., STE 107 | TUSTIN | CA | 92780 | doug@circlevision.com |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS, FRANCHISE TAX | PO BOX 898 | DOVER | DE | 19903 | |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN BANKRUPTCY DEPARTMENT | 100 PEARL ST, STE 20-100 | NEW YORK | NY | 10004-2616 | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | ATTN BANKRUPTCY DEPARTMENT | 1 PENN CTR, 1617 JFK BLVD, STE 520 | PHILADELPHIA | PA | 19103 | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | 100 F ST, NE | | WASHINGTON | DC | 20549 | HELP@SEC.GOV |
| THE BIFFERATO FIRM, P.A. | ATTN: IAN CONNOR BIFFERATO | 1007 N. ORANGE ST., 4TH FLOOR | WILMINGTON | DE | 19801 | cbifferato@tbf.legal |
| TN DEPT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV. | P.O. BOX 20207 | NASHVILLE | TN | 37202-0207 | AGBankDelaware@ag.tn.gov |
| US TRUSTEE | ATTN JANE LEAMY | 844 KING STREET, STE 2207 | WILMINGTON | DE | 19801 | USTRUSTEE.PROGRAM@USDOJ.GOV;JANE.M.LEAMY@USDOJ.COM |
| VIN-GLOBAL,LLC | ATTN DOUGLAS JONES | 4501 MANATEE AVE WEST, STE 314 | BRADENTON | FL | 34209 | djones@vin-global.net |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN MICHAEL R NESTOR, MATTHEW B LUNN, ALLISON S | MIELKE, JOSHUA B BROOKS, SHELLA BOROVINSKAYA; RODNEY SQUARE, 1000 NORTH KING STREET | WILMINGTON | DE | 19801 | mlunn@ycst.com; amielke@ycst.com |