# Exhibit B

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS**

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS
FOR THE *THIRD INTERIM PERIOD*
JUNE 1, 2023 THROUGH AND INCLUDING AUGUST 8, 2023**

| Name of Professional | Title/Position | Total Hours | Hourly Billing Rate* | Total Compensation |
|---|---|---|---|---|
| Kevin Clancy | Partner | 15.9 | $995 | $15,820.50 |
| Vinni Toppi | Partner | 2.3 | $995 | $2,288.50 |
| Molly Jobe | Director | 12.4 | $875 | $10,850.00 |
| Lydia Swonke | Senior Associate | 3.5 | $575 | $2,012.50 |
| Paula Lourenco | Paraprofessional | 36.0 | $300 | $10,800.00 |
|  | **Total** | **70.1** |  | **$41,771.50** |
| Carry-Over Reduction of Excess Fees* |  |  |  | $5,546.00* |
| Blended Fees after Carry-Over* |  |  |  | $47,317.50 |
|  |  |  |  |  |
|  |  |  |  | **$47,317.50** |
| Capped Blended Rate (All Timekeepers) |  |  | $675.00* |  |
|  |  |  |  |  |

\* As an accommodation to the Committee, the normal billing rates for CohnReznick LLP ("CR") and for CohnReznick Capital Markets Securities, LLC ("CRC") (collectively, "CohnReznick") are capped at a blended rate of $675.00 per hour. Due to CohnReznick's capped blended rate of $675 per hour, the 1st monthly statement application reflects a reduction of excess fees of $9,134.50 and the 2nd monthly statement application reflects a reduction of excess fees of $31,684.50, for a total carry over of excess fees in the amount of $40,819.00. A portion of the excess carry-over has been applied to the 3rd, 4th monthly statement applications, and combined 5th monthly statement application, leaving an excess carry-over balance of $9,968.50. The amount of $5,546.00 has been applied from the excess fee carry-over balance to the third interim fee application for the period of June 1, 2023 through and including August 8, 2023. After applying same, the excess fee carry-over balance is $4,422.50 and remains to be used.

*[Remainder of Page Left Intentionally Blank]*