# **<u>Exhibit C</u>**

**<u>SUMMARY OF ACTIVITY CODE CATEGORY</u>**

**SUMMARY BY ACTIVITY CODE CATEGORY
FOR THE *THIRD INTERIM PERIOD*
JUNE 1, 2023 THROUGH AND INCLUDING AUGUST 8, 2023**

| Description | Hours | Fees |
|---|---|---|
| Analyze Assets and Liabilities | 0.4 | $350.00 |
| Analyze/Reconcile Claims | 0.3 | $262.50 |
| Case Administration (including retention matters) | 5.4 | $4,268.00 |
| Document Review/Index | 20.0 | $6,000.00 |
| Evaluate Sale of Debtors' Assets/Liquidation | 5.0 | $4,747.00 |
| General Telephone Conference | 4.5 | $4,249.50 |
| Monthly and Interim Fee Applications | 13.8 | $4,974.00 |
| Operating Reports/Results | 2.7 | $2,398.50 |
| Plan and Disclosure Statement | 5.6 | $5,488.00 |
| Prepare/Review Cashflow Projections | 5.4 | $3,783.00 |
| Prepare/Review Flash Report for Period Ending | 1.1 | $1,010.50 |
| Review/Analyze Budget | 5.9 | $4,240.50 |
| **Services Total:** | **70.1** | **$41,771.50** |

*[Remainder of Page Left Intentionally Blank]*