# Exhibit D

**PROFESSIONAL AND PARAPROFESSIONAL DETAIL BY CATEGORY CODE**

**WINC, INC., et al.**  
Professional and Paraprofessional Detail by Category Code  
June 1, 2023 through and including August 8, 2023 - *Interim Period*

Page 1

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 08/08/23 | Molly Jobe | Analyze Assets and Liabilities | Receive and review multiple updates to post-effective date waterfall analysis. | 0.4 | 875 | 350.00 |
| | | **Analyze Assets and Liabilities Total** | | **0.4** | | **350.00** |
| 08/08/23 | Molly Jobe | Analyze/Reconcile Claims | Follow-up with RPA regarding status of claims review. | 0.1 | 875 | 87.50 |
| 08/08/23 | Molly Jobe | Analyze/Reconcile Claims | Receive and review update from RPA on claims review. | 0.2 | 875 | 175.00 |
| | | **Analyze/Reconcile Claims Total** | | **0.3** | | **262.50** |
| 06/08/23 | Kevin Clancy | Case administration (including retention matters) | Review UCC update from counsel. | 0.4 | 995 | 398.00 |
| 06/14/23 | Kevin Clancy | Case administration (including retention matters) | Review correspondence from counsel re: fee app prep. | 0.3 | 995 | 298.50 |
| 06/14/23 | Paula Lourenco | Case administration (including retention matters) | Emails from/to counsel's office (AF) re: April and May 2023 monthly application, second interim and timeline. | 0.2 | 300 | 60.00 |
| 06/15/23 | Kevin Clancy | Case administration (including retention matters) | Review professionals' work activity. | 0.5 | 995 | 497.50 |
| 06/16/23 | Paula Lourenco | Case administration (including retention matters) | Review/prepared final, email to counsel's office re: CR and CRC's combined fifth monthly statement/invoice and supporting documents, and notice, CR and CRC's combined fifth monthly application, exhibits A-E, copies to appropriate recipients. | 0.2 | 300 | 60.00 |
| 06/29/23 | Kevin Clancy | Case administration (including retention matters) | Review UCC update. | 0.3 | 995 | 298.50 |
| 07/10/23 | Kevin Clancy | Case administration (including retention matters) | Review June statement. | 0.3 | 995 | 298.50 |
| 07/10/23 | Paula Lourenco | Case administration (including retention matters) | Emails to/from J Manning (CRC) re: professionals' detail for June 2023. | 0.1 | 300 | 30.00 |
| 07/10/23 | Paula Lourenco | Case administration (including retention matters) | Emails from/to counsel's office re: CR and CRC's sixth monthly statement/invoice and supporting documents through June 30, 2023, copy to appropriate recipients. | 0.2 | 300 | 60.00 |

**WINC, INC., et al.**  Page 2
Professional and Paraprofessional Detail by Category Code
June 1, 2023 through and including August 8, 2023 - *Interim Period*

