# Exhibit E

**EXPENSE SUMMARY AND DETAIL BY CATEGORY**

**EXPENSE SUMMARY**
**FOR THE *THIRD INTERIM PERIOD*** 
**JUNE 1, 2023 THROUGH AND INCLUDING AUGUST 8, 2023**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Pacer | | $61.40 |
| | **TOTAL EXPENSES** | **$61.40** |

**EXPENSE DETAIL**
**FOR THE *THIRD INTERIM PERIOD***
**JUNE 1, 2023 THROUGH AND INCLUDING AUGUST 8, 2023**

| Date | Name | Code | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 07/19/23 | CohnReznick | 891 | Pacer | $61.40 | Background Investigations, Acct# 2571123 - PACER - 7/5/23 - Invoice#2571123-Q22023 - 4/1/23 thru 6/30/23 |
| | | | **Pacer Total** | **$61.40** | |
| | | | **Grand Total** | **$61.40** | |

*[Remainder of Page Left Intentionally Blank]*