# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WINC, INC. et al,[1] | ) Case No. 22-11238 (LSS) |
| | ) |
| | ) (Jointly Administered) |
| | ) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that the undersigned counsel hereby appear in the above-captioned Chapter 11 cases as legal counsel to Brian Ayers, in his capacity as the Post-Effective Date Debtor Representative[2] and request, pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), that any and all notices and papers filed or entered in this case or any related adversary proceedings be delivered to and served upon:

Patrick W. Carothers, Esq.  
CAROTHERS & HAUSWIRTH LLP  
680 Andersen Drive, Suite 230  
Pittsburgh PA 15220  
pcarothers@ch-legal.com  
Direct: 412.606.3182  
Facsimile: 412.910.7510  

Gregory W. Hauswirth, Esq.  
CAROTHERS & HAUSWIRTH LLP  
1007 N. Orange Street, 4th Floor  
Wilmington, DE 19801  
ghauswirth@ch-legal.com  
Direct: 302.332.7181  
Facsimile: 412.910.7510  

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A).

[2] Terms not otherwise defined herein shall have the meaning ascribed to them in the Plan (Docket No. 444).

1

complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, or otherwise is filed or made with regard to this case.

PLEASE TAKE FURTHER NOTICE, that neither this Notice of Appearance and Request for Service of Notices and Other Documents (the "Notice") nor any later appearance, pleading, claim or suit shall constitute a waiver of any substantive or procedural right, including: (i) the right to have final orders in non-core matters entered only after de novo review by a District Court, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) abstention, (v) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, and (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 29, 2023

CAROTHERS & HAUSWIRTH LLP

By: */s/ Gregory W. Hauswirth*
Gregory W. Hauswirth (Bar No. 5679)
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: 302.332.7181
Facsimile: 412.910.7510
ghauswirth@ch-legal.com

*and*

Patrick W. Carothers (PA Bar No. 85721)
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412.910.7500
Facsimile: 412.910.7510

pcarothers@ch-legal.com

*Attorneys for Brian Ayers, Post-Effective Date Debtor Representative*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 29, 2023, a true and correct copy of Carothers & Hauswirth LLP's Notice of Appearance and Request for Service of Notices and Other Documents was served to all parties of record via CM/ECF.

                                                  /s/ Gregory W. Hauswirth
                                                  Gregory W. Hauswirth (DE No. 5679)