### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINC, INC., *et al.*[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that counsel hereby appear in the above-captioned Chapter 11 cases as counsel to the Club W Creditor Trust and request, pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), that any and all notices and papers filed or entered in this case or any related adversary proceedings be delivered to and served upon:

George P. Angelich, Esq.
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York NY 10019
Telephone: (212) 484-3900
Facsimile:  (212) 484-3990
Email:  george.angelich@afslaw.com

Justin A. Kesselman, Esq.
James E. Britton, Esq.
**ARENTFOX SCHIFF LLP**
800 Boylston Street, 32nd Floor
Boston, MA 02199
Telephone: (617) 973-6100
Facsimile:  (617) 367-2315
Email: justin.kesselman@afslaw.com
        james.britton@afslaw.com

Anthony M. Saccullo, Esq.
Mark T. Hurford, Esq.
Mary Augustine, Esq.
**A.M. SACCULLO LEGAL, LLC**
27 Crimson King Drive
Bear, DE 19701
Telephone: (302) 836-8877
Facsimile:  (302) 836-8787
Email:  ams@Saccullolegal.com
        mark@Saccullolegal.com
        meg@Saccullolegal.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, or otherwise is filed or made with regard to this case.

PLEASE TAKE FURTHER NOTICE, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural right, including: (i) the right to have final orders in non-core matters entered only after de novo review by a District Court, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) abstention, (v) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, and (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 29, 2023                    **A.M. SACCULLO LEGAL, LLC**

　　　　　　　　　　　　　　　　　　　　　　　*/s Mark T. Hurford*
　　　　　　　　　　　　　　　　　　　　　　　Anthony M. Saccullo (DE No. 4141)
　　　　　　　　　　　　　　　　　　　　　　　Mark T. Hurford (DE No. 3299)
　　　　　　　　　　　　　　　　　　　　　　　Mary Augustine (DE No. 4477)
　　　　　　　　　　　　　　　　　　　　　　　27 Crimson King Drive
　　　　　　　　　　　　　　　　　　　　　　　Bear, DE 19701
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 836-8877
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 836-8787
　　　　　　　　　　　　　　　　　　　　　　　Email: ams@saccullolegal.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　mark@saccullolegal.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　meg@saccullolegal.com

and

George P. Angelich, Esq. (*Pro hac vice*)
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: george.angelich@afslaw.com

Justin A. Kesselman, Esq. (*Pro hac vice*)
James E. Britton, Esq. (*Pro hac vice*)
**ARENTFOX SCHIFF LLP**
800 Boylston Street, 32nd Floor
Boston, MA 02199
Telephone: (617) 973-6100
Facsimile: (617) 367-2315
Email: justin.kesselman@afslaw.com
         james.britton@afslaw.com

*Counsel to the Club W Creditor Trust*