IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.* | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Mark T. Hurford, of A.M. Saccullo Legal, LLC, hereby certify that on this date I caused a copy of the foregoing to be served to all parties of record via CM/ECF.

Dated: August 29, 2023

*/s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)