**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC. *et al.*,[1] | Case No. 22-11238 (LSS) <br> (Jointly Administered) |
| Debtors. | Related DI No. 476 |

**NOTICE OF WITHDRAWAL OF SECOND COMBINED INTERIM AND
FINAL APPLICATION OF A.M. SACCULLO LEGAL, LLC FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH
RESPECT TO SERVICES RENDERED AS CO-COUNSEL TO THE OFFICIAL
<u>COMMITTEE OF UNSECURED CREDITORS</u>**

PLEASE TAKE NOTICE that the *Second Combined Interim and Final Application of A.M. Saccullo Legal, LLC for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Co-Counsel to the Official Committee of Unsecured Creditors* filed at docket number 476 is hereby withdrawn.

Dated: August 29, 2023
Wilmington, Delaware

Respectfully submitted,
A.M. SACCULLO LEGAL, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)
27 Crimson King Drive
Bear, DE 19701
Tel: (302) 836-8877
mark@saccullolegal.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.