# EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

Winc, Inc.
1751 Berkeley Street
Studio 3
Santa Monica, CA 90404

| | |
|---|---|
| Invoice Date: | August 17, 2023 |
| Invoice Number: | 50044974 |
| Matter Number: | 102647.1001 |

Re: Debtor Representation
   Billing Period through August 9, 2023

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 81,419.50 |
| Disbursements | $ | 2,611.85 |
| Total Due This Invoice | $ | 84,031.35 |

| | |
|---|---|
| Winc, Inc. | Invoice Date:  August 17, 2023 |
| Billing Period through August 9, 2023 | Invoice Number:  50044974 |
| | Matter Number:  102647.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/05/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 07/06/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 07/07/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 07/13/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 07/14/23 | AMIEL | Emails with C. Brault re: administrative wind down issues | B001 | 0.10 | 68.50 |
| 07/17/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 07/18/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 07/20/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 07/21/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 07/25/23 | AMIEL | Emails with T. Bollman re: critical dates (.1); review same (.1) | B001 | 0.20 | 137.00 |
| 07/25/23 | TBOLL | Review and update the critical dates calendar and circulate same for attorney review | B001 | 0.50 | 177.50 |
| 07/26/23 | MLUNN | Review critical deadline memo | B001 | 0.10 | 102.50 |
| 07/27/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 07/28/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 07/31/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 08/01/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 08/02/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 08/03/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 08/04/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 08/08/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |

Winc, Inc.
Billing Period through August 9, 2023

| | | | Invoice Date: | | August 17, 2023 |
| | | | Invoice Number: | | 50044974 |
| | | | Matter Number: | | 102647.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|------|----------|-------------|------|-------|--------|
| 08/09/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 07/27/23 | TBOLL | Prepare draft agenda of matters scheduled for hearing on August 3, 2023 | B002 | 0.60 | 213.00 |
| 07/28/23 | TBOLL | Begin preparing hearing binders re: agenda of matters scheduled for hearing on August 3, 2023 | B002 | 0.30 | 106.50 |
| 07/31/23 | AMIEL | Emails with C. West re: hearing preparation | B002 | 0.10 | 68.50 |
| 07/31/23 | AMIEL | Review and revise agenda | B002 | 0.30 | 205.50 |
| 07/31/23 | TBOLL | Prepare binder re: agenda of matters scheduled for hearing on August 3, 2023 | B002 | 0.30 | 106.50 |
| 07/31/23 | TBOLL | Review and update draft agenda of matters scheduled for hearing on August 3, 2023 | B002 | 0.20 | 71.00 |
| 08/01/23 | AMIEL | Review and revise agenda | B002 | 0.20 | 137.00 |
| 08/01/23 | TBOLL | Finalize and submit to the Court the hearing binder re: agenda of matters scheduled for hearing on August 3, 2023 | B002 | 0.40 | 142.00 |
| 08/01/23 | TBOLL | Update and finalize for filing agenda of matters scheduled for hearing on August 3, 2023 | B002 | 0.30 | 106.50 |
| 08/02/23 | AMIEL | Review amended agenda | B002 | 0.10 | 68.50 |
| 08/02/23 | AMIEL | Confer with M. Lunn re: hearing preparation | B002 | 0.10 | 68.50 |
| 08/02/23 | TBOLL | Prepare and finalize for filing amended agenda of matters scheduled for hearing on August 3, 2023 | B002 | 0.50 | 177.50 |
| 08/02/23 | TBOLL | Assist in preparation of binders and related materials for hearing on August 3, 2023 | B002 | 2.00 | 710.00 |
| 08/03/23 | MLUNN | Review pleadings, meeting with C. Brault, K. Pleines and A. Mielke in preparation for confirmation hearing and attend confirmation hearing and related follow-up | B002 | 2.60 | 2,665.00 |
| 08/03/23 | SBORO | Revise confirmation order based on comments at the hearing (.2), review and revise COC re: same (.2), and email correspondence with YCST team, committee, and UST re: same (.1) | B002 | 0.50 | 252.50 |
| 08/03/23 | SBORO | Prepare for and attend hearing | B002 | 1.90 | 959.50 |

Winc, Inc.
Billing Period through August 9, 2023

Invoice Date:                    August 17, 2023
Invoice Number:                      50044974
Matter Number:                    102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/03/23 | TBOLL | Assist in preparation of materials for hearing on August 3, 2023 | B002 | 1.00 | 355.00 |
| 08/07/23 | AMIEL | Emails with court and YCST team re: fee hearing scheduling | B002 | 0.10 | 68.50 |
| 08/08/23 | AMIEL | Emails with court, committee counsel, and YCST team re: hearing scheduling (.1); review order for same (.1) | B002 | 0.20 | 137.00 |
| 08/08/23 | TBOLL | Prepare and finalize for filing certification of counsel re: scheduling of omnibus hearing date (.3), and upload related order (.1) | B002 | 0.40 | 142.00 |
| 08/01/23 | AMIEL | Emails with S. Borovinskaya re: letter of credit and related issues (.1); confer with S. Borovinskaya re: same (.3) | B003 | 0.40 | 274.00 |
| 08/08/23 | AMIEL | Emails with S. Borovinskaya and M. Litvak re: letter of credit (.1); confer with S. Borovinskaya re: same (.2); review and revise letter of non-renewal (.3) | B003 | 0.60 | 411.00 |
| 08/08/23 | AMIEL | Emails with K. Pleines re: letter of credit | B003 | 0.20 | 137.00 |
| 08/09/23 | AMIEL | Emails with YCST team and M. Litvak re: letter of credit | B003 | 0.10 | 68.50 |
| 07/20/23 | AMIEL | Emails with RPA team and C. Brault re: MORs | B004 | 0.10 | 68.50 |
| 07/21/23 | AMIEL | Review MORs and compile and finalize for filing (.5); emails with C. Walker re: same (.1) | B004 | 0.60 | 411.00 |
| 07/21/23 | TBOLL | Finalize for filing June 2023 MORs | B004 | 0.50 | 177.50 |
| 07/19/23 | AMIEL | Emails with M. Neuman re: contracts | B005 | 0.10 | 68.50 |
| 07/31/23 | AMIEL | Confer with C. Grear re: sale documents and related issues (.5); review APA and ancillary documents re: same (1.1) | B005 | 1.60 | 1,096.00 |
| 07/03/23 | AMIEL | Emails with board re: approval of sale documents (.1); emails with M. Neuman re: sale documents (.1) | B006 | 0.20 | 137.00 |
| 07/05/23 | AMIEL | Emails with A. Pinney and M. Neuman re: sale documents | B006 | 0.30 | 205.50 |
| 07/05/23 | AMIEL | Emails with RPA team and YCST team re: fee escrow | B006 | 0.10 | 68.50 |
| 07/13/23 | AMIEL | Emails with K. Pleines and C. Brault re: tax credit and asset issues | B006 | 0.10 | 68.50 |
| 07/13/23 | AMIEL | Emails with C. Brault and M. Lunn re: retention of books and records | B006 | 0.10 | 68.50 |

