### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

**Hearing Date**:
**September 28, 2023 at 2:30 p.m. (ET)**

**Objection Deadline:**
**September 20, 2023 at 4:00 p.m. (ET)**

**SUMMARY OF EIGHTH MONTHLY AND FINAL FEE APPLICATION OF RPA ASSET MANAGEMENT SERVICES, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE MONTHLY PERIOD FROM JULY 1, 2023 THROUGH AUGUST 9, 2023 AND THE FINAL PERIOD FROM NOVEMBER 30, 2022 THROUGH AUGUST 9, 2023**

| | |
|---|---|
| Name of applicant: | RPA Asset Management Services, LLC |
| Authorized to provide professional services to: | The above-captioned debtors and debtors-in-possession |
| Date of retention: | November 30, 2022 (order entered on January 4, 2023) |
| Monthly period covered by fee application: | July 1, 2023 through August 9, 2023 |
| Monthly amount of compensation sought as actual, reasonable, and necessary: | $50,366.50 |
| Monthly Amount of Expenses sought as actual, reasonable, and necessary: | $1,225.05 |
| Final period covered by fee application: | November 30, 2022 through August 9, 2023 |
| Final amount of compensation sought as actual, reasonable, and necessary: | $796,403.50 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

Final amount of expenses sought
as actual, reasonable, and necessary:           $8,602.98 in Expenses

This is a(n):  _X_ monthly      ___ interim   _X_ final application

This monthly application includes 23.3 hours with a value of $13,443.50 incurred in connection with the preparation of Fee Applications.

**PRIOR APPLICATIONS**

| Date Filed; Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 1/13/2023 Docket No. 176 | 12/1/2022 - 12/31/2022 | $237,434.00 | $5,593.31 | $237,434.00 | $5,593.31 |
| 2/9/2023 Docket No. 231 | 1/1/2023 – 1/31/2023 | $282,022.00 | $1,559.60 | $282,022.00 | $1,559.60 |
| 3/21/2023 Docket No. 307 | 2/1/2023 – 2/28/2023 | $72,415.00 | $72.57 | $72,415.00 | $72.57 |
| 4/21/2023 Docket No. 331 | 3/1/2023 – 3/31/2023 | $60,061.00 | $72.57 | Pending | Pending |
| 5/12/2023 Docket No. 354 | 4/1/2023 – 4/30/2023 | $48,931.00 | $79.88 | Pending | Pending |
| 6/6/2023 Docket No. 377 | 5/1/2023 – 5/31/2023 | $28,334.00 | $0.00 | Pending | Pending |
| 7/18/2023 Docket No. 423 | 6/1/2023 – 6/30/2023 | $16,840.00 | $0.00 | Pending | Pending |

**MONTHLY COMPENSATION BY PROFESSIONAL**
**JULY 1, 2023 THROUGH AUGUST 9, 2023**

| Professional | Title | Hourly Rate Billed in Application | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John Policano | Executive Director | $1,125.00 | 1.2 | $1,350.00 |
| Kevin Pleines | Director | $695.00 | 31.4 | $21,823.00 |
| Chris Walker | Director | $595.00 | 44.8 | $26,656.00 |
| Jaclyn Hill | Support Staff | $215.00 | 2.5 | $537.50 |
| | | | Total Fees | $50,366.50 |

**MONTHLY COMPENSATION BY PROJECT CATEGORY**

**JULY 1, 2023 THROUGH AUGUST 9, 2023**

|   | Category | Hours | Fees |
|---|---|---|---|
| A | Operations Analysis and Review | 0.00 | $      - |
| B | DIP Budget/Credit Agreement and Cash Flow Reporting | 7.80 | $  5,001.00 |
| C | Creditor, Lender, or Equity Holder Inquiries | 0.00 | $      - |
| D | Calls/Meetings with US Trustee and/or Staff | 0.00 | $      - |
| E | Calls/Meetings with Company, Board, Counsel and/or Staff | 2.50 | $  1,737.50 |
| F | Statements/Schedules and MOR's | 16.60 | $  9,877.00 |
| G | Preparation and Review of Bankruptcy Documents and Related Filings | 2.80 | $  1,736.00 |
| H | Financial Review and Analysis | 0.00 | $      - |
| I | Asset Sale Process | 0.00 | $      - |
| J | Attendance at Court Hearings or Depositions | 2.50 | $  1,737.50 |
| K | Employee Management | 0.00 | $      - |
| L | Case Administration | 23.50 | $ 13,668.50 |
| M | Calls/Meetings with Lenders and Lender Advisors/Counsel | 0.50 | $     347.50 |
| N | Analysis and Related Work re: Plan and Exit | 17.90 | $ 12,230.50 |
| O | Contract Review and Analysis | 0.00 | $      - |
| P | Calls/Meetings or Response to Inquiries from UCC Advisors | 5.80 | $  4,031.00 |

