## __EXHIBIT 1__

**Policano Certification**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

### <u>CERTIFICATION OF JOHN POLICANO</u>

I, John Policano, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1.      I am an Executive Director of RPA Advisors, LLC ("<u>RPA</u>").  I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>").  I am familiar with the work performed on behalf of the Debtors by RPA's professionals.

2.      I have reviewed the *Eighth Monthly and Final Fee Application of RPA Asset Management Services, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors-in-Possession for the Monthly Period From July 1, 2023 Through August 9, 2023 and the Final Period from November 30, 2022 Through August 9, 2023* (the "<u>Application</u>"), and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.  Moreover, I have reviewed Local Rule 2016-2, and, to the best of my knowledge, information, and belief formed upon the basis of my participation in these cases, as well as after reasonable inquiry, the facts set forth in

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A).  The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

the Application materially comply with the provisions of the Local Rules, the Bankruptcy Code,

and this Court's orders.

Dated: August 30, 2023

_/s/ John Policano_
John Policano
RPA Advisors, LLC
Executive Director