## EXHIBIT 2

### Fee Statement

| | |
|---|---|
| **Exhibit A** | Compensation by Timekeeper for Compensation Period July 1, 2023 through August 9, 2023 |
| **Exhibit B** | Summary of Compensation by Project Category During Compensation Period July 1, 2023 through August 9, 2023 |
| **Exhibit C** | Detailed Time Description by Timekeeper and Category During Compensation Period July 1, 2023 through August 9, 2023 |
| **Exhibit D** | Monthly Expense Summary During Compensation Period July 1, 2023 through August 9, 2023 |
| **Exhibit E** | Detailed Monthly Expense Summary During Compensation Period July 1, 2023 through August 9, 2023 |

30710654.1

# EXHIBIT A

30710654.1

**Compensation by Timekeeper for Compensation Period**
**July 1, 2023 through August 9, 2023**

| Professional | Title | Hourly Rate Billed in Application | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John Policano | Executive Director | $1,125.00 | 1.2 | $1,350.00 |
| Kevin Pleines | Director | $695.00 | 31.4 | $21,823.00 |
| Chris Walker | Director | $595.00 | 44.8 | $26,656.00 |
| Jaclyn Hill | Support Staff | $215.00 | 2.5 | $537.50 |
| | | | **Total Fees** | **$50,366.50** |

30710654.1

# EXHIBIT B

30710654.1

**Summary of Compensation by Project Category**
**During Compensation Period**
**July 1, 2023 through August 9, 2023**

| | Category | Hours | Fees |
|---|---|---|---|
| A | Operations Analysis and Review | 0.00 | $ - |
| B | DIP Budget/Credit Agreement and Cash Flow Reporting | 7.80 | $ 5,001.00 |
| C | Creditor, Lender, or Equity Holder Inquiries | 0.00 | $ - |
| D | Calls/Meetings with US Trustee and/or Staff | 0.00 | $ - |
| E | Calls/Meetings with Company, Board, Counsel and/or Staff | 2.50 | $ 1,737.50 |
| F | Statements/Schedules and MOR's | 16.60 | $ 9,877.00 |
| G | Preparation and Review of Bankruptcy Documents and Related Filings | 2.80 | $ 1,736.00 |
| H | Financial Review and Analysis | 0.00 | $ - |
| I | Asset Sale Process | 0.00 | $ - |
| J | Attendance at Court Hearings or Depositions | 2.50 | $ 1,737.50 |
| K | Employee Management | 0.00 | $ - |
| L | Case Administration | 23.50 | $ 13,668.50 |
| M | Calls/Meetings with Lenders and Lender Advisors/Counsel | 0.50 | $ 347.50 |
| N | Analysis and Related Work re: Plan and Exit | 17.90 | $ 12,230.50 |
| O | Contract Review and Analysis | 0.00 | $ - |
| P | Calls/Meetings or Response to Inquiries from UCC Advisors | 5.80 | $ 4,031.00 |

30710654.1

# EXHIBIT C

30710654.1

**Detailed Time Description by Timekeeper and Category During Compensation Period**
**July 1, 2023 through August 9, 2023**

