# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINC, INC., *et al.*,[1] | ) | Case No. 22-11238 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 475** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 28, 2023, I caused to be served the "Joint Motion of Club W Creditor Trust and Post-Effective Date Debtor Representative for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period to Remove Actions Pursuant to 28 U.S.C. § 1452," dated August 28, 2023 [Docket No. 475], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). In accordance with Section 9.5 of the Plan, the Debtor Winc Lost Poet, LLC was dissolved as the Effective Date (as defined therein).

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| HILL FLYNN & MIKE BELL | ADDRESS ON FILE |
| PATRICK CHIMENTI | ADDRESS ON FILE |
| PEDRO MARTINEZ | ADDRESS ON FILE |
| ROSENTHAL & ROSENTHAL INC. | C/O OTTERBOURG P.C. ATTN RICHARD GERARD HADDAD 230 PARK AVE NEW YORK NY 10169 |
| SHAYLA KING | ADDRESS ON FILE |
| SHAYLA MARIE KING | ADDRESS ON FILE |
| STEPHEN GIANNAROS | ADDRESS ON FILE |
| TRINITY BEVERAGE GROUP,LLC | C/O FISHERBROYLES LLP ATTN MATTHEW CHRISTIAN DEFRANCESCO 445 PARK AVE, 9TH FL NEW YORK NY 10022 |
| VERITY WINES LLC | C/O OTTERBOURG P.C ATTN RICHARD GERARD HADDAD 230 PARK AVENUE NEW YORK NY 10169 |
| YENSY CONTRERAS | ADDRESS ON FILE |

**Total Creditor count  10**