

**Department of Taxation and Finance**

Civil Enforcement Division – Bankruptcy Unit
PO Box 5300, Albany NY 12205

RECEIVED
AUG 25 2023
LEGAL SERVICES

Filed: USBC - District of Delaware
Winc, Inc., et al   (COR)
22-11238 (LSS)
WNC
0000000017

August 18, 2023

EPIQ Corporate Restructuring, LLC
Winc, Inc. et. al.
777 Third Ave
New York, NY 10017

Re:   Winc, Inc.
      Case number: 22-11238

To whom it may concern,

The New York State Department of Taxation and Finance is withdrawing the following pre-petition proof of claims:

| Claim Number | Claim Amount | Claim Date |
|---|---|---|
| 7 | $1,862.39 | 12/23/2022 |

There is no surviving pre-petition proof of claim.

If you have any questions, please contact the Bankruptcy Unit at 518-457-3160.

Sincerely,

B. Renaud
Tax Compliance Manager I

**TC-280** (3/05)

New York State
Department of Taxation and Finance
Bankruptcy Unit
PO Box 5300
Albany NY 12205-0300



Presort
First Class Mail
ComBasPrice

US POSTAGE — PITNEY BOWES

ZIP 12183. $ 000.49⁸
02  1W
0001404290 AUG 22 2023

EPIQ Corporate Restructuring, LLC
Wind, Inc. et. al.
777 Third Ave
New York, NY  10017

FILED / RECEIVED

AUG 2 5 2023.

EPIQ

114  GTESA5B 10017



WNC