

# New York State Department of Taxation and Finance

**Civil Enforcement Division – Bankruptcy Unit**
PO Box 5300, Albany NY 12205

RECEIVED
AUG 2 5 2023
LEGAL SERVICES

Filed: USBC - District of Delaware
Winc, Inc., et al  (COR)
22-11238 (LSS)
WNC
0000000018

August 18, 2023

EPIQ Corporate Restructuring, LLC
Winc, Inc. et. al.
777 Third Ave
New York, NY 10017

Re:   BWSC LLC
      Case number: 22-11239

To whom it may concern,

The New York State Department of Taxation and Finance is withdrawing the following pre-petition proof of claims:

| Claim Number | Claim Amount | Claim Date |
|---|---|---|
| 8 | $6,000.00 | 12/27/2022 |

There is no surviving pre-petition proof of claim.

If you have any questions, please contact the Bankruptcy Unit at 518-457-3160.

Sincerely,

B. Renaud
Tax Compliance Manager I

TC-280 (3/05)

New York State
Department of Taxation and Finance
Bankruptcy Unit
PO Box 5300
Albany NY 12205-0300




Presort
First Class Mail
ComBasPrice

ZIP 12183    **$ 000.49⁸**
02 1W
0001404290 AUG 22 2023

EPIQ Corporate Restructuring, LLC
Wind. Inc. et. al.
777 Third Ave
New York, NY 10017

FILED / RECEIVED

AUG 2 5 2023

EPIQ

114    GTESA5B 10017

WNC

**COPY**
Document Control