## EXHIBIT A

| Professional/Role | Interim Fee Period/ Docket No. | Total Fees Approved | Total Expenses Approved | Amount of Holdback Fees Approved (20% of Fees) |
|---|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP - *Counsel to the Debtors and Debtors in Possession* | 3/1/23 – 5/31/23 [Docket No. 410] | $135,526.00 | $904.08 | $27,105.20 |
| RPA Asset Management Services, LLC – *Financial Advisor to the Debtors and Debtors in Possession* | 3/1/23 – 5/31/23 [Docket No. 410] | $137,326.00 | $152.45 | $27,465.20 |

30610921.1