IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) ) | Chapter 11 <br><br> Case No. 22-11238 (LSS) <br> (Jointly Administered) <br><br> **Re: Docket No. 475** |
| WINC, INC. et al,[1] |  |  |
| Debtors. |  |  |

**CERTIFICATE OF NO OBJECTION REGARDING THE JOINT MOTION OF CLUB W CREDITOR TRUST AND POST-EFFECTIVE DATE DEBTOR REPRESENTATIVE FOR ENTRY OF AN ORDER, PURSUANT TO BANKRUPTCY RULES 9006 AND 9027, FURTHER EXTENDING THE PERIOD TO REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the Joint Motion of Club W Creditor Trust and Post-Effective Date Debtor Representative for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period to Remove Actions Pursuant to 28 U.S.C. § 1452 [Docket No. 475] (the "Motion") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on August 28, 2023.

The undersigned further certifies that, as of the date hereof, he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on September 14, 2023.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). In accordance with Section 9.5 of the Plan, the Debtor Winc Lost Poet, LLC was dissolved as the Effective Date (as defined therein).

1

As no responses to the Motion have been received, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the earliest convenience of the Court.

Dated: September 19, 2023

        **A.M. SACCULLO LEGAL, LLC**

        */s/ Mark T. Hurford*
        Mark T. Hurford, Esq. (No. 3299)
        27 Crimson King Drive
        Bear, DE 19701
        Tel: (302) 836-8877
        Fax: (302) 836-8787
        mark@saccullolegal.com

        *Counsel for Brian K. Ryniker, in his Capacity as Creditor Trustee of the Club W Creditor Trust*

        and

        **CAROTHERS & HAUSWIRTH LLP**
        Gregory W. Hauswirth (No. 5679)
        Patrick W. Carothers (PA ID No. 85721)
        1007 N. Orange Street, 4th Foor
        Wilmington, DE 19801
        Direct: 302.332.7181
        Facsimile: 412.910.7510
        ghauswirth@ch-legal.com
        pcarothers@ch-legal.com

        *Counsel for Bryan Ayers, the Post-Confirmation Debtor Representative*