# Notice Recipients

District/Off: 0311−1  User: admin  Date Created: 9/21/2023
Case: 22−11238−LSS  Form ID: van439  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp        California Department of Tax and Fee Administration        Collections Support Bureau        P.O. Box 942879        Sacramento, CA 94279−0055

TOTAL: 1