**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 483, 484 & 485** |

**CERTIFICATION OF COUNSEL REGARDING
PROPOSED OMNIBUS ORDER APPROVING FINAL FEE
APPLICATIONS OF CERTAIN DEBTORS' PROFESSIONALS**

Certain professionals (collectively, the "Professionals" and each, a "Professional") retained and employed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed their respective applications for final allowance of compensation and reimbursement of expenses [Docket Nos. 483, 484 & 485] (collectively, the "Final Fee Applications") for the final period from November 30, 2022 through and including August 9, 2023. Objections, if any, to the Final Fee Applications were required to be filed and served on, among others, the affected Professional and the Debtors on or before the objection deadlines set forth in each of the Final Fee Applications.

The undersigned certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Final Fee Applications has been received. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Final Fee Applications appears thereon. As no responses were received,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

30788829.1

the Debtors hereby submit a proposed form of order, attached hereto as **Exhibit 1** (the "Proposed Order"), approving the Final Fee Applications.

The Debtors have circulated the Proposed Order to the Professionals, who have each reviewed and consent to the entry of the Proposed Order. Accordingly, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience without further notice or a hearing.

| | |
|---|---|
| Dated: September 21, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Allison S. Mielke*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Joshua B. Brooks (No. 6765)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>       mlunn@ycst.com<br>       amielke@ycst.com<br>       jbrooks@ycst.com<br>       sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

30788829.1