## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC., *et al.*,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 28, 2023 AT 2:30 P.M. (ET)

> **THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

## RESOLVED MATTER

1.  Joint Motion of Club W Creditor Trust and Post-Effective Date Debtor Representative for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period to Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 475; 8/28/23]

    Related Pleadings:

    (a)    Certificate of No Objection [D.I. 494; 9/20/23]

    (b)    Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period to Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 497; 9/21/23]

    Objection Deadline:        September 14, 2023 at 4:00 p.m. (ET)

    Objections/Informal Responses:        None.

    Status:        An order has been entered.  A hearing is unnecessary.

## UNCONTESTED MATTER WITH CERTIFICATIONS OF COUNSEL

2.  Final Fee Applications of Various Professionals [*See* Exhibit 1, attached hereto]

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A).  The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

[2]  **Amended items appear in bold.**

Related Pleadings:

(a)    Certification of Counsel Regarding Proposed Omnibus Order Approving Interim and Final Fee Applications of Professionals for the Official Committee of Unsecured Creditors [D.I. 493; 9/20/23]

(b)    Certification of Counsel Regarding Proposed Omnibus Order Approving Final Fee Applications of Certain Debtors' Professionals [D.I. 498; 9/21/23]

Objection Deadline:          Varied per individual applications.

Objections/Informal Responses:     None.

Status:     Proposed forms of order have been submitted under certification of counsel. A hearing is necessary only if the Court has questions or concerns.

Dated:    September 28, 2023              YOUNG CONAWAY STARGATT & TAYLOR, LLP
          Wilmington, Delaware

          /s/ Allison S. Mielke
          Michael R. Nestor (No. 3526)
          Matthew B. Lunn (No. 4119)
          Allison S. Mielke (No. 5934)
          Joshua B. Brooks (No. 6765)
          Shella Borovinskaya (No. 6758)
          Rodney Square
          1000 North King Street
          Wilmington, Delaware 19801
          Telephone:  (302) 571-6600
          Facsimile:  (302) 571-1253
          Email:  mnestor@ycst.com
                  mlunn@ycst.com
                  amielke@ycst.com
                  jbrooks@ycst.com
                  sborovinskaya@ycst.com

          *Counsel to the Debtors and Debtors in Possession*

# **EXHIBIT 1**

**A.    Young Conaway Stargatt & Taylor, LLP**

1.    Omnibus Order Approving First Interim Fee Requests of the Debtors' Professionals [D.I. 421; 7/17/23]

2.    Omnibus Order Approving Second Interim Fee Requests of the Debtors' Professionals [D.I. 491; 9/15/23]

3.    Seventh Monthly Application for the Period from June 1, 2023 through June 30, 2023 [D.I. 418; 7/13/23]

4.    Certificate of No Objection [D.I. 456; 8/3/23]

5.    Eighth Monthly and Final Application for the Monthly Period from July 1, 2023 through August 9, 2023 and the Final Period from November 30, 2022 through August 9, 2023 [D.I. 483; 8/29/23]

**B.    RPA Asset Management Services, LLC**

1.    Omnibus Order Approving First Interim Fee Requests of the Debtors' Professionals [D.I. 421; 7/17/23]

2.    Omnibus Order Approving Second Interim Fee Requests of the Debtors' Professionals [D.I. 491; 9/15/23]

3.    Seventh Monthly Application for the Period from June 1, 2023 through June 30, 2023 [D.I. 423; 7/18/23]

4.    Certificate of No Objection [D.I. 461; 8/8/23]

5.    Eighth Monthly and Final Application for the Monthly Period from July 1, 2023 through August 9, 2023 and the Final Period from November 30, 2022 through August 9, 2023 [D.I. 485; 8/30/23]

**C.    Epiq Corporate Restructuring, LLC**

1.    Omnibus Order Approving First Interim Fee Requests of the Debtors' Professionals [D.I. 421; 7/17/23]

2.    Second Monthly and Final Application for the Monthly Period from February 1, 2023 through August 9, 2023 and the Final Period from November 30, 2022 through August 9, 2023 [D.I. 484; 8/30/23]

30822078.1

**D.   ArentFox Schiff LLP**

    1.   Omnibus Order Approving First Interim Fee Requests of the Professionals to the Official Committee of Unsecured Creditors [D.I. 422; 7/17/23]

    2.   Order Approving Second Interim Fee Request of ArentFox Schiff LLP as Counsel to the Official Committee of Unsecured Creditors [D.I. 492; 9/15/23]

    3.   Sixth Monthly Application for the Period from June 1, 2023 through June 30, 2023 [D.I. 424; 7/19/23]

    4.   Certificate of No Objection [D.I. 470; 8/23/23]

    5.   Interim and Final Application for the Period from June 1, 2023 through August 8, 2023 and the Final Period from December 15, 2022 through August 8, 2023 [D.I. 477; 8/28/23]

**E.   A.M. Saccullo Legal, LLC**

    1.   Omnibus Order Approving First Interim Fee Requests of the Professionals to the Official Committee of Unsecured Creditors [D.I. 422; 7/17/23]

    2.   Fourth Monthly Application for the Period from March 1, 2023 through March 31, 2023 [D.I. 341; 4/28/23]

    3.   Certificate of No Objection [D.I. 363; 5/19/23]

    4.   Fifth Monthly Application for the Period from April 1, 2023 through May 31, 2023 [D.I. 400; 6/26/23]

    5.   Certificate of No Objection [D.I. 473; 8/23/23]

    6.   Sixth Monthly Application for the Period from June 1, 2023 through June 30, 2023 [D.I. 428; 7/20/23]

    7.   Certificate of No Objection [D.I. 474; 8/23/23]

    8.   Second Interim and Final Application for the Interim Period from March 1, 2023 through August 9, 2023 and the Final Period from December 15, 2022 through August 9, 2023 [D.I. 479; 8/28/23]

**F.  CohnReznick LLP**

1.  Omnibus Order Approving First Interim Fee Requests of the Professionals to the Official Committee of Unsecured Creditors [D.I. 422; 7/17/23]

2.  Fourth Monthly Application for the Period from March 1, 2023 through March 31, 2023 [D.I. 339; 4/28/23]

3.  Certificate of No Objection [D.I. 362; 5/19/23]

4.  Fifth Monthly Application for the Period from April 1, 2023 through May 31, 2023 [D.I. 394; 6/24/23]

5.  Certificate of No Objection [D.I. 472; 8/23/23]

6.  Second Interim Application for the Period from March 1, 2023 through May 31, 2023 [D.I. 425; 7/19/23]

7.  Certificate of No Objection [D.I. 471; 8/23/23]

8.  Third Interim and Final Application for the Interim Period from June 1, 2023 through August 8, 2023 and the Final Period from December 20, 2022 through August 8, 2023 [D.I. 478; 8/28/23]