# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINC, INC., *et al.*,[1] | ) | Case No. 22-11238 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 497** |

## CERTIFICATE OF SERVICE

I, WING LAI-CHAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 21, 2023, I caused to be served the "Order, Pursuant To Bankruptcy Rules 9006 And 9027, Further Extending The Period To Remove Actions Pursuant To 28 U.S.C. § 1452," dated September 21, 2023 [Docket No. 497], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Wing Lai-Chan*
Wing Lai-Chan

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). In accordance with Section 9.5 of the Plan, the Debtor Winc Lost Poet, LLC was dissolved as the Effective Date (as defined therein).

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER DE 19904 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |

**Total Creditor count  3**

| Claim Name | Address Information |
|---|---|
| HILL FLYNN & MIKE BELL | ADDRESS ON FILE |
| PATRICK CHIMENTI | ADDRESS ON FILE |
| PEDRO MARTINEZ | ADDRESS ON FILE |
| ROSENTHAL & ROSENTHAL INC. | C/O OTTERBOURG P.C. ATTN RICHARD GERARD HADDAD 230 PARK AVE NEW YORK NY 10169 |
| SHAYLA KING | ADDRESS ON FILE |
| SHAYLA MARIE KING | ADDRESS ON FILE |
| STEPHEN GIANNAROS | ADDRESS ON FILE |
| TRINITY BEVERAGE GROUP,LLC | C/O FISHERBROYLES LLP ATTN MATTHEW CHRISTIAN DEFRANCESCO 445 PARK AVE, 9TH FL NEW YORK NY 10022 |
| VERITY WINES LLC | C/O OTTERBOURG P.C ATTN RICHARD GERARD HADDAD 230 PARK AVENUE NEW YORK NY 10169 |
| YENSY CONTRERAS | ADDRESS ON FILE |

**Total Creditor count  10**

**EXHIBIT B**

**WINC, INC. et al, - Case No. 22-11238 (LSS)**
**Electronic Mail Master Service List**

| Creditor Name | Email |
|---|---|
| A.M. SACCULLO LEGAL LLC | ams@saccullolegal.com; mark@saccullolegal.com; meg@saccullolegal.com |
| AKERMAN LLP | laura.taveras@akerman.com; eduardo.espinosa@akerman.com; mark.liu@akerman.com |
| ARENTFOX SCHIFF LLP | george.angelich@afslaw.com; justin.kesselman@afslaw.com; james.britton@afslaw.com |
| ASHBY & GEDDES, P.A. | gtaylor@ashbygeddes.com |
| BANC OF CALIFORNIA, N.A. | michael.baranowski@bancofcal.com; legal@bancofcal.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com; jmartinez@beneschlaw.com |
| THE BIFFERATO FIRM, P.A. | cbifferato@tbf.legal |
| BUCHALTER | wschoenholz@buchalter.com; crowe@buchalter.com |
| BUCHALTER, A PROFESSIONAL CORP | schristianson@buchalter.com |
| CAROTHERS & HAUSWIRTH LLP | pcarothers@ch-legal.com; ghauswirth@ch-legal.com |
| COOLEY LLP | ewalker@cooley.com |
| COOLEY LLP | jbrown@cooley.com; menglert@cooley.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| JEANMARIE MILLER; ASST. ATTY GENERAL | millerj51@michigan.gov |
| MARC LESSER | kota91302@yahoo.com |
| MONZACK MERSKY AND BROWDER, P.A. | rmersky@monlaw.com |
| MORRIS NICOLS ARSHT & TUNNELL LLP | cmiller@morrisnichols.com; dabbott@morrisnichols.com |
| PA DEPARTMENT OF REVENUE | ra-occbankruptcy5@state.pa.us |
| PACHULSKI STANG ZIEHL & JONES LLP | rpachulski@pszjlaw.com; mlitvak@pszjlaw.com; joneill@pszjlaw.com |
| PAUL HASTINGS LLP | justinrawlins@paulhastings.com; coleharlan@paulhastings.com |
| RANCH CANADA DE LOS PINOS | doug@circlevision.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov; bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | secbankruptcy@sec.gov; philadelphia@sec.gov |

**WINC, INC. et al, - Case No. 22-11238 (LSS)**
**Electronic Mail Master Service List**

| Creditor Name | Email |
|---|---|
| TN ATTY GENERAL'S OFFICE, BANKRUPTCY DIVISION | agbankdelaware@ag.tn.gov |
| US TRUSTEE | ustrustee.program@usdoj.gov; jane.m.leamy@usdoj.com |
| VIN-GLOBAL, LLC | djones@vin-global.net |