IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINC, INC. *et al.*,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br>(Jointly Administered)<br><br>**Related DI Nos.: 477, 478, 479** |

**OMNIBUS ORDER APPROVING FINAL FEE
APPLICATIONS OF THE PROFESSIONALS TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon consideration of the interim and final fee applications (each, a "Fee Request," and collectively, the "Fee Requests") filed by the professionals (collectively, the "Professionals") retained and employed by the Official Committee of Unsecured Creditors of Winc, Inc. and its debtor affiliates (collectively, the "Debtors") in the above-captioned cases and identified on **Exhibit A** attached hereto, for allowance of compensation and reimbursement of expenses; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331, and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, as applicable, have been satisfied; and it further appearing that the services rendered and expenses incurred were reasonable and necessary; and that notices of the Fee Requests were appropriate; and after due deliberation and sufficient good cause appearing therefor,

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 1751 Berkeley Street, Studio 3, Santa Monica, CA 90404.

**IT IS HEREBY ORDERED THAT**:

1. The Fee Requests are APPROVED with respect to the amounts set forth on **Exhibit A** attached hereto.

2. The Professionals are granted interim and final allowance of compensation in the amounts set forth on **Exhibit A**, including any and all holdbacks.

3. The Professionals are allowed reimbursement of reasonable and necessary expenses in the amounts set forth on **Exhibit A**.

4. Payment of the amounts set forth on Exhibit A shall be on a final basis and is not subject to further review, disallowance, or disgorgement.

5. The Debtors are authorized and directed to remit payment to the Professionals in the amounts set forth on **Exhibit A**, less all amounts previously paid on account of such fees and expenses.

6. This Order shall be deemed a separate order for each Fee Request and any appeal of this Order with respect to any Professional shall have no effect on the authorized fees and expenses of any other Professional.

7. This Order shall be effective immediately upon entry.

8. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

**Exhibit A**

| Professional/Role | Firm's Role in Case | Final Compensation Period | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|
| **ArentFox Schiff LLP** <br> Docket No. 477 <br> Date Filed: 8/28/2023 | Counsel to the Official Committee of Unsecured Creditors | 12/15/22 – 8/8/23 | $495,306.50 | $5,013.01 |
| **A.M. Saccullo Legal, LLC** <br> Docket No. 479 <br> Date Filed: 8/28/2023 | Co-Counsel to the Official Committee of Unsecured Creditors | 12/15/22 – 8/9/23 | $212,614.00 | $4,070.55 |
| **CohnReznick LLP & CohnReznick Capital Markets Securities, LLC** <br> Docket No. 478 <br> Date Filed: 8/28/2023 | Financial Advisors & Investment Bankers to the Official Committee of Unsecured Creditors | 12/20/23 – 8/8/23 | $278,370.00 | $482.00 |

Dated: October 18th, 2023
Wilmington, Delaware

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**