**EXHIBIT A**

| Professional/Role | Final Fee Period/ Docket No. | Total Fees Approved | Total Expenses Approved | Total Amount of Fees and Expenses Approved |
|---|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP - *Counsel to the Debtors and Debtors in Possession* | 11/30/22 – 8/9/23 [Docket No. 483] | $1,219,054.50 | $17,945.48 | $1,236,999.98 |
| Epiq Corporate Restructuring, LLC - *Administrative Advisor to the Debtors and Debtors in Possession* | 11/30/22 – 8/9/23 [Docket No. 484] | $38,165.40 | $1,787.52 | $39,952.92 |
| RPA Asset Management Services, LLC – *Financial Advisor to the Debtors and Debtors in Possession* | 11/30/22 – 8/9/23 [Docket No. 485] | $796,403.50 | $8,602.98 | $805,006.48 |

30788829.1