**In re Winc, Inc., et al.,**  Lead Case No. 22-11238
                Debtors  Reporting Period: August 1, 2023 through August 9, 2023

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| **Receipts** | | | |
| Operating receipts | $ - | $ 525,222 | $ - |
| Related entity receipts | | | - |
| Other Receipts | | - | - |
| **Total Receipts** | $ - | $ 525,222 | $ - |
| | | | |
| **Disbursements** | | | |
| Administrative and selling costs | $ (18,255) | $ (351,656) | $ - |
| Related entity disbursements | | - | - |
| Professional fees | (692,116) | - | - |
| Taxes | | - | - |
| Effective date disbursements | - | - | - |
| Other disbursements | - | | - |
| **Total Disbursements** | $ (710,371) | $ (351,656) | $ - |
| | | | |
| **Net Cash Flow** | $ (710,371) | $ 173,567 | $ - |
| | | | |
| **Cash Rollforward** | | | |
| **Beginning Cash Balance - August 1, 2023** | $ 1,254,052 | $ 561,308 | $ - |
| Net Cash Flow | (710,371) | 173,567 | - |
| **Ending Cash Balance - August 9, 2023** | $ 543,681 | $ 734,875 | $ - |

**In re Winc, Inc., et al.,**                                           **Lead Case No. 22-11238**
　　　　　　　　　Debtors                         Reporting Period: August 1, 2023 through August 9, 2023

**BALANCE SHEETS AS OF August 9, 2023**

|  | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| **Assets** | | | |
| Cash and cash equivalents | $ 543,681 | $ 734,875 | $ - |
| Accounts receivable | 6,653 | 4,197,374 | - |
| Other receivables | 55,918 | 107,021 | - |
| Inventory | - | 9,941,934 | - |
| Prepaids and other current assets | 1,572,621 | 309,504 | - |
| **Total Current Assets** | $ 2,178,873 | $ 15,290,707 | $ - |
| | | | |
| Fixed assets | $ - | $ 178,508 | $ - |
| Intangible assets | - | 1,651,654 | - |
| Other assets | 20,071 | 233,946 | - |
| **Total Assets** | $ 2,198,944 | $ 17,354,815 | $ - |
| | | | |
| **Liabilities** | | | |
| Accounts payable | $ 2,838,836 | $ 2,628,183 | $ - |
| Credit card liability | 1,742,252 | - | - |
| Accrued liabilities | 432,508 | 645,366 | - |
| Intercompany liability due (to)/from | 110,973,114 | (118,245,644) | - |
| Other current liabilities | 94,404 | - | - |
| Loans payable | - | - | - |
| Other current liabilities | 11,380,741 | (6,784,338) | - |
| **Total Current Liabilities** | $ 127,461,855 | $ (121,756,433) | $ - |
| | | | |
| Long term liabilities | - | 237,589 | - |
| | | | |
| **Total Non-Current Liabilities** | $ - | $ 237,589 | $ - |
| | | | |
| *Liabilities Subject to Compromise* | | | |
| Accounts payable and other | (127,461,855) | 121,518,844 | - |
| **Liabilities Subject to Compromise Total** | $ (127,461,855) | $ 121,518,844 | $ - |
| **Total Liabilities** | $ - | $ - | $ - |
| | | | |
| **Total Net Equity** | $ - | $ - | $ - |
| | | | |
| **Total Liabilities and Net Equity** | $ - | $ - | $ - |

**In re Winc, Inc., et al.,**                               Lead Case No. 22-11238
                          Debtors                            Reporting Period: August 1, 2023 through August 9, 2023

## INCOME STATEMENTS

| | Winc, Inc 22-11238 | BWSC, LLC 22-11239 | Lost Poet 22-11240 |
|---|---:|---:|---:|
| Income from ordinary activities | $ - | $ 531,436 | $ - |
| Other income | - | - | - |
| Cost of sales | | 306,807 | - |
| **Gross Income** | $ - | $ 224,628 | $ - |
| | | | |
| Marketing expense | | $ - | $ - |
| Personnel expense | - | $ - | - |
| Production and operations expense | - | $ - | - |
| General & administrative expense | 18,255 | $ - | - |
| Interest | - | 148 | - |
| Reorganization items | 692,116 | | - |
| Other expense | - | 17,363 | - |
| **Income Before Tax** | $ (710,371) | $ 207,117 | $ - |
| | | | |
| Income tax benefit (expense) | | $ - | $ - |
| | | | |
| **Net Income (Loss) for Period** | $ (710,371) | $ 207,117 | $ - |

**In re Winc, Inc., et al.,**  **Lead Case No. 22-11238**
                    Debtors  **Reporting Period: August 1, 2023 through August 9, 2023**

**LISTING OF BANK ACCOUNTS**

| Account Holder | Bank Name | Account Number | End of Period Book Balances (USD) | Opened or Closed During Period |
|---|---|---|---|---|
| Winc, Inc. | Banc of Califoria | x0698 | $ 541,285 | No |
| BWSC, LLC | Banc of Califoria | x7078 | $ 734,875 | No |
| Winc, Inc. | Banc of Califoria | x5224 | $ 2,395 | No |