# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| WINC, INC., *et al.*,[1] | ) | Case No. 22-11238 (LSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket Nos. 510-512** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 8, 2023, I caused to be served the:

    a. "Monthly Operating Report," dated November 7, 2023 [Docket No. 510],

    b. "Monthly Operating Report," *related to Case No. 22-11239*, dated November 7, 2023 [Docket No. 511], and

    c. "Monthly Operating Report," *related to Case No. 22-11240*, dated November 7, 2023 [Docket No. 512],

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Andrea Speelman*
Andrea Speelman

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). The Debtors' mailing address for purposes of these chapter 11 cases is 12405 Venice Boulevard, Box #1, Los Angeles, CA 90066.

**EXHIBIT A**

WINC, INC., et al. Case No. 22-11238 (LSS)
Electronic Mail Service List

| Name | Email Address |
|---|---|
| U.S. Trustee | ustrustee.program@usdoj.gov; jane.m.leamy@usdoj.com |
| Counsel to the Committee | george.angelich@afslaw.com; justin.kesselman@afslaw.com; james.britton@afslaw.com; mark@saccullolegal.com |