UNITED STATES BANKRUPTCY COURT
District of Delaware

In re

Winc, Inc.

Debtors

Chapter 11

Case no. 22-11238

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Hillebrand Gori USA LLC f/k/a JF Hillebrand USA Inc. a creditor in the cases of the above-captioned debtors ("Debtors") directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtor's schedules or on the claims register), and herby requests that service of any pleadings, notices, correspondence and all distributions be sent to the new address set forth below, effective as of the date hereof.

Former Address(es)

Hillebrand Gori USA LLC f/k/a JF Hillebrand USA Inc.
2147 NJ-27
Suite 401
Edison, NJ 08817

New Address

Hillebrand Gori USA LLC f/k/a JF Hillebrand USA Inc.
c/o Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

I declare under penalty of perjury that the foregoing is true and correct.

Hillebrand Gori USA LLC f/k/a JF Hillebrand USA Inc.

Dated: 11/29/2023

By: _Thomas Colibas_
Title: VP & CFO
Date: 11/29/2023