# Exhibit 1

## Assumed Contracts

| Counterparty Name | Description of Contract | Cure Amount |
|---|---|---|
| AGRICULTURA Y BODEGA RENACIMIENTO DE OLIVARES S.L. | TRADEMARK AGREEMENT - GRANZA DTD 12/8/2015 | $0.00 |
| ALTA LOMA WINEYARD LLC | GRAPE PURCHASE AGREEMENT DTD 4/10/2022 | $55,650.00 |
| ARTISAN BRANDS LLLP | DISTRIBUTION AGREEMENT DTD 4/5/2022 | $0.00 |
| BEVERAGE MARKETING & MORE INC | BROKER AGREEMENT DTD 10/1/2021 | $6,000.00 |
| BIOWEINGUT LORENZGBR | LETTER OF APPOINTMENT DTD 4/27/2021 | $0.00 |
| BODEGA MATARROMERA S.L. | LETTER OF APPOINTMENT DTD 4/27/2021 | $0.00 |
| BODEGAS IRANZO, S.L. | SOLE SOURCE LETTER DTD 4/26/2021 | $80,921.28 |
| CANTINA SOCIALE DI PUIANELLO E COVIOLO S.C.A. | LETTER OF APPOINTMENT DTD 4/30/2021 | $28,580.42 |
| CHURCHKEY INC | BROKER AGREEMENT DTD 2/18/2022 | $10,136.56 |
| COLUMBIA BUSINESS CENTER PARTNERS LP | SECOND AMENDMENT TO STANDARD INDUSTRIAL/COMERCIAL MULTI-TENANT LEASE-GROSS DTD 3/20/2021 | $0.00 |
| COLUMBIA BUSINESS CENTER PARTNERS LP | FIRST AMENDMENT TO STANDARD INDUSTRIAL/COMERCIAL MULTI-TENANT LEASE-GROSS DTD 9/10/2020 | $0.00 |
| COMMONS COLLABS LLC | CO-MANUFACTURING AND SUPPLY AGREEMENT DTD 11/1/2022 | $0.00 |
| DOMAINE GIOULIS SA | LETTER OF APPOINTMENT DTD 4/27/2021 | $0.00 |
| FAVORITE BRANDS LLC | DISTRIBUTION AGREEMENT | $1,966.00 |
| FEDEX CORPORATE SERVICES INC | ALCOHOL SHIPPING AGREEMENT DTD 10/24/2019 | $0.00 |
| GEORGE'S DISTRIBUTING INC | AGREEMENT OF DISTRIBUTORSHIP WINE DTD 5/9/2019 | $1,425.80 |
| INTERNATIONAL WINES INC | DISTRIBUTION AGREEMENT (MISSISSIPPI) | $0.00 |
| INTERNATIONAL WINES INC | DISTRIBUTION AGREEMENT (ALABAMA) | $409.24 |
| IRANZO FIELDS, S.L. | LETTER OF APPOINTMENT DTD 4/27/2021 | $0.00 |
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A) BY MANUALIFE INVESTMENT | SUNSET VINEYARD GRAPE PURCHASE AGREEMENT DTD 7/21/2022 | $99,983.00 |

| | | |
|---|---|---|
| MANAGEMENT AGRICULTURAL SERVICES AS MANAGER | | |
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A) BY MANUALIFE INVESTMENT MANAGEMENT AGRICULTURAL SERVICES AS MANAGER | SAN MIGUEL WEST VINEYARD GRAPE PURCHASE AGREEMENT DTD 8/31/2022 | $90,552.00 |
| KYLIX VINEYARDS CALIFORNIA LP | GRAPE PURCHASE AGREEMENT DTD 7/25/2022 | $57,848.00 |
| LA CANTINA PIZZOLATO SRL | LETTER OF APPOINTMENT DTD 4/27/2021 | $0.00 |
| LA CANTINA PIZZOLATO SRL | LETTER OF APPOINTMENT DTD 10/4/2019 | $0.00 |
| LA CANTINA PIZZOLATO SRL | LETTER CONFIRMING THE RIGHTS TO DISTRIBUTE WINE DTD 4/27/2021 | $0.00 |
| LA CANTINA PIZZOLATO | EXCLUSIVE SALES IMPORTER & DISTRIBUTION AGREEMENT DTD 9/19/2007 | $412,285.96 |
| LANGETWINS WINE COMPANY INC | BULK WINE STORAGE AGREEMENT DTD 4/10/2022 | $0.00 |
| LANGETWINS WINE COMPANY INC | ALTERNATING PROPRIETOR & BOTTLING SERVICES AGREEMENT DTD 6/20/2016 | $$260,291.15 |
| LANGETWINS WINE COMPANY, INC. | FIRST AMENDMENT TO ALTERNATING PROPRIETOR AND BOTTLING SERVICES AGREEMENT DTD 5/1/2020 | $0.00 |
| LANGETWINS WINERY & VINEYARDS | WINE PURCHASE AGREEMENT DTD 3/12/2022 | $0.00 |
| LANGETWINS WINERY & VINEYARDS | WINE PURCHASE AGREEMENT DTD 3/12/2022 | $0.00 |
| LANGETWINS WINERY & VINEYARDS | WINE PURCHASE AGREEMENT DTD 2/3/2022 | $430,168.37 |
| LANTERNA DISTRIBUTORS INC | DISTRIBUTION AGREEMENT DTD 1/24/2020 | $16,589.43 |
| LODI WINEGRAPE COMMISSION | CERTIFICATION MARK LICENSE AGREEMENT DTD 11/9/2022 | $0.00 |
| LOMA DEL RIO VINEYARDS LLC | GRAPE PURCHASE AGREEMENT DTD 4/10/2022 | $172,564.00 |
| MAISON RAYMOND | LETTER OF APPOINTMENT DTD 4/27/2021 | $0.00 |
| MARKETPLACE SELECTIONS INC | EXCLUSIVE DISTRIBUTION AGREEMENT DTD 4/11/2022 | $502.26 |
| MED WINES | LETTER OF APPOINTMENT DTD 4/26/2021 | $0.00 |
| MICHLITS WERNER GMBH | EXCLUSIVE SALES IMPORTER & DISTRIBUTION AGREEMENT DTD 3/4/2008 | $0.00 |
| MICHLITS WERNER GMBH | SOLE SOURCE LETTER DTD 3/31/2022 | $169,747.74 |
| MICHLITS WERNER GMBH | LETTER OF APPOINTMENT DTD 5/5/2021 | $0.00 |

