STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



DANA NESSEL
ATTORNEY GENERAL

December 26, 2023

CADILLAC PLACE
3030 WEST GRAND BOULEVARD
DETROIT, MICHIGAN 48202

RECEIVED

JAN 03 2024

LEGAL SERVICES

Filed: USBC - District of Delaware
Winc, Inc., et al (COR)
22-11238 (LSS)
WNC
0000000020

Winc, Inc. Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4419
Beaverton, OR 97076-4419

    Re:    BWSC, LLC
            Case No.: 22-11239-lss

Dear Sir/Madam:

Enclosed please find a Notice of Withdrawal of Priority and Unsecured Claims, Claim No. 0000020423 for entry with the court relating to the above case.

I thank you for your attention and consideration to this matter.

                                  Sincerely,

                                  /s/ Christina LaMothe
                                  Christina LaMothe
                                  Legal Secretary
                                  Collections Division
                                  Cadillac Place
                                  3030 W. Grand Blvd, Ste. 10-200
                                  Detroit, MI 48202
                                  Email: LaMotheC1@michigan.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:  

BWSC, LLC,  

Debtor.  
_____/

Case No. 22-11239

Chapter 11

Honorable Laurie Selber Silverstein

## NOTICE OF WITHDRAWAL OF PRIORITY AND UNSECURED CLAIMS, CLAIM NO. 0000020423, FILED MARCH 29, 2023

Please take notice that the Michigan Department of Treasury's Priority Claim in the amount of $13,347.20 and Unsecured Claim in the amount of $3,505.43 both dated March 29, 2023, are hereby withdrawn.

/s/ *Jeanmarie Miller*
Jeanmarie Miller (P44446)
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI  48202
(313) 456-0140
Millerj51@michigan.gov

Dated: December 26, 2023

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:                                    Case No. 22-11239-lss

BWSC, LLC,                                Chapter 11

    Debtor.                               Honorable Laurie Selber Silverstein
_____/

### PROOF OF SERVICE

The undersigned certifies that on December 26, 2023, a copy of a Notice Of Withdrawal of Priority and Unsecured Claims, Claim No. 0000020423, filed March 29, 2023, was served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Winc, Inc. Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
PO Box 4419
Beaverton, OR 97076-4419

                                                                              */s/Christina M. LaMothe*
                                                                              Christina M. LaMothe
                                                                              Legal Secretary to:
                                                                              Jeanmarie Miller (P44446)
                                                                              Assistant Attorney General
                                                                              Cadillac Place
                                                                              3030 W. Grand Blvd., Ste. 10-200
                                                                              Detroit, MI  48202
                                                                              (313) 456-0140
                                                                              millerj51@michigan.gov

Dated: December 26, 2023