**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WINC, INC. *et al.*,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING**
**SCHEDULING OF OMNIBUS HEARING DATES**

      The undersigned hereby certifies that the Court has provided the omnibus hearing date set forth on the proposed order attached hereto as <u>Exhibit A</u>.

| | |
|---|---|
| Dated: January 30, 2024<br>Wilmington, Delaware | **A.M. SACCULLO LEGAL, LLC**<br><br>*/s/ Mark T. Hurford*<br>Mark T. Hurford (DE No. 3299)<br>27 Crimson King Drive<br>Bear, DE 19701<br>Telephone: (302) 836-8877<br>Facsimile: (302) 836-8787<br>Email: Mark@saccullolegal.com<br><br>George P. Angelich (*Pro Hac Vice*)<br>ARENTFOX SCHIFF LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>Telephone : (212) 457-5423<br>Email: George.Angelich@afslaw.com<br><br>Justin A. Kesselman (*Pro Hac Vice*)<br>James E. Britton (*Pro Hac Vice*)<br>ARENTFOX SCHIFF LLP<br>800 Boylston Street, 32nd Floor<br>Boston, MA 02199<br>Telephone: (617) 973-6102<br>Email: Justin.Kesselman@afslaw.com<br>          James.Britton@afslaw.com<br><br>*Counsel for Brian K. Ryniker, in his Capacity as Creditor Trustee of the Club W Creditor Trust* |