IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINC, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11238 (LSS)<br>(Jointly Administered)<br><br>**Hearing: March 11, 2024 @ 2:00 p.m. (ET)**<br>**Obj. Deadline: February 13, 2024 @ 4:00 p.m. (ET)** |

### NOTICE OF MOTION OF THE CLUB W. CREDITOR TRUST FOR AN ORDER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS

**PLEASE TAKE NOTICE** that on January 30, 2024, Brian K. Ryniker, as Creditor Trustee of the Club W. Creditor Trust, filed the attached *Motion of the Club W. Creditor Trust for an Order Extending the Deadline to Object to Claims* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must filed on or before **February 13, 2024, at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801 (the "Court"). At the same time, you must serve a copy of any objection upon the undersigned counsel to the Movants so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if responses or objections are timely filed, served, and received, a hearing to consider this Motion will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 on **March 11, 2024, at 2:00 p.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

(Signature page follows)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). In accordance with Section 9.5 of the Plan, the Debtor Winc Lost Poet, LLC was dissolved as the Effective Date (as defined in the Motion).

<table>
<tr><td>

Dated: January 30, 2024  
Wilmington, Delaware

</td><td>

**A.M. SACCULLO LEGAL, LLC**

<u>/s/ Mark T. Hurford</u>
Mark T. Hurford (DE No. 3299)
27 Crimson King Drive
Bear, DE 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: Mark@saccullolegal.com

George P. Angelich (*Pro Hac Vice*)
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone : (212) 457-5423
Email: George.Angelich@afslaw.com

Justin A. Kesselman (*Pro Hac Vice*)
James E. Britton (*Pro Hac Vice*)
ARENTFOX SCHIFF LLP
800 Boylston Street, 32nd Floor
Boston, MA 02199
Telephone: (617) 973-6102
Email: Justin.Kesselman@afslaw.com
      James.Britton@afslaw.com

*Counsel for Brian K. Ryniker, in his Capacity as Creditor Trustee of the Club W Creditor Trust*

</td></tr>
</table>