**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|                          |   |                            |
|--------------------------|---|----------------------------|
| In re:                   | ) | Chapter 11                 |
|                          | ) |                            |
| WINC, INC. et al,[1]     | ) | Case No. 22-11238 (LSS)    |
|                          | ) | (Jointly Administered)     |
|                          | ) |                            |
|                          | ) | Related Docket No.:        |

## ORDER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS

Upon consideration of the motion (the "Motion")[2] of the Club W. Creditor Trust (the "Creditor Trust") filed through Brian Ryniker, the duly appointed creditor trustee of the Creditor Trust (the "Creditor Trustee"), pursuant to the *Revised Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors* [Docket No. 444] (the "Plan") of Winc, Inc. and its debtor affiliates (the "Debtors") jointly administered under Case No. 22-11238, by its counsel, which seeks entry of an order extending the deadline (the "Claims Objection Deadline") to file objections to the allowance of any claim (the "Claims"), pursuant to sections 105(a) and 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3007 and 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 9006-1 and 9006-2 of the Local Bankruptcy Rules for the District of Delaware (the "Local Rules"), the Plan, and the Confirmation Order, all as more fully set forth in the Motion; and the Court having jurisdiction over the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). In accordance with Section 9.5 of the Plan, the Debtor Winc Lost Poet, LLC was dissolved as the Effective Date (as defined therein).

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

given and that no other or further notice need be given; and it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it further appearing that the requested relief is reasonable, proper and in the best interests of the Creditor Trust and creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Claim Objection Deadline shall be and is hereby extended through and including 11:59 p.m. (prevailing Eastern Time) August 3, 2024; and it is further

**ORDERED** that entry of this Order is without prejudice to the rights of the Creditor Trustee to seek further extension of the Claims Objection Deadline; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.