## EXHIBIT A

**Ryniker Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 22-11238 (LSS) |
| WINC, INC. et al,[1] | ) |  |
|  | ) | (Jointly Administered) |

### DECLARATION OF BRIAN RYNIKER
### IN SUPPORT OF FIRST OMNIBUS OBJECTION
### (NON-SUBSTANTIVE) OF THE CLUB W. CREDITOR TRUST
### SEEKING ENTRY OF AN ORDER DISALLOWING AND EXPUNGING
### CERTAIN CLAIMS (DUPLICATE, AMENDED OR SUPERSEDED CLAIMS)

Pursuant to 28 U.S.C. § 1746, I, Brian Ryniker, declare under penalty of perjury that:

1. I hold a Bachelor of Science degree in accounting from the State University of New York at Albany. I am also a Certified Public Accountant and Certified Insolvency and Restructuring Advisor. I have been providing accounting, restructuring, and insolvency services for more than 20 years.

2. I am submitting this declaration in support of the *First Omnibus Objection (Non-Substantive) of the Club W. Creditor Trust Seeking Entry of an Order Disallowing and Expunging Certain Claims (Duplicate, Amended or Superseded Claims)* (the "Omnibus Objection").

3. I am currently serving as the Creditor Trustee of the Club W. Creditor Trust (the "Creditor Trust"). My appointment as Creditor Trustee became effective on August 9, 2023.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). In accordance with Section 9.5 of the Plan, the Debtor Winc Lost Poet, LLC was dissolved as the Effective Date (as defined therein).

4. In my role as Creditor Trustee, I have initiated a thorough review of the claims filed and scheduled in this case. In connection with the claims review process, I have worked with professionals retained by the Creditor Trust to assess underlying liabilities and reconcile claims with the Creditor Trust's books and records.

5. I believe the facts set forth herein are true and correct based on my review of the Creditor Trust's books and records and publicly-available information (including the Schedules and pleadings filed in this case), as well as my discussions with the Creditor Trust's professionals.

6. I have reviewed the Omnibus Objection, this declaration, and Schedules 1 of the Proposed Order. The statements within this declaration are made with my own personal knowledge.

7. To the best of my knowledge, information, and belief, the Duplicate, Amended or Superseded Claims listed on Schedule 1 to the Proposed Order are either (i) duplicative and seek multiple recoveries for a single liability against the Debtors, or (ii) are amended and superseded by subsequently filed Proofs of Claim. Accordingly, the Withdrawn Claims should be disallowed and expunged.

8. Based upon my review of the Proofs of Claim filed in this case, the Debtors' books and records, and the Schedule, I believe that the relief requested in the Omnibus Objection is requested in good faith and is in the best interests of creditors and the bankruptcy estate, and in keeping with the distribution scheme created by the Plan and the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

/s/ Brian Ryniker
Brian Ryniker
January 30, 2024
New York, NY

2