# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| WINC, INC. et al,[1] | ) Case No. 22-11238 (LSS) ) (Jointly Administered) ) |
| Debtors. | ) **Re: Docket No. 522** ) |

**CERTIFICATE OF NO OBJECTION REGARDING THE FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE CLUB W. CREDITOR TRUST SEEKING ENTRY OF AN ORDER DISALLOWING AND EXPUNGING CERTAIN CLAIMS (DUPLICATE, AMENDED OR SUPERSEDED CLAIMS)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *First Omnibus Objection (Non-Substantive) of the Club W. Creditor Trust Seeking Entry of an Order Disallowing and Expunging Certain Claims (Duplicate, Amended or Superseded Claims)*, [Docket No. 522] (the "Motion") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on January 30, 2024.

The undersigned further certifies that, as of the date hereof, he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on February 20, 2024.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). In accordance with Section 9.5 of the Plan, the Debtor Winc Lost Poet, LLC was dissolved as the Effective Date (as defined therein).

As no responses to the Motion have been received, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the earliest convenience of the Court.

Dated: February 23, 2024  
       Wilmington, Delaware

*/s/ Mark T. Hurford*  
Mark T. Hurford (DE No. 3299)  
**A.M. SACCULLO LEGAL, LLC**  
27 Crimson King Drive  
Bear, DE 19701  
Telephone: (302) 836-8877  
Facsimile: (302) 836-8787  
Email: Mark@saccullolegal.com

George P. Angelich (*Pro hac vice)*  
ARENTFOX SCHIFF LLP  
1301 Avenue of the Americas, 42nd Floor  
New York, NY 10019  
Telephone : (212) 457-5423  
Email: George.Angelich@afslaw.com

Justin A. Kesselman (*Pro hac vice*)  
James E. Britton (*Pro hac vice*)  
ARENTFOX SCHIFF LLP  
800 Boylston Street, 32nd Floor  
Boston, MA 02199  
Telephone: (617) 973-6102  
Email: Justin.Kesselman@afslaw.com  
       James.Britton@afslaw.com