# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) | Chapter 11 |
| WINC, INC. et al,[1] | | Case No. 22-11238 (LSS) (Jointly Administered) |
| Debtors. | | **Re: Docket No. 521** |

## CERTIFICATE OF NO OBJECTION REGARDING THE MOTION OF THE CLUB W. CREDITOR TRUST FOR AN ORDER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Motion of the Club W. Creditor Trust for an Order Extending the Deadline to Object to Claims*, [Docket No. 521] (the "Motion") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on January 30, 2024.

The undersigned further certifies that, as of the date hereof, he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on February 13, 2024.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). In accordance with Section 9.5 of the Plan, the Debtor Winc Lost Poet, LLC was dissolved as the Effective Date (as defined therein).

As no responses to the Motion have been received, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: February 23, 2024<br>Wilmington, Delaware | */s/ Mark T. Hurford*<br>Mark T. Hurford (DE No. 3299)<br>**A.M. SACCULLO LEGAL, LLC**<br>27 Crimson King Drive<br>Bear, DE 19701<br>Telephone: (302) 836-8877<br>Facsimile: (302) 836-8787<br>Email: Mark@saccullolegal.com<br><br>George P. Angelich (*Pro hac vice)*<br>ARENTFOX SCHIFF LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>Telephone : (212) 457-5423<br>Email: George.Angelich@afslaw.com<br><br>Justin A. Kesselman (*Pro hac vice*)<br>James E. Britton (*Pro hac vice*)<br>ARENTFOX SCHIFF LLP<br>800 Boylston Street, 32nd Floor<br>Boston, MA 02199<br>Telephone: (617) 973-6102<br>Email: Justin.Kesselman@afslaw.com<br>James.Britton@afslaw.com |