IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 22-11238 (LSS)<br>(Jointly Administered)<br><br>**Re: Docket No. 522** |
| WINC, INC. et al,[1] |  |  |

NOTICE OF SUBMISSION OF PROOFS OF CLAIM REGARDING
THE FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE
CLUB W. CREDITOR TRUST SEEKING ENTRY OF AN ORDER
DISALLOWING AND EXPUNGING CERTAIN CLAIMS (DUPLICATE,
AMENDED OR SUPERSEDED CLAIMS)

**PLEASE TAKE NOTICE** that on February 26, 2024, the undersigned counsel for The Club W. Creditor Trust (the "Creditor Trust") established by the *Combined Disclosure Statement and Joint Chapter 11 Plan of Winc, Inc. and Its Affiliated Debtors* [Docket No. 444] (as amended, supplemented, or modified, the "Plan") submitted to Chambers copies of the proofs of claim currently scheduled to be considered at the omnibus hearing scheduled for March 11, 2024 at 2:00 p.m. (prevailing Eastern Time) with respect to the *First Omnibus Objection (Non-Substantive) of the Club W. Creditor Trust Seeking Entry of an Order Disallowing and Expunging Certain Claims (Duplicate, Amended or Superseded Claims)* [Docket No. 522].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). In accordance with Section 9.5 of the Plan, the Debtor Winc Lost Poet, LLC was dissolved as the Effective Date (as defined therein).

**PLEASE TAKE FURTHER NOTICE** that copies of the proofs of claim are available by contacting the undersigned counsel for the Creditor Trust or via the following website: https://dm.epiq11.com/case/winc/claims.

| | |
|---|---|
| Dated: February 26, 2024<br>Wilmington, Delaware | */s/ Mark T. Hurford*<br>Mark T. Hurford (DE No. 3299)<br>**A.M. SACCULLO LEGAL, LLC**<br>27 Crimson King Drive<br>Bear, DE 19701<br>Telephone: (302) 836-8877<br>Facsimile: (302) 836-8787<br>Email: Mark@saccullolegal.com<br><br>George P. Angelich (*Pro hac vice)*<br>**ARENTFOX SCHIFF LLP**<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>Telephone : (212) 457-5423<br>Email: George.Angelich@afslaw.com<br><br>Justin A. Kesselman (*Pro hac vice*)<br>James E. Britton (*Pro hac vice*)<br>**ARENTFOX SCHIFF LLP**<br>800 Boylston Street, 32nd Floor<br>Boston, MA 02199<br>Telephone: (617) 973-6102<br>Email: Justin.Kesselman@afslaw.com<br>James.Britton@afslaw.com |