# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WINC, INC. *et al.*,[1] | Case No. 22-11238 (LSS) (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 11, 2024 AT 2:00 P.M. (ET)**

> THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.

**I.  RESOLVED MATTERS**

1.  Motion of the Club W. Creditor Trust for an Order Extending the Deadline to Object to Claims [Docket No. 521 – Filed January 30, 2024]

    Response/Objection Deadline: February 13, 2024 at 4:00 p.m.

    Responses/Objections Received: None.

    Related Documents:

    a.  Certification of No Objection Regarding Motion of the Club W. Creditor Trust for an Order Extending the Deadline to Object to Claims [Docket No. 529 – Filed February 23, 2024]

    Status: An order was entered granting the motion [Docket No. 530].

2.  First Omnibus Objection (Non-Substantive) of Club W. Creditor Trust Seeking Entry of an Order Disallowing and Expunging Certain Claims (Duplicate, Amended or Superseded Claims) [Docket No. 522 – Filed January 30, 2024]

    Response/Objection Deadline:    February 20, 2024 at 4:00 p.m.

    Responses/Objections Received:    None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). In accordance with Section 9.5 of the Plan, the Debtor Winc Lost Poet, LLC was dissolved as the Effective Date.

<u>Related Documents</u>:

b.      Certification of No Objection Regarding First Omnibus Objection (Non-Substantive) of Club W. Creditor Trust Seeking Entry of an Order Disallowing and Expunging Certain Claims (Duplicate, Amended or Superseded Claims) [Docket No. 528– Filed February 23, 2024]

<u>Status</u>: An order was entered granting the motion [Docket No. 532].

| | |
|---|---|
| Dated: March 6, 2024 | **A.M. SACCULLO LEGAL, LLC** |

/s/ *Mark T. Hurford*
Mark T. Hurford (DE No. 3299)
27 Crimson King Drive
Bear, DE 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: Mark@saccullolegal.com

George P. Angelich (*Pro Hac Vice*)
**ArentFox Schiff LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone: (212) 457-5423
Email: George.Angelich@afslaw.com

Justin A. Kesselman (*Pro Hac Vice*)
James E. Britton (*Pro Hac Vice*)
**ArentFox Schiff LLP**
800 Boylston Street, 32nd Floor
Boston, MA 02199
Telephone: (617) 973-6102
Email: Justin.Kesselman@afslaw.com
      James.Britton@afslaw.com

*Counsel for Brian K. Ryniker, in his Capacity as Creditor Trustee of the Club W Creditor Trust*