# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| In re<br>    Winc, Inc.<br><br>    Debtors | Chapter 11<br><br>Case no. 22-11238 |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that AMC USA, INC. a creditor in the cases of the above-captioned debtors ("Debtors") directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtor's schedules or on the claims register), and herby requests that service of any pleadings, notices, correspondence and all distributions be sent to the new address set forth below, effective as of the date hereof.

<u>Former Address(es)</u>

AMC USA, INC.
142 W 57TH STREET

NEW YORK, NY 10019


<u>New Address</u>

AMC USA, INC.
c/o Argo Partners
12 West 37th Street, Ste. 900
New York, NY 10018

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/27/24

AMC USA, INC.

By: _____

Title: _CEO_____

Date: __03/27/24_____