IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| WINC, INC. et al,[1] | Case No. 22-11238 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF JUSTIN A. KESSELMAN AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM NOTICE, ELECTRONIC MAILING, AND SERVICE LISTS UNDER LOCAL BANKRUPTCY RULE 9010-2

**PLEASE TAKE NOTICE** that Justin A. Kesselman, an attorney admitted to practice *pro hac vice* in the United States Bankruptcy Court for the District of Delaware, who formerly appeared in the above-captioned cases on behalf of the Official Committee of Unsecured Creditors (the "Committee") and, subsequent to the dissolution of the Committee, appeared on behalf of Brian Ryniker, as Creditor Trustee of the Club W Creditor Trust (the "Creditor Trust") as a partner of the law firm ArentFox Schiff LLP ("ArentFox Schiff") and was working with George P. Angelich and James E. Britton, Esqs. of ArentFox Schiff and Anthony M. Saccullo, Mark T. Hurford and Mary E. Augustine, Esqs. of A.M. Saccullo Legal, LLC ("A.M. Saccullo"), who also appeared as attorneys of record for the Committee and the Creditor Trust in these cases.

**PLEASE TAKE FURTHER NOTICE** that Justin A. Kesselman is leaving ArentFox Schiff, effective as of Wednesday, April 3, 2024, and requests to be removed as attorney of record for the Committee and the Creditor Trust from any applicable service lists, including the Court's CM/ECF electronic notification list, maintained in the above-captioned cases and related adversary proceedings due to my disassociation from ArentFox Schiff.

**PLEASE TAKE FURTHER NOTICE** that attorneys of record George P. Angelich and James E. Britton, Esqs. of ArentFox Schiff and Anthony M. Saccullo, Mark T. Hurford and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Winc, Inc. (8960); BWSC, LLC (0899); and Winc Lost Poet, LLC (N/A). In accordance with Section 9.5 of the Plan, the Debtor Winc Lost Poet, LLC was dissolved as the Effective Date (as defined therein).
AFDOCS:199748903.1

- 2 -

Mary E. Augustine, Esqs. of A.M. Saccullo will continue to serve as counsel for the Creditor Trust, and the Creditor Trust therefore will suffer no interruption in its representation in these cases.

**PLEASE TAKE FURTHER NOTICE** that Mr. Ryniker has consented to withdrawal of Justin A. Kesselman as attorney of record.

Dated: April 2, 2024
      Wilmington, Delaware

**A.M. SACCULLO LEGAL, LLC**

*/s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)
27 Crimson King Drive
Bear, DE 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: Mark@saccullolegal.com

George P. Angelich (*Pro hac vice*)
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone: (212) 457-5423
Email: George.Angelich@afslaw.com

Justin A. Kesselman (*Pro hac vice*)
James E. Britton (*Pro hac vice*)
**ARENTFOX SCHIFF LLP**
800 Boylston Street, 32nd Floor
Boston, MA 02199
Telephone: (617) 973-6102
Email: Justin.Kesselman@afslaw.com
James.Britton@afslaw.com

*Attorneys for Brian Ryniker, as Creditor Trustee of the Club W Creditor Trust*