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 07/11/23 | Paula Lourenco | Case administration (including retention matters) | Emails from/to K Clancy, copy to V Toppi re: final sixth monthly application; review/updated/prepared final, email to counsel's office re: CR and CRC's sixth monthly application, notice and exhibits A-D, copies to appropriate recipients. | 0.5 | 300 | 150.00 |
| 07/13/23 | Paula Lourenco | Case administration (including retention matters) | Emails to/from counsel's office re: CR and CRC's second interim application and exhibits A-E, copies to appropriate recipients. | 0.2 | 300 | 60.00 |
| 07/20/23 | Kevin Clancy | Case administration (including retention matters) | Call with professionals re: wind-down. | 0.6 | 995 | 597.00 |
| 07/20/23 | Molly Jobe | Case administration (including retention matters) | Telecon with K Clancy (CR), AFS team, B Ayers (Rock Creek), and RKC team re: wind-down. | 0.6 | 875 | 525.00 |
| 07/31/23 | Kevin Clancy | Case administration (including retention matters) | Call with Debtor re: open questions. | 0.5 | 995 | 497.50 |
| 07/31/23 | Molly Jobe | Case administration (including retention matters) | Attend meeting with C Brault (Winc), K Pleines (RPA) and K Clancy (CR) regarding open items, cash balance and disbursements. | 0.5 | 875 | 437.50 |
| | | **Case administration (including retention matters) Total** | | **5.4** | | **4,268.00** |
| 06/15/23 | Paula Lourenco | Document Review/Index | Review/analysis, initiated preparation of professionals' spreadsheet for, in support of statement/invoice for UCC. | 1.7 | 300 | 510.00 |
| 06/15/23 | Paula Lourenco | Document Review/Index | Continued review/analysis/preparation of professionals' fees/code, summaries for all timekeepers through May 31, 2023; emails to/from K Clancy, to V Toppi (CR) re: same. | 1.4 | 300 | 420.00 |
| 06/16/23 | Paula Lourenco | Document Review/Index | Review/analysis and prepared narrative summaries for each project category in support of CR and CRC's combined monthly application for the period ending May 31, 2023. | 1.2 | 300 | 360.00 |
| 06/16/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of CohnReznick and CRC's combined fifth monthly application, exhibits A-E for/in support of the monthly application; emails to/from K Clancy, to V Toppi (CR) re: same, draft final attached. | 1.4 | 300 | 420.00 |
| 07/10/23 | Paula Lourenco | Document Review/Index | Review/analysis, initiated preparation of professionals' spreadsheet for, in support of statement/invoice for UCC. | 1.7 | 300 | 510.00 |
| 07/10/23 | Paula Lourenco | Document Review/Index | Continued review/analysis/preparation of professionals' fees/code, summaries for all timekeepers through June 30, 2023; emails to/from K Clancy, to V Toppi (CR) re: same. | 1.4 | 300 | 420.00 |

**WINC, INC., et al.**  Page 3
Professional and Paraprofessional Detail by Category Code
June 1, 2023 through and including August 8, 2023 - *Interim Period*

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 07/10/23 | Paula Lourenco | Document Review/Index | Review/analysis and prepared narrative summaries for each project category in support of CR and CRC's monthly application for the period ending June 30, 2023. | 1.1 | 300 | 330.00 |
| 07/10/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of CohnReznick and CRC's sixth monthly application, exhibits A-D for/in support of the monthly application; emails to K Clancy, to V Toppi (CR) re: same, draft final attached. | 0.6 | 300 | 180.00 |
| 07/11/23 | Paula Lourenco | Document Review/Index | Review/analysis, preparation of exhibits for, in support of CR and CRC's second interim fee application. | 1.2 | 300 | 360.00 |
| 07/11/23 | Paula Lourenco | Document Review/Index | Continued preparation of exhibits for, and in support of CR and CRC's second interim application for period March 1, 2023 through and including May 31, 2023. | 1.4 | 300 | 420.00 |
| 07/11/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued preparation of professionals' detail by code, summaries, exhibits for preparation/in support of CR and CRC's second interim fee application. | 1.1 | 300 | 330.00 |
| 07/12/23 | Paula Lourenco | Document Review/Index | Review/analysis and initiated preparation of narrative summaries for each project category in support of interim application. | 1.4 | 300 | 420.00 |
| 07/12/23 | Paula Lourenco | Document Review/Index | Review/analysis and continued review/preparation of narrative summaries for each project category for/in support of second interim fee application through May 31, 2023. | 0.7 | 300 | 210.00 |
| 07/13/23 | Paula Lourenco | Document Review/Index | Review/analysis of application summary sheet, application and exhibits; email to K. Clancy, V. Toppi (CR) re: same attached; call with K Clancy re: same. | 1.2 | 300 | 360.00 |
| 8/3/2023 | Paula Lourenco | Document Review/Index | Review/analysis, prepared/updated fee tracker through July 2023. | 1.1 | 300 | 330.00 |
| 08/08/23 | Paula Lourenco | Document Review/Index | Review/analysis, preparation of exhibits for, in support of first and final fee application for the final period through August 8, 2023. | 1.4 | 300 | 420.00 |
| | | **Document Review/Index Total** | | **20.0** | | **6,000.00** |
| 07/24/23 | Kevin Clancy | Evaluate Sale of Debtors' Assets/Liquidation | Review correspondence from counsel re: Amass discussions. | 0.3 | 995 | 298.50 |
| 07/25/23 | Kevin Clancy | Evaluate Sale of Debtors' Assets/Liquidation | Review Amass sale docs. | 0.5 | 995 | 497.50 |
| 07/25/23 | Kevin Clancy | Evaluate Sale of Debtors' Assets/Liquidation | Call with Amass re: coordination. | 0.7 | 995 | 696.50 |
| 07/25/23 | Kevin Clancy | Evaluate Sale of Debtors' Assets/Liquidation | Call with professionals re: Amass call. | 0.7 | 995 | 696.50 |