Winc, Inc.
Billing Period through August 9, 2023

Invoice Date:        August 17, 2023
Invoice Number:        50044974
Matter Number:        102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/13/23 | MLUNN | Analyze issues and correspondence with C. Brault re: document retention issue | B006 | 0.30 | 307.50 |
| 07/17/23 | AMIEL | Emails with C. Grear and C. Brault re: wire payments | B006 | 0.10 | 68.50 |
| 07/18/23 | AMIEL | Emails with C. Brault re: insurance refunds | B006 | 0.10 | 68.50 |
| 07/18/23 | AMIEL | Emails with committee counsel re: insurance policies (.1); review and analyze same (.4) | B006 | 0.50 | 342.50 |
| 07/24/23 | AMIEL | Emails with C. Brault re: TSA update | B006 | 0.10 | 68.50 |
| 07/25/23 | AMIEL | Emails with committee counsel and M. Lunn re: sale and transition issues | B006 | 0.10 | 68.50 |
| 07/25/23 | AMIEL | Confer with M. Hurford re: professional fee payments (.1); emails with K. Pleines and C. Brault re: same (.1) | B006 | 0.20 | 137.00 |
| 07/25/23 | MLUNN | Attention to TSA issues and related correspondence | B006 | 0.30 | 307.50 |
| 07/26/23 | AMIEL | Emails with C. Brault and K. Clancy re: operations budget | B006 | 0.10 | 68.50 |
| 07/28/23 | AMIEL | Emails with C. Brault re: TSA issues | B006 | 0.10 | 68.50 |
| 07/28/23 | AMIEL | Emails with S. Borovinskaya re: termination of letter of credit | B006 | 0.10 | 68.50 |
| 07/28/23 | SBORO | Draft email to M. Litvak re: letter of credit (.3); review letter of credit and amendment thereto, review certificate of termination, and draft email to A. Mielke re: same (.6) | B006 | 0.90 | 454.50 |
| 07/29/23 | AMIEL | Emails with C. Brault re: TSA update | B006 | 0.10 | 68.50 |
| 07/31/23 | AMIEL | Emails with M. Litvak, C. Brault, and S. Borovinskaya re: letter of credit non-renewal (.2); review documents for same (.3); confer with S. Borovinskaya re: same (.2) | B006 | 0.70 | 479.50 |
| 07/31/23 | CGREA | Emails with A. Mielke re: contract assumption matters | B006 | 0.10 | 130.00 |
| 07/31/23 | CGREA | Review and analyze documentation with respect to buyer's ability to assume or reject contracts during pendency of TSA | B006 | 0.70 | 910.00 |
| 07/31/23 | CGREA | Work on contract rejection issues with A. Mielke | B006 | 0.50 | 650.00 |
| 07/31/23 | SBORO | Discuss letter of credit with A. Mielke (.2); review and revise letter re: same (.2) | B006 | 0.40 | 202.00 |

Winc, Inc.
Billing Period through August 9, 2023

Invoice Date:                    August 17, 2023
Invoice Number:                  50044974
Matter Number:                   102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/01/23 | AMIEL | Confer with M. Lunn re: sale and contract issues | B006 | 0.40 | 274.00 |
| 08/02/23 | AMIEL | Emails with purchaser's counsel re: TSA update | B006 | 0.10 | 68.50 |
| 08/04/23 | AMIEL | Teleconference with M. Lunn and buyer's counsel re: TSA issues | B006 | 0.30 | 205.50 |
| 08/04/23 | MLUNN | Call with AMASS, E. Walker and A. Mielke re: TSA | B006 | 0.40 | 410.00 |
| 08/07/23 | AMIEL | Emails with M. Litvak re: letter of credit | B006 | 0.10 | 68.50 |
| 08/07/23 | AMIEL | Emails with M. Lunn re: TSA transition issues (0.1); review bill of sale and APA re: same (0.4) | B006 | 0.50 | 342.50 |
| 08/07/23 | AMIEL | Emails with C. Brault re: TSA issues | B006 | 0.10 | 68.50 |
| 08/07/23 | AMIEL | Emails with M. Neuman re: sale issues | B006 | 0.10 | 68.50 |
| 08/07/23 | MLUNN | Analysis of delayed asset transfer | B006 | 0.30 | 307.50 |
| 08/08/23 | AMIEL | Emails with committee counsel re: TSA issues (.1); review bill of sale and TSA re: same (.1) | B006 | 0.20 | 137.00 |
| 08/08/23 | MLUNN | Call with A. Mielke re: delayed asset bill of sale | B006 | 0.20 | 205.00 |
| 08/09/23 | AMIEL | Teleconference with committee counsel and buyer's counsel re: TSA issues (.9); emails with committee counsel and buyer's counsel re: same (.1) | B006 | 1.00 | 685.00 |
| 07/05/23 | TBOLL | Review and update, and finalize for filing certification of counsel re: order approving Fields' stipulation (.4), and upload related order (.1) | B007 | 0.50 | 177.50 |
| 07/12/23 | AMIEL | Emails with creditor and YCST team re: claim settlement proposal | B007 | 0.10 | 68.50 |
| 07/13/23 | AMIEL | Emails with YCST team re: claim settlement | B007 | 0.10 | 68.50 |
| 07/13/23 | MLUNN | Correspondence with S. Borovinskaya re: claim settlement | B007 | 0.10 | 102.50 |
| 07/13/23 | SBORO | Analyze creditor claim re: proposed settlement amount | B007 | 0.20 | 101.00 |
| 07/18/23 | SBORO | Review 7/18/23 claims register | B007 | 0.20 | 101.00 |
| 07/28/23 | AMIEL | Emails with claims agent re: claims register | B007 | 0.10 | 68.50 |

Winc, Inc.
Billing Period through August 9, 2023

Invoice Date:                    August 17, 2023
Invoice Number:                     50044974
Matter Number:                  102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/06/23 | AMIEL | Emails with committee counsel re: creditor inquiry (.1); confer with committee counsel re: case update (.2); emails with buyer's counsel re: same (.1); confer with M. Lunn re: case update (.2) | B008 | 0.60 | 411.00 |
| 07/10/23 | AMIEL | Emails with K. Pleines re: case update | B008 | 0.10 | 68.50 |
| 07/11/23 | AMIEL | Emails with K. Pleines re: case update | B008 | 0.10 | 68.50 |
| 07/19/23 | AMIEL | Teleconference with committee counsel and post-effective date representatives re: transitions issues (1.2); follow up call with M. Lunn re: same (.1); review documents in preparation for same (.3); emails with M. Lunn, committee counsel, K. Pleines, and C. Brault re: same (.1) | B008 | 1.70 | 1,164.50 |
| 07/24/23 | AMIEL | Teleconference with K. Pleines and C. Brault re: case issues and updates | B008 | 0.50 | 342.50 |
| 07/24/23 | AMIEL | Emails with K. Pleines re: case update | B008 | 0.10 | 68.50 |
| 07/25/23 | AMIEL | Emails with M. Lunn re: case update | B008 | 0.10 | 68.50 |
| 07/26/23 | AMIEL | Confer with S. Borovinskaya re: case issues and strategy | B008 | 0.10 | 68.50 |
| 07/27/23 | AMIEL | Emails with C. Brault re: case update | B008 | 0.10 | 68.50 |
| 07/05/23 | AMIEL | Emails with creditor's counsel re: claim stipulation for voting purposes (.1); finalize same and coordinate for filing (.1) | B012 | 0.20 | 137.00 |
| 07/05/23 | MLUNN | Review and attention to plan solicitation and plan supplement issues | B012 | 0.20 | 205.00 |
| 07/05/23 | MLUNN | Review revisions to Los Fields voting stipulation | B012 | 0.10 | 102.50 |
| 07/06/23 | AMIEL | Emails with committee counsel re: claims treatment for voting purposes | B012 | 0.10 | 68.50 |
| 07/06/23 | AMIEL | Emails with claims agent re: voting affidavit | B012 | 0.10 | 68.50 |
| 07/06/23 | MLUNN | Confer with A. Mielke re: plan supplement | B012 | 0.10 | 102.50 |
| 07/07/23 | AMIEL | Emails with claims agent re: voting declaration (.1); review and analyze same (.2) | B012 | 0.30 | 205.50 |
| 07/11/23 | AMIEL | Emails with J. Brooks re: plan supplement | B012 | 0.10 | 68.50 |
| 07/11/23 | JBROO | Draft plan supplement | B012 | 0.80 | 404.00 |