## SUMMARY OF TIMEKEEPERS INCLUDED
## IN THE FINAL APPLICATION

| Professional | Title | 2022 Hourly Rate Billed in Application | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John Policano | Executive Director | $1,095.00 | 59.8 | $65,481.00 |
| Kevin Pleines | Director | $650.00 | 199.3 | $129,545.00 |
| Chris Walker | Director | $570.00 | 74.4 | $42,408.00 |
| | | | Total Fees | $237,434.00 |

| Professional | Title | 2023 Hourly Rate Billed in Application | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John Policano | Executive Director | $1,125.00 | 100.9 | $113,512.50 |
| Kevin Pleines | Director | $695.00 | 293.0 | $203,635.00 |
| Chris Walker | Director | $595.00 | 400.1 | $238,059.50 |
| Jaclyn Hill | Support Staff | $215.00 | 17.5 | $3,762.50 |
| | | | Total Fees | $558,969.50 |

## SUMMARY OF FINAL COMPENSATION BY PROJECT CATEGORY

| | Category | Hours | Fees |
|---|---|---|---|
| A | Operations Analysis and Review | 5.20 | $3,661.00 |
| B | DIP Budget/Credit Agreement and Cash Flow Reporting | 233.90 | $164,478.50 |
| C | Creditor, Lender, or Equity Holder Inquiries | 9.40 | $6,533.00 |
| D | Calls/Meetings with US Trustee and/or Staff | 6.90 | $5,579.00 |
| E | Calls/Meetings with Company, Board, Counsel and/or Staff | 42.00 | $34,766.50 |
| F | Statements/Schedules and MOR's | 159.10 | $97,456.50 |
| G | Preparation and Review of Bankruptcy Documents and Related Filings | 54.70 | $39,841.50 |
| H | Financial Review and Analysis | 43.50 | $29,126.00 |
| I | Asset Sale Process | 167.90 | $119,212.00 |
| J | Attendance at Court Hearings or Depositions | 19.10 | $14,182.50 |
| K | Employee Management | 0.00 | $ - |
| L | Case Administration | 111.00 | $70,166.00 |
| M | Calls/Meetings with Lenders and Lender Advisors/Counsel | 0.90 | $625.50 |
| N | Analysis and Related Work re: Plan and Exit | 148.20 | $101,290.00 |
| O | Contract Review and Analysis | 14.00 | $9,973.50 |
| P | Calls/Meetings or Response to Inquiries from UCC Advisors | 129.20 | $99,512.00 |

## SUMMARY OF FINAL EXPENSE SUMMARY

**Airfare/Train**

| | | | |
|---|---|---|---|
| 5-Dec-22 | Kevin Pleines | Trains to/from Wilmington for Winc hearing | $289.75 |
| 13-Dec-22 | Kevin Pleines | Flights to/from Los Angeles for work at Winc | $1,863.20 |
| 21-Dec-22 | Kevin Pleines | Trains to/from Wilmington for Winc hearing | $641.75 |
| 16-Jan-23 | Kevin Pleines | Trains to/from Wilmington for Winc hearing | $438.50 |
| 3-Aug-23 | Kevin Pleines | Trains to/from Wilmington for Winc hearing | $507.00 |
| | | **Airfare/Train Total** | **$3,740.20** |