| Professional | Date | Memo | Hours |
|---|---|---|---|
| Chris Walker | 17-Jul | Prepared updates to professional fee escrow tracker | 1.7 |
| Kevin Pleines | 17-Jul | Reviewed professional fee escrow account transactions and balance | 0.6 |
| Kevin Pleines | 26-Jul | Responded to estate consultant questions on admin expenses | 0.3 |
| Kevin Pleines | 28-Jul | Strategized with counsel related to budget | 0.1 |
| Chris Walker | 31-Jul | Prepared review/updates to professional fee escrow tracker | 1.8 |
| Chris Walker | 31-Jul | Performed review of UCC Fee Applications and prepared summary of same | 0.7 |
| Kevin Pleines | 7-Aug | Reviewed and summarized accrued and unpaid professional fees | 2.1 |
| Kevin Pleines | 8-Aug | Responded to counsel questions related to LC | 0.5 |
| | | **DIP Budget/Credit Agreement and Cash Flow Reporting Total** | **7.8** |
| Kevin Pleines | 7-Jul | Updated and revised meeting schedule with estate consultant and counsel | 0.2 |
| Kevin Pleines | 11-Jul | Participated on call with estate consultant related to DTC business | 0.2 |
| Kevin Pleines | 11-Jul | Provided update to board member | 0.2 |
| Kevin Pleines | 17-Jul | Strategized with counsel and the estate with respect to professional fees | 0.3 |
| Kevin Pleines | 20-Jul | Strategized with counsel related to franchise tax payments | 0.2 |
| Kevin Pleines | 21-Jul | Participated on call with counsel with respect to process and timing | 0.2 |
| Kevin Pleines | 24-Jul | Strategized with counsel and estate consultant with respect to confirmation | 0.4 |
| Kevin Pleines | 26-Jul | Strategized with estate consultant on admin expenses | 0.2 |
| Kevin Pleines | 31-Jul | Reviewed and responded to question from counsel on legal reserve in sale waterfall | 0.5 |
| Kevin Pleines | 9-Aug | Responded to counsel and estate consultant questions on effective date wire | 0.1 |
| | | **Calls/Meetings with Company, Board, Counsel and/or Staff Total** | **2.5** |
| Chris Walker | 17-Jul | Prepared initial updates for June Monthly Operating Reports | 1.5 |
| Chris Walker | 18-Jul | Prepared exhibits to Monthly Operating Report | 2.7 |
| Chris Walker | 18-Jul | Prepared update of professional fees for Monthly Operating Report | 2.1 |
| Chris Walker | 19-Jul | Prepared updates to Monthly Operating Reports | 3 |
| Chris Walker | 19-Jul | Updated global notes to Monthly Operating Report | 1 |
| Chris Walker | 19-Jul | Performed review/update to tax accruals/payments for Monthly Operating Report | 0.9 |
| Chris Walker | 20-Jul | Prepared updates to Monthly Operating Reports | 2.5 |
| Chris Walker | 20-Jul | Finalized, performed final review and sent Monthly Operating Reports to counsel for filing | 2.9 |
| | | **Statements/Schedules and MOR's Total** | **16.6** |
| Kevin Pleines | 17-Jul | Reviewed and summarized amounts owed by estate under first interim fee app | 0.7 |
| Chris Walker | 25-Jul | Performed docket/document review | 0.8 |
| Chris Walker | 31-Jul | Researched/responded to Ordinary Course Professional inquiry | 1.3 |
| | | **Preparation and Review of Bankruptcy Documents and Related Filings Total** | **2.8** |