| | | |
|---|---|---|
| MY WINES & SPIRITS PRIVATE LTD | APPOINTMENT LETTER | $0.00 |
| NAPPI DISTRIBUTORS | DISTRIBUTION AGREEMENT DTD 10/9/2020 | $16.66 |
| NATIONAL DISTRIBUTING COMPANY INC | DISTRIBUTION AGREEMENT DTD 4/1/2020 | $85.44 |
| PHASE 2 CELLARS LLC | CUSTOM CRUSH AGREEMENT DTD 4/19/2022 | $11,401.49 |
| PILOT RESEARCH AND DEVELOPMENT INC | SERVICES AGREEMENT DTD 8/11/2021 | $0.00 |
| PROVIVA SRL | LETTER OF APPOINTMENT DTD 4/27/2021 | $0.00 |
| PROVIVA S.R.L. | TRADEMARK AGREEMENT - INKARRI DTD 4/27/2017 | $0.00 |
| REPUBLIC NATIONAL DISTRIBUTING CO LLC | DISTRIBUTION AGREEMENT DTD 3/16/2020 | $11,331.05 |
| REPUBLIC NAT'L DISTRIBUTING CO LLC | DISTRIBUTION AGREEMENT DTD 1/28/2020 | $0.00 |
| SANTA BARBARA HIGHLANDS VINEYARD | WINE GRAPE PURCHASE AGREEMENT VINEYARD DTD 7/17/2020 | $185,160.00 |
| SARL CHATEAU BEAUBOIS | LETTER OF APPOINTMENT DTD 4/27/2021 | $0.00 |
| SARL CHATEAU BEAUBOIS | EXCLUSIVE SALES IMPORTER & DISTRIBUTION AGREEMENT DTD 11/22/2020 | $0.00 |
| SARL RAYMOND VFI | TRADEMARK AGREEMENT - LES HAUTS DE LAGARDE DTD 4/30/2012 | $0.00 |
| SARL RAYMOND VFI | EXCLUSIVE SALES IMPORTER & DISTRIBUTION AGREEMENT DTD 9/18/2008 | $0.00 |
| SIN ALCOHOL S.L. | LETTER OF APPOINTMENT DTD 4/27/2021 | $6.54.39 |
| SOUTHERN GLAZER'S WINE AND SPIRITS OF TN | DISTRIBUTION AGREEMENT DTD 2/28/2021 | $6,189.57 |
| SP BODEGAS MATARRAOMERA | TRADEMARK AGREEMENT - WIN DTD 10/29/2020 | $0.00 |
| SP COMINO LLC | GRAPE PURCHASE AGREEMENT DTD 7/25/2022 | $218,805.00 |
| SUMMERLAND WINE BRANDS | MEMORANDUM OF UNDERSTANDING DTD 5/16/2022 | $0.00 |
| SWG PASO VINEYARDS LLC | GRAPE PURCHASE AGREEMENT DTD 4/5/2018 | $0.00 |
| T ELENTENY HOLDINGS LLC | IMPORTING & DISTRIBUTION LOGISTICS SUPPORT AGREEMENT DTD 2/1/2016 | $11,546.84 |
| TAVERN CRAFT LLC | EXCLUSIVE FRANCHISE DISTRIBUTION AGREEMENT DTD 3/10/2020 | $0.00 |
| TESTANEY INC | PURCHASE ORDER #PO10888 DTD 11/9/2022 | $0.00 |
| TESTANEY INC | BULK WINE AGREEMENT DTD 8/29/2022 | $0.00 |

| | | |
|---|---|---|
| TESTANEY INC | BULK WINE AGREEMENT #101 DTD 4/19/2022 | $0.00 |
| TOP IT OFF BOTTLING LLC | PROJECT INFORMATION DTD 10/18/2022 | $12,478.00 |
| TOP IT OFF BOTTLING LLC | GENERAL TERMS AND CONDITIONS DTD 10/18/2022 | $0.00 |
| VINA KOYLE S.A. | TRADEMARK AGREEMENT - KOYLE GRAN RESERVA DTD 4/16/2018 | $0.00 |
| VINA KOYLE S.A. | LETTER OF APPOINTMENT DTD 4/27/2021 | $0.00 |
| VINTEGRITY LLC | DISTRIBUTION AGREEMENT DTD 8/17/2021 | $4,682.00 |
| YOUNG'S MARKET COMPANY LLC | DISTRIBUTION AGREEMENT DTD 2/8/2021 | $21,578.86 |