**WINC, INC., et al.**  Page 4
Professional and Paraprofessional Detail by Category Code
June 1, 2023 through and including August 8, 2023 - *Interim Period*

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 07/25/23 | Molly Jobe | Evaluate Sale of Debtors' Assets/Liquidation | General communications K Clancy (CR) and V Toppi (CR) regarding Winc waterfall and documentation. | 0.5 | 875 | 437.50 |
| 07/25/23 | Molly Jobe | Evaluate Sale of Debtors' Assets/Liquidation | Telecon with B Ayers (Rock Creek), RK team, AFS team, K Clancy (CR) and V Toppi (CR) to prep for meeting with the buyer. | 0.7 | 875 | 612.50 |
| 07/25/23 | Molly Jobe | Evaluate Sale of Debtors' Assets/Liquidation | Telecon with B Ayers (Rock Creek), RK team, AFS team, K Clancy (CR), C Brault (Winc) and Amass team regarding status of TSA items and needs. | 0.7 | 875 | 612.50 |
| 07/25/23 | Vinni Toppi | Evaluate Sale of Debtors' Assets/Liquidation | Prepare for call (.2); call with professionals re: transition to trustee(.7). | 0.9 | 995 | 895.50 |
| | | **Evaluate Sale of Debtors' Assets/Liquidation Total** | | **5.0** | | **4,747.00** |
| 06/29/23 | Kevin Clancy | General Telephone Conference | Call with counsel re: wind-down. | 0.5 | 995 | 497.50 |
| 06/29/23 | Molly Jobe | General Telephone Conference | Attend meeting with G Angelich (AFS) and K Clancy (CR) regarding ERC estimates. | 0.5 | 875 | 437.50 |
| 07/12/23 | Molly Jobe | General Telephone Conference | Telecons with K Pleines (RPA) to get update on status of wind-down and ERC filings. | 0.4 | 875 | 350.00 |
| 07/17/23 | Kevin Clancy | General Telephone Conference | Call with counsel re: wind-down. | 0.3 | 995 | 298.50 |
| 07/19/23 | Kevin Clancy | General Telephone Conference | Wind-down/coordination call. | 1.0 | 995 | 995.00 |
| 07/19/23 | Molly Jobe | General Telephone Conference | Telecon with A Mielke (CY), C Brault (Winc), K Plenies (RPA), AFS team and K Clancy (CR) re wind-down and coordination. | 1.0 | 875 | 875.00 |
| 07/20/23 | Kevin Clancy | General Telephone Conference | Correspond with counsel re: wind-down. | 0.3 | 995 | 298.50 |
| 07/25/23 | Kevin Clancy | General Telephone Conference | Follow-up call with counsel re: Amass call. | 0.5 | 995 | 497.50 |
| | | **General Telephone Conference Total** | | **4.5** | | **4,249.50** |
| 06/15/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, preparation of combined monthly fee application for the period through and including May 31, 2023. | 1.3 | 300 | 390.00 |
| 06/15/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of CR and CRC's combined fifth monthly pleadings for April through May 2023. | 0.9 | 300 | 270.00 |
| 06/16/23 | Kevin Clancy | Monthly and Interim Fee Applications | Review fee application. | 0.5 | 995 | 497.50 |
| 06/16/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared Notice to CohnReznick and CRC's combined fifth monthly fee application. | 0.4 | 300 | 120.00 |
| 06/16/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared K. Clancy's declaration in support of CohnReznick and CRC's combined fifth monthly application for April through May 2023. | 0.4 | 300 | 120.00 |

WINC, INC., et al.  Page 5
Professional and Paraprofessional Detail by Category Code
June 1, 2023 through and including August 8, 2023 - *Interim Period*

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 06/16/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared J. Manning's declaration in support of CohnReznick and CRC's combined fifth monthly application for April through May 2023. | 0.4 | 300 | 120.00 |
| 07/10/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, preparation of monthly fee application for the period through and including June 30, 2023. | 1.4 | 300 | 420.00 |
| 07/10/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared Notice to CohnReznick and CRC's sixth monthly fee application. | 0.4 | 300 | 120.00 |
| 07/10/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared K. Clancy's declaration in support of CohnReznick and CRC's sixth monthly application for June 2023. | 0.4 | 300 | 120.00 |
| 07/10/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared J. Manning's declaration in support of CohnReznick and CRC's sixth monthly application for June 2023. | 0.4 | 300 | 120.00 |
| 07/11/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and initiated preparation of CR and CRC's second interim fee application cover and application for the interim period from March 1, 2023 through May 31, 2023. | 1.7 | 300 | 510.00 |
| 07/12/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of second interim fee application of CR as financial advisors and CRC as investment banker to the committee for the period March 1, 2023 through and including May 31, 2023. | 1.4 | 300 | 420.00 |
| 07/12/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of second interim fee application of CR as financial advisors and CRC as investment banker to the committee through May 31, 2023. | 1.2 | 300 | 360.00 |
| 07/12/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and continued preparation of CR and CRC's second interim fee application for the period March 1, 2023 through and including May 2023. | 1.1 | 300 | 330.00 |
| 07/13/23 | Kevin Clancy | Monthly and Interim Fee Applications | Review fee app. | 0.7 | 995 | 696.50 |
| 07/13/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and prepared K. Clancy's declaration in support of second interim fee application. | 0.4 | 300 | 120.00 |
| 07/13/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis and prepared J. Manning's declaration in support of second interim fee application. | 0.4 | 300 | 120.00 |
| 07/13/23 | Paula Lourenco | Monthly and Interim Fee Applications | Review/analysis, prepared Notice to CohnReznick and CRC's second interim fee application. | 0.4 | 300 | 120.00 |
| | | **Monthly and Interim Fee Applications Total** | | **13.8** | | **4,974.00** |
| 06/22/23 | Kevin Clancy | Operating Reports/Results | Review MORs. | 0.3 | 995 | 298.50 |
| 07/21/23 | Molly Jobe | Operating Reports/Results | Review Winc waterfall and current MORs regarding cash balance and disbursements. | 0.4 | 875 | 350.00 |

**WINC, INC., et al.**  Page 6
Professional and Paraprofessional Detail by Category Code
June 1, 2023 through and including August 8, 2023 - *Interim Period*

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 07/28/23 | Molly Jobe | Operating Reports/Results | Review June 2023 monthly operating reports. | 0.6 | 875 | 525.00 |
| 07/30/23 | Molly Jobe | Operating Reports/Results | Review disbursements from C Brault (Winc) from Winc Inc entity vs. MORs. | 0.4 | 875 | 350.00 |
| 07/31/23 | Molly Jobe | Operating Reports/Results | Finish reviewing January - June MORs for disbursement detail vs. cash balances. | 0.8 | 875 | 700.00 |
| 07/31/23 | Molly Jobe | Operating Reports/Results | Draft communication to C Brault (Winc) regarding open questions on MOR and cash balances. | 0.2 | 875 | 175.00 |
| | | **Operating Reports/Results Total** | | **2.7** | | **2,398.50** |
| 06/01/23 | Kevin Clancy | Plan and Disclosure Statement | Review draft POR materials; liquidation analysis. | 1.2 | 995 | 1,194.00 |
| 06/05/23 | Vinni Toppi | Plan and Disclosure Statement | Review liquidation analysis and support; draft email to committee counsel. | 0.6 | 995 | 597.00 |
| 06/15/23 | Kevin Clancy | Plan and Disclosure Statement | Review correspondence from counsel re: SEC comments to POR. | 0.4 | 995 | 398.00 |
| 07/21/23 | Kevin Clancy | Plan and Disclosure Statement | Review correspondence re: updated waterfall; discuss with staff. | 0.4 | 995 | 398.00 |
| 07/28/23 | Kevin Clancy | Plan and Disclosure Statement | Review correspondence from counsel re: task list; plan confirmation. | 0.4 | 995 | 398.00 |
| 8/1/2023 | Kevin Clancy | Plan and Disclosure Statement | Call with professionals re: confirmation checklist. | 0.7 | 995 | 696.50 |
| 8/1/2023 | Kevin Clancy | Plan and Disclosure Statement | Review declarations and docs for confirmation hearing. | 1.2 | 995 | 1,194.00 |
| 8/1/2023 | Molly Jobe | Plan and Disclosure Statement | Attend open items/confirmation hearing prep meeting with AFS team, Rock Creek, RKA and K Clancy (CR). | 0.7 | 875 | 612.50 |
| | | **Plan and Disclosure Statement Total** | | **5.6** | | **5,488.00** |
| 8/1/2023 | Lydia Swonke | Prepare/Review Cashflow Projections | Prepare for meeting (.2); meeting with M Jobe to discuss Winc cash reconciliation project(.3). | 0.5 | 575 | 287.50 |
| 8/1/2023 | Lydia Swonke | Prepare/Review Cashflow Projections | Review/analysis, performed cash reconciliation for January 2023 through June 2023. | 1.6 | 575 | 920.00 |
| 8/1/2023 | Lydia Swonke | Prepare/Review Cashflow Projections | Continued review/analysis, performed cash reconciliation for January 2023 through June 2023. | 1.1 | 575 | 632.50 |
| 8/1/2023 | Molly Jobe | Prepare/Review Cashflow Projections | Meeting with L Swonke (CR) regarding cash reconciliation project. | 0.3 | 875 | 262.50 |
| 8/2/2023 | Lydia Swonke | Prepare/Review Cashflow Projections | General communication with M Jobe regarding Winc Cash reconciliation | 0.3 | 575 | 172.50 |

**WINC, INC., et al.**  Page 7
Professional and Paraprofessional Detail by Category Code
June 1, 2023 through and including August 8, 2023 - *Interim Period*

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 8/2/2023 | Molly Jobe | Prepare/Review Cashflow Projections | Review cash disbursements in Winc and variances. | 0.4 | 875 | 350.00 |
| 8/2/2023 | Molly Jobe | Prepare/Review Cashflow Projections | Draft update to V Toppi and K Clancy (CR) regarding cash utilization and disbursement review updates and open questions. | 0.3 | 875 | 262.50 |
| 8/3/2023 | Kevin Clancy | Prepare/Review Cashflow Projections | Review cash bridge analysis; correspond with counsel and RPA. | 0.7 | 995 | 696.50 |
| 8/4/2023 | Kevin Clancy | Prepare/Review Cashflow Projections | Discuss cash bridge analysis. | 0.2 | 995 | 199.00 |
| | | **Prepare/Review Cashflow Projections Total** | | **5.4** | | **3,783.00** |
| 07/17/23 | Molly Jobe | Prepare/Review Flash Report for Period Ending | Communications with AFS team and K Clancy (CR) regarding ERC filings and vendor. | 0.2 | 875 | 175.00 |
| 07/21/23 | Molly Jobe | Prepare/Review Flash Report for Period Ending | Telecons V Toppi (CR) regarding Winc waterfall update. | 0.4 | 875 | 350.00 |
| 07/21/23 | Vinni Toppi | Prepare/Review Flash Report for Period Ending | Discuss waterfall updates with M Jobe; review prior analysis and discuss questions/open items | 0.4 | 995 | 398.00 |
| 07/28/23 | Molly Jobe | Prepare/Review Flash Report for Period Ending | General communication with V Toppi regarding waterfall analysis updates. | 0.1 | 875 | 87.50 |
| | | **Prepare/Review Flash Report for Period Ending Total** | | **1.1** | | **1,010.50** |
| 07/12/23 | Molly Jobe | Review/Analyze Budget | Draft update to AFS team and K Clancy (CR) regarding updates from RPA. | 0.3 | 875 | 262.50 |
| 07/20/23 | Paula Lourenco | Review/Analyze Budget | Review/analysis and calc of professionals' fees through January 19, 2023; emails to/from partner re: same. | 0.8 | 300 | 240.00 |
| 07/31/23 | Kevin Clancy | Review/Analyze Budget | Review correspondence re: open questions on cash; sources and uses(.4); discuss with staff(.4). | 0.8 | 995 | 796.00 |
| 07/31/23 | Molly Jobe | Review/Analyze Budget | Attend meeting with V Toppi (CR) and K Clancy (CR) regarding cash balance, claims and waterfall analysis. | 0.4 | 875 | 350.00 |
| 07/31/23 | Vinni Toppi | Review/Analyze Budget | Call with M. Jobe and K. Clancy re: current cash position and updates to waterfall | 0.4 | 995 | 398.00 |
| 8/3/2023 | Molly Jobe | Review/Analyze Budget | Draft communication to RPA and C Brault regarding disbursement, cash review and open questions for post-ED waterfall. | 0.3 | 875 | 262.50 |
| 8/3/2023 | Paula Lourenco | Review/Analyze Budget | Emails from/to partner; review/analysis and calc of professionals' fees through July 31, 2023; emails to/from partner, counsel's office (AF) re: same. | 0.9 | 300 | 270.00 |
| 8/4/2023 | Molly Jobe | Review/Analyze Budget | Draft post-ED waterfall. | 0.6 | 875 | 525.00 |
| 08/07/23 | Molly Jobe | Review/Analyze Budget | Follow-ups with RPA regarding status of review of post-ED waterfall. | 0.2 | 875 | 175.00 |

**WINC, INC., et al.**  Page 8
Professional and Paraprofessional Detail by Category Code
June 1, 2023 through and including August 8, 2023 - *Interim Period*

| Date | Name | Activity Code Category | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 08/07/23 | Paula Lourenco | Review/Analyze Budget | Emails from/to M Jobe and partner re: professionals' fees; review/analysis and prepared fee schedule for MTD August 2023. | 0.3 | 300 | 90.00 |
| 08/08/23 | Kevin Clancy | Review/Analyze Budget | Review sources and uses schedule; transaction docs. | 0.7 | 995 | 696.50 |
| 08/08/23 | Molly Jobe | Review/Analyze Budget | Review and verify calculations in final post-ED sources and uses from RPA. | 0.2 | 875 | 175.00 |
| | | **Review/Analyze Budget Total** | | **5.9** | | **4,240.50** |
| | | **Grand Total** | | **70.1** | | **41,771.50** |

**WINC, INC.,** *et al.*
**CohnReznick LLP and CohnReznick Capital Markets Securities, LLC**
**FIRST AND FINAL FEE APPLICATION -** *INTERIM PERIOD*
<u>June 1, 2023 through and including August 8, 2023</u>
Summary of Professional and Paraprofessional Timekeepers
By Activity Code Category

| Name | Position | Activity Code Category | Hours | Rates* | Fee |
|---|---|---|---|---|---|
| Molly Jobe | Director | Analyze Assets and Liabilities | 0.40 | 875 | 350.00 |
| | | **Activity Subtotal:** | | | **$ 350.00** |
| Molly Jobe | Director | Analyze/Reconcile Claims | 0.30 | 875 | 262.50 |
| | | **Activity Subtotal:** | | | **$ 262.50** |
| Kevin Clancy | Partner | Case Administration | 2.90 | 995 | 2,885.50 |
| Molly Jobe | Director | Case Administration | 1.10 | 875 | 962.50 |
| Paula Lourenco | Paraprofessional | Case Administration | 1.40 | 300 | 420.00 |
| | | **Activity Subtotal:** | | | **$ 4,268.00** |
| Paula Lourenco | Paraprofessional | Document Review/Index | 20.00 | 300 | 6,000.00 |
| | | **Activity Subtotal:** | | | **$ 6,000.00** |
| Kevin Clancy | Partner | Evaluate Sale of Debtors' Assets/Liquidation | 2.20 | 995 | 2,189.00 |
| Vinni Toppi | Partner | Evaluate Sale of Debtors' Assets/Liquidation | 0.90 | 995 | 895.50 |
| Molly Jobe | Director | Evaluate Sale of Debtors' Assets/Liquidation | 1.90 | 875 | 1,662.50 |
| | | **Activity Subtotal:** | | | **$ 4,747.00** |
| Kevin Clancy | Partner | General Telephone Conference | 2.60 | 995 | 2,587.00 |
| Molly Jobe | Director | General Telephone Conference | 1.90 | 875 | 1,662.50 |
| | | **Activity Subtotal:** | | | **$ 4,249.50** |
| Kevin Clancy | Partner | Monthly and Interim Fee Applications | 1.20 | 995 | 1,194.00 |
| Paula Lourenco | Paraprofessional | Monthly and Interim Fee Applications | 12.60 | 300 | 3,780.00 |
| | | **Activity Subtotal:** | | | **$ 4,974.00** |
| Kevin Clancy | Partner | Operating Reports/Results | 0.30 | 995 | 298.50 |
| Molly Jobe | Director | Operating Reports/Results | 2.40 | 875 | 2,100.00 |
| | | **Activity Subtotal:** | | | **$ 2,398.50** |
| Kevin Clancy | Partner | Plan and Disclosure Statement | 4.30 | 995 | 4,278.50 |
| Vinni Toppi | Partner | Plan and Disclosure Statement | 0.60 | 995 | 597.00 |
| Molly Jobe | Director | Plan and Disclosure Statement | 0.70 | 875 | 612.50 |
| | | **Activity Subtotal:** | | | **$ 5,488.00** |
| Kevin Clancy | Partner | Prepare/Review Cashflow Projections | 0.90 | 995 | 895.50 |
| Molly Jobe | Director | Prepare/Review Cashflow Projections | 1.00 | 875 | 875.00 |
| Lydia Swonke | Senior Associate | Prepare/Review Cashflow Projections | 3.50 | 575 | 2,012.50 |
| | | **Activity Subtotal:** | | | **$ 3,783.00** |
| Vinni Toppi | Partner | Prepare/Review Flash Report for Period Ending | 0.40 | 995 | 398.00 |
| Molly Jobe | Director | Prepare/Review Flash Report for Period Ending | 0.70 | 875 | 612.50 |
| | | **Activity Subtotal:** | | | **$ 1,010.50** |
| Kevin Clancy | Partner | Review/Analyze Budget | 1.50 | 995 | 1,492.50 |

| | | **WINC, INC.,** *et al.* <br> **CohnReznick LLP and CohnReznick Capital Markets Securities, LLC** <br> **FIRST AND FINAL FEE APPLICATION -** *INTERIM PERIOD* <br> <u>June 1, 2023 through and including August 8, 2023</u> <br> Summary of Professional and Paraprofessional Timekeepers <br> By Activity Code Category | | | | |
|---|---|---|---|---|---|
| Vinni Toppi | Partner | Review/Analyze Budget | 0.40 | 995 | 398.00 |
| Molly Jobe | Director | Review/Analyze Budget | 2.00 | 875 | 1,750.00 |
| Paula Lourenco | Paraprofessional | Review/Analyze Budget | 2.00 | 300 | 600.00 |
| | | **Activity Subtotal:** | | | $ 4,240.50 |
| | | | | | |
| **Grand Total** | | | 70.10 | | $ 41,771.50 |
| | | | | | |
| *As an accommodation to the Committee, the normal billing rates for CohnReznick LLP and for CohnReznick Capital Markets Securities, LLC are capped at a blended rate of $675 per hour. | | | | | |