Winc, Inc.
Billing Period through August 9, 2023

Invoice Date:                    August 17, 2023
Invoice Number:               50044974
Matter Number:            102647.1001

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/12/23 | AMIEL | Emails with claims agent re: voting tabulation update | B012 | 0.10 | 68.50 |
| 07/13/23 | AMIEL | Emails with YCST team re: exclusivity motion | B012 | 0.10 | 68.50 |
| 07/17/23 | AMIEL | Review trust agreement (2.4); emails with M. Lunn and committee counsel re: same (.2); Emails with YCST team re: confirmation order and brief (.3); confer with M. Lunn re: same (.2); review precedent re: same (.3) | B012 | 3.40 | 2,329.00 |
| 07/17/23 | AMIEL | Emails with committee counsel re: plan supplement and transition issues | B012 | 0.20 | 137.00 |
| 07/17/23 | AMIEL | Emails with claims agent re: voting report | B012 | 0.10 | 68.50 |
| 07/17/23 | MLUNN | Call with A. Mielke re: plan and confirmation issues and preparations | B012 | 0.20 | 205.00 |
| 07/17/23 | MLUNN | Correspondence with UCC advisors re: plan administrator and debtor representative designations | B012 | 0.20 | 205.00 |
| 07/17/23 | MLUNN | Review creditor trust agreement comments and correspondence with A. Mielke re: same | B012 | 0.50 | 512.50 |
| 07/17/23 | SBORO | Email correspondence with YCST team re: confirmation order | B012 | 0.20 | 101.00 |
| 07/18/23 | AMIEL | Revise plan supplement | B012 | 0.40 | 274.00 |
| 07/18/23 | AMIEL | Emails with committee counsel re: selection of post-effective date representative | B012 | 0.10 | 68.50 |
| 07/18/23 | SBORO | Draft confirmation order (2.5); review same and send to A. Mielke for review (.8) | B012 | 3.30 | 1,666.50 |
| 07/19/23 | AMIEL | Review tabulation report (.1); review and analyze revised trust agreement (.4); emails with M. Lunn and committee counsel re: same (.1); emails with RPA team re: liquidation analysis (.1) | B012 | 0.70 | 479.50 |
| 07/19/23 | AMIEL | Review revised plan supplement | B012 | 0.10 | 68.50 |
| 07/19/23 | MLUNN | Correspondence with A. Mielke re: plan and effective date transition issues | B012 | 0.10 | 102.50 |
| 07/19/23 | MLUNN | Review voting update | B012 | 0.10 | 102.50 |
| 07/19/23 | MLUNN | Review revised LTA (.2) and correspondence with A. Mielke (.1) | B012 | 0.30 | 307.50 |

Winc, Inc.
Billing Period through August 9, 2023

Invoice Date:            August 17, 2023
Invoice Number:                50044974
Matter Number:            102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/19/23 | MLUNN | Call with A. Mielke re: post-effective transition call update | B012 | 0.10 | 102.50 |
| 07/20/23 | AMIEL | Confer with M. Lunn re: plan supplement revisions (.1); confer with J. Kesselman re: same (.1 | B012 | 0.20 | 137.00 |
| 07/20/23 | AMIEL | Emails with YCST team and committee counsel re: plan supplement (.2); review and revise same (.2) | B012 | 0.40 | 274.00 |
| 07/20/23 | AMIEL | Confer with K. Pleines re: wind down issues | B012 | 0.20 | 137.00 |
| 07/20/23 | AMIEL | Emails with committee counsel and YCST team re: transition issues | B012 | 0.20 | 137.00 |
| 07/20/23 | MLUNN | Correspondence and call with A. Mielke re: plan supplement (.4); review plan supplement documents (.3) | B012 | 0.70 | 717.50 |
| 07/20/23 | TBOLL | Assist in preparations and finalize for filing plan supplement | B012 | 2.80 | 994.00 |
| 07/21/23 | AMIEL | Review tabulation report | B012 | 0.10 | 68.50 |
| 07/21/23 | AMIEL | Emails with creditor's counsel and claims agent re: ballots (.1); teleconference with K. Pleines re: case updates (.2) | B012 | 0.30 | 205.50 |
| 07/21/23 | JBROO | Draft declaration in support of confirmation | B012 | 2.40 | 1,212.00 |
| 07/21/23 | MLUNN | Review updated tabulation report | B012 | 0.10 | 102.50 |
| 07/24/23 | AMIEL | Review and revise voting declaration (.6); emails with claims agent and M. Lunn re: same (.1); review agenda for transition call (.1) | B012 | 0.80 | 548.00 |
| 07/24/23 | AMIEL | Review daily tabulation report (.1); emails with committee counsel re: plan supplement exhibit (.1) | B012 | 0.20 | 137.00 |
| 07/24/23 | JBROO | Revise and analyze declaration in support of confirmation | B012 | 3.50 | 1,767.50 |
| 07/25/23 | AMIEL | Review and revise plan supplement exhibit (.2); emails with M. Lunn re: same (.1) | B012 | 0.30 | 205.50 |
| 07/25/23 | AMIEL | Confer with M. Lunn re: confirmation issues and strategy | B012 | 0.20 | 137.00 |
| 07/25/23 | AMIEL | Emails with committee counsel re: confirmation documents (.1); emails with E. Young re: voting declaration (.1) | B012 | 0.20 | 137.00 |
| 07/25/23 | MLUNN | Correspondence and call with A. Mielke re: confirmation issues and plan supplement | B012 | 0.20 | 205.00 |

Winc, Inc.
Billing Period through August 9, 2023

| | | Invoice Date: | August 17, 2023 |
| | | Invoice Number: | 50044974 |
| | | Matter Number: | 102647.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/25/23 | MLUNN | Review voting update | B012 | 0.10 | 102.50 |
| 07/25/23 | MLUNN | Review draft voting declaration | B012 | 0.20 | 205.00 |
| 07/26/23 | AMIEL | Review plan, confirmation order, revised voting declaration, and schedule of retained causes of action (3.4); confer with M. Lunn re: same (.1) | B012 | 3.50 | 2,397.50 |
| 07/26/23 | AMIEL | Emails with E. Young re: voting declaration and tabulation report (.1); Emails with committee counsel re: plan supplement exhibit (.1); review and revise same (.1) | B012 | 0.30 | 205.50 |
| 07/26/23 | MLUNN | Review voting report update | B012 | 0.10 | 102.50 |
| 07/26/23 | MLUNN | Call with A. Mielke re: confirmation order | B012 | 0.10 | 102.50 |
| 07/26/23 | MLUNN | Review revised plan supplement documents | B012 | 0.10 | 102.50 |
| 07/26/23 | SBORO | Call with A. Mielke re: letter of credit issue | B012 | 0.10 | 50.50 |
| 07/27/23 | AMIEL | Emails with M. Lunn, UST, and committee re: plan (.1); Confer with M. Lunn re: confirmation preparation (.2); confer with E. Slights re: confirmation objection (.3); confer with S. Borovinskaya and J. Brooks re: same (.1) | B012 | 0.70 | 479.50 |
| 07/27/23 | AMIEL | Further review and revise confirmation order (.3); emails with YCST team, committee, and UST re: same (.1) | B012 | 0.40 | 274.00 |
| 07/27/23 | AMIEL | Review IRS plan objection (.2); emails with E. Slights, committee counsel, and YCST team re: same (.1) | B012 | 0.30 | 205.50 |
| 07/27/23 | MLUNN | Review voting update | B012 | 0.10 | 102.50 |
| 07/27/23 | MLUNN | Review and provide comments to draft confirmation order and related correspondence | B012 | 1.50 | 1,537.50 |
| 07/27/23 | MLUNN | Call with A. Mielke re: voting tabulation questions and issues | B012 | 0.10 | 102.50 |
| 07/27/23 | SBORO | Review M. Lunn's comments to confirmation order and revise and circulate same to committee and UST | B012 | 0.70 | 353.50 |
| 07/28/23 | AMIEL | Emails with YCST team re: notice of effective date (.1); review and revise same (.3) | B012 | 0.40 | 274.00 |

Winc, Inc.                                           Invoice Date:           August 17, 2023
Billing Period through August 9, 2023                Invoice Number:         50044974
                                                     Matter Number:          102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/28/23 | AMIEL | Emails with S. Borovinskaya re: proposed revisions to confirmation order | B012 | 0.10 | 68.50 |
| 07/28/23 | AMIEL | Confer with M. Lunn re: board call and confirmation issues | B012 | 0.40 | 274.00 |
| 07/28/23 | AMIEL | Emails with J. Brooks and committee counsel re: notice of exhibit to plan supplement (.1); emails with E. Young re: voting tabulation (.1) | B012 | 0.20 | 137.00 |
| 07/28/23 | JBROO | Draft notice of filing of exhibit to plan supplement (.6); update agenda with notice (.1) | B012 | 0.70 | 353.50 |
| 07/28/23 | JBROO | Draft notice of effective date | B012 | 0.60 | 303.00 |
| 07/28/23 | MLUNN | Review and analyze IRS objection (.4); review proposed resolution of IRS objection (.3) | B012 | 0.70 | 717.50 |
| 07/28/23 | SBORO | Research re: confirmation order | B012 | 1.80 | 909.00 |
| 07/28/23 | TBOLL | Finalize for filing notice of filing of exhibit D to plan supplement | B012 | 0.30 | 106.50 |
| 07/29/23 | AMIEL | Review and revise confirmation documents (.5); emails with YCST team re: same (.2) | B012 | 0.70 | 479.50 |
| 07/29/23 | JBROO | Revise and analyze Brault Declaration in support of confirmation | B012 | 0.40 | 202.00 |
| 07/29/23 | MLUNN | Review comments from A. Mielke to IRS provision and revise same | B012 | 0.30 | 307.50 |
| 07/29/23 | MLUNN | Correspondence with A. Mielke re: declaration in support of confirmation | B012 | 0.10 | 102.50 |
| 07/29/23 | MLUNN | Review research on IRS proposed confirmation order provision | B012 | 0.20 | 205.00 |
| 07/29/23 | MLUNN | Review and provide comments to declaration in support of confirmation | B012 | 0.80 | 820.00 |
| 07/30/23 | AMIEL | Emails with YCST team and committee counsel re: plan documents | B012 | 0.20 | 137.00 |
| 07/30/23 | MLUNN | Review revised declaration in support of confirmation | B012 | 0.30 | 307.50 |
| 07/31/23 | AMIEL | Confer with committee counsel re: plan documents | B012 | 0.10 | 68.50 |
| 07/31/23 | AMIEL | Review and revise voting declaration (.2); emails with M. Lunn and E. Young re: same (.1); emails from creditor re: confirmation order comments (.1) | B012 | 0.40 | 274.00 |
| 07/31/23 | AMIEL | Emails with committee counsel re: plan documents | B012 | 0.20 | 137.00 |

Winc, Inc.  
Billing Period through August 9, 2023

Invoice Date:                    August 17, 2023  
Invoice Number:                          50044974  
Matter Number:                     102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/31/23 | AMIEL | Emails with claims agent re: tabulation results (.1); review same (.2) | B012 | 0.30 | 205.50 |
| 07/31/23 | AMIEL | Confer with C. Brault re: confirmation declaration and testimony (1.0); review declaration in preparation for same (.3) | B012 | 1.30 | 890.50 |
| 07/31/23 | AMIEL | Emails with UST, E. Slights, committee counsel, and YCST team re: confirmation order, declarations, and related plan documents | B012 | 0.50 | 342.50 |
| 07/31/23 | JBROO | Draft notice of revised confirmation order | B012 | 0.50 | 252.50 |
| 07/31/23 | JBROO | Draft notice of revised plan and blackline | B012 | 0.30 | 151.50 |
| 07/31/23 | MLUNN | Review revised draft voting certification | B012 | 0.10 | 102.50 |
| 07/31/23 | MLUNN | Review UST comments to the confirmation order | B012 | 0.10 | 102.50 |
| 07/31/23 | MLUNN | Work with A. Mielke re: IRS confirmation order insert | B012 | 0.10 | 102.50 |
| 07/31/23 | MLUNN | Review PA Tax informal confirmation objection and proposed resolution | B012 | 0.20 | 205.00 |
| 07/31/23 | SBORO | Review UST comments to confirmation order and revise same | B012 | 0.20 | 101.00 |
| 08/01/23 | AMIEL | Emails with YCST team, E. Slights, J. Leamy, and committee counsel re: plan documents | B012 | 0.80 | 548.00 |
| 08/01/23 | AMIEL | Review, revise, and finalize proposed order, revised plan, and declarations in support of confirmation and coordinate for filing | B012 | 1.60 | 1,096.00 |
| 08/01/23 | AMIEL | Emails with E. Young re: confirmation hearing preparation (.1); teleconference with committee counsel re: hearing strategy and preparation (.5); confer with E. Slights re: proposed confirmation order (.9); confer with M. Lunn re: plan issues (.3) | B012 | 1.80 | 1,233.00 |
| 08/01/23 | AMIEL | Emails with C. Katsaounis re: confirmation order revisions | B012 | 0.10 | 68.50 |
| 08/01/23 | AMIEL | Review, revise, and finalize proposed order, revised plan, and declarations in support of confirmation and coordinate for filing | B012 | 1.60 | 1,096.00 |
| 08/01/23 | MLUNN | Attend portion of call with UCC and follow up with A. Mielke re: preparing for confirmation hearing and post-effective date matters | B012 | 0.40 | 410.00 |

Winc, Inc.
Billing Period through August 9, 2023

Invoice Date: August 17, 2023
Invoice Number: 50044974
Matter Number: 102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/01/23 | MLUNN | Work with A. Mielke re: IRS confirmation order provision (.3); review revised provision and provide additional comments (.3) | B012 | 0.60 | 615.00 |
| 08/01/23 | MLUNN | Work with A. Mielke re: confirmation hearing issues and preparations | B012 | 0.40 | 410.00 |
| 08/01/23 | SBORO | Draft email to T. Bollman and D. Willis re: confirmation hearing (.2); discuss confirmation hearing with A. Mielke (.3); email correspondence re: confirmation hearing logistics (.1) | B012 | 0.60 | 303.00 |
| 08/01/23 | SBORO | Review/revise and compile confirmation order for filing | B012 | 0.30 | 151.50 |
| 08/01/23 | TBOLL | Finalize for filing notice of revised combined disclosure statement and plan | B012 | 0.20 | 71.00 |
| 08/01/23 | TBOLL | Finalize for filing declaration of E. Young re: solicitation and tabulation of votes | B012 | 0.20 | 71.00 |
| 08/01/23 | TBOLL | Finalize for filing notice of proposed confirmation order | B012 | 0.20 | 71.00 |
| 08/01/23 | TBOLL | Finalize for filing declaration of C. Brault in support of plan confirmation | B012 | 0.20 | 71.00 |
| 08/02/23 | AMIEL | Review plan documents and draft oral argument outline (4.8); emails with YCST team, C. Katsaounis, and E. Slights re: confirmation order (.5) | B012 | 5.30 | 3,630.50 |
| 08/02/23 | AMIEL | Emails with C. Brault and K. Pleines re: confirmation hearing preparation and logistics (.1); review statement in support of confirmation (.1) | B012 | 0.20 | 137.00 |
| 08/02/23 | MLUNN | Additional comments from US DOJ re IRS confirmation provision and work with A. Mielke re same | B012 | 0.20 | 205.00 |
| 08/02/23 | MLUNN | Correspondence with PA Tax re resolution of informal objection | B012 | 0.10 | 102.50 |
| 08/02/23 | MLUNN | Work with A. Mielke re confirmation hearing | B012 | 0.20 | 205.00 |
| 08/02/23 | MLUNN | Review UCC statement in support of confirmation | B012 | 0.10 | 102.50 |
| 08/02/23 | SBORO | Review and revise confirmation order and compile for filing (1.0); further review and revise confirmation order per IRS comment (.2) | B012 | 1.20 | 606.00 |
| 08/02/23 | TBOLL | Finalize for filing notice of revised proposed confirmation order | B012 | 0.30 | 106.50 |
| 08/03/23 | AMIEL | Emails with committee counsel re: effective date work streams | B012 | 0.10 | 68.50 |

Winc, Inc.
Billing Period through August 9, 2023

Invoice Date:                August 17, 2023
Invoice Number:                  50044974
Matter Number:               102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/03/23 | AMIEL | Prepare for and attend confirmation hearing (2.4); emails with YCST team re: revised confirmation order (.2); review same (.1) | B012 | 2.70 | 1,849.50 |
| 08/03/23 | MLUNN | Review revised confirmation order and correspondence re same | B012 | 0.10 | 102.50 |
| 08/03/23 | MLUNN | Attention to effective date preparations, including correspondence with AF | B012 | 0.50 | 512.50 |
| 08/03/23 | TBOLL | Prepare (.4) certification of counsel re: revised confirmation order, and finalize for filing same and upload related order (.3) | B012 | 0.70 | 248.50 |
| 08/04/23 | AMIEL | Emails with YCST team and board re: entry of confirmation order and next steps | B012 | 0.10 | 68.50 |
| 08/04/23 | AMIEL | Review trust agreement and coordinate with A. Pinney for execution | B012 | 0.30 | 205.50 |
| 08/04/23 | AMIEL | Emails with FINRA re: effective date | B012 | 0.10 | 68.50 |
| 08/04/23 | AMIEL | Emails with committee counsel and A. Pinney re: trust documents and transition issues | B012 | 0.20 | 137.00 |
| 08/04/23 | MLUNN | Attention to effective date preparations and related correspondence with board | B012 | 0.30 | 307.50 |
| 08/07/23 | AMIEL | Emails with committee counsel and K. Pleines re: effective date issues | B012 | 0.30 | 205.50 |
| 08/07/23 | AMIEL | Emails with FINRA re: plan | B012 | 0.10 | 68.50 |
| 08/07/23 | AMIEL | Emails with YCST team re: effective date issues | B012 | 0.30 | 205.50 |
| 08/07/23 | AMIEL | Confer with K. Pleines re: effective date issues | B012 | 0.20 | 137.00 |
| 08/07/23 | JBROO | Email from M. Lunn re: effective date work streams | B012 | 0.10 | 50.50 |
| 08/07/23 | MLUNN | Attention to effective date and final fee application and hearing, including correspondence with A. Mielke | B012 | 0.30 | 307.50 |
| 08/08/23 | AMIEL | Review notice of effective date | B012 | 0.20 | 137.00 |
| 08/08/23 | AMIEL | Emails with YCST team, K. Pleines, C. Brault, and committee counsel re: effective date (.7) issues; confer with K. Pleines re: same (.2); analyze fees for fee escrow funding (.3) | B012 | 1.20 | 822.00 |
| 08/08/23 | AMIEL | Confer with M. Lunn (x2) re: effective date issues | B012 | 0.50 | 342.50 |

Winc, Inc.
Billing Period through August 9, 2023

Invoice Date:          August 17, 2023
Invoice Number:                50044974
Matter Number:            102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/08/23 | MLUNN | Review issues and correspondence re: effective date and call with A. Mielke | B012 | 0.50 | 512.50 |
| 08/09/23 | AMIEL | Emails with YCST team and committee counsel re: effective date issues (.4); confer with committee counsel re: same (.2); review and finalize effective date notice and coordinate for filing (.3); emails with board re: effective date (.1) | B012 | 1.00 | 685.00 |
| 08/09/23 | MLUNN | Attention to conditions precedent and declaration of effective date of Plan | B012 | 0.20 | 205.00 |
| 08/09/23 | TBOLL | Finalize for filing notice of effective date | B012 | 0.20 | 71.00 |
| 07/03/23 | AMIEL | Emails with committee counsel re: creditor inquiry | B013 | 0.10 | 68.50 |
| 07/05/23 | AMIEL | Emails with creditor, S. Borovinskaya, and committee counsel re: creditor inquiry | B013 | 0.10 | 68.50 |
| 07/14/23 | JBROO | Confer with Dr. Scarborough re: confirmation hearing notice received | B013 | 0.20 | 101.00 |
| 07/18/23 | AMIEL | Emails with C. Brault and M. Lunn re: creditor inquiry | B013 | 0.10 | 68.50 |
| 07/19/23 | AMIEL | Emails with M. Lunn and C. Brault re: creditor inquiry (.1); respond to creditor inquiry (.1) | B013 | 0.20 | 137.00 |
| 07/19/23 | JBROO | Respond to creditor inquiry from A. Ayers | B013 | 0.30 | 151.50 |
| 08/09/23 | JBROO | Emails with T. Bollman re: creditor inquiry | B013 | 0.10 | 50.50 |
| 08/09/23 | JBROO | Read email from Mielke, Allison: RE: Winc - Effective Date | B013 | 0.10 | 50.50 |
| 07/03/23 | AMIEL | Finalize broker authorization documents and send to C. Brault | B014 | 0.10 | 68.50 |
| 07/21/23 | AMIEL | Emails with B. Smith re: board minutes | B014 | 0.10 | 68.50 |
| 07/25/23 | AMIEL | Emails with board and M. Lunn re: board meeting | B014 | 0.10 | 68.50 |
| 07/26/23 | AMIEL | Emails with board re: board meeting | B014 | 0.10 | 68.50 |
| 07/28/23 | AMIEL | Emails with board and M. Lunn re: board call (.1); prepare notes for same (.3); draft board minutes template in advance of same (.1); attend board call (.4) | B014 | 0.90 | 616.50 |
| 07/28/23 | MLUNN | Review materials and correspondence re: board meeting (.4); call with A. Mielke re: board meeting and confirmation issues (.4) board meeting (.4) | B014 | 1.20 | 1,230.00 |

Winc, Inc.
Billing Period through August 9, 2023

Invoice Date:          August 17, 2023
Invoice Number:                50044974
Matter Number:            102647.1001

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/07/23 | AMIEL | Review and revise board minutes; draft written consent for same; emails with board re: same | B014 | 1.10 | 753.50 |
| 08/07/23 | MLUNN | Review board meeting minutes for April and July meeting and correspondence with A. Mielke | B014 | 0.10 | 102.50 |
| 08/08/23 | AMIEL | Emails with board re: meeting minutes (.1); confer with J. Brooks re: same (.1) | B014 | 0.20 | 137.00 |
| 07/05/23 | AMIEL | Review interim fee application (.3); emails with T. Bollman, M. Lunn, and RPA team re: same (.3); confer with T. Bollman re: same (.1) | B017 | 0.70 | 479.50 |
| 07/05/23 | MLUNN | Correspondence with A. Mielke re: interim fee application | B017 | 0.10 | 102.50 |
| 07/06/23 | AMIEL | Emails with T. Bollman and M. Lunn re: fee application (.2); review supplement and finalize same and coordinate for filing (.4) | B017 | 0.60 | 411.00 |
| 07/06/23 | MLUNN | Review interim fee application | B017 | 0.10 | 102.50 |
| 07/06/23 | TBOLL | Review and finalize for filing second omnibus interim fee application of the Debtors' professionals | B017 | 0.30 | 106.50 |
| 07/06/23 | TBOLL | Update and finalize for filing supplement of YCST to second interim fee application | B017 | 0.40 | 142.00 |
| 07/13/23 | AMIEL | Emails with YCST team re: YCST fee application | B017 | 0.10 | 68.50 |
| 07/13/23 | TBOLL | Compile and finalize for filing YCST's seventh monthly fee application | B017 | 0.30 | 106.50 |
| 07/14/23 | TBOLL | Retrieve and send LEDES files to the U.S. Trustee re: YCST's fee applications subject to the second interim fee request | B017 | 0.20 | 71.00 |
| 07/17/23 | AMIEL | Emails with chambers, RPA team, committee counsel, and YCST team re: fee orders and payments | B017 | 0.30 | 205.50 |
| 07/17/23 | MLUNN | Correspondence with A. Mielke re: interim fees and correspondence and call with K. Pleines re: same | B017 | 0.30 | 307.50 |
| 07/17/23 | TBOLL | Upload order re: first interim fee requests of the Debtors' professionals | B017 | 0.10 | 35.50 |
| 07/18/23 | AMIEL | Review and finalize RPA fee application and finalize for filing (.2); emails with J. Brooks re: same (.1) | B017 | 0.30 | 205.50 |
| 07/18/23 | TBOLL | Finalize for filing seventh monthly fee application of RPA | B017 | 0.30 | 106.50 |

Winc, Inc.
Billing Period through August 9, 2023

Invoice Date:                August 17, 2023
Invoice Number:                    50044974
Matter Number:              102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 07/19/23 | AMIEL | Confer with J. Brooks re: fee application | B017 | 0.10 | 68.50 |
| 07/21/23 | AMIEL | Review OCP statement (.1); emails with YCST team and RPA team re: same (.1) | B017 | 0.20 | 137.00 |
| 07/21/23 | AMIEL | Emails with YCST team re: fee application | B017 | 0.10 | 68.50 |
| 07/21/23 | JBROO | Draft notice of quarterly OCP statement | B017 | 0.40 | 202.00 |
| 07/21/23 | TBOLL | Prepare and finalize for filing certificate of no objection re: sixth monthly fee application of YCST | B017 | 0.30 | 106.50 |
| 07/25/23 | TBOLL | Prepare draft index re: fee binder for second interim fee applications | B017 | 0.50 | 177.50 |
| 07/26/23 | TBOLL | Finalize index re: binder for second interim fee applications, and prepare related binder | B017 | 0.80 | 284.00 |
| 07/28/23 | TBOLL | Prepare draft certification of counsel and order re: second interim fee requests of the debtors' professionals | B017 | 0.40 | 142.00 |
| 07/31/23 | AMIEL | Review and revise COC for interim fee requests (.1); Emails with YCST team and RPA team re: OCP statement (.1); review and finalize same for filing (.1) | B017 | 0.30 | 205.50 |
| 07/31/23 | MLUNN | Review cert of counsel and 2nd interim fee order | B017 | 0.10 | 102.50 |
| 07/31/23 | TBOLL | Finalize for filing notice of second quarterly statement of payments made to ordinary course professionals | B017 | 0.20 | 71.00 |
| 07/31/23 | TBOLL | Update and finalize for filing certification of counsel re: order approving second interim fee requests of debtors' professionals | B017 | 0.40 | 142.00 |
| 08/03/23 | TBOLL | Prepare and finalize for filing certificate of no objection re: seventh monthly fee application of YCST | B017 | 0.30 | 106.50 |
| 08/07/23 | AMIEL | Emails with C. Walker re: fee application | B017 | 0.10 | 68.50 |
| 08/08/23 | AMIEL | Emails with YCST team re: fee applications | B017 | 0.10 | 68.50 |
| 08/08/23 | JBROO | Emails with A. Mielke and T. Bollman re: RPA fee application | B017 | 0.10 | 50.50 |
| 08/08/23 | SBORO | Draft email re: letter of credit and follow-up call with A. Mielke (.2); revise letter re: letter of credit and send same to A. Mielke for review (.2) | B017 | 0.40 | 202.00 |

Winc, Inc.
Billing Period through August 9, 2023

Invoice Date:                 August 17, 2023
Invoice Number:                      50044974
Matter Number:                   102647.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/08/23 | TBOLL | Prepare and finalize for filing certificate of no objection re: RPA's seventh monthly fee application | B017 | 0.30 | 106.50 |
| 07/05/23 | TBOLL | Prepare second omnibus interim fee application of the debtors' professionals | B018 | 0.50 | 177.50 |
| 07/05/23 | TBOLL | Prepare YCST's supplement to second interim fee application | B018 | 2.00 | 710.00 |
| 07/10/23 | MLUNN | Confidentiality review of June fee statement in preparation for submission | B018 | 0.20 | 205.00 |
| 07/13/23 | MLUNN | Review YCST June fee application | B018 | 0.10 | 102.50 |
| 07/13/23 | TBOLL | Prepare YCST's seventh monthly fee application | B018 | 0.80 | 284.00 |
| 08/02/23 | TBOLL | Prepare initial draft final fee application of YCST (1.5), and prepare related supporting fee calculation charts (.8) | B018 | 2.30 | 816.50 |
| 08/03/23 | TBOLL | Review and update fee calculation charts with respect to final fee application of YCST | B018 | 0.50 | 177.50 |
| | | **Total** | | **126.80** | **$81,419.50** |

Winc, Inc.
Billing Period through August 9, 2023

| | | Invoice Date: | August 17, 2023 |
| --- | --- | --- | --- |
| | | Invoice Number: | 50044974 |
| | | Matter Number: | 102647.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| AMIEL | Allison S. Mielke | Associate | 58.40 | 685.00 | 40,004.00 |
| CGREA | Craig D. Grear | Partner | 1.30 | 1,300.00 | 1,690.00 |
| JBROO | Joshua Brooks | Associate | 10.50 | 505.00 | 5,302.50 |
| MLUNN | Matthew B. Lunn | Partner | 18.50 | 1,025.00 | 18,962.50 |
| SBORO | Shella Borovinskaya | Associate | 12.90 | 505.00 | 6,514.50 |
| TBOLL | Troy Bollman | Paralegal | 25.20 | 355.00 | 8,946.00 |
| **Total** | | | **126.80** | | **$81,419.50** |

Winc, Inc.
Billing Period through August 9, 2023

| | |
|---|---|
| Invoice Date: | August 17, 2023 |
| Invoice Number: | 50044974 |
| Matter Number: | 102647.1001 |

**Task Summary**

**Task Code:B001**　　　　**Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.10 | 1,025.00 | 102.50 |
| Allison S. Mielke | Associate | 0.30 | 685.00 | 205.50 |
| Troy Bollman | Paralegal | 2.20 | 355.00 | 781.00 |
| **Total** | | **2.60** | | **1,089.00** |

**Task Code:B002**　　　　**Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 2.60 | 1,025.00 | 2,665.00 |
| Allison S. Mielke | Associate | 1.10 | 685.00 | 753.50 |
| Shella Borovinskaya | Associate | 2.40 | 505.00 | 1,212.00 |
| Troy Bollman | Paralegal | 6.00 | 355.00 | 2,130.00 |
| **Total** | | **12.10** | | **6,760.50** |

**Task Code:B003**　　　　**Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Allison S. Mielke | Associate | 1.30 | 685.00 | 890.50 |
| **Total** | | **1.30** | | **890.50** |

**Task Code:B004**　　　　**Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Allison S. Mielke | Associate | 0.70 | 685.00 | 479.50 |
| Troy Bollman | Paralegal | 0.50 | 355.00 | 177.50 |
| **Total** | | **1.20** | | **657.00** |

**Task Code:B005**　　　　**Lease/Executory Contract Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Allison S. Mielke | Associate | 1.70 | 685.00 | 1,164.50 |
| **Total** | | **1.70** | | **1,164.50** |

**Task Code:B006**　　　　**Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Craig D. Grear | Partner | 1.30 | 1,300.00 | 1,690.00 |
| Matthew B. Lunn | Partner | 1.50 | 1,025.00 | 1,537.50 |
| Allison S. Mielke | Associate | 5.80 | 685.00 | 3,973.00 |
| Shella Borovinskaya | Associate | 1.30 | 505.00 | 656.50 |
| **Total** | | **9.90** | | **7,857.00** |

| Winc, Inc. | | Invoice Date: | August 17, 2023 |
|---|---|---|---|
| Billing Period through August 9, 2023 | | Invoice Number: | 50044974 |
| | | Matter Number: | 102647.1001 |

**Task Code:B007**  **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.10 | 1,025.00 | 102.50 |
| Allison S. Mielke | Associate | 0.30 | 685.00 | 205.50 |
| Shella Borovinskaya | Associate | 0.40 | 505.00 | 202.00 |
| Troy Bollman | Paralegal | 0.50 | 355.00 | 177.50 |
| **Total** | | **1.30** | | **687.50** |

**Task Code:B008**  **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 3.40 | 685.00 | 2,329.00 |
| **Total** | | **3.40** | | **2,329.00** |

**Task Code:B012**  **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 12.00 | 1,025.00 | 12,300.00 |
| Allison S. Mielke | Associate | 37.80 | 685.00 | 25,893.00 |
| Joshua Brooks | Associate | 9.30 | 505.00 | 4,696.50 |
| Shella Borovinskaya | Associate | 8.40 | 505.00 | 4,242.00 |
| Troy Bollman | Paralegal | 5.10 | 355.00 | 1,810.50 |
| **Total** | | **72.60** | | **48,942.00** |

**Task Code:B013**  **Creditor Inquiries**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 0.50 | 685.00 | 342.50 |
| Joshua Brooks | Associate | 0.70 | 505.00 | 353.50 |
| **Total** | | **1.20** | | **696.00** |

**Task Code:B014**  **General Corporate Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.30 | 1,025.00 | 1,332.50 |
| Allison S. Mielke | Associate | 2.60 | 685.00 | 1,781.00 |
| **Total** | | **3.90** | | **3,113.50** |

Winc, Inc.
Billing Period through August 9, 2023

| | | |
|---|---|---|
| Invoice Date: | August 17, 2023 |
| Invoice Number: | 50044974 |
| Matter Number: | 102647.1001 |

**Task Code:B017**                    **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.60 | 1,025.00 | 615.00 |
| Allison S. Mielke | Associate | 2.90 | 685.00 | 1,986.50 |
| Joshua Brooks | Associate | 0.50 | 505.00 | 252.50 |
| Shella Borovinskaya | Associate | 0.40 | 505.00 | 202.00 |
| Troy Bollman | Paralegal | 4.80 | 355.00 | 1,704.00 |
| **Total** | | **9.20** | | **4,760.00** |

**Task Code:B018**                    **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.30 | 1,025.00 | 307.50 |
| Troy Bollman | Paralegal | 6.10 | 355.00 | 2,165.50 |
| **Total** | | **6.40** | | **2,473.00** |

# **EXHIBIT B**

Winc, Inc.
Billing Period through August 9, 2023

| | |
|---|---|
| Invoice Date: | August 17, 2023 |
| Invoice Number: | 50044974 |
| Matter Number: | 102647.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/10/23 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 07/12/23 | Reliable Wilmington - Deposition/Transcript Transcript of June 26, 2023 Winc hearing | 1.00 | 114.95 |
| 07/18/23 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 07/25/23 | Photocopy Charges Duplication BW | 22.00 | 2.20 |
| 07/25/23 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 07/26/23 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 07/26/23 | Photocopy Charges Duplication BW | 338.00 | 33.80 |
| 07/26/23 | Photocopy Charges Duplication BW | 85.00 | 8.50 |
| 07/27/23 | Photocopy Charges Duplication BW | 85.00 | 8.50 |
| 07/27/23 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 07/27/23 | Photocopy Charges Duplication BW | 17.00 | 1.70 |
| 07/31/23 | Photocopy Charges Duplication BW | 269.00 | 26.90 |
| 08/01/23 | Photocopy Charges Duplication BW | 109.00 | 10.90 |
| 08/01/23 | Color Photocopy Charges Duplication Color | 83.00 | 66.40 |
| 08/01/23 | Photocopy Charges Duplication BW | 96.00 | 9.60 |
| 08/01/23 | Parcels, Inc. - YCST Judge Silverstein's Courtroom 1035177 | 1.00 | 15.00 |
| 08/01/23 | Photocopy Charges Duplication BW | 288.00 | 28.80 |
| 08/01/23 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 08/01/23 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 08/01/23 | Color Photocopy Charges Duplication Color | 249.00 | 199.20 |
| 08/01/23 | Photocopy Charges Duplication BW | 21.00 | 2.10 |
| 08/01/23 | Photocopy Charges Duplication BW | 825.00 | 82.50 |
| 08/01/23 | Photocopy Charges Duplication BW | 414.00 | 41.40 |
| 08/02/23 | Photocopy Charges Duplication BW | 60.00 | 6.00 |
| 08/02/23 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 08/02/23 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 08/02/23 | Color Photocopy Charges Duplication Color | 830.00 | 664.00 |
| 08/02/23 | Photocopy Charges Duplication BW | 1,620.00 | 162.00 |
| 08/02/23 | Color Photocopy Charges Duplication Color | 76.00 | 60.80 |
| 08/02/23 | Color Photocopy Charges Duplication Color | 190.00 | 152.00 |
| 08/02/23 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 08/02/23 | Photocopy Charges Duplication BW | 24.00 | 2.40 |
| 08/02/23 | Photocopy Charges Duplication BW | 90.00 | 9.00 |
| 08/02/23 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 08/02/23 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 08/02/23 | Photocopy Charges Duplication BW | 6.00 | 0.60 |

Winc, Inc.
Billing Period through August 9, 2023

Invoice Date:                    August 17, 2023
Invoice Number:                       50044974
Matter Number:                     102647.1001

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 08/02/23 | Photocopy Charges Duplication BW | 83.00 | 8.30 |
| 08/02/23 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 08/02/23 | Photocopy Charges Duplication BW | 484.00 | 48.40 |
| 08/02/23 | Photocopy Charges Duplication BW | 132.00 | 13.20 |
| 08/02/23 | Photocopy Charges Duplication BW | 1,090.00 | 109.00 |
| 08/02/23 | Photocopy Charges Duplication BW | 21.00 | 2.10 |
| 08/03/23 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 08/03/23 | Parcels, Inc. - Judge Silverstein's Courtroom YCST 1035642 | 1.00 | 29.00 |
| 08/03/23 | Parcels, Inc. - YCST Judge Silverstein's Courtroom 1035660 | 1.00 | 29.00 |
| 08/03/23 | Parcels, Inc. - Terra Cafe and Grill 1035658 Working lunch for client, co-counsel and YCST team in for preparation for confirmation hearing (10 people) | 1.00 | 421.00 |
| 08/03/23 | Parcels, Inc. - Terra Cafe and Grill 1035658 - Delivery Charge | 1.00 | 45.00 |
| 08/03/23 | Photocopy Charges Duplication BW | 408.00 | 40.80 |
| 08/03/23 | Photocopy Charges Duplication BW | 408.00 | 40.80 |
| 08/04/23 | Matthew B. Lunn - Working Meals Working Meal with client and co-counsel in preparation for Winc confirmation hearing 8-3-23 (C. Brault, K. Pleines, A. Mielke, M. Lunn) (4 people) | 1.00 | 97.50 |
| | **Total** | | **$2,611.85** |

Winc, Inc.
Billing Period through August 9, 2023

Invoice Date:                August 17, 2023
Invoice Number:                    50044974
Matter Number:                  102647.1001

**Cost Summary**

| **Description** | **Amount** |
| --- | --- |
| Delivery / Courier | 73.00 |
| Deposition/Transcript | 114.95 |
| Reproduction Charges | 1,860.40 |
| Working Meals | 563.50 |
| **Total** | **$2,611.85** |

# EXHIBIT C

## BUDGET AND STAFFING PLAN

| Professional | Position of Applicant, Number of Years in that Position, Year of Obtaining License to Practice |
|---|---|
| Craig D. Grear | Partner since 2000.  Joined firm as an associate in 1996.  Member of DE Bar since 1996. |
| Michael R. Nestor | Partner since 2003. Joined firm as an associate in 1998.  Member of PA and NJ Bars Since 1995. Member of DE Bar since 1996. |
| Matthew B. Lunn | Partner since 2010. Joined firm as an associate in 2001.  Member of DE Bar since 2001.  Member of NY Bar since 2009. |
| Allison S. Mielke | Joined firm as an associate in 2017.  Member of DE Bar since 2013. |
| Joshua B. Brooks | Joined firm as an associate in 2020.  Member of MD Bar since 2020. Member of DE Bar since 2021. |
| Shella Borovinskaya | Joined firm as an associate in 2022.  Member of DE Bar since 2022. |
| Troy M. Bollman | Paralegal. |

| STAFFING PLAN | | |
|---|---|---|
| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budgeted Period | Average Rate[1] |
| Partner | 3 | $1,099.00 |
| Counsel | - | - |
| Associate (7 or more years since first admission) | 1 | $685.00 |
| Associate (4-6 years since first admission) | - | - |
| Associate (less than 4 years since first admission) | 2 | $505.00 |
| Paralegal | 1 | $355.00 |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the budgeted Application Period.

**BUDGETED HOURS & FEES**

| Professional | Hours | Fees |
|---|---|---|
| Craig D. Grear | 127 | $165,100.00 |
| Michael R. Nestor | 42 | $52,080.00 |
| Matthew B. Lunn | 425 | $435,625.00 |
| Allison S. Mielke | 638 | $437,030.00 |
| Joshua B. Brooks | 298 | $150,490.00 |
| Shella Borovinskaya | 298 | $150,490.00 |
| Troy M. Bollman | 298 | $105,790.00 |
| **Totals** | **2,126** | **$1,496,605.00** |

**BUDGETED FEES BY PROJECT CATEGORY**

| Project Category | Budgeted Hours | Budgeted Fees |
|---|---|---|
| Case Administration (B001) | 106.30 | $74,830.25 |
| Court Hearings (B002) | 170.10 | $119,728.40 |
| Cash Collateral/DIP Financing (B003) | 148.80 | $104,762.35 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 85.00 | $59,864.20 |
| Lease/Executory Contract Issues (B005) | 85.00 | $59,864.20 |
| Use, Sale or Lease of Property (363 issues) (B006) | 744.10 | $523,811.75 |
| Claims Analysis, Objections and Resolutions (B007) | 63.80 | $44,898.15 |
| Meetings (B008) | 63.80 | $44,898.15 |
| Stay Relief Matters (B009) | 21.30 | $14,966.05 |
| Reclamation Claims and Reclamation Adversaries (B010) | 0.00 | $0.00 |
| Other Adversary Proceedings (B011) | 21.30 | $14,966.05 |
| Plan, Disclosure Statement, and Release Investigation (B012) | 318.90 | $224,490.75 |
| Creditor Inquiries (B013) | 21.30 | $14,966.05 |
| General Corporate Matters (B014) | 42.50 | $29,932.10 |
| Employee Matters (B015) | 21.30 | $14,966.05 |
| Asset Analysis (B016) | 0.00 | $0.00 |
| Retention of Professionals/Fee Issues (B017) | 148.80 | $104,762.35 |
| Fee Application Preparation (B018) | 42.50 | $29,932.10 |
| Travel (B019) | 0.00 | $0.00 |
| Utility Services (B020) | 21.30 | $14,966.05 |
| **Total** | **2,126.10** | **$1,496,605.00** |

## **EXHIBIT D**

### CUSTOMARY AND COMPARABLE
### COMPENSATION DISCLOSURES

Young Conaway's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by similarly skilled bankruptcy attorneys. In addition, Young Conaway's hourly rates for bankruptcy services are comparable to the rates charged by the Firm for other complex corporate and litigation matters. The rates charged by the Firm for the services performed in the prior calendar year in the practice areas that are comparable to the services performed by the Bankruptcy and Corporate Restructuring section—namely, Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation—are set forth below. Also included below is 2022 blended hourly rate information for all sections of the Firm, excluding the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | Billed In comparable practice areas for preceding calendar year[1] | Billed Firm-wide for preceding calendar year[2] | Billed This Application |
| Partner | $817 | $743 | $1,051 |
| Counsel | $668 | $603 | N/A |
| Associate | $457 | $449 | $570 |
| Paralegal | $293 | $206 | $347 |
| Aggregated: | $605 | $552 | $683 |

---

[1] This column reflects the blended 2022 rates charged by the firm for complex corporate and litigation matters in the following sections of the firm: Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation.

[2] This column excludes blended hourly rates for the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.