**Auto/Taxi**

| | | | |
|---|---|---|---|
| 5-Dec-22 | Kevin Pleines | Car from train station to hotel in Wilmington | $10.62 |
| 6-Dec-22 | Kevin Pleines | Car from hotel to train station in Wilmington | $11.78 |
| 6-Dec-22 | Kevin Pleines | Car from train station after hearing Wilmington | $29.79 |
| 13-Dec-22 | Kevin Pleines | Car to airport for trip to Los Angeles | $264.52 |
| 13-Dec-22 | Kevin Pleines | Car from airport to Winc office | $74.22 |
| 13-Dec-22 | Kevin Pleines | Car from Winc office to hotel in Los Angeles | $23.95 |
| 14-Dec-22 | Kevin Pleines | Car to Winc office from hotel in Los Angeles | $19.34 |
| 15-Dec-22 | Kevin Pleines | Car to airport from Winc office | $32.17 |
| 15-Dec-22 | Kevin Pleines | Car from airport after trip to Winc | $242.52 |
| 21-Dec-22 | Kevin Pleines | Car to train station for trip to Wilmington for Winc hearing | $39.04 |
| 22-Dec-22 | Kevin Pleines | Car to train station in Wilmington | $9.67 |
| 22-Dec-22 | Kevin Pleines | Car from train station after Wilmington trip | $26.88 |
| 16-Jan-23 | Kevin Pleines | Car while traveling to/from Wilmington for Winc hearing | $180.92 |
| 3-Aug-23 | Kevin Pleines | Car while traveling to/from Wilmington for Winc hearing | $88.90 |
| | | **Auto/Taxi Total** | **$1,054.32** |

**Hotel**

| | | | |
|---|---|---|---|
| 6-Dec-22 | Kevin Pleines | Hotel in Wilmington for Winc hearing (one night) | $328.90 |
| 15-Dec-22 | Kevin Pleines | Hotel in Los Angeles at Winc (two nights) | $889.55 |
| 22-Dec-22 | Kevin Pleines | Hotel in Wilmington for Winc hearing (one night) | $328.90 |
| 6-Jan-23 | Kevin Pleines | Hotel in Wilmington for Winc hearing - hearing cancelled day before, charged one night | $359.00 |
| 16-Jan-23 | Kevin Pleines | Hotel in Wilmington for Winc hearing (one night) | $394.90 |
| 3-Aug-23 | Kevin Pleines | Hotel in Wilmington for Winc hearing (one night) | $436.90 |
| | | **Hotel Total** | **$2,738.15** |

**Meals**

| | | | |
|---|---|---|---|
| 5-Dec-22 | Kevin Pleines | Meal while in Wilmington for Winc hearing | $5.20 |
| 5-Dec-22 | Kevin Pleines | Meal while in Wilmington for Winc hearing | $16.75 |
| 5-Dec-22 | Kevin Pleines | Meal while in Wilmington for Winc hearing | $62.00 |
| 6-Dec-22 | Kevin Pleines | Meal while in Wilmington for Winc hearing | $6.25 |
| 6-Dec-22 | Kevin Pleines | Meal while in Wilmington for Winc hearing | $52.00 |
| 13-Dec-22 | Kevin Pleines | Meal while in Los Angeles at Winc | $9.13 |
| 13-Dec-22 | Kevin Pleines | Meal while in Los Angeles at Winc | $5.24 |
| 13-Dec-22 | Kevin Pleines | Meal while in Los Angeles at Winc | $10.58 |

| | | | |
|---|---|---|---:|
| 14-Dec-22 | Kevin Pleines | Meal while in Los Angeles at Winc | $22.95 |
| 14-Dec-22 | Kevin Pleines | Meal while in Los Angeles at Winc | $28.26 |
| 15-Dec-22 | Kevin Pleines | Meal while in Los Angeles at Winc | $50.00 |
| 21-Dec-22 | Kevin Pleines | Meal while in Wilmington for Winc hearing | $15.25 |
| 21-Dec-22 | Kevin Pleines | Meal while in Wilmington for Winc hearing | $6.25 |
| 21-Dec-22 | Kevin Pleines | Meal while in Wilmington for Winc hearing | $53.00 |
| 22-Dec-22 | Kevin Pleines | Meal while in Wilmington for Winc hearing | $6.25 |
| 16-Jan-23 | Kevin Pleines | Meals while in Wilmington for Winc hearing | $106.49 |
| 3-Aug-23 | Kevin Pleines | Meals while in transit and in Wilmington for Winc hearing | $192.25 |
| | | **Meals Total** | **$647.85** |

**Telecom**

| | | | |
|---|---|---|---:|
| 1-Dec-22 | Chris Walker | Cell phone allocation for December | $50.00 |
| 26-Dec-22 | Kevin Pleines | Telecom charges related to Winc | $67.65 |
| 1-Jan-23 | Chris Walker | Telecom charges related to Winc | $50.00 |
| 26-Jan-23 | Kevin Pleines | Telecom charges related to Winc | $29.79 |
| 28-Feb-23 | Kevin Pleines | Telecom charges related to Winc | $22.57 |
| 28-Feb-23 | Chris Walker | Telecom charges related to Winc | $50.00 |
| 28-Mar-23 | Kevin Pleines | Telecom charges related to Winc | $22.57 |
| 28-Mar-23 | Chris Walker | Telecom charges related to Winc | $50.00 |
| 28-Apr-23 | Chris Walker | Telecom charges related to Winc | $50.00 |
| 28-Apr-23 | John Policano | Telecom charges related to Winc | $7.33 |
| 28-Apr-23 | Kevin Pleines | Telecom charges related to Winc | $22.55 |
| | | **Telecom Total** | **$422.46** |

## <u>SUMMARY OF FINAL APPLICATION</u>

| | |
|---|---|
| Name of Applicant | RPA Asset Management Services, LLC |
| Name of Client | Debtors and Debtors in Possession |
| Time period covered by Final Application | November 30, 2022 through August 9, 2023 |
| Total compensation sought during the Final Application Period | $796,403.50 |
| Total expenses sought during the Final Application Period | $8,602.98 |
| Petition Date | November 30, 2022 |
| Retention Date | November 30, 2022 |
| Date of order approving employment | January 4, 2023 |
| Total compensation approved by interim order to date | $591,871.00 |
| Total expenses approved by interim order to date | $7,225.48 |
| Total allowed compensation paid to date | $715,203.80 |
| Total allowed expenses paid to date | $7,377.93 |
| Blended rate in the Final Application for all timekeepers | $695.55 |
| Compensation sought in the Final Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $81,199.70 |
| Expenses sought in the Final Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $1,225.05 |
| Number of professionals included in the Final Application | 4 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[2] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |
| | <u>**Hearing Date**</u>:<br>**September 28, 2023 at 2:30 p.m. (ET)** |
| | <u>**Objection Deadline:**</u><br>**September 20, 2023 at 4:00 p.m. (ET)** |

**EIGHTH MONTHLY AND FINAL FEE APPLICATION OF RPA ASSET
MANAGEMENT SERVICES, LLC FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL
ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE
MONTHLY PERIOD FROM JULY 1, 2023 THROUGH AUGUST 9, 2023 AND THE
<u>FINAL PERIOD FROM NOVEMBER 30, 2022 THROUGH AUGUST 9, 2023</u>**

Pursuant to sections 330 and 331 of title 11 of the United States Code, §§ 101–1532
(the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure
(the "<u>Bankruptcy Rules</u>"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and
Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"),
RPA Asset Management Services, LLC ("<u>RPA</u>") hereby files this *Eighth Monthly and Final Fee
Application of RPA Asset Management Services, LLC for Allowance of Compensation for Services
Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors-in-
Possession for the Monthly Period from July 1, 2023 Through August 9, 2023 and the Final Period
from November 30, 2022 Through August 9, 2023* (the "<u>Application</u>") and applies to the United
States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") for reasonable compensation

---

[2]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are:  Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A).  The Debtors' mailing address
for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

for professional services rendered as financial advisor to the above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") in the amount of $50,366.50, together with reimbursement for actual and necessary expenses incurred in the amount of $1,225.05, for the period of July 1, 2023 through and including August 9, 2023 (the "Monthly Fee Period"), and in the amount of $796,403.50, together with reimbursement for actual and necessary expenses incurred in the amount of $8,602.98, for the final period from November 30, 2022 through and including August 9, 2023 (the "Final Fee Period").  Pursuant to Local Rule 2016-2, this Application is supported by the certification of John Policano, attached hereto as **Exhibit 1**.  In support of this Application, RPA respectfully represents as follows:

## BACKGROUND

1.      On November 30, 2022, each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.  No request has been made for the appointment of a trustee or examiner.

2.      On December 16, 2022, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of RPA Asset Management Services, LLC as Financial Advisor to the Debtors, Effective as of the Petition Date* [Docket No. 64].

3.      On January 4, 2023, the Court issued its *Order Authorizing the Employment and Retention of RPA Asset Management Services, LLC as Financial Advisor to the Debtors, Effective as of the Petition Date* [Docket No. 130] (the "Retention Order").  The Retention Order authorizes RPA to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

4.      On January 4, 2023, the Court issued its *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 126].

## COMPENSATION PAID AND ITS SOURCE

5.      All services for which RPA requests compensation were performed for or on behalf of the Debtors.

6.      Pursuant to Bankruptcy Rule 2016(a), RPA has not shared, nor has RPA agreed to share, (i) any compensation it has received or may receive with another party or person other than with the partners and associates of RPA or (ii) any compensation another person or party has received or may receive.

## MONTHLY FEE STATEMENT

7.      The fee statement (the "Fee Statement") for the Monthly Fee Period is attached hereto as **Exhibit 2**.  This statement contains daily time logs describing the time spent by each professional for this period.  To the best of RPA's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, Local Rule 2016-2, all other applicable Bankruptcy Rules, and the guidelines adopted by the Office of the United States Trustee.

## SUMMARY OF SERVICES RENDERED

8.      The professionals who have rendered professional services in these cases during the Monthly Fee Period are as follows:  John Policano, Kevin Pleines, Chris Walker and Jaclyn Hill.

9.      Services provided by RPA, by and through the above-named persons, to the Debtors during the Monthly Fee Period include: (i) preparation and review of the Debtors' cash flow budget; (ii) financial analysis related to the sale of the Debtors' assets and participation on calls related to the sale of the Company; (iii) communications with the Debtors' management team

and staff, and providing advice and guidance related to the bankruptcy and requirements thereof; (iv) communications with the advisors to the Official Committee of Unsecured Creditors (the "Committee"), and responding to due diligence inquiries; and (v) preparation of analysis for use in bankruptcy documents.

10.    The services rendered by RPA during the Monthly Fee Period can be grouped into the categories set forth below.  These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit C** of the Fee Statement.  The summary provided herein is not intended to be a detailed description of the work performed.  Rather, the summary is merely a guideline offered to the Court and other interested parties with respect to the services performed by RPA during the Monthly Fee Period.

A.    **Operations Analysis and Review**

**Fee Period Fees: $0**          **Total Hours: 0.00**

11.    No time was spent on this category during the Application Period.

B.    **DIP Budget/Credit Agreement and Cash Flow Reporting**

**Fee Period Fees: $5,001.00**          **Total Hours: 7.80**

12.    This category includes all time spent analyzing and reporting on cash flow forecasts and cash management during the Application Period.

C.    **Creditor, Lender or Equity Holder Inquiries**

**Fee Period Fees: $0**          **Total Hours: 0.00**

13.    No time was spent on this category during the Application Period.

D.    **Calls/Meetings with U.S. Trustee and/or Staff**

**Fee Period Fees: $0**          **Total Hours: 0.00**

14.    No time was spent on this category during the Application Period.

**E.**    <u>**Calls/Meetings with Company, Board, Counsel and/or Staff**</u>

**Fee Period Fees: $1,737.50**          **Total Hours: 2.50**

15.    This category includes all time spent on matters relating to preparation, participation, and leading of discussions, calls, meetings, and communications with the Debtors' staff, management, board (and subcommittee) and other advisors relating to various topics.

**F.**    <u>**Statements/Schedules and MORs**</u>

**Fee Period Fees: $9,877.00**          **Total Hours: 16.60**

16.    This category includes all time spent preparation and/or review of Monthly Operating Reports.

**G.**    <u>**Preparation and Review of Bankruptcy Documents and Related Filings**</u>

**Fee Period Fees: $1,736.00**          **Total Hours: 2.80**

17.    This category includes all time spent preparing or reviewing the court docket and related documents.

**H.**    <u>**Financial Review and Analysis**</u>

**Fee Period Fees: $0**          **Total Hours: 0.00**

18.    No time was spent on this category during the Application Period.

**I.**    <u>**Asset Sale Process**</u>

**Fee Period Fees: $0**          **Total Hours: 0.00**

19.    No time was spent on this category during the Application Period.

**J.**    <u>**Attendance at Court Hearings or Depositions**</u>

**Fee Period Fees: $1,737.50**          **Total Hours: 2.50**

20.    This category includes all time spent preparing for and attending court hearings during the Application Period Application Period.

**K.**    **Employee Management**

**Fee Period Fees: $0**                **Total Hours: 0.00**

21.    No time was spent on this category during the Application Period.

**L.**    **Case Administration**

**Fee Period Fees: $13,668.50**        **Total Hours: 23.50**

22.    This category includes time spent by professionals handling administrative matters related to the bankruptcy case, preparation of fee applications, and client matters.

**M.**    **Calls/Meetings with Lenders and Lender Advisors/Counsel**

**Fee Period Fees: $347.50**           **Total Hours: 0.50**

23.    This category includes all time spent participating on calls or meetings with Lenders and Lender advisors during the Application Period.

**N.**    **Analysis and Related Work re: Plan and Exit**

**Fee Period Fees: $12,230.50**        **Total Hours: 17.90**

24.    This category includes time spent by professionals on analysis and preparation of documents or other information related to the Debtors' chapter 11 plan and disclosure statement.

**O.**    **Contract Review and Analysis**

**Fee Period Fees: $0**                **Total Hours: 0.00**

25.    No time was spent on this category during the Application Period.

**P.**    **Calls/Meetings or Response to Inquiries from UCC Advisors**

**Fee Period Fees: $4,031.00**         **Total Hours: 5.80**

26.    This category includes all time spent researching and responding to inquiries from the Committee during the Application Period.

## VALUATION OF SERVICES

27.    RPA professionals have expended a total of 79.9 hours in connection with this matter during the Monthly Fee Period, as follows:

| Professional | Title | Hourly Rate Billed in Application | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John Policano | Executive Director | $1,125.00 | 1.2 | $1,350.00 |
| Kevin Pleines | Director | $695.00 | 31.4 | $21,823.00 |
| Chris Walker | Director | $595.00 | 44.8 | $26,656.00 |
| Jaclyn Hill | Support Staff | $215.00 | 2.5 | $537.50 |
| | | | 79.9 | $50,366.50 |

The nature of the work performed by these persons is fully set forth in **Exhibit B** of the Fee Statement.  These are RPA's normal hourly rates for work of this character.

## ACTUAL AND NECESSARY EXPENSES

28.    RPA incurred expenses totaling $1,225.05 during the Monthly Fee Period.

## REQUEST FOR FINAL APPROVAL OF FEES AND EXPENSES

29.    Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 sets forth the criteria for the award of compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (a)    the time spent on such services; the rates charged for such services;
>
> (b)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(c)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(d)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(e)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

30.     In the instant case, RPA seeks final approval of all fees and expenses incurred during the Final Fee Period in the amounts of $796,403.50 and $8,602.98, respectively.  During the Final Fee Period, RPA performed necessary services and incurred out of pocket disbursements for the Debtors and their estates.  As set forth more fully in prior monthly applications, which are incorporated herein by reference, and this Application, in accordance with the factors set forth above, approval of the fees requested for the Final Fee Period is fair and reasonable given (a) the complexity of these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services in other cases under this title.  In addition, the out-of-pocket disbursements for which reimbursement is sought were actual, reasonable, and necessary costs (i) incurred while providing services for the Debtors; and (ii) preserving the value of the Debtors' estates.

31.     WHEREFORE, RPA respectfully requests that the Court authorize that the amounts sought herein be approved for payment and for such other and further relief as this Court may deem just and proper.

Dated:  August 30, 2023

/s/ John Policano
John Policano
RPA Asset Management Services, LLC