| | | | |
|---|---|---|---:|
| Kevin Pleines | 3-Aug | Attended confirmation hearing | 0.7 |
| Kevin Pleines | 3-Aug | Participated in confirmation hearing prep | 1.8 |
| | | **Attendance at Court Hearings or Depositions Total** | **2.5** |
| Chris Walker | 5-Jul | Prepared preliminary updates to June Fee Application | 1.5 |
| Chris Walker | 6-Jul | Prepared updates to June Fee Application | 1.9 |
| Chris Walker | 6-Jul | Prepared updates to June Fee Application | 2.3 |
| Chris Walker | 7-Jul | Prepared updates to June Fee Application | 1.1 |
| Chris Walker | 10-Jul | Prepared exhibits to June Fee Application | 2.3 |
| Chris Walker | 10-Jul | Prepared exhibits to June Fee Application | 2 |
| Chris Walker | 11-Jul | Prepared updates to June Fee Application | 1.8 |
| John Policano | 18-Jul | Reviewed and prepared June fee application | 1 |
| Jaclyn Hill | 18-Jul | Prepared and review June fee application | 2.5 |
| Chris Walker | 1-Aug | Prepared initial updates to July fee application | 2.6 |
| Chris Walker | 7-Aug | Drafted July fee application | 4.3 |
| John Policano | 7-Aug | Reviewed timing of fee application, CNOs and related disbursements | 0.2 |
| | | **Case Administration Total** | **23.5** |
| Kevin Pleines | 13-Jul | Strategized with estate trustee and reviewed materials related to ERC credits | 0.5 |
| | | **Calls/Meetings with Lenders and Lender Advisors/Counsel Total** | **0.5** |
| Kevin Pleines | 17-Jul | Reviewed invoice for claims processing | 0.1 |
| Kevin Pleines | 17-Jul | Reviewed liquidation analysis with respect to professional fee forecasts | 0.7 |
| Kevin Pleines | 18-Jul | Reviewed liquidation analysis with respect for potential updates | 1.7 |
| Chris Walker | 24-Jul | Performed review of Liquidation Analysis | 0.9 |
| Kevin Pleines | 2-Aug | Reviewed disclosure statement and liquidation analysis | 3 |
| Kevin Pleines | 3-Aug | Reviewed liquidation analysis and claims in anticipation of effective date | 2.5 |
| Kevin Pleines | 7-Aug | Analyzed and drafted effective date sources and uses | 1.9 |
| Kevin Pleines | 7-Aug | Reviewed and revised totals of admin, secured and priority claims | 2 |
| Chris Walker | 8-Aug | Performed review of sources & uses | 1.2 |
| Kevin Pleines | 8-Aug | Incorporated UCC professional fee estimates in S&U | 0.6 |
| Kevin Pleines | 8-Aug | Updated and edited effective date S&U | 3.3 |
| | | **Analysis and Related Work re: Plan and Exit Total** | **17.9** |
| Kevin Pleines | 12-Jul | Provided case update to UCC FA | 0.3 |
| Kevin Pleines | 19-Jul | Participated on call with UCC and creditor trust professionals | 1 |
| Kevin Pleines | 24-Jul | Responded to UCC questions related to wind down | 0.3 |
| Kevin Pleines | 31-Jul | Participated on call with UCC FA related to status of estate | 0.5 |
| Kevin Pleines | 8-Aug | Updated and summarized claim data for UCC financial advisors | 3.7 |
| | | **Calls/Meetings or Response to Inquiries from UCC Advisors Total** | **5.8** |

# EXHIBIT D

30710654.1

**Monthly Expense Summary**
**July 1, 2023 through August 9, 2023**

| Category | Amount |
|---|---:|
| Airfare/Train | $507.00 |
| Auto/Taxi | $88.90 |
| Hotel | $436.90 |
| Meals | $192.25 |
| **Total Expenses** | **$1,225.05** |

30710654.1

# EXHIBIT E

30710654.1

**Detailed Monthly Expense Summary**
**July 1, 2023 through August 9, 2023**

| Category | Date | Professional | Description | Amount |
|---|---|---|---|---|
| **Airfare/Train** | | | | |
| | 3-Aug | Kevin Pleines | Trains to/from Wilmington for Winc hearing | $507.00 |
| | | | **Airfare/Train Total** | **$507.00** |
| **Auto/Taxi** | | | | |
| | 3-Aug | Kevin Pleines | Car while traveling to/from Wilmington for Winc hearing | $88.90 |
| | | | **Auto/Taxi Total** | **$88.90** |
| **Hotel** | | | | |
| | 3-Aug | Kevin Pleines | Hotel in Wilmington for Winc hearing (one night) | $436.90 |
| | | | **Hotel Total** | **$436.90** |
| **Meals** | | | | |
| | 3-Aug | Kevin Pleines | Meals while in transit and in Wilmington for Winc hearing | $192.25 |
| | | | **Meals Total** | **$192.25** |
| | | | **Expenses Total** | **$1,225.05** |

30710654.1

US-DOCS\